Expert report of Dr. Charles David Blanke, MD, FASCO, FAWM

1. I am a tenured professor of medicine at the Knight Cancer Institute of the Oregon Health and Science University in Portland, Oregon. I am a clinical researcher with board certification in medical oncology. I have recognized expertise in end-of-life medications and related issues and procedures, particularly medical-aid-in-dying (MAID), also known as Death with Dignity. My attached CV outlines my professional experience with MAID, including academic and community lectures, presentations, research, and publications.

2. I have been asked by counsel representing Jessie Hoffman to provide opinions related to an alternative to the capital punishment protocols employed by the Louisiana Department of Public Safety and Corrections, specifically the efficacy and pain-free nature of current medical aid in dying (MAID) drug combinations.

3. In addition to my direct experience administering and studying MAID, referenced in my CV, in preparing this report and reaching my expert opinions contained therein I have reviewed (i) the 2023 Oregon Health Authority Death with Dignity Annual Report; (ii) a recent publication in the Journal of Palliative Medicine, "The Pharmacology of Aid in Dying: From Database Analyses to Evidence-Based Practices" (Macmillan et al. 2025); and (iii) my own 2017 publication in JAMA Oncology, "Characterizing 18 Years of Death with Dignity".

4. I hold all the expert opinions contained throughout this report to a reasonable degree of medical and scientific certainty.

Summary of Opinions

5. Administration of the combination of digoxin, diazepam, morphine, amitriptyline and phenobarbital (DDMAPh) to a condemned prisoner would cause death and would do so reliably and painlessly.

6. DDMAPh is comprised of drugs that are widely available in Louisiana, as prescribed by a licensed physician.

Background and Qualifications

7. My professional qualifications are fully detailed in my curriculum vitae and are summarized below.

8. I am a practicing end-of-life physician and specialist. I conduct a MAID clinic weekly at Oregon Health and Science University and frequently attend patients' deaths. I have extensive and essentially unparalleled experience with drugs that are self-administered to legally cause death. I have been practicing clinically in this field for 27 years.

9. I have participated in MAID procedures with more than 500 different patients, with extensive, recent experience using the DDMAPh methods I describe below. All patients taking the lethal medication that I prescribed or recommended through consultation died, and they uniformly did so peacefully and without suffering. To the best of my knowledge, I have participated in the most MAID procedures of any doctor in Oregon and within the United States.

10. In addition to my 27 years of clinical experience with MAID, I have been conducting research in matters related to medical oncology for more than 30 years and have been

conducting research in MAID for at least 9 years. I have published MAID results in major journals and presented at national and international cancer conferences. I have also submitted multiple abstracts for national and international oncology conferences on MAID and have given more than 50 academic and community talks on the subject.

11. I have served as a MAID consultant for physicians in Hawaii and the governments of Oregon, Washington, and the provinces of Ontario and British Columbia, Canada. I also served as a MAID advisor to the Royal College in Toronto, French Ministry of Health, multiple universities and academic groups, and multiple hospital systems throughout the United States.

12. I am a founding member of the American Clinicians Academy on Medical Aid in Dying, now known as the Academy of Aid in Dying Medicine. To the best of my knowledge, this is the world's largest professional organization devoted to MAID.

13. I have published more than 500 academic works including book chapters, editorials, reviews and others. I have edited several textbooks.

14. I have served as a member of the editorial board for several prominent medical publications and as an ad hoc reviewer for more than 30 journals.

15. I served on the elected board of directors for the largest cancer society in the world, the American Society of Clinical Oncology (ASCO). In 2001, I gave a plenary presentation on my research regarding a novel, highly effective treatment for a type of stomach cancer, which I was informed received the highest peer-ranked score among thousands of submissions to ASCO's annual meeting that year.

16. I have provided in-court expert witness services in multiple capital punishment cases including for the states of Alabama, Tennessee, Florida, and Ohio. I provided expert

witness testimony for the plaintiffs and have been deposed on several occasions. To the best of my knowledge, I have not testified as an expert at trial or by deposition in the previous four years.

17.  I am being compensated in this case at the rate of $400 per hour for research, document review and preparation, travel, depositions, and testimony.

18.  MAID is currently legal in Oregon, Washington, California, Hawai'i, Colorado, Vermont, Maine, New Jersey, Montana, Washington DC, and New Mexico.

19.  MAID is a very well described clinical practice. Peer reviewed scientific literature comparing the various MAID procedures has been published. There exists extensive personal experience of practitioners such as myself, official data collection by statisticians, and extensive pharmaceutical discussions on a professional listserv with over 1,200 members, including practitioners and pharmacists. Jurisdictions with MAID statutes are other, official sources of information. These data, along with my extensive research and clinical practice, support my expert opinions.

The DDMAPh Method:

20.  The Academy of Aid-in-Dying Medicine now recommends DDMAPh for use in all MAID patients.[1] Standard-dose DDMAPh consists of digoxin 100 mg, diazepam 1,000 mg, morphine 15,000 mg, amitriptyline 8,000 mg, and phenobarbital 5,000 mg. Higher-dose DDMAPh increases the diazepam to 2,000 milligrams and the phenobarbital to 10,000 mg, while keeping dosing of the other drugs the same. Both regimens are dispensed as powder

---

[1] https://shorturl.at/4nml5, accessed February 17, 2025

to be mixed with up to 4 oz. of clear apple juice/apple syrup, regardless of the route of administration. For all DDMAPh regimens (analysis was done on standard and high-dose regimens combined), the median time to complete loss of consciousness is 5.8 minutes, but the patient loses some awareness much sooner. The median time to death is 96 minutes, with 78.5% dying in under two hours.[2] DDMAPh has been 100% effective at causing death. Based on my experience, higher-dose DDMAPh works more quickly, for all patients, and I would advise its use in the prison system. The dosing would be as follows:

| Drug | Dose |
|---|---|
| Digoxin | 100 mg |
| Diazepam | 2,000 mg |
| Morphine | 15,000 mg |
| Amitriptyline | 8,000 mg |
| Phenobarbital | 10,000 mg |

The digoxin and amitriptyline cause heart arrythmias (irregular rhythms) including significant slow-down in the heart rate. Morphine is a powerful analgesic. Diazepam is a benzodiazepine, which has hypnotic (sleep inducing) and anxiolytic (anxiety reducing) properties. Phenobarbital is a barbiturate. As I always explain to my patients, the drugs initiate a two-step process: First, the morphine, diazepam, and phenobarbital induce a state of relaxation and loss of awareness, and within minutes, a deep coma. Then, the digoxin and amitriptyline cause an irregular heartbeat and lowering of the blood pressure, resulting in death. The patient is unaware and does not experience pain.

---

[2] Macmillan J Pall Med published Online: 28 January 2025

Opinions Regarding MAID and Alternative Execution Methods

22. There are no reasons to doubt the applicability of Oregon's data and my own personal experience to condemned prisoners. There is consensus that using DDMAPh is a humane and peaceful method to die. Opposition to MAID never questions the use of these specific drugs but rather is generally rooted in ethical or religious opposition.

23. Specialized training is not required to administer the DDMAPh mixture. One potential means of administration would be by mouth. If the prisoner is unable or unwilling to swallow the medications, medications can be administered rectally. That means of administration involves drawing 120 ml of fluid containing the lethal medications into two syringes, and then pushing the contents into a tube previously placed into the rectum. Insertion of a rectal tube is in general less invasive and less time-consuming than inserting an intravenous line, with a much higher success rate. Patient compliance is not required. The procedure takes about 15-30 seconds to complete and is painless. Insertion of a rectal tube is a very common procedure at hospitals and nursing homes. Most nurses or physicians' assistants are familiar with this procedure, as are many others. Successful placement of a rectal tube does not require verification by ultrasound or x-rays. In my experience, medical complications that make it challenging to insert a tube are rare to non-existent. Medical complications with inserting an intravenous line are significantly more common. Additionally, there is almost no risk of accidentally administering the drug into tissue (as opposed to using a vein).

24. Complications using DDMAPh are extremely rare. The deaths induced by DDMAPh

are painless and result from a combination of heart irregularities, as well as suppression of respiration and blood pressure. There is no concern of the drugs causing other organ damage or pulmonary edema.

25. In addition, the DDMAPh regimen renders the patient insensate to pain within seconds to minutes. There is no paralytic effect, which avoids rendering the patient incapable of expressing pain or other discomfort. There is no feeling of distress from slowing the respiration.

26. DDMAPh does not subject the patient to prolonged discomfort, regardless of route of administration. Administration by mouth is occasionally associated with one to two seconds of mild discomfort.

27. Use of DDMAPh would avoid potential problems of nitrogen asphyxiation, including danger to those administrating it; need for specialized equipment including tight-fitting masks and air monitoring/ventilation systems; feelings of suffocation; and difficulties verifying the purity of the agent(s).

28. DDMAPh and apple juice/syrup are available with ordinary transactional effort throughout the United States. Each of the drugs in DDMAPh can be obtained from many compounding pharmacies. In Oregon, the high-dose regimen retails for approximately $725, and the drugs have always been in stock and available for use soon after the prescriptions have been written.

Conclusions

29. In my expert opinion and to a reasonable degree of medical and scientific certainty, using high doses of DDMAPh administered orally or rectally will effectively cause death in

a condemned prisoner without any risk of severe pain or suffering.  The materials necessary to administer DDMAPh as an alternative should be available in Louisiana with ordinary transactional effort.

30.  I reserve the right to amend or supplement my report by provision of additional information including deposition testimonies and other additional documents.

I declare under penalty of perjury that the forgoing is true and correct.

Signed in the State of Oregon February 23, 2025

*Charles Blanke MD*