**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JESSIE HOFFMAN,<br><br>    Plaintiff,<br><br>v.<br><br>GARY WESTCOTT, Secretary, Louisiana Department of Public Safety and Corrections; DARREL VANNOY, Warden, Louisiana State Penitentiary; and JOHN DOES, unknown executioners<br><br><br>    Defendants. | Civil Action No. 25-169-SDD-SDJ<br><br>(Related to Civil Action 12-796-SDD-EWD) |

**EXECUTION SCHEDULED FOR MARCH 18, 2025**

**PLAINTIFF JESSIE HOFFMAN'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY UNDER FEDERAL RULES OF CIVIL PROCEDURE 26 AND 16 AND FOR CONFERENCE TO SCHEDULE PRELIMINARY INJUNCTION HEARING**

  Plaintiff Jessie Hoffman is a condemned person whose execution has been scheduled for March 18, 2025. In this action, Mr. Hoffman asserts claims that the method by which Defendants intend to execute him would violate his constitutional rights and his rights under the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc, et seq. Mr. Hoffman respectfully requests that the Court issue an order under Federal Rule of Civil Procedure 26 granting him leave to serve the discovery requests attached as Exhibits on Defendants, and under Federal Rule of Civil Procedure 16 expediting discovery and setting a schedule for the resolution of Mr. Hoffman's motion for a preliminary injunction before his execution date, and for the reasons in the attached memorandum.

  For the foregoing reasons and the reasons in the attached memorandum, Mr. Hoffman respectfully requests that this Court: (i) issue an order granting leave to serve discovery pursuant

1

to the proposed schedule, with responses under Rules 33, 34 and 36 due in five business days, (ii) enter a scheduling order with the due dates set forth above for other discovery, briefing and the evidentiary hearing on the motion for preliminary injunction, and (iii) schedule a Status Conference as early as practicable, if the Court believes that would further the speedy resolution of Plaintiff's Preliminary Injunction Motion. Copies of the limited expedited discovery to be authorized under this order are attached as Exs A-F.

Dated: February 27, 2025

        Respectfully submitted,

        /s/ *Samantha Bosalavage Pourciau*
        Samantha Bosalavage Pourciau, La. Bar No. 39808
        Promise of Justice Initiative
        1024 Elysian Fields Avenue
        New Orleans, LA 70117
        Tel: (504) 529-5955
        Sbosalavage@defendla.org

        Cecelia Trenticosta Kappel, La. Bar No. 32736
        Loyola Center for Social Justice
        7214 St. Charles Ave. Box 907
        New Orleans, Louisiana 70118
        Tel: 504-861-5735
        Email: ckappel@defendla.org

        Rebecca L. Hudsmith
        Office of the Federal Public Defender
        For the Middle and Western Districts of Louisiana
        102 Versailles Blvd., Suite 816
        Lafayette, LA 70501
        Tel: 337-262-6336
        Rebecca_Hudsmith@fd.org

James K. Stronski (*pro hac vice* forthcoming)
Ellen M. Halstead (*pro hac vice* forthcoming)
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 223-4000
JStronski@crowell.com
EHalstead@crowell.com

David Lindner (*pro hac vice* forthcoming)
Crowell & Moring LLP
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611
Tel: (312) 321-4200
DLindner@crowell.com

Adam J. Singer (*pro hac vice* forthcoming)
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
ASinger@crowell.com

***Counsel for Plaintiff Jessie Hoffman***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using CM/ECF on this 27th day of February, 2025. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel of record for Defendants.

                                                 /s/ *Samantha Bosalavage Pourciau*
                                                 Samantha Bosalavage Pourciau