IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE HOFFMAN** | * | **CIVIL ACTION No. 25-169-SDD-SDJ** |
| **VERSUS** | * | **CHIEF JUDGE SHELLY D. DICK** |
| **GARY WESTCOTT, ET AL.** | * | **MAG. SCOTT D. JOHNSON** |

*************************************************************************

### MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, come Defendants who, pursuant to Local Rule 83(b)(14), wish to enroll Mr. Jonathan R. Vining as additional counsel to represent them in this matter along with the undersigned. Mr. Vining is a member of the Louisiana State Bar and is admitted to practice before this Court. Mr. Vining's contact information is as follows:

> Jonathan R. Vining, La. Bar Roll No. 30781
> Executive Counsel
> **Department of Public Safety & Corrections**
> P.O. Box 94304, Capitol Station
> Baton Rouge, La. 70804-9304
> Telephone:   (225) 342-6728
> Facsimile:   (225) 342-3278
> Email:       jonathan.vining@la.gov

Defendants further suggest that the addition of Mr. Vining as additional counsel will neither hinder nor delay the progress of this matter.

Defendants therefore request the entry of an Order permitting the enrollment of Mr. Vining as additional counsel of record and further request that this Court add Mr. Vining to its list of e-noticing recipients so that he may hereinafter receive notice of all action in the referenced matter, through inclusion of the email address of jonathan.vining@la.gov.

Respectfully Submitted:

/s/ Brooke L. R. Ydarraga
Jeffrey K. Cody (La. Bar Roll No. 28536)
jeffreyc@scwllp.com

Caroline M. Tomeny (La. Bar Roll No. 34120)
caroline@scwllp.com
Brooke L. R. Ydarraga (La. Bar Roll No. 41000)
brooke@scwllp.com
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 28, 2025,** a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel for Plaintiff by operation of the court's electronic filing system.

　　/s/ Brooke L. R. Ydarraga
　　BROOKE L. R. YDARRAGA