**Department Regulation**
**No. OP-D-8**



**07 February 2025**

**OPERATIONS**
**Sentencing**
**Death Penalty**

1. **AUTHORITY:** Secretary of the Department of Public Safety and Corrections as contained in Chapter 9 of Title 36 and La. R.S. 15:567 through 15:571.

2. **REFERENCES:** La. R.S. 46:1844(N) and Department Regulation Nos. AM-A-6 "Forms Management Program" and AM-A-7 "Public Information Program and Media Access."

3. **PURPOSE:** To set forth the procedures to be followed for the execution of those condemned offenders sentenced to death.

4. **APPLICABILITY:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and the Wardens of the Louisiana State Penitentiary and the Louisiana Correctional Institute for Women. The Secretary and the Wardens of the Louisiana State Penitentiary and the Louisiana Correctional Institute for Women are responsible for ensuring that appropriate unit written policy and procedures are in place to comply with the provisions of this regulation.

5. **POLICY:** It is the Secretary's policy that the Department shall carry out the death penalty in accordance with the provisions of the Louisiana Revised Statutes. All execution processes shall be performed in a professional, humane, sensitive and dignified manner. Executions shall be conducted at the Louisiana State Penitentiary. The Warden of that facility is responsible for carrying out the death sentence on the date established by the sentencing court.

6. **GENERAL:**

   A. Male offenders sentenced to death shall be incarcerated at the Louisiana State Penitentiary (LSP) at Angola, Louisiana. Female offenders sentenced to death shall be incarcerated at the Louisiana Correctional Institute for Women (LCIW) at St. Gabriel, Louisiana. Until the time for execution, the Warden shall incarcerate the offender in a manner affording maximum protection to the general public, the employees of the Department, and the security of the institution.

   B. The execution shall take place at the Louisiana State Penitentiary between the hours of 6:00 p.m. and 9:00 p.m. upon the date set for the execution by the court of original jurisdiction. (La. R.S. 15:570(D)).

C.    No cameras or recording devices, either audio or video (including cell phones), shall be permitted in the execution chamber or witness room. The LSP Warden or designee may be permitted to have a cell phone inside the execution chamber as an available line of communication to the Secretary.

7.    **WITNESSES:**

A.    All witnesses shall be over 18 years of age and shall agree to sign the report of execution (La. R.S. 15:570(B)).

B.    Witnesses are not required to be citizens of the state of Louisiana.

C.    All persons selected as witnesses shall sign a copy of the Agreement by Witness to Execution (Form OP-D-8-a) prior to being transported to the execution chamber.

D.    The following individuals are considered required witnesses (La. R.S. 15:570(A):

    1)    The Warden of the Louisiana State Penitentiary (LSP) or designee;
    2)    The coroner of West Feliciana Parish or designee;
    3)    A physician chosen by the LSP Warden;
    4)    A competent person(s) selected by the LSP Warden to carry out the authorized execution method; and
    5)    A priest, minister, or spiritual advisor, if the offender so requests. (Form OP-D-8-b or Form OP-8-c)

E.    Not less than five nor more than seven other witnesses are required by law to be present. (La. R.S. 15:570(A)(6)). These witnesses shall be selected as follows:

    1)    Media

        a.    Two witnesses shall be members of the news media selected by the Secretary from the following categories:

            i.    A representative selected from the media persons requesting to be present from the parish where the crime was committed; and,

            ii.    A representative selected from all other media persons requesting to be present.

        b.    ████████████████████ shall send notification to media representatives with instructions that they will have three days to submit requests to serve as a witness to the execution.

      c.    Selected witnesses must agree to act as pool reporters for the remainder of the media present and meet with all media representatives immediately following the execution.

    2)    Victim Relationship

        Up to two witnesses may be victim relationship witnesses (La. R.S. 15:570(E)(2)). If more than two victim relationship witnesses desire to attend the execution, the Secretary is authorized to select from the interested parties the two victim relationship witnesses who shall be authorized to attend. In the case of multiple victim's families, the Secretary shall determine the number of witnesses, subject to availability of appropriate physical space.

    3)    Other

        The Secretary shall select and finalize witness approvals.

**8.    EXECUTION TEAM:**

A.    The LSP Warden shall appoint all members of the Execution Team at his discretion.

B.    The Execution Team shall consist of the LSP Warden or designee, ▇▇▇▇▇▇▇▇

    **[Lethal Injection]** When the method of execution is by lethal injection, the Execution Team shall also consist of ▇▇▇▇▇▇▇▇

    **[Nitrogen Hypoxia]** When the method of execution is by nitrogen hypoxia, the Execution Team shall also consist of ▇▇▇▇▇▇▇▇

C.    All participating members of the Execution Team must have participated in a minimum of three trainings prior to participating in an actual execution.

D.    Additional qualifications include:

    1)    The LSP Warden is qualified by the responsibilities of the position held within the Department and the completion of any specific training required by this regulation.

    2)    ▇▇▇▇▇▇▇▇

3)



4)

E.    The Execution Team shall be trained as follows:

1)    When no execution date has been set, the members of the Execution Team shall train at least once a month at a time established by the LSP Warden. █████████████████████████████████ may train independently of the other members of the Execution Team.

2)    When an execution date has been set, the Execution Team shall train at least weekly at times established by the LSP Warden. The Execution Team shall train as a whole when the training schedule requires weekly training. Members of the Execution Team shall participate in training as a unit, review this regulation, engage in at least one drill in which all members enact their individual responsibilities (with the exception of intravenous catheter placement and use of appropriate substances or the administration of nitrogen hypoxia).

3)    All members of the Execution Team shall be required to review all Department Regulations and institution polices pertaining to executions prior to their participation in each training.

4)    All training of the members of the Execution Team shall be documented noting the date and duration of the training, who supervised the training, and activities undertaken.

9. **COMMUNICATIONS AND MEDIA:**

   A. The Secretary shall establish a direct and encrypted communication system with the Governor's Office that ensures the secure communication of information relative to the condemned offender.

   B. The LSP Warden shall establish a primary and secondary line of communication with the Secretary for notice of case status and/or other significant legal changes.

   C. The Secretary will direct the testing of primary and secondary communications as outlined in the protocol. In the event that both the primary and secondary communications are inoperable, the execution shall be delayed until communications are established.

   D. Pursuant to the provisions of Department Regulation No. AM-A-7 "Public Information Program and Media Access," the media may contact the LSP Warden's office to request interviews with the offender.

      1) If the LSP Warden, condemned offender and attorney (if represented by counsel) consent, the interview shall be scheduled for a time convenient to the institution.

      2) Should the demand for interviews be excessive, the LSP Warden may set a day and time for all interviews and may specify whether the interviews shall be conducted individually or in "press conference" fashion.

      3) No employee, including employee witnesses to the execution, except the Secretary or the LSP Warden (and LCIW Warden if appropriate) or their designees, shall communicate with the press regarding any aspect of the execution except as required by law.

10. **VISITS:**

   A. Prior to the scheduled execution, the Warden may approve special visits for the condemned offender.

   B. The Warden may deny access to the institution to any visitor or person he deems a risk to the security of the institution.

   C. The condemned offender shall not be required to visit with non-staff visitors that the condemned offender does not wish to see.

   D. Two correctional officers will remain in the identified visiting area at LSP at all times. Prior to moving the offender to the Execution Chamber, visiting will be conducted at LSP Death Row or, when appropriate, at an area designated by the Warden at LCIW

prior to moving the offender to LSP. Once the offender has been moved to the Execution Chamber, visiting will be conducted at Camp F.

E.  The condemned offender shall be allowed visits with legal counsel, family, friends and/or private clergy, as approved by the Warden.

F.  Visits will normally terminate by 3:00 p.m. on the day of the execution. The only exceptions are visits with a priest, minister, religious advisor, or an attorney and will terminate at the discretion of the LSP Warden or designee.

G.  All visits shall be documented.

## 11. CONFIDENTIALITY AND PROTECTION:

A.  The identity of the persons specified in this regulation (excluding the LSP Warden) who participate or perform ancillary functions in an execution either directly or indirectly, including a person or business that delivers, dispenses, distributes, supplies, manufactures, or compounds the drugs, equivalent drug products, pharmacy generated drugs, device drugs, medical supplies, medical equipment, or other supplies or materials intended for use by the Department of Public Safety and Corrections in the administration of an execution, shall remain strictly confidential and shall not be subject to public disclosure in any manner whatsoever. (La. R.S. 15:570(G)).

B.  Any information contained in records that could identify or could reasonably lead to the identification of persons specified in this regulation (excluding the LSP Warden) shall remain confidential, shall not be subject to disclosure, and shall not be admissible as evidence nor discoverable in any proceeding before any court, tribunal, board, agency, or person. This shall include the information or records of any person or business that delivers, dispenses, distributes, supplies, manufactures, or compounds the drugs, equivalent drug products, pharmacy generated drugs, device, drugs, medical supplies, medical equipment, or other supplies or materials intended for use by the Department of Public Safety and Corrections in the administration of an execution. (La. R.S. 15:570 (G)).

C.  If a person, business, organization, or entity who participates in or performs ancillary functions in an execution is licensed by a board, the licensing board shall not suspend or revoke the license of such person, business, organization, or entity, or take any disciplinary action or other adverse action against the person, business, organization, or entity, as a result of participation in the execution (La. R.S. 15:570(I)).

D.  Any person requested to be present at an execution shall not be required to attend an execution, whether or not the person is employed by the Department. Refusal to attend an execution shall not be used against any employee who refuses to attend or does not attend an execution. (La. R.S. 15:570 (C)).

E.      Except when authorized pursuant to La. R.S. 15:569(E) to disclose information pertaining to the provision of drugs, medical supplies, or medical equipment for execution to the state inspector general, no Department employee shall disclose the identity or any information leading to the identification of persons, businesses, organizations, or other entities who participate or perform ancillary functions in an execution either directly or indirectly, including a person or business that delivers, dispenses, distributes, supplies, manufactures, or compounds the drugs, equivalent drug products, pharmacy generated drugs, device drugs, medical supplies, medical equipment, or other supplies or materials intended for use by the Department of Public Safety and Corrections in the administration of an execution. Any person or his immediate family or entity whose identity is disclosed shall have a civil cause of action against the person who made the disclosure and may recover actual and/or punitive damages (La. R.S. 15:570(H)).

## 12.    PROCESSING OF DEATH WARRANT:

A. Upon receipt of a death warrant, the Secretary shall, within seven (7) days, provide written notice to the condemned person of the manner of execution. This written notice shall be provided to the condemned offender through the appropriate Warden's office.

B. Upon receipt of a death warrant, the Secretary shall send written notification, including a copy of the warrant and a copy of the written notice provided to the condemned offender identifying the manner of execution, to the following:

   1)      The Warden at LSP;

   2)      The Warden at LCIW (if appropriate);

   3)      The Governor, through the Governor's Executive Counsel, shall be mailed the certified copy of the warrant, return receipt requested, and the return receipt filed in the condemned offender's record;

   4)      The Clerk of each Court of Appeal; and

   5)      The Chairman of the Louisiana Board of Pardons.

## 13.    EXECUTION PROCEDURES:

A.      The Department will carry out the execution of an offender as sentenced by the district court following the protocols outlined in Attachment A (Protocol Phase I: Lethal Injection/Nitrogen Hypoxia), Attachment B (Protocol Phase II: Lethal Injection/Nitrogen Hypoxia), Attachment C (Protocol Phase III: Lethal Injection/Nitrogen Hypoxia), Attachment D (Protocol Phase IV: Lethal Injection/Nitrogen Hypoxia), Attachment E (Protocol Phase V: Lethal Injection) Attachment F (Protocol Phase V: Nitrogen Hypoxia with Appendix A – Operation of

Nitrogen Hypoxia System), Attachment G (Protocol Phase VI: Lethal Injection/Nitrogen Hypoxia)

B.   At any time leading up to the execution, ███████████████████ ████████████ will provide the LSP Warden with updates as needed from security personnel regarding issues including, but not limited to, crowd control, demonstrations, tension levels within the prison population. Additionally, ████████ ███████████ will provide the LCIW Warden with the same updates as appropriate. The appropriate Warden shall advise the Secretary of any unusual activity.

14.   **DEBRIEFING:**

A.   The LSP Warden shall ensure that critical incident debriefings are available for the Execution Team, staff participants and victim relationship witnesses. The Warden at LCIW shall ensure that critical incident debriefings are available at LCIW, as needed.

B.   ████████████████████████████████████████████ shall be available for debriefing for the family of the condemned offender.

s/ *Gary Westcott*
Gary Westcott, Secretary

Attachment A:        Protocol Phase I: Lethal Injection/Nitrogen Hypoxia
Attachment B:        Protocol Phase II: Lethal Injection/Nitrogen Hypoxia
Attachment C:        Protocol Phase III: Lethal Injection/Nitrogen Hypoxia
Attachment D:        Protocol Phase IV: Lethal Injection/Nitrogen Hypoxia
Attachment E:        Protocol Phase V: Lethal Injection
Attachment F:        Protocol Phase V: Nitrogen Hypoxia (with Appendix A – Operation of Nitrogen Hypoxia System)
Attachment G:        Protocol Phase VI:  Lethal Injection/Nitrogen Hypoxia

Form:                    OP-D-8-a     Agreement by Witness to Execution
                           OP-D-8-b     Spiritual Advisor Acknowledgment Form for Nitrogen Hypoxia
                           OP-D-8-c     Spiritual Advisor Acknowledgment Form for Lethal Injection

This regulation supersedes Department Regulation No. OP-D-8 dated 03 February 2025.

**Protocol Phase 1
30 days Prior**

**Lethal Injection
and Nitrogen
Hypoxia**

Approximately **thirty calendar days prior** to the scheduled execution date, the following process steps will be completed:

Upon receipt of the warrant from the Secretary, the Warden or designee shall:

1.      Ensure that the condemned inmate is served the warrant.

2.      The inmate is expected to sign the warrant upon receipt and a staff member shall sign as witness to the inmate's receipt of the warrant.

      A.      Should the inmate refuse to sign the warrant, two staff witnesses shall sign the document stating the inmate refused to sign acknowledging receipt of the warrant.

      B.      A copy of the witnesses' warrant will be filed in the inmate's record and the original signed warrant shall be returned to the Secretary's Office to be filed in the inmate's Headquarters file.

3.      Inform the inmate that the inmate may select a spiritual advisor. That advisor may be present in the execution chamber at the time of the execution. The inmate shall be informed that an alternate spiritual advisor may be selected to serve in the event that the spiritual advisor initially selected by the inmate cannot serve, or elects not to serve, at the time of the execution. The choice of spiritual advisor and alternate spiritual advisor must be made and communicated to the Warden or designee within five (5) days. If the inmate is housed at LCIW, the LCIW Warden or designee shall communicate the selection of spiritual advisor and/or alternate spiritual supervisor to the LSP Warden or designee.

      A.      The inmate shall be further informed that any spiritual advisor or alternate spiritual advisor will be required to submit a written plan to the Warden or designee setting forth how the spiritual advisor intends to assist the inmate in the exercise of the inmate's spiritual beliefs for the purpose of ensuring that such assistance will not interfere with the conduct of the execution. The inmate shall be further advised that that his written plan must be submitted to the Warden or designee for approval within fourteen (14) days. If the inmate is housed at LCIW, the LCIW Warden or designee shall submit the written plan to the LSP Warden or his designee.

B.   If a spiritual advisor and/or alternate spiritual advisor were identified by the inmate, the LSP Warden or designee shall meet with the spiritual advisor and/or alternate spiritual advisor to review such plan and conduct orientation and training of the spiritual advisor and alternate spiritual advisor in advance of the execution. The spiritual advisor and alternate spiritual advisor shall contact the LSP Warden or designee to schedule the orientation and training. The LSP Warden or designee, in his/her discretion, may conduct the review of the plan and orientation and training by phone, video teleconference, or other means.

C.   **[Lethal Injection]** If Lethal Injection is the method of execution, no spiritual advisor shall be allowed into the execution chamber unless they have reviewed and signed the Spiritual Advisor Lethal Injection Acknowledge Form (Form OP-D-8-c) and Agreement by Witness to Execution Form. (Form OP-D-8-a)

D.   **[Nitrogen Hypoxia]** If Nitrogen Hypoxia is the method of execution, no spiritual advisor or alternative spiritual advisor shall be allowed into the execution chamber unless they have reviewed and signed the Spiritual Advisor Nitrogen Hypoxia Acknowledgement (Form OP-D-8-b) and the Agreement by Witness to Execution Form. (Form OP-D-8-a)

4.   The inmate shall be transferred to the Execution Building, and the LSP Warden or designee will ensure that the 15 minute log is initiated. The log shall include, but not be limited to, movement, mood changes, meals served, showers, telephone calls, etc.

5.   The LSP Warden will restrict access to the execution chamber.

6.   The LSP Warden or designee will notify the Execution Team, ████████████ ████████████████████████████████████████████████████ of the scheduled execution.

7.   **[Lethal Injection]** The LSP Warden or designee will direct the ████████████ ████████████████ to ensure that at least three sets of the execution drugs are in stock or that they are ordered with an expected delivery prior to the execution.

A.   Execution drugs shall be checked to ensure expiration dates to verify that the drug(s) will not expire prior to the execution date.

B.   Execution drugs shall be stored appropriately (refrigerated if necessary) and secured in the LSP Pharmacy. ████████████ or Warden's designee shall be the only person with access to the secured drugs until they are provided to the Execution Team as outlined within this regulation.

8. **[Nitrogen Hypoxia]** The Warden or designee ███████████ shall ensure that the wall-mounted oxygen-deficient atmosphere monitors are tested. Testing will be performed in accordance with Appendix A – Operation of Nitrogen Hypoxia System of Attachment F/Protocol Phase V (hereinafter "Appendix A – Operation of Nitrogen Hypoxia System").

9. **[Nitrogen Hypoxia]** The Warden or designee ███████████ shall ensure all portable O2 monitors and/or gas measurement devices will be tested and inspected. All devices shall be fully charged. The calibration of these devices shall be checked in accordance with Appendix A – Operation of Nitrogen Hypoxia System and will be witnessed by ██████████████████████ ██████████████.

10. **[Nitrogen Hypoxia]** The Warden or designee ███████████ shall inspect the condition of each gas cylinder and verify that the volume of the gas (i.e., nitrogen gas and breathing air) in each bank exceeds the minimum acceptable thresholds as set forth in Appendix A – Operation of Nitrogen Hypoxia System.

11. **[Nitrogen Hypoxia]** The Warden or designee ███████████ shall inventory the equipment and supplies on hand and verify that all items required to carry out the execution by nitrogen hypoxia are available.

12. The LSP Warden will establish the staffing plan for the date of execution.

13. The LSP Warden or designee will establish a critical incident stress debriefing team for debriefing of the execution team post execution.

14. The LSP Execution Team shall conduct training sessions not less than once per week until the scheduled date of the execution.

15. Health Care

    A. ██████████████████████████████ will set up a special section of the medical record to monitor all medical action associated with the condemned inmate.

    B. ██████████████████████████████ will ensure daily sick call is conducted and all contacts/observations are recorded in a designated special section of the medical record to include daily observation notes.

    C. ██████████████████████████████ will

ensure a mental health professional personally observes and evaluates the inmate daily.

D. ███████████████████ will review medical documentation on a daily basis and personally observe and evaluate the inmate's medical condition weekly.

E. ████████████ will review nursing, mental health and medical doctor's documentation on a weekly basis and will personally observe the inmate's mental health condition weekly.

F. ████████████████████████████ will notify all medical staff to advise the LSP Warden, █████████████████████ immediately of any change in inmate's medical or mental health condition.

G. **[Lethal Injection]** ██████████ will review the condemned inmate's medication records to identify any contradictions that exist between prescribed medications and the protocol drugs. The LSP Warden or designee will be notified of the findings, who will then brief the Secretary.

**Protocol Phase II**
**Fourteen Days Prior**

**Lethal Injection and**
**Nitrogen Hypoxia**

Approximately **fourteen calendar days prior** to the scheduled execution date, the following process steps will be completed:

1.    The Secretary or designee shall give either written or verbal notice (followed by written notice placed in the United States mail within five days thereafter) of the date and time of the execution to the victim's parents, or guardian, spouse, and any adult children who have indicated that they desire such notice. The named parties shall be given the option of attending the execution. Within three days of receipt of the notification, the named parties shall notify the Secretary's Office, either verbally or in writing, of their intention to attend.

2.    The L S P Warden (or the Warden at LCIW, as appropriate) shall have the condemned inmate complete the requests for clergy witness, instructions for disposal of property and funeral arrangements. All such requests shall be signed in the presence of a notary.

3.    The LSP Warden's Office (or the Warden at LCIW, as appropriate) will obtain and secure the condemned inmate's file, classification file, and visiting file in the Warden's Office.

4.    **[Lethal Injection]** The Secretary, at his discretion, will determine which drug protocol shall be used for the execution. The condemned inmate and his attorney will be notified of the selected drug protocol.

**Protocol Phase III**

**Ten, Seven, Five and Three Days Prior**

**Lethal Injection/Nitrogen Hypoxia**

1.     Approximately **ten calendar days prior** to the scheduled execution date, the following process steps will be completed:

    A.     The LSP Warden shall notify the following individuals/agencies of the date and time of the execution:

        1)     Louisiana State Police;
        2)     West Feliciana Parish Sheriff;
        3)     West Feliciana Parish Coroner;
        4)     The condemned inmate's spiritual advisor, if the condemned inmate desires for the spiritual advisor to witness the execution.

    B.     The Secretary shall select media representatives and witnesses and notify the LSP Warden (and the LCIW Warden, as appropriate) in writing of the names of those selected.

    C.     The LSP Warden shall select an appropriate area to serve as a press room. For the purpose of this regulation the designated area will be the front gate visiting area.

    D.     The LSP Warden and the LCIW Warden will coordinate and schedule the planned movement of condemned female inmates to Louisiana State Penitentiary.

    E.     The Secretary or designee will send letters of confirmation to all media representatives and witnesses as well as Departmental Rules & Regulations and information regarding subjectivity to search.

    F.     The Secretary or designee will confirm encrypted communications with the Governor's Office.

    G.     The Secretary or designee will confirm contacts and communications with the associated Clerks of Court offices, including the U.S. Supreme Court Clerk of Court.

2.     Approximately **seven calendar days prior** to the scheduled execution date, the following process steps will be completed:

    A.     The Secretary shall notify the LSP Warden of the names of victim relationship witnesses and witnesses selected in accordance with La. R.S. 15:570.

B.　　The LSP Warden will verify the established staffing plan for execution day.

C.　　The LSP Warden or designee will check communications/phones at the execution building and the training academy.

D.　　███████████████████████████████████████████████ will direct the ███████████████████████████ to conduct a physical exam of the inmate and report any unusual conditions to the facility Warden

E.　　███████████████████████████████████████████ will complete a mental health evaluation and report any unusual conditions to the facility Warden. The original mental health evaluation will be placed in the inmate's medical record and a copy provided to the LSP or LCIW Warden.

3.　Approximately **five calendar days prior** to the scheduled execution date, the following process steps will be completed:

A.　　The LSP Warden will brief the Louisiana State Police and the West Feliciana Sheriff's Office regarding the timeframe for execution day.

B.　　The LSP Warden will secure the inmate's last meal request and notify ████ ██████████████████ of the requested meal.

4.　Approximately **three calendar days prior** to the scheduled execution date, the following process steps will be completed:

A.　　**[Lethal Injection]** ████████████ will examine the inmate's veins.

B.　　**[Lethal Injection]** The LSP Warden or designee will ensure an inventory is conducted of needed medical supplies and equipment and secure these supplies and equipment separately from routine medical supply issue.

C.　　The LSP Warden or designee will ensure the heart monitor is tested by ████ ██████████████████ and that any other supplies (i.e. crash cart, defibrillator, stop watch, etc.) are inventoried and operational.

D.　　**[Nitrogen Hypoxia]** The LSP Warden or designee ███████████████ shall inventory the equipment and supplies on hand and verify that all items required to carry out the execution by nitrogen hypoxia are available and functioning.

**Protocol Phase IV**

**12-36 Hours Prior**

**Lethal Injection and Nitrogen Hypoxia**

1.    The Execution Building shall remain restricted. Only the following individuals shall be permitted access:

      A.      Secretary and/or designee(s);
      B.      LSP Warden (and LCIW Warden if appropriate);



2.    The L S P  W a r d e n  o r  d e s i g n e e  shall assign security personnel to staff entrances and checkpoints.

3.    The LSP Warden or designee shall ensure that the condemned inmate's property is inventoried in the presence of the condemned inmate. At this time, the property will be separated into state issue and personal belongings. The condemned inmate shall have previously specified who is to receive their personal effects. The inmate will be allowed to keep a tablet/radio/MP3/Tape Player, legal materials, approved religious materials, hygiene items, pictures, reading materials, and a change of state issued clothing.

4.    Not less than 12 hours prior to 6:00 p.m. on the date of the execution, all communications equipment shall be tested again by the Warden or designee, including primary and secondary communication with the Governor's Office, the Secretary's Office, and the LSP Command Center.

5.    **[Nitrogen Hypoxia]** The LSP Warden or designee ▮▮▮▮▮▮▮▮▮▮ will pressurize and assess the nitrogen hypoxia system. The system will be depressurized with line pressures returned to 0 PSI after the assessment is completed. All lockout valves will be closed, locked, and secured at the conclusion of this testing.

6.    **[Nitrogen Hypoxia]** The LSP Warden or designee ▮▮▮▮▮▮▮▮▮▮ will inspect all wall-mounted oxygen-deficient atmosphere monitors to ensure that they are powered (functioning) and that the audible alarm is set at 12 hours prior to the scheduled execution.

## Protocol Phase V

### Execution/ Lethal Injection

1.  Not more than three hours prior to the scheduled execution, the LSP Warden or his designee will ensure the condemned inmate's last meal is served.

2.  Approximately two hours prior to the execution, ▮▮▮▮▮▮▮ or Warden's designee will label and prepare the syringes as noted below. This process will be witnessed by the LSP Warden or designee and/or ▮▮▮▮▮▮▮ or designee.

    A.  If Pentobarbital is utilized, syringes 1 and 2 will be labeled as such and filled with five grams of Pentobarbital (under whatever name it may be available from a manufacturer, distributor or compounding pharmacy) solution, divided into the two syringes.

        1)  Four additional syringes will be labeled as Syringe 3, Syringe 4, Syringe 5 and Syringe 6. An additional 10 grams of Pentobarbital (under whatever name it may be available from a manufacturer, distributor or compounding pharmacy) shall be obtained and kept available with Syringes 3, 4, 5 and 6 to be used if the primary dose of five grams proves to be insufficient for the procedure. Syringes 3 and 4 shall be kept available for contingent use following Syringe 1 and 2 if needed. Syringes 5 and 6 shall be kept available for contingent use following Syringes 3 and 4 if needed.

        2)  Three syringes of 25 mL of normal saline flush will be prepared and labeled as Syringe Flush.

    B.  If Midazolam and Hydromorphone is utilized, Syringe 1 will be labeled as such and filled with 10 mg of Midazolam (under whatever name it may be available from the manufacturer, distributor or compounding pharmacy) and 40 mg of Hydromorphone (under whatever name if may be available from a manufacturer, distributor or compounding pharmacy). The Midazolam (under whatever name it may be available from the manufacturer, distributor or compounding pharmacy) and Hydromorphone (under whatever name it may be available from the manufacturer, distributor or compounding pharmacy) in the amounts specified shall be drawn into or mixed in a single syringe and labeled as Syringe 1.

        1)  An additional syringe will be labeled as Syringe 2. Ten mg of Midazolam (under whatever name it may be available from a

manufacturer, distributor, or compounding pharmacy) and 40 mg of Hydromorphone (under whatever name it may be available from a manufacturer, distributor, or compounding pharmacy) shall be obtained and kept available with Syringe 2 to be used if the primary dose of syringe 1 proves to be insufficient for the procedure.

2)   A third syringe will be labeled as Syringe 3. Sixty (60) mg of Hydromorphone (under whatever name it may be available from a manufacturer, distributor, or compounding pharmacy) shall be obtained and kept available with Syringe 3 to be used if both the primary and secondary doses of Syringe 1 and Syringe 2 prove insufficient for the procedure.

3)   Three syringes of 25 mL of normal saline flush will be prepared and labeled as Syringe Flush.

C.   ███████████ or Warden's designee will place the prepared initial dose syringes and back-up drugs in separate cases and turn them over to ███ will sign the Chain of Custody form transferring the supplies to ████████ ████

D.   █████████████████ will place the supplies in a locked container and transport them to the Execution Chamber. Upon arrival at the Execution Chamber, █████████████████ will inventory supplies (i.e. drugs) and ensure equipment (i.e. lines, cardiac monitor, crash cart, defibrillator, and related medical supplies) are in place and in a ready state.

3.   Approximately one hour prior to the execution:

A.   The LSP Warden or designee will review final preparations with the Execution Team and ensure all communications at the Execution Building, Command Center, and Secretary's Office are in working order.

B.   The LSP Warden or designee will verify the security and preparedness of the Execution Chamber, gurney, and the witness rooms.

C.   The LSP Warden or designee will confirm the presence of all witnesses at the Command Center (Training Academy), ensure that each witness has signed the Agreement by Witness to Execution (Form No. OP-D-8-a), and provide for transport/escort of the witnesses to the witness room.

D.        █████████████████████████████ will confirm that the ambulance is present.

E.        The LSP Warden will brief the media, witnesses, and West Feliciana Parish Sheriff.

F.        ████████████████████ will prepare the inmate by shaving.

G.        The LSP Warden or designee will ensure the inmate is properly dressed in underwear, pants, t-shirt, and shower shoes.

H.        The LSP Warden will give the order for ████████████ to escort the inmate to the Execution Chamber. The inmate will then be assisted onto the gurney by ███████████ ███████████ will remove the handcuffs and waist belt and properly secure the inmate to the table. ████ ██████████ will check all straps prior to exiting from the Execution Chamber.

I.        The spiritual advisor, if any, will be escorted to the execution chamber and permitted to carry out the previously submitted and approved written plan. ███████████████ will remain in the execution chamber when the spiritual advisor is present.

J.        Once the condemned inmate is secure the witnesses will be transported/escorted to the witness room by the LSP Warden or designee.

K.        Once the condemned inmate is in the Execution Chamber and all witnesses are present, the LSP Warden or his designee will turn the microphone on and the LSP Warden or his designee will provide the condemned inmate an opportunity to make a last verbal statement of up to two (2) minutes if the condemned inmate so desires.

L.        At the conclusion of the condemned inmate's verbal statement, the LSP Warden or designee shall close the curtain to the Witness Room and exit.

        1)        The LSP Warden or designee will signal the ██████ to enter.

        2)        ███████████ shall appropriately prepare the condemned inmate for execution by running the IV lines through the wall of the alcove to the IV set-up and to the condemned inmate. Using normal saline, the team will insert a primary IV line and, if feasible,

one backup line in locations deemed appropriate by team members. The insertion site of preference shall be: arms, hands, ankles, neck, and/or feet.

If the ▇▇▇▇ cannot secure one or more sites within one hour, the Governor's Office shall be contacted by the Secretary and a request shall be made that the execution be scheduled for a later date.

3) The ▇▇▇▇ shall begin saline flow, connect the electrodes of the cardiac monitor and pulse oximeter, and verify equipment is functioning properly.

4) The ▇▇▇▇ will then exit the Chamber.

M. The LSP Warden or designee will open the curtain and then notify the witnesses that the state is carrying out the execution of the condemned inmate.

N. At the LSP Warden or designee's direction, the execution process will begin as follows:

1) If <u>Pentobarbital</u> (under whatever name it may be available from a manufacturer, distributor, or compounding pharmacy) is utilized:

a. At the LSP Warden or designee's direction, ▇▇▇▇▇▇ ▇▇▇▇▇▇ will intravenously administer a rapid flow of the previously prepared Syringes 1 and 2, followed by a syringe flush of 25 mL of normal saline.

b. ▇▇▇▇▇▇▇▇▇▇ will log the time that the flush is completed and start the stop watch.

c. ▇▇▇▇▇▇▇▇▇▇ will observe the heart monitor and advise the physician if there is cessation of electrical activity of the heart. If death does not occur within five minutes of the completion of the flush, ▇▇▇▇▇▇ shall consult with the LSP Warden or designee who shall authorize ▇▇▇▇▇▇ to proceed as follows:

i. ▇▇▇▇▇▇▇▇▇▇ shall prepare Syringe 3 and Syringe 4 with a total of 5 grams of pentobarbital (under whatever name it may be available from a manufacturer, distributor or

compounding pharmacy) divided into the two syringes and intravenously administer the prepared Syringes 3 and 4, followed by a syringe flush of 25 mL of normal saline.

ii. ███████████████████ will log the time that the flush is completed and start the stop watch.

iii. ███████████████████ will observe the heart monitor and advise the physician if there is cessation of electrical activity of the heart. If death does not occur within five minutes of the completion of the flush, ███████████ shall consult with the LSP Warden or designee who shall authorize the ██████ to proceed as follows:

[a] ███████████████████ shall prepare Syringe 5 and Syringe 6 with a total of five grams of Pentobarbital (under whatever name it may be available from a manufacturer, distributor or compounding pharmacy) divided into the two syringes and intravenously administer the prepared Syringes 5 and 6, followed by a syringe flush of 25 mL of normal saline.

[b] ███████████████████ will log the time that the flush is completed.

[c] ███████████████████ will observe the heart monitor and advise the physician of cessation of electrical activity of the heart.

2) If <u>Midazolam</u> (under whatever name it may be available from a manufacturer, distributor, or compounding pharmacy) <u>and Hydromorphone</u> (under whatever name it may be available from a manufacturer, distributor, or compounding pharmacy) are used:

a. At the LSP Warden or designee's direction, ███████████████ will intravenously administer a rapid flow of the previously prepared Syringe 1, followed by a syringe flush of 25mL of normal saline.

b. ███████████████████ will log the time that the flush is completed and start the stop watch.

c. ███████████████████ will observe the heart monitor and advise the physician if there is cessation of electrical activity of the heart. If death does not occur within five minutes of the completion of the flush, ███████████ ███████ shall consult with the LSP Warden or designee who shall authorize the ██████ to proceed as follows:

   i. ███████████████████ shall prepare Syringe 2 with 10 mg of Midazolam (under whatever name it may be available from a manufacturer, distributor or compounding pharmacy) and 40 mg of Hydromorphone (under whatever name it may be available from a manufacturer, distributor or compounding pharmacy) and intravenously administer the prepared Syringe 2, followed by a syringe flush of 25 mL of normal saline.

   ii. ███████████████████ will log the time that the flush is completed and start the stop watch.

   iii. ███████████████████ will observe the heart monitor and advise the physician if there is cessation of electrical activity of the heart. If death does not occur within five minutes of the completion of the flush, ███████████ shall consult with the LSP Warden or designee who shall authorize ███████ to proceed as follows:

      [a] ███████████████████ shall prepare Syringe 3 with 60 mg of Hydromorphone (under whatever name it may be available from a manufacturer, distributor or compounding pharmacy) and intravenously administer the prepared Syringe 3, followed by a syringe flush of 25 mL of normal saline.

      [b] ███████████████████ will log the time that the flush is completed.

      [c] ███████████████████ will observe the heart monitor and advise the physician of cessation of electrical activity of the heart.

O.   Once the LSP Warden or designee is notified of the cessation of electrical activity of the heart, the LSP Warden or designee will close the curtain.

    1)   The spiritual advisor, if any, will be escorted from the execution chamber.

    2)   The West Feliciana Coroner enters the Execution Chamber and confirms death by checking the condemned inmate's pulse and pupils and pronounce the condemned inmate dead and advises the Warden. The coroner then exits the chamber.

P.   The LSP Warden or designee opens the curtains, turns the microphone on, and states: "At approximately _____ pm, the execution of _____ was carried out in accordance with the laws of the State of Louisiana."

Q.   The LSP Warden or designee shall turn the microphone off and draw the curtains closed.

**Protocol Phase V**

**Execution/Nitrogen Hypoxia**

1.      No later than noon on the day of the scheduled execution, the LSP Warden or designee will ensure the condemned inmate's last meal is served.

2.      Approximately one hour prior to the execution:

A.      The LSP Warden or designee will review final preparations with the Execution Team and ensure all communications at the Execution Building, Command Center and Secretary's Office are in working order.

B.      The LSP Warden or designee will verify the security and preparedness of the Execution Chamber and the witness rooms.

C.      The LSP Warden or designee will confirm the presence of all witnesses at the Command Center (Training Academy), ensure that each witness has signed the Agreement by Witness to Execution (Form No. OP-D-8-a), and provide for transport/escort of the witnesses to the witness room.

D.      ██████████████████████████████████ will confirm that the ambulance is present.

E.      The LSP Warden will brief the media, witnesses, and West Feliciana Parish Sheriff.

F.      ████████████████████████ will prepare the inmate by shaving.

G.      ██████████████████████████ will connect the electrodes of the cardiac monitor and pulse oximeter and verify equipment is functioning properly.

H.      The LSP Warden or designee ████████████████ will pressurize the nitrogen hypoxia system in accordance with Appendix A – Operation of Nitrogen Hypoxia System. As the system is pressurized signage will be displayed to notify personnel that the system is active and pressurized.

I.      The LSP Warden or designee ████████████████ will retrieve the mask, connect it to the breathing gas tubing, and stow it in the execution chamber. The mask is a continuous-flow, full face, supplied air respirator with head straps.

J.     The LSP Warden or designee ███████████ shall inspect all wall mounted oxygen monitors to ensure that they are powered (functioning) and that the audible alarm is set. NOTE: This inspection is in addition to the morning inspection required.

K.     The LSP Warden or designee will ensure the inmate is properly dressed in underwear, pants, t-shirt, and shower shoes.

L.     The LSP Warden will give the order for ███████████ to escort the inmate to the Execution Chamber. The inmate will then be assisted onto the gurney by ███████████. ███████████ will remove the handcuffs and waist belt and properly secure the inmate to the table. ███ ███████████ will check all straps prior to exiting from the Execution Chamber.

M.     Once the condemned inmate is secure, the witnesses will be escorted to the witness room by the LSP Warden or designee.

N.     Once in the Execution Chamber:

1)     The LSP Warden or designee ███████████ shall conduct a final visual inspection of the nitrogen hypoxia system, verify that it has been pressurized, and verify that the breathing gas tubing is connected, secure, and properly functioning.

2)     The LSP Warden or designee ███████████ will open the breathing air supply to allow flow to the mask. The breathing air supply will be set.

3)     The pulse oximeter will be placed and secured on the condemned inmate.

4)     Prior to placement of the mask onto the condemned inmate's face, ███ ███████████ will place a portable O2 meter directly into the inflow of the breathing gas into the mask for a period of at least fifteen seconds and verify that the breathing air is being supplied.

5)     The mask will be placed and adjusted on the condemned inmate's face. ███████████ will monitor the pulse oximeter while ███████████ verifies that the mask has been properly placed. ███████████ will be dismissed from the execution chamber after the mask has been properly placed.

6) After the mask is placed and fitted onto the condemned inmate's face, the pulse oximeter will be monitored continuously for two minutes.

7) The LSP Warden or designee ███████████will open the nitrogen gas lockout valve.

8) The spiritual advisor, if any, will be escorted to the execution chamber and permitted to carry out the previously submitted and approved written plan. ███████████will remain in the execution chamber when the spiritual advisor is present.

O. The LSP Warden or designee ████████████ will open the curtain. The LSP Warden or designee ██████████ will turn the microphone on and the LSP Warden or designee ████████████ will provide the condemned inmate an opportunity to make a last verbal statement of up to two (2) minutes if the condemned inmate so desires.

P. At conclusion of the condemned inmates last statement the LSP Warden or designee ██████████will then notify the witnesses that the state is carrying out the execution of the condemned inmate.

Q. Suction will be used if emesis is present prior to the administration of the nitrogen hypoxia. After suctioning, the mask will be placed and fitted onto the condemned inmate's face.

R. The LSP Warden or designee ██████████ will verify mask placement. At the LSP Warden or designee ██████████ direction, the nitrogen hypoxia system will be activated by ██████████ ███████████

1) After the nitrogen gas is introduced, it will be administered for (1) fifteen minutes or (2) five minutes following a flatline indication on the EKG, whichever is longer, at a flow rate of 70 L/minute.

2) ████████████ shall continuously observe the heart rate monitor and notify the Warden of the cessation of electrical activity of the heart.

S. Once the LSP Warden or designee ██████████is notified of the cessation of electrical activity of the heart, the Warden will close the curtain.

1) The spiritual advisor, if any, will be escorted from the execution chamber.

    2)    Prior to permitting the West Feliciana coroner entry into the execution chamber to pronounce death, the LSP Warden or designee ███████████████ must:

        a.    Activate the exhaust fan located inside the execution chamber.

        b.    Verify that the nitrogen lockout valve is closed.

        c.    Remove the mask from the inmate's body.

        d.    Cause breathing air to flow through the mask for a period of at least ninety seconds to ensure that all nitrogen gas has been purged from the breathing gas tubing.

    3)    The Coroner will then enter the chamber and pronounce the condemned inmate deceased.

T.    The LSP Warden or designee ██████████████ opens the curtains and turns the microphone on and states: "At approximately _____ pm, the execution of _____ was carried out in accordance with the laws of the State of Louisiana."

U.    The LSP Warden or designee ███████████ shall turn the microphone off and draw the curtains closed.

V.    The LSP Warden or designee ████████████████ will deactivate/depressurize the nitrogen hypoxia system, returning all line pressures to 0PSI utilizing procedures set forth in the Appendix A – Operation of Nitrogen Hypoxia System.

## Appendix A

### Operation of the Nitrogen Hypoxia System

General safety requirements applicable to all employees involved in the operation of the nitrogen hypoxia system:

No Person shall be permitted to enter unless the following criteria are satisfied:

    1.  All wall mounted oxygen-deficient atmosphere monitors have an audible alarm, and before entrance two (2) authorized staff will ensure there are no active audible alarms.

    2. The three (3) wall mounted oxygen-deficient atmosphere monitors must have a reading of at least 19.5% oxygen. The digital readings will be read and documented in the following order:

        a. One wall monitor is located in the witness room (A).

        b. One wall monitor is located in the execution chamber (B).

        c. One wall monitor is located in the oxygen & inert gas room (C).

    3. Eight (8) portable O2 monitors will be distributed to all who will be present in room B & C.

    4.  Only two (2) authorized staff members will enter room C to conduct initial inspection and calibration of the Nitrogen Hypoxia System.

### Inspection & Calibration of Nitrogen Hypoxia System

Two (2) authorized staff members will enter the oxygen & inert gas room (C) for initial inspection & calibration, after the completion of Steps 1-3 above.

    1. Visual inspection of all piping, valves, locks, hoses, tanks, and gas manifold systems.

    2. Gas manifolds are then activated and begin to self-calibrate for approximately 15-20 seconds (45-55 PSI).

    3. Additional visual inspection to ensure lockout protocol are in place.

    4. Manifolds will then be pressurized to minimum acceptable thresholds. Minimum acceptable threshold shall be:

a. Breathing Air: 500 PSI each tank

b. Nitrogen Gas: 500 PSI each tank

c. There will be four (4) tanks of breathing air and four (4) tanks of nitrogen gas at minimum.

5. Once pressurized another visual inspection will occur as well as ensuring calibration between gauges on manifold and valve gauges, and oxygen & inert gas delivery system.

6. Once visual inspection is complete and calibration is confirmed all gas system locking mechanisms will be released.

7. Initial testing will be conducted between oxygen & inert gas delivery system and mask.

8. The gas delivery system will be calibrated to 70 L/minute.

9. A visual and audible inspection of the gas delivery system to ensure all mask and hose equipment are intact and properly functioning will occur.

10. A mask test will be performed utilizing a calibrated gas monitor to ensure appropriate and efficient delivery of Nitrogen and breathing air.

11. Once confirmed appropriate staff will be notified of "Ready Status" and the processes outlined in the Nitrogen Hypoxia Protocols will be initiated.

## Depressurizing of the Nitrogen Hypoxia System

1. All nitrogen valves shall be shut off.

2. All breathing air valves will remain open.

3. The line shall be purged with breathing air and confirmed utilizing a calibrated gas monitor.

4. All remaining valves and tanks will be shut off.

5. All locks will be returned to locking position.

6. All manifolds will then be powered down.

All portable O2 monitors shall be returned to room C. All wall mounted oxygen deficient monitors shall be read and documented of a reading of at least 19.5%.

## Protocol Phase VI

## Post Execution

### Lethal Injection/Nitrogen Hypoxia

1.  The LSP Warden shall advise the Secretary that the coroner has pronounced the condemned inmate dead.

2.  The Secretary shall advise the Governor or his designee that the execution has been carried out.

3.  The witnesses shall be escorted from the witness area (first the media, then the inmate's witnesses and finally the victim's witnesses) to the Command Center (LSP Training Academy) and be required to sign the Proces Verbal (La. R.S. 15:571) before being dismissed.

4.  The designated health care professional will prepare the body for departure.

5.  The Funeral Home Director will complete the death certificate.

6.  **[Lethal Injection]** ▮▮▮▮▮▮▮▮▮▮▮ will return medical supplies/drugs to ▮▮ ▮▮▮▮ following the same chain of custody procedures outlined for moving the supplies/drugs to the execution chamber.

7.  ▮▮▮▮▮▮▮▮▮▮▮ will remove the body from the Execution Chamber. Disposition of the body shall be in accordance with arrangements made prior to the execution at the condemned inmate's request.

8.  The LSP Warden shall sign the Proces Verbal and make a written report reciting the manner and date of the execution. The report shall be filed with the clerk of court in the parish where the sentence was originally imposed (La. R.S. 15:571) on the first business day following the execution.

9.  The LSP Business Office (or LCIW Business Office, as appropriate) shall close out the inmate's account on the first business day following the execution.

10. The LSP Warden or designee (or LCIW Deputy Warden, as appropriate) shall contact the individual designated to receive the condemned inmate's personal property for pick-up of said property.

11. Within three business days after the execution, the LSP Warden's Office shall compile all documents pertaining to the execution and place them in the inmate's file (or forward to LCIW for filing, as appropriate).

## AGREEMENT BY WITNESS TO EXECUTION

I, _____, a person of full age and majority, and citizen of the State of Louisiana, hereby agree to the following conditions precedent to being a witness to the execution of a sentence of death at Louisiana State Penitentiary, Angola, Louisiana.

1.  I agree that my presence at the execution is voluntary.

2.  I agree to sign the report of the execution as required by law.

3.  I agree to comply with all rules and regulations of the Department of Public Safety and Corrections and the Louisiana State Penitentiary during the course of the proceedings leading up to, during, and after the completion of the execution.

4.  I agree that I shall not electronically record or photograph any activities while I am present in the execution chamber. I further agree that while I am present in the execution chamber, I shall not carry on my person, concealed or otherwise, any type of cellular phone or data communications equipment (including, but not limited to, desktop/notebook computers, personal digital assistants (PDAs), Smartphones, iPads, etc.)

5.  I agree to submit to a search of my person before and after the execution if requested to do so by the Warden of the Louisiana State Penitentiary or designee.

6.  If I am a member of the press selected as a witness to the execution, I agree to act as a pool reporter for the media representatives not present at the execution, and I agree to meet with all media representatives present at the penitentiary immediately after the execution.

7.  If I am an employee of the Department of Public Safety and Corrections, I agree that I shall not disclose any information about the execution or any persons, businesses, organizations, or other entities who participates in or performs ancillary functions in the execution process. I understand that I am subject to civil liability if I disclose the identity of any person or his immediate family or entity who participates in or performs ancillary functions in the execution process.

I have read the above agreement, understand it, and have signed it in the presence of the listed witnesses on this date _____.

(Day, Month, Year)

_____

Signature of Selected Witness

WITNESSES TO SIGNATURE:

_____

_____

## ACKNOWLEDGEMENT OF SPIRITUAL ADVISOR
### (Nitrogen Hypoxia)

I, _____, have agreed to serve as the spiritual advisor for Louisiana Department

of Public Safety and Corrections, Corrections Services, Inmate _____, DOC #

_____, whose sentence of death is to be carried out by means of nitrogen hypoxia.

I hereby acknowledge that the following information has been provided to me by the Louisiana Department of

Public Safety and Corrections, Corrections Services:

1. Nitrogen gas is odorless, tasteless, and cannot be seen.
2. Nitrogen gas makes up approximately 78-79% of the air humans normally breathe. Because of this, the human body is accustomed to the presence of nitrogen gas in the breathable atmosphere.
3. When nitrogen gas is released into confined spaces, or is rapidly released through a confined-space opening, it can displace the oxygen within the confined space or an area surrounding the confined-space opening. When nitrogen gas displaces oxygen below 19.5% in the breathable atmosphere, the federal government considers a condition hazardous to human life and safety to be present.
4. When nitrogen gas displaces oxygen below 12% in the breathable atmosphere, loss of consciousness becomes a threat to human welfare and safety.
5. Because nitrogen gas cannot be detected by human senses, a rapid displacement of oxygen by nitrogen gas can result in loss of consciousness without warning. This creates a fall and injury hazard.
6. The Louisiana Department of Public Safety and Corrections, Corrections Services, utilizes wall-mounted oxygen sensors and portable oxygen meters as a safety precaution to ensure that no inert-gas hazard is present inside of the execution chamber.
7. The nitrogen hypoxia system employed by the Louisiana Department of Public Safety and Corrections, Corrections Services, cannot displace sufficient oxygen inside of the execution chamber to create a confined-space hazard or a risk of death or bodily harm.
8. **However, in the highly unlikely event that the hose supplying breathing gas to the mask were to detach, an area of free-flowing nitrogen gas could result, creating a small area of risk (approximately two (2)) feet) from the outflow. Additionally, overpressure could result in a small area of nitrogen gas that displaces the oxygen in the area around the condemned inmates face and/or head.**

Based on these facts, I understand and agree to remain at least three (3) feet away from the mask or any outflow

of breathing gases discharged from the system. I acknowledge that it is my responsibility to avoid touching any

component of the nitrogen hypoxia system and to comply with any directive regarding safety precautions relating to

inert-gas asphyxiation given by the Louisiana Department of Public Safety and Corrections, Corrections Services,

personnel present in the execution chamber.

I further acknowledge and agree that I have completed the orientation and training on _____ (date), and I

will follow the instructions and guidance received in the orientation and training with regard to the conduct I must

adhere to while inside the execution chamber.

I further acknowledge and agree to be silent any time the LSP Warden or designee from the Escort Team speak during the execution procedure and when Inmate _____ (Inmate's name/DOC #) gives his last statement.

I further acknowledge and agree to remain in the specified location I have been instructed to stand and to not move from this specified location without instruction from the LSP Warden or designee from the Escort Team.

I further acknowledge and agree that Inmate _____ (Inmate's name/DOC #) has requested that I be allowed _____ and I agree to not touch Inmate _____ (Inmate's name/DOC #) anywhere other than this specified location without instruction from the LSP Warden or designee from the Escort Team.

I further acknowledge and agree not to disrupt the execution procedure in any way when being escorted into, out of, or while inside the execution chamber.

I further acknowledge and agree that if I engage in any behavior deemed by the LSP Warden or designee from the Escort Team to be disruptive to the procedure, I will be subject to immediate removal from the execution chamber.

I further acknowledge and agree that if I am removed from the execution chamber due to my behavior, I will not be allowed to return to the execution chamber, the execution will proceed in my absence, and I will be prohibited from serving as spiritual advisor inside the execution chamber for any future execution in Louisiana.

I further acknowledge that I have been provided with a copy of the first page of this acknowledgement containing the explanation of risks and risk-mitigation requirements regarding nitrogen hypoxia and inert-gas asphyxiation.

Acknowledged and agreed to on this the _____ day of _____, 20____.

_____     Spiritual Advisor for Inmate: _____

Printed Name: _____     Inmate's DOC # _____

**Form OP-D-8-c**
**07 February 2025**

## ACKNOWLEDGEMENT OF SPIRITUAL ADVISOR
### (Lethal Injection)

I, _____, have agreed to serve as the spiritual advisor for Louisiana Department of Public Safety and Corrections, Corrections Services, Inmate _____, DOC # _____, whose sentence of death is to be carried out by means of lethal injection.

I acknowledge and agree that I have completed the orientation and training on _____ (date) and I will follow the instructions and guidance received in the orientation and training regarding the conduct to which I must adhere to while inside the execution chamber.

I further acknowledge and agree to be silent any time the LSP Warden or designee from the Escort Team speak during the execution procedure and when Inmate _____ (Inmate's name/DOC #) gives his last statement.

I further acknowledge and agree to remain in the specified location I have been instructed to stand and to not move from this specified location without instruction from the LSP Warden or designee from the Escort Team.

I further acknowledge and agree that Inmate _____ (Inmate's name/DOC #) has requested that I be allowed _____ and I agree to not touch Inmate _____ (Inmate's name/DOC #) anywhere other than this specified location without instruction from the LSP Warden or designee from the Escort Team.

I further acknowledge and agree not to disrupt the execution procedure in any way when being escorted into, out of, or while inside the execution chamber.

I further acknowledge and agree that if I engage in any behavior deemed by the LSP Warden or designee from the Escort Team to be disruptive to the procedure I will be subject to immediate removal from the execution chamber.

I further acknowledge and agree that if I am removed from the execution chamber due to my behavior, I will not be allowed to return to the execution chamber, the execution will proceed in my absence, and I will be prohibited from serving as spiritual advisor inside the execution chamber for any future execution in Louisiana.

Acknowledged and agreed to on this the _____ day of _____, 20___.

_____         Spiritual Advisor for Inmate: _____

Printed Name: _____         Inmate's DOC # _____