# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSIE HOFFMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-169-SDD-SDJ** |
| **GARY WESTCOTT, ET AL** | |

## ORDER

On March 5, 2025, United States Magistrate Judge Scott D. Johnson held a Motion Hearing by video on the Motion to Compel (R. Doc. 40) filed by Plaintiff's counsel. The following individuals participated in the hearing:

| | |
|---|---|
| **Samantha Bosalavage Pourciau**<br>*Counsel for Plaintiff* | **Caroline M Tomeny**<br>**Caitlin A. Huettemann**<br>*Counsel for Defendants* |

Having heard argument from both parties, the undersigned determined that earlier drafts of the execution protocol are relevant for discovery, and that Defendants have not shown that such drafts are subject to attorney-client privilege. Because of the exceptionally expedited timeline in this case and the little detail provided in the original privilege log, the Court will allow Defendants to redact the documents should they contain requests for or provisions of legal advice.

And so,

**IT IS ORDERED** that Plaintiff's Motion to Compel (R. Doc. 40) is **GRANTED**, and Defendants must produce any earlier drafts of the execution protocol as requested in Plaintiff's Requests for Production, including but not limited to those indicated in the privilege log (R. Doc. 40-3).

C:cv25c; T: 00:50

**IT IS FURTHER ORDERED** that Defendants may redact the drafts to the extent that they contain the request for or provision of legal advice.[1] Redactions should be as narrow as possible, and a detailed privilege log shall be provided identifying the nature of each redaction sufficient to allow Plaintiff to challenge withholdings as necessary.

**IT IS FURTHER ORDERED** that Defendants shall make these productions by **10:00a.m. on Thursday, March 6, 2025**.

Signed in Baton Rouge, Louisiana, on March 5, 2025.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] As discussed at the hearing, not all attorney work is subject to attorney-client privilege, and not all advice from a lawyer is "legal advice". As Defendants have only argued attorney-client privilege and no other privilege, only communications to or from attorneys for the purpose of the request or provision of legal advice shall be redacted.

C:cv25c; T: 00:50