# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
MARCH 5, 2025
CHIEF DISTRICT JUDGE SHELLY D. DICK

JESSIE HOFFMAN

VERSUS

GARY WESTCOTT, ET AL.

CIVIL ACTION

25-169-SDD-SDJ

This matter came on this day for a *Telephone Status Conference*.

PRESENT:  James Stronski, Esq.
Counsel for Petitioner

Caroline Tomeny, Esq.
Counsel for Gary Westcott, et al.

The parties shall file a joint stipulation regarding unsealing a redacted version of the execution protocol by 10 a.m. on Thursday, March 6, 2025. If the parties are unable to jointly agree to unsealing a redacted execution protocol, the Court will set the Plaintiff's Motion to Unseal Document (R. Doc. 33) for contradictory hearing on Thursday, March 6, 2025, at 3:00 p.m. in Courtroom Three.

The Court granted Plaintiff's oral motion for extension of time to file reply to Defendants' Opposition to the Motion for Preliminary Injunction. Reply shall be filed by 9 a.m. on Thursday, March 6, 2025.

The Court will allow Dr. Capone to testify remotely at a pre-determined time.

The parties shall file a motion if there are any other witnesses they wish to testify remotely.

\* \* \* \* \*

CV 38c; 30 mins.