IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE HOFFMAN** | * | **CIVIL ACTION No. 25-169-SDD-SDJ** |
| **VERSUS** | * | **CHIEF JUDGE SHELLY D. DICK** |
| **GARY WESTCOTT, ET AL.** | * | **MAG. SCOTT D. JOHNSON** |

## JOINT STIPULATION

**NOW COME** Plaintiff, Jessie Hoffman, and Defendants, Gary Westcott, Secretary for the Louisiana Department of Public Safety and Corrections ("DPSC"); Darrel Vannoy, Warden of the Louisiana State Penitentiary; and John Does, unknown executioners (hereinafter, collectively, "Defendants" or "the State"), who, pursuant to the Court's March 5, 2025 minute entry order [ECF No. 67], submit the following Joint Stipulation:

1. On February 28, 2025, the State filed under seal a redacted copy of DPSC Department Regulation OP-D-8 (the "Protocol") [ECF No. 30-1], pursuant to the Court's February 28, 2025 minute entry order [ECF No. 29].

2. On March 1, 2025, Plaintiff filed a Motion to Unseal Execution Protocol [ECF No. 33]. On March 3, 2025, the State filed an Opposition to Plaintiff's Motion to Unseal Execution Protocol [ECF No. 38].

3. On March 5, 2025, the Court held a status conference to discuss Plaintiff's Motion to Unseal Execution Protocol and Defendants' Opposition thereto [ECF No. 67]. Following the status conference, the parties stipulated to unseal the redacted Protocol, currently filed in the record under seal [ECF No. 30-1].

1

Respectfully Submitted:

/s/ *James K. Stronski*
James K. Stronski (*pro hac vice*)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 223-4000
JStronski@crowell.com

Samantha Bosalavage Pourciau, La. Bar No. 39808
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
Sbosalavage@defendla.org

Cecelia Trenticosta Kappel, La. Bar No. 32736
Loyola Center for Social Justice
7214 St. Charles Ave. Box 907
New Orleans, Louisiana 70118
Tel: 504-861-5735
Email: ckappel@defendla.org

Rebecca L. Hudsmith
Office of the Federal Public Defender
For the Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Tel: 337-262-6336
Rebecca_Hudsmith@fd.org

Ellen M. Halstead (*pro hac vice*)
Harry P. Cohen (*pro hac vice*)
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 223-4000
EHalstead@crowell.com
HCohen@crowell.com

David Lindner (*pro hac vice*)
William B. Frankel (*pro hac vice*)
Crowell & Moring LLP
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611
Tel: (312) 321-4200
DLindner@crowell.com
WFrankel@crowell.com

Adam J. Singer (*pro hac vice*)
April L. Barnard (*pro hac vice*)
Hugham Chan (*pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
ASinger@crowell.com
ABarnard@crowell.com
HChan@crowell.com

*Counsel for Plaintiff Jessie Hoffman*


-and-

/s/ Jeffrey K. Cody
Jeffrey K. Cody (La. Bar Roll No. 28536)
jeffreyc@scwllp.com
Caroline M. Tomeny (La. Bar Roll No. 34120)
caroline@scwllp.com
Brooke L. R. Ydarraga (La. Bar Roll No. 41000)
brooke@scwllp.com
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467

/s/ Connell L. Archey
Randal J. Robert (La. Bar #21840)
randy.robert@butlersnow.com
Connell L. Archey (La. Bar #20086)
connell.archey@butlersnow.com
**BUTLER SNOW, LLP**

445 North Boulevard, Suite 300<br>
Baton Rouge, LA 70802<br>
Telephone: (225) 325-8700<br>
Facsimile: (225) 325-8800

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel for Plaintiff by operation of the court's electronic filing system.

/s/ Caroline M. Tomeny
CAROLINE M. TOMENY