

**UNITED STATES MARSHALS SERVICE**

Middle District of Louisiana
777 Florida Street, Room G-48
Baton Rouge, LA  70801

# MARSHALS RETURN

I hereby certify and return that on: __3/6/25  10:50 am__

☐ I served the within named subject: Ashley Myles-LADOC, Jonathan Vining, Executive Counsel (LA Dept. Public Safety and Corrections)

☐ I returned Unexecuted: _____

This: ___Order to produce___ MISC. Case# __25-169-1__

$_____ Mileage

$_____ Service

**UNITED STATES MARSHALS SERVICE**
Middle District of Louisiana

BY: __DUSM Sanders, G.__