1    UNITED STATES DISTRICT COURT

2    MIDDLE DISTRICT OF LOUISIANA

3

4  JESSIE HOFFMAN         : CIVIL ACTION

5  VERSUS                 : NO. 3:25-169-SDD-SDJ

6  GARY WESTCOTT, ET AL      : MARCH 7, 2025

7  ========================================================

      HEARING ON MOTION FOR PRELIMINARY INJUNCTION
8        BEFORE THE HONORABLE SHELLY D. DICK
         UNITED STATES CHIEF DISTRICT JUDGE
9
            VOLUME 2 OF 2
10
         A P P E A R A N C E S
11

12  FOR THE PLAINTIFF:

13     PROMISE OF JUSTICE INITIATIVE
       BY: SAMANTHA BOSALAVAGE POURCIAU, ESQUIRE
14     1024 ELESIAN FIELDS AVENUE
       NEW ORLEANS, LOUISIANA 70117
15
       LOYOLA CENTER FOR SOCIAL JUSTICE
16     BY: CECELIA TRENTICOSTA KAPPEL, ESQUIRE
       7214 ST. CHARLES AVE. BOX 907
17     NEW ORLEANS, LOUISIANA 70118

18     OFFICE OF THE PUBLIC DEFENDER
       FOR THE MIDDLE AND WESTERN DISTRICTS OF LOUISIANA
19     BY: REBECCA L. HUDSMITH, ESQUIRE
       102 VERSAILLES BLVD., SUITE 816
20     LAFAYETTE, LOUISIANA 70501

21     CROWELL & MORING, LLP
       BY: JAMES K. STRONSKI, ESQUIRE
22     BY: ELLEN M. HALSTEAD, ESQUIRE
       BY: HARRY P. COHEN, ESQUIRE
23     TWO MANHATTAN WEST
       375 NINTH AVENUE
24     NEW YORK, NEW YORK 10001

25     CROWELL & MORING, LLP
       BY: DAVID LINDNER, ESQUIRE

Second Transcript (rough)

```
 1    BY: WILLIAM B. FRANKEL, ESQUIRE
      455 N. CITYFRONT PLAZA DRIVE
 2    SUITE 3600
      CHICAGO, ILLINOIS 60611
 3
      CROWELL & MORING, LLP
 4    BY: ADAM J. SINGER, ESQUIRE
      BY: APRIL BARNARD, ESQUIRE
 5    BY: HUGHAM CHAN, ESQUIRE
      1001 PENNSYLVANIA AVENUE, NW
 6    WASHINGTON, DC 20004

 7
    FOR THE DEFENDANTS:
 8
      SHOWS, CALI & WALSH, L.L.P.
 9    BY: JEFFREY K. CODY, ESQUIRE
      BY: CAROLINE M. TOMENY, ESQUIRE
10    BY: BROOKEE L.R. YDARRAGA, ESQUIRE
      628 ST. LOUIS STREET
11    BATON ROUGE, LOUISIANA 70802

12    BUTLER SNOW, LLP
      BY: RANDAL J. ROBERT, ESQUIRE
13    BY: CONNELL L. ARCHEY, ESQUIRE
      445 NORTH BOULEVARD, SUITE 300
14    BATON ROUGE, LOUISIANA 70802

15

16    REPORTED BY:  NATALIE W. BREAUX, RPR, CRR
          UNITED STATES COURTHOUSE
17          777 FLORIDA STREET
          BATON ROUGE, LOUISIANA 70801
18          (225) 389-3565
          NATALIE_BREAUX@LAMD.USCOURTS.GOV
19

20    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY USING
          COMPUTER-AIDED TRANSCRIPTION SOFTWARE
21

22

23

24

25
```

Second Transcript (rough)

1                I N D E X

2  PLAINTIFFS' WITNESS:

3   SETH HENRY SMITH, JR.                    PAGE

4      REDIRECT EXAMINATION BY []

5   []

6      DIRECT EXAMINATION BY []

7      CROSS-EXAMINATION BY []

8  [] WITNESS:

9   []

10      DIRECT EXAMINATION BY []

11      CROSS-EXAMINATION BY []

12      REDIRECT EXAMINATION BY []

13

14

15

16

17

18

19

20

21

22

23

24

25

4

Second Transcript (rough)

1     (MARCH 7, 2025 AFTERNOON SESSION)

2           PROCEEDINGS

3     THE LAW CLERK:  ALL RISE.

4           COURT IS NOW IN SESSION.

5     THE COURT:  BE SEATED.

6           MS. HALSTEAD, YOUR WITNESS.  GO AHEAD,

7 MA'AM.

8           REDIRECT EXAMINATION

9 BY MS. HALSTEAD:

10    Q  MR. SMITH, YOU TESTIFIED THAT YOU HAD ORAL

11 COMMUNICATIONS WITH PHARMACEUTICAL COMPANIES OTHER

12 THAN HICKMAN/PFIZER AND ITS WHOLESALER MORRIS AND

13 DICKSON.  DO YOU RECALL THAT?

14    A  THE DEPARTMENT DID, NOT ME SPECIFICALLY.

15    Q  WHO ARE THOSE OTHER COMPANIES?

16    A  I CAN'T TELL YOU OFF-THE-CUFF.  THE TWO HEAD

17 PHARMACISTS AT THE TWO REGIONAL PHARMACIES ARE THE

18 ONES THAT RELAYED THAT INFORMATION TO ME.

19    Q  WHAT ARE THEIR NAMES?

20    A  JONATHAN TRAVIS WOULD BE ONE OF THEM, AND

21 THE OTHER ONE WOULD BE -- I'M DRAWING A BLANK AS TO

22 HER NAME.  I CAN PICTURE HER.  HANG ON.  MARY

23 LABATOO. []

24    Q  THE DEPARTMENT OF CORRECTIONS CANNOT OBTAIN

25 LETHAL INJECTION DRUGS.  IS THAT RIGHT?

5

1     A  THAT'S CORRECT.  WELL, NO.  HANG ON.  WE CAN

Second Transcript (rough)

2  OBTAIN THEM BUT NOT FOR THAT USE.

3    Q  BUT LETHAL INJECTION IS IN THE CURRENT

4  PROTOCOL.  CORRECT?

5    A  CORRECT.

6    Q  BUT ELECTROCUTION IS NOT IN THE CURRENT

7  PROTOCOL?

8    A  CORRECT.

9    Q  YOU TESTIFIED THAT THE DEPARTMENT OF

10  CORRECTIONS OBTAINED ALTER-HIGH-PURITY NITROGEN GAS?

11    A  CORRECT.

12    Q  THE DEPARTMENT OF CORRECTIONS IS JUST GOING

13  TO USE THAT FOR EXECUTIONS?

14    A  THAT'S THE ONLY THING I KNOW WE'RE GOING TO

15  USE IT FOR, CORRECT.

16      MS. HALSTEAD:  YOUR HONOR, I WOULD LIKE TO

17  PUT UP PLAINTIFF'S EXHIBIT 135.

18      THE COURT:  FOR THE WITNESS ONLY.

19  BY MS. HALSTEAD:

20    Q  MR. SMITH, I'M SHOWING YOU WHAT'S BEEN

21  MARKED AS PLAINTIFF'S EXHIBIT 135.  WHAT IS IT?

22    A  THAT'S THE CERTIFICATION TO CLINTON HOSPIRA,

23  WHICH IS A PFIZER COMPANY, AND THE WHOLESALER

24  MORRISON & DICKSON OR MORRIS & DICKSON.

25    Q  DO YOU RECOGNIZE IT?

6

1    A  I DO.

Second Transcript (rough)

2    Q   HOW DO YOU RECOGNIZE IT?

3    A   I'VE SEEN IT.

4    Q   THIS IS A CERTIFICATION THAT YOU REFERRED TO

5 IN YOUR DECLARATION?

6    A   THAT'S CORRECT.

7       MS. HALSTEAD:  YOUR HONOR, I MOVE TO ADMIT

8 PLAINTIFF'S EXHIBIT 135 INTO EVIDENCE.

9       THE COURT:  ANY OBJECTION, COUNSEL?

10       MR. CODY:  NO OBJECTION, YOUR HONOR.

11       THE COURT:  ADMITTED.  IT MAY BE PUBLISHED.

12 BY MS. HALSTEAD:

13    Q   MR. SMITH, I WANT TO REFER YOU TO THE

14 PORTION OF YOUR CERTIFICATION THAT -- THE SECOND

15 PARAGRAPH THAT SAYS "I FURTHER CERTIFY THAT OUR

16 ORGANIZATION AND NONE OF ITS SUBSIDIARIES OR

17 AFFILIATED ORGANIZATIONS ADMINISTER CAPITAL

18 PUNISHMENT."

19       DO YOU SEE THAT?

20    A   I DO.

21    Q   WAS THAT A TRUE STATEMENT IN 2018?

22    A   IT WAS NOT A TRUE STATEMENT IN 2018.

23    Q   IS THAT A TRUE STATEMENT TODAY?

24    A   NO, IT'S NOT.

25    Q   MR. SMITH, YOU REFERRED TO A 2015 STUDY

7

1 COMMITTEE?

2    A   CORRECT.

Second Transcript (rough)

3     Q   THAT STUDY COMMITTEE WAS TO STUDY METHODS OF

4  EXECUTION?

5     A  I BELIEVE IT WAS NITROGEN HYPOXIA SPECIFIC.

6     Q   THE STUDY COMMITTEE WAS ONLY STUDYING

7  NITROGEN HYPOXIA?

8     A  I WOULD NEED TO SEE THE RESOLUTION, BUT I

9  BELIEVE THAT'S CORRECT.  I BELIEVE IT WAS TO STUDY

10  NITROGEN HYPOXIA.

11     Q   THE 2015 COMMITTEE DID NOT STUDY MEDICAL AID

12  IN DYING?

13     A   NO, IT DID NOT.

14     Q   THE 2015 STUDY COMMITTEE DID NOT CONSIDER A

15  FIRING SQUAD?

16     A   CORRECT.

17        MS. HALSTEAD:  THANK YOU.

18        THE COURT:  NOTHING FURTHER?

19        MS. HALSTEAD:  NOTHING FURTHER.

20        THE COURT:  IS THERE ANY REDIRECT?

21        MR. CODY:  NO, YOUR HONOR.

22        THE COURT:  OKAY.  MR. SMITH, YOU MAY STEP

23  DOWN.

24        PLAINTIFFS MAY CALL THEIR NEXT WITNESS,

25  PLEASE.

8

1        MS. KAPPEL:  YOUR HONOR, THE PLAINTIFF WILL

2  CALL WARDEN VANNOY.

Second Transcript (rough)

3      THE COURT:  MA'AM, MAKE YOUR APPEARANCE.

4  WE'VE GOT A NEW COURT REPORTER.

5      MS. KAPPEL:  YES, YOUR HONOR.  IT'S CECILIA

6  KAPPEL ON BEHALF OF JESSIE HOFFMAN.

7      (WHEREUPON, DARREL SCOTT VANNOY, BEING DULY

8  SWORN, TESTIFIED AS FOLLOWS.)

9           DIRECT EXAMINATION

10  BY MS. KAPPEL:

11    Q  GOOD AFTERNOON, WARDEN.

12    A  GOOD AFTERNOON.

13      THE COURTROOM DEPUTY:  WOULD YOU PLEASE

14  STATE YOUR NAME AND SPELL IT FOR THE RECORD?

15      THE WITNESS:  DARREL SCOTT VANNOY.

16  D-A-R-R-E-L, S-C-O-T-T, V AS IN VICTOR, A-N-N-O-Y.

17        I APOLOGIZE, I'M LOSING MY VOICE.

18  BY MS. KAPPEL:

19    Q  I'LL KEEP IT AS QUICK AS POSSIBLE.

20      WARDEN VANNOY, CAN YOU TELL THE COURT WHAT

21  YOUR CURRENT POSITION IS?

22    A  I'M CURRENTLY THE WARDEN AT ANGOLA.

23    Q  AND HOW LONG HAVE YOU BEEN IN THAT CURRENT

24  POSITION?

25    A  SINCE NO- -- THIS -- I'VE BEEN THERE TWICE.

                              9

1  THIS TIME SINCE NOVEMBER 27TH.

2    Q  AND ON NOVEMBER 27TH, DID WARDEN HOOPER

3  LEAVE THAT POSITION OR WAS THERE AN OVERLAP?

Second Transcript (rough)

4     A   JUST A COUPLE DAY'S OVERLAP.

5     Q   AND CAN YOU BRIEFLY DESCRIBE YOUR BACKGROUND

6   IN CORRECTIONS BEFORE THIS?

7     A   I CAN.  I STARTED AT ANGOLA ON MARCH 14TH,

8   1975.  I WORKED THERE UNTIL -- I WORKED MY WAY UP

9   THROUGH THE RANKS.  I WAS THE DEPUTY WARDEN.  I LEFT

10   THERE IN OCTOBER OF '13 AND WENT TO BE A WARDEN AT

11   THE DIXON CORRECTIONAL IN JACKSON, AND I STAYED THERE

12   UNTIL DECEMBER OF '16.  I WENT BACK TO ANGOLA AS A

13   WARDEN AND I STAYED -- I RETIRED FROM THERE IN

14   SEPTEMBER OF '21.  I GOT VERY SICK WITH COVID IN

15   JANUARY OF '21 AND I DIDN'T THINK I'D EVER BE ABLE TO

16   WORK AGAIN.

17     Q   THANK YOU.  SO JUST SO I'M GETTING THIS

18   RIGHT, YOU WERE AT ANGOLA FROM 1975 TO 2013?

19     A   YES, MA'AM.

20     Q   AND THEN YOU LEFT FOR A PERIOD OF THREE

21   YEARS AND CAME BACK IN '16?

22     A   RIGHT.

23     Q   AND THEN LEFT AGAIN IN '21?

24     A   CORRECT.  ALTOGETHER I DID 44 YEARS AT

25   ANGOLA.

10

1     Q   SO WHILE YOU WERE AT ANGOLA, DURING ALL OF

2   THE TIMES YOU'VE BEEN AT ANGOLA, DID YOU PARTICIPATE

3   IN ANY EXECUTIONS?

Second Transcript (rough)

4    A  I HAVE.

5    Q  DID YOU PARTICIPATE AS THE HEAD WARDEN OF

6 THE PRISON?

7    A  NO.  I WAS EITHER AN ASSISTANT WARDEN OR A

8 DEPUTY WARDEN OR A LIEUTENANT COLONEL.

9    Q  DID YOU PARTICIPATE IN ELECTROCUTIONS?

10    A  I DID.

11    Q  LETHAL INJECTION?

12    A  I DID.

13    Q  DID YOU PARTICIPATE IN NITROGEN GAS

14 EXECUTIONS?

15    A  NO, MA'AM.

16    Q  SO I'M GOING TO INTRODUCE -- OR OFFER TO

17 INTRODUCE PLAINTIFF'S EXHIBIT 9.

18        MS. KAPPEL:  IF YOU CAN JUST SHOW THAT TO

19 WARDEN VANNOY SO HE CAN --

20        THE COURTROOM DEPUTY:  IF YOU COULD SPEAK IN

21 FRONT OF THE MICROPHONE, YOU'RE --

22        MS. KAPPEL:  YES.  PLAINTIFF'S EXHIBIT 9.

23        THE COURTROOM DEPUTY:  -- QUIET.  I'M HAVING

24 TROUBLE PICKING UP YOUR --

25        MS. KAPPEL:  NO, NO, NO, NO.  SORRY.  IT'S

                             11

1 NOT 9.

2        11.  I'M SORRY.  PLAINTIFF'S EXHIBIT

3 11.

4 BY MS. KAPPEL:

Second Transcript (rough)

5     Q   WARDEN VANNOY, DO YOU RECOGNIZE THIS?

6     A   I DO.

7     Q   CAN YOU TELL US WHAT IT IS?

8     A   IT'S DEPARTMENT OF REG C-03-001.  IT'S THE

9   DEATH PENALTY REGULATION.

10     Q   AND WHAT DOES IT DESCRIBE?

11     A   RIGHT HERE, IT'S THE AUTHORITY THAT

12   REFERENCES THE PURPOSE TO SET FORTH THE PROCEDURE TO

13   BE FOLLOWED FOR LETHAL INJECTION OF THOSE CONDEMNED

14   OFFENDERS SENTENCED TO DEATH.

15        MS. KAPPEL:  YOUR HONOR, AT THIS POINT

16   PLAINTIFFS WOULD OFFER, FILE AND INTRODUCE EXHIBIT

17   11.

18        THE COURT:  ANY OBJECTION?

19        MR. CODY:  NO OBJECTION, YOUR HONOR.

20        THE COURT:  ADMITTED.

21        MS. KAPPEL:  THANK YOU.

22   BY MS. KAPPEL:

23

24     Q   SO, WARDEN VANNOY, WHAT IS A DEPARTMENT

25   REGULATION?

12

1     A   IT'S A GUIDE TO -- NO MATTER WHAT IT'S

2   WRITTEN ABOUT, IT'S A GUIDE FOR THE INSTITUTIONS TO

3   GIVE US A GUIDE TO FOLLOW TO FOLLOW A PROCEDURE.

4   IT'S A PROCEDURAL DOCUMENT.

Second Transcript (rough)

5    Q   AND WHAT IS A DIRECTIVE?

6    A   A DIRECTIVE IS A -- THE PENITENTIARY

7 DIRECTIVE, IT USUALLY MIRRORS PRETTY CLOSELY TO THE

8 DEPARTMENT OF REGULATION.

9    Q   AND DOES THE -- DOES ANGOLA PUT OUT

10 DIRECTIVES OR DOES THE DEPARTMENT OF PUBLIC SAFETY

11 AND CORRECTIONS?

12    A   ANGOLA PUTS OUT THE PENITENTIARY DIRECTIVES.

13    Q   AND SO NOW I'M GOING TO SHOW YOU PLAINTIFF'S

14 EXHIBIT 1.  AND THIS I BELIEVE HAS ALREADY BEEN

15 INTRODUCED INTO EVIDENCE.

16        WARDEN VANNOY, DO YOU RECOGNIZE THIS

17 DOCUMENT?

18    A   I DO.

19    Q   AND CAN YOU TELL ME THE DATE ON THIS

20 DOCUMENT?

21    A   FEBRUARY 7, 2025.

22    Q   DO YOU REMEMBER THE FIRST TIME YOU SAW THIS

23 DOCUMENT?

24    A   I DO.

25    Q   WHEN WAS THAT?

13

1    A   FEBRUARY 11TH.

2    Q   BEFORE FEBRUARY 11TH DID YOU REVIEW ANY

3 DRAFTS OF THIS PROTOCOL?

4    A   NO.

5    Q   WERE YOU CONSULTED ABOUT THE MAKING OF THE

Second Transcript (rough)

6 PROTOCOL?

7     A   NO.

8     Q   DO YOU KNOW WHO DRAFTED IT?  AND DON'T TELL

9 ME WHO IF YOU KNOW.  JUST YES OR NO.

10     A   I DON'T HAVE PERSONAL KNOWLEDGE OF WHO

11 DRAFTED IT.

12     Q   SO YOU FOUND OUT THAT THE DEPARTMENT OF

13 PUBLIC SAFETY AND CORRECTIONS HAD IMPLEMENTED A

14 NITROGEN GAS PROTOCOL ON FEBRUARY 11TH?

15     A   YES, MA'AM.

16     Q   FOUR DAYS AFTER --

17     A   I READ IT AND SIGNED FOR IT THAT DAY.

18     Q   AND BETWEEN MARCH 2014 AND FEBRUARY 11,

19 2025, WERE YOU AWARE OF ANY OTHER EXECUTION PROTOCOL?

20     A   YES.  I KNEW THERE WAS AN EXECUTION PROTOCOL

21 FOR LETHAL INJECTION.

22     Q   IS THAT THE PROTOCOL I JUST SHOWED YOU FROM

23 MARCH OF 2014?

24        IF WE CAN PUT THAT ONE BACK UP.  IT'S UP ON

25 THE SCREEN.

14

1     A   YES, MA'AM, THAT WOULD BE IT.

2     Q   THAT WOULD BE IT?

3     A   YES, MA'AM.

4     Q   SO FOR APPROXIMATELY 11 YEARS THAT -- THE

5 MARCH OF 2014 PROTOCOL WAS THE PROTOCOL?

Second Transcript (rough)

6    A  YES.

7        THE COURT:  FOR THE RECORD, MS. KAPPEL, THE

8  MARCH OF '24 PROTOCOL IS WHAT EXHIBIT?

9        MS. KAPPEL:  PLAINTIFF'S EXHIBIT 11, YOUR

10  HONOR.

11        THE COURTROOM DEPUTY:  2014.

12        THE COURT:  2014.  I'M SORRY.

13  BY MS. KAPPEL:

14    Q  AND, WARDEN VANNOY, YOU'RE AWARE, OF COURSE,

15  THAT THERE WAS A WARRANT FOR MR. HOFFMAN'S EXECUTION

16  THAT WAS SIGNED THAT WEEK THAT YOU SAW THE EXECUTION

17  PROTOCOL FOR THE FIRST TIME?

18    A  I AM.

19    Q  WERE YOU CONSULTED IN THE DECISION THAT

20  SECRETARY WESTCOTT MADE AS TO WHICH OF THE THREE

21  METHODS OF EXECUTION WOULD BE USED TO EXECUTE HIM?

22    A  NO.

23    Q  SO BETWEEN NOVEMBER 27, I BELIEVE YOU TOLD

24  ME, NOVEMBER -- YES, NOVEMBER 27, 2024 AND FEBRUARY

25  11, 2025, DID YOU CONDUCT ANY EXECUTION TRAINING

15

1  SESSIONS?

2    A  I DID.

3    Q  AND WHAT PROTOCOL WERE YOU USING TO TRAIN?

4    A  WELL, I KNEW THAT THE ELECTRIC CHAIR WAS

5  DEFINITELY OUT.  THERE IS ONLY THREE TYPES OF

6  EXECUTION METHODS:  ELECTRIC CHAIR, LETHAL INJECTION

Second Transcript (rough)

7 AND NITROGEN HYPOXIA.  I KNEW THE ELECTRIC CHAIR WAS

8 OUT BECAUSE THAT'S NO WAY THAT COULD GET READY FOR

9 THAT.  AND I KNEW THAT WE COULDN'T BUY THE DRUGS FOR

10 LETHAL INJECTION, THAT THE DEPARTMENT COULDN'T

11 PURCHASE THOSE.  SO THE NITROGEN HYPOXIA WAS SET UP.

12 THE SYSTEM WAS SET UP, SO I ASSUMED THAT THAT'S WHAT

13 WE WOULD BE USING.

14    Q   WHEN YOU SAY THE ELECTRIC CHAIR WAS OUT OF

15 THE QUESTION, WHY IS THAT?

16    A   IT'S -- THERE IS NOTHING -- NO SUPPLIES OR

17 ANYTHING.  YOU'D HAVE TO ORDER ALL THAT TO GET THAT

18 INSTALLED.

19    Q   WERE YOU AWARE OF ANY CORRECTIONS STAFF THAT

20 TRAVELED TO TENNESSEE TO LOOK AT THEIR ELECTRIC

21 CHAIR?

22    A   I WAS.

23    Q   AND DOESN'T ANGOLA STILL HAVE AN ELECTRIC

24 CHAIR?

25    A   WE HAVE A -- IT'S NOT THE ELECTRIC CHAIR.

16

1 WE HAVE A MODEL OVER AT WHAT WE CALL THE RED HAT

2 UNIT.  AND IT USED TO BE IN THE MUSEUM OUTSIDE THE

3 FRONT GATE, BUT I DON'T KNOW IF IT'S THERE NOW.  THE

4 ORIGINAL.

5    Q   AND SO GOING BACK TO THE 2025 PROTOCOL --

6       MS. KAPPEL:  RICH, IF YOU CAN PUT IT ON PAGE

Second Transcript (rough)

7 8, PLEASE. SCROLL DOWN TO THE BOTTOM. MORE.

8 BY MS. KAPPEL:

9    Q   WARDEN VANNOY, CAN YOU READ THE VERY LAST

10 LINE OF THIS PAGE?

11    A   THIS REGULATION SUPERCEDES DEPARTMENT OF

12 REGULATION NO. OP-D-8 DATED 3 FEBRUARY '25.

13    Q   DOES THAT MEAN THAT THERE WAS A DEPARTMENT

14 REGULATION THAT WAS FINALIZED AND IMPLEMENTED ON

15 FEBRUARY 3, 2025?

16    A   I DON'T KNOW IF IT WAS FINALIZED OR

17 IMPLEMENTED. IT COULD HAVE BEEN IN DRAFT AND IT WAS

18 DONE AWAY WITH WHEN THIS ONE COMES OUT. I DON'T

19 RECALL SEEING A FEBRUARY 3RD OF 2025 D.O. REG WITH

20 THAT NUMBER ON IT.

21    Q   SO NOBODY EVER SHOWED YOU THE FEBRUARY 3,

22 2025 REGULATION?

23    A   NOT TO MY RECOLLECTION.

24    Q   WARDEN, WITHOUT TELLING ME ANY NAMES, DID

25 YOU SELECT THE MEMBERS OF THE EXECUTION TEAM?

17

1    A   I SELECTED A COUPLE. WE HAD A RETIREMENT,

2 AND OUR -- I HAD TO ADD A COUPLE BECAUSE FOR THE

3 ANONYMITY OF THE TEAM THAT CERTAIN FUNCTIONS THAT

4 THEY WOULD BE DOING. THEY WERE NOT DIRECTLY INVOLVED

5 WITH THE EXECUTION TEAM. BUT WARDEN HOOPER HAD

6 SELECTED THE VAST MAJORITY OF THEM. BUT WHEN I GOT

7 THERE, I BROUGHT THEM ALL TOGETHER, INTERVIEWED THEM,

Second Transcript (rough)

8 AND I ACCEPTED THEM.

9   Q  DO YOU KNOW WHAT WARDEN HOOPER'S PROCESS WAS

10 FOR DECIDING WHO'S A MEMBER OF THE EXECUTION TEAM?

11   A  I DO NOT.

12   Q  AND WHAT WAS YOUR PROCESS?

13   A  MY PROCESS, I LOOKED AT -- I'VE KNOWN THE

14 MAJORITY OF THEM A LONG TIME.  I LOOKED AT THEIR

15 LENGTH OF SERVICE, THEIR DEMEANOR, THEIR LENGTH OF

16 SERVICE, THEIR PERSONALITIES.

17   Q  DID YOU CONSIDER WHETHER THEY HAD TRAINING

18 AND EXPERIENCE IN MASK FITTING?

19   A  I DID.  I KNEW THAT THEY HAD BEEN -- THE

20 MAJORITY HAS BEEN TRAINED IN CHEMICAL AGENTS WHERE

21 YOU HAVE TO WEAR A MASK OR ON THE SPECIAL UNITS LIKE

22 THE TACTICAL UNIT WHERE YOU'RE TRAINED TO PUT ON A

23 MASK AND WEAR A MASK.

24   Q  WERE ANY OF -- I'M SORRY.

25   A  I KNEW THAT THE OFFICERS I SELECTED TO PLACE

18

1 A MASK ON THEM HAS TRAINING WITH BOTH CHEMICAL AGENT

2 AND TACTICAL UNIT TRAINING TO PUT A MASK ON.

3   Q  DID ANY OF THE MEMBERS OF THE EXECUTION TEAM

4 HAVE EXPERIENCE ADMINISTERING AN INERT GAS IN A TOXIC

5 QUANTITY TO A HUMAN BEING?

6   A  NO.

7   Q  WHEN YOU GOT TO ANGOLA THIS CURRENT TIME,

Second Transcript (rough)

8 DID THE PRISON HAVE ALL OF THE EQUIPMENT THAT IT

9 NEEDED TO CONDUCT AN EXECUTION USING NITROGEN GAS?

10    A   WHEN I GOT BACK?

11    Q   STARTING NOVEMBER 27TH OF LAST YEAR.

12    A   YES, MA'AM.

13    Q   THEY HAD ALL THE EQUIPMENT THEY NEEDED?

14    A   ASSEMBLED -- IT WAS ASSEMBLED IN PLACE.

15    Q   DO YOU RECALL ONE ITEM OF EQUIPMENT THAT

16 NEEDED TO BE ORDERED ON AN EMERGENCY BASIS THIS

17 MONTH?

18    A   THEY SHOWED ME THAT.  I HADN'T SEEN THAT

19 ORDER WHEN I DID MY DEPOSITION, SO I WENT BACK AND

20 CHECKED.  AND THAT WAS A SPARE.  THEY ORDERED THAT AS

21 A SPARE.  IT WAS A FLOW METER AND THAT WAS ORDERED AS

22 A SPARE.

23    Q   IF IT WAS A SPARE, WHY WAS IT AN EMERGENCY?

24    A   IT'S AN EMERGENCY BECAUSE THEY WANTED TO

25 HAVE A SPARE IN BEFORE IF THIS EXECUTION WOULD

                              19

1 PROCEED.

2    Q   SO I WANT TO TURN NOW TO --

3        MS. KAPPEL:  IF YOU'D SCROLL DOWN, RICH.

4 IT'S PAGE 1 -- IT'S PAGE 188 OF THE BATES STAMPS.

5 I'M SORRY.

6        I APOLOGIZE, YOUR HONOR.  IF YOU COULD

7 INDULGE ME FOR JUST A SECOND.  IT'S PAGE 6.

8 BY MS. KAPPEL:

Second Transcript (rough)

9    Q  I'M LOOKING AT PARAGRAPH F, WARDEN.  CAN YOU

10  READ THAT PARAGRAPH FOR ME.

11    A  "VISITS WILL NORMALLY TERMINATE BY 3:00 P.M.

12  ON THE DAY OF THE EXECUTION.  THE ONLY EXCEPTIONS ARE

13  VISITS WITH A PRIEST, MINISTER, RELIGIOUS ADVISOR, OR

14  AN ATTORNEY AND WILL TERMINATE AT THE DISCRETION OF

15  THE LSP WARDEN OR DESIGNEE."

16    Q  WARDEN, DID YOU DESIGNATE ANYBODY TO DO THIS

17  OR ARE YOU GOING TO DO THIS TASK?

18    A  I'M GOING TO DO THAT.

19    Q  IS IT FAIR TO SAY THAT IF YOU DEEM IT

20  APPROPRIATE, YOU CAN TERMINATE MR. HOFFMAN'S CONTACT

21  WITH HIS ATTORNEY ON THE DAY OF HIS EXECUTION?

22    A  IF I DEEMED IT APPROPRIATE.  BUT I WOULDN'T

23  DO IT THAT EARLY.

24    Q  WHAT TIME DO YOU ANTICIPATE TERMINATING?

25    A  I ANTICIPATE CONTACTING THE ATTORNEY VISITOR

20

1  AROUND 4:30.

2    Q  AND WHAT TIME WOULD AN EXECUTION -- WHAT

3  TIMESPAN WOULD THE EXECUTION BE OCCURRING IN?

4    A  IT'S BETWEEN THE HOURS OF 6 P.M. AND 9 P.M.

5  I MISSPOKE ON MY DEPOSITION.  I SAID BETWEEN 6 P.M.

6  AND 11:59 P.M.  BUT I WENT BACK AND CHECKED, AND I

7  WAS WRONG.  IT'S 6 P.M. TO 9 P.M.

8    Q  WHAT HAPPENS TO THE ATTORNEY AFTER THE VISIT

Second Transcript (rough)

9 IS TERMINATED?

10    A  I WILL AFFORD HIM THE OPPORTUNITY TO GO AND

11 BE WITH THE CONDEMNED'S FAMILY IN A PLACE THAT WE

12 HAVE DESIGNATED THEM TO BE.

13    Q  IS THE ATTORNEY ENTITLED TO WITNESS THE

14 EXECUTION?

15    A  NO.  THAT WOULD BE LEFT UP TO SECRETARY

16 WESTCOTT.

17    Q  WOULD YOU ALLOW MR. HOFFMAN'S ATTORNEY TO

18 BRING HIS CELL PHONE INTO THE PRISON?

19    A  YES, I WOULD.

20    Q  AND I -- ONE MORE QUESTION, WARDEN.  WERE

21 YOU PRESENT ON MARCH 1ST WHEN ATTORNEYS FOR MR.

22 HOFFMAN CONDUCTED A SITE VISIT OF THE EXECUTION

23 CHAMBER AND MADE A VIDEO AND PHOTOS?

24    A  I DON'T REMEMBER THE DATE, BUT I -- I WAS

25 THERE WHEN THEY CAME IN AND VIDEOED.

21

1    Q  ON A SATURDAY?

2    A  ON A SATURDAY, YES, MA'AM.

3       MS. KAPPEL:  YOUR HONOR, AT THIS TIME I

4 WOULD MOVE TO ADMIT PLAINTIFF'S EXHIBIT 65 THROUGH

5 126, WHICH ARE THE PHOTOS AND VIDEO THAT WERE TAKEN

6 DURING THAT SITE VISIT.

7       THE COURT:  ANY OBJECTION?

8       MR. CODY:  NO OBJECTION, YOUR HONOR.

9       THE COURT:  P-65 THROUGH P-126 ARE ADMITTED.

Second Transcript (rough)

10      MS. KAPPEL:  WITH THE COURT'S INDULGENCE FOR

11 30 SECONDS.

12         NO FURTHER QUESTIONS AT THIS TIME.

13      THE COURT:  CROSS.  OR CROSS AND --

14      MR. CODY:  NO, YOUR HONOR.

15      THE COURT:  YOU DON'T WANT TO -- AND YOU'RE

16 NOT GOING TO TAKE HIM ON DIRECT?

17      MR. CODY:  NO.  I NEVER PLANNED TO TAKE HIM

18 ON DIRECT.

19      THE COURT:  MR. VANNOY, YOU'RE RELEASED.

20 THANK YOU.  I SHOULD SAY WARDEN VANNOY.

21      THE COURTROOM DEPUTY:  SO P-102 THROUGH 126

22 ARE NOT UPLOADED YET.  IS THAT CORRECT?

23      UNIDENTIFIED SPEAKER:  THE PHOTOS ARE.  AND

24 THE VIDEOS, IT DID NOT LET ME -- IT DID NOT ACCEPT

25 THE MOV FILES, SO I WOULD HAVE TO REACH OUT TO THE

                        22

1 TECH PERSON.

2      THE COURTROOM DEPUTY:  I MEAN --

3      MR. ROBERT:  YOUR HONOR, CAN I MAKE ONE NOTE

4 ON THOSE VIDEOS?  BECAUSE I VIEWED THEM AND WE HAVE

5 NO OBJECTION CERTAINLY TO THE VIDEOS THEMSELVES.  BUT

6 THERE IS AUDIO CONNECTED WITH THOSE VIDEOS WHERE THE

7 ATTORNEYS ARE TALKING ABOUT DIFFERENT THINGS.  I'D

8 LIKE FOR IT TO BE ADMITTED AS VIDEO BUT NOT WITH THE

9 AUDIO.

Second Transcript (rough)

10     THE COURT:  IS THERE ANY OBJECTION TO THAT,

11 COUNSEL?

12     MR. STRONSKI:  YOUR -- I'M SORRY, YOUR

13 HONOR.  MAY I SPEAK?

14     THE COURT:  YES.

15     THE REPORTER:  YOUR NAME, SIR?

16     MR. STRONSKI:  JIM STRONSKI.  THAT'S

17 PROBABLY MY VOICE AND THAT'S FINE.

18     THE COURT:  OKAY.  SO WHEN YOU UPLOAD YOUR

19 VIDEO, UPLOAD IT WITHOUT THE AUDIO FILE.

20      GIVE ME ONE SECOND.

21      COUNSEL, WITH RESPECT TO EXHIBITS THAT

22 ARE NOT UPLOADED INTO JERS, MY UNDERSTANDING IS THAT

23 THE COURTROOM DEPUTY GAVE YOU-ALL THE CONTACT

24 INFORMATION FOR THE TECH PERSON TO GIVE YOU THE

25 DETAILS ON HOW TO BREAK UP YOUR VIDEOS SO THAT IT

23

1 COULD BE UPLOADED.  HAVE YOU CONTACTED THE TECH

2 PERSON?

3     UNIDENTIFIED SPEAKER:  NO, WE HAVE NOT.

4     THE COURT:  WHY NOT?  SHE GAVE IT TO YOU

5 YESTERDAY.

6      HERE'S THE THING.  WHEN YOU CLOSE

7 EVIDENCE, IF IT'S NOT IN JERS, I DON'T SEE IT.  IF I

8 DON'T SEE IT, I DON'T CONSIDER IT.  IT'S THAT SIMPLE.

9 THAT'S THE RECORD.  IT'S AN ELECTRONIC RECORD.  SO

10 YOU BETTER GET YOUR EXHIBITS UPLOADED SOMEHOW,

Second Transcript (rough)

11 SOMEWAY.  YOU HAVE MICHAEL LITCHFIELD'S PHONE NUMBER.

12 HE'S THE TECH PERSON THAT CAN HELP YOU.  IT'S FOUR

13 O'CLOCK ON A FRIDAY AFTERNOON.  I DON'T KNOW WHETHER

14 THAT'S GOING TO WORK OUT FOR YOU, SIR.

15        OKAY.  NEXT WITNESS.

16        MS. KAPPEL:  PLAINTIFFS WOULD CALL SECRETARY

17 WESTCOTT.

18        (WHEREUPON, GARY EDWARD WESTCOTT, BEING DULY

19 SWORN, TESTIFIED AS FOLLOWS.)

20        THE COURTROOM DEPUTY:  IF YOU WOULD, PLEASE

21 STATE YOUR NAME AND SPELL IT FOR THE RECORD.

22        THE WITNESS:  GARY WESTCOTT -- GARY EDWARD

23 WESTCOTT.  G-A-R-Y, E-D-W-A-R-D, W-E-S-T-C-O-T-T.

24            DIRECT EXAMINATION

25 BY MS. KAPPEL:

24

1    Q   GOOD AFTERNOON, SECRETARY WESTCOTT.

2    A   GOOD AFTERNOON.

3    Q   WHAT IS YOUR CURRENT POSITION?

4    A   I AM THE SECRETARY OF DEPARTMENT OF PUBLIC

5 SAFETY AND CORRECTIONS.

6    Q   AND HOW LONG HAVE YOU BEEN AT THIS POSITION?

7    A   SINCE AUGUST 29TH OF 2024.

8    Q   BEFORE YOU CAME INTO THIS POSITION, DID YOU

9 EVER WORK AT ANGOLA?

10    A   NO, MA'AM.

Second Transcript (rough)

11    Q  AND DID YOU EVER WITNESS AN EXECUTION?

12    A  NO, MA'AM.

13    Q  WAS IT YOUR CHOICE AS TO WHICH METHOD WAS

14 SELECTED TO EXECUTE MR. HOFFMAN?

15    A  YES, MA'AM.

16    Q  WHAT WENT INTO THAT CHOICE?

17    A  IT WAS THE ONLY ONE THAT WAS IMMEDIATELY

18 AVAILABLE TO US AT THE TIME, SO THAT'S THE ONE I

19 CHOSE.

20    Q  SO YOU DIDN'T TAKE INTO ACCOUNT WHETHER MR.

21 HOFFMAN HAD VULNERABILITIES THAT WOULD MAKE THAT

22 METHOD PARTICULARLY CRUEL FOR HIM?

23    A  NO, MA'AM.

24    Q  I WANT TO DIRECT YOU TO THE 2025 PROTOCOL.

25 THAT'S EXHIBIT 1, PAGE 14, SECTION A.  PAGE 14.  I'M

25

1 SORRY.  IT'S THE NEXT PAGE.

2       SECRETARY WESTCOTT, WHO DECIDES WHO THE

3 WITNESSES TO AN EXECUTION WILL BE?

4    A  IT'S SET BY STATUTE, AND ALSO I HAVE SOME

5 DISCRETION.

6    Q  SO HOW MANY IS THE MAXIMUM AMOUNT OF

7 WITNESSES THAT ARE ALLOWED BY STATUTE?

8    A  BESIDES THE ACTUAL ONES THAT ARE GOING TO BE

9 IN THE CHAMBER THAT ARE ORDERED BY STATUTE, IT'S A

10 MINIMUM OF FIVE AND A MAXIMUM OF SEVEN.  THERE IS

11 SOME MANDATES.

Second Transcript (rough)

12    Q   WHAT ARE THOSE MANDATES?

13    A   MEDIA FROM THE PARISH OF CONVICTION, A MEDIA

14 OF MY CHOICE, AND TWO FAMILY MEMBERS OF THE VICTIM.

15 AND THE OTHER THREE ARE I GUESS MY DISCRETION.

16    Q   SO THAT'S FOUR AND THE THREE OF YOUR

17 DISCRETION?

18    A   ONE TO THREE, CORRECT.

19    Q   DO YOU PLAN TO ALLOW MR. HOFFMAN'S ATTORNEY

20 TO BE ONE OF THOSE THREE?

21    A   NO, MA'AM, I DO NOT.

22    Q   WHY IS THAT?

23    A   BECAUSE I HAVE THREE OTHER PEOPLE ALREADY.

24    Q   ARE YOU AWARE THAT PLAINTIFF'S COUNSEL ASKED

25 THE ATTORNEYS FOR THE DEFENDANTS WHETHER THEY WOULD

26

1 STIPULATE TO ALLOWING MR. HOFFMAN'S LAWYER -- A

2 LAWYER TO WITNESS THE EXECUTION?

3    A   NO, I DID NOT.

4      MS. KAPPEL:  ONE MOMENT, YOUR HONOR, PLEASE.

5 BY MS. KAPPEL:

6    Q   SECRETARY, CAN YOU TELL ME WHO THE OTHER

7 THREE PEOPLE ARE THAT YOU'VE SELECTED?

8    A   I HAVE SEVERAL REQUESTS IN.  AND BASICALLY I

9 HAVE LAW ENFORCEMENT THAT WERE INVOLVED IN IT, I HAVE

10 THE AG'S OFFICE AND THE GOVERNOR'S OFFICE.  A

11 REPRESENTATIVE FROM EACH ONE OF THOSE.

Second Transcript (rough)

12    Q   AND ONE LAST QUESTION.  ARE YOU AWARE THAT

13 ON JANUARY 20TH PRESIDENT TRUMP ISSUED AN EXECUTIVE

14 ORDER SAYING THAT HIS ADMINISTRATION MUST HELP THE

15 STATE OBTAIN LETHAL INJECTION DRUGS?

16    A   NO, MA'AM, I DO NOT.

17    Q   THANK YOU.  THAT'S ALL THE QUESTIONS I HAVE.

18        THE COURT:  ANY CROSS OR DIRECT?

19        MR. CODY:  NO, YOUR HONOR.

20        THE COURT:  OKAY.  THANK YOU, SECRETARY

21 WESTCOTT.  YOU MAY STEP DOWN.

22        THE WITNESS:  THANK YOU, YOUR HONOR.

23        MR. STRONSKI:  YOUR HONOR, WE CALL DR.

24 BICKLER.

25        (WHEREUPON, PHILIP EDWIN BICKLER, BEING DULY

27

1 SWORN, TESTIFIED AS FOLLOWS.)

2        THE COURTROOM DEPUTY:  IF YOU WOULD, PLEASE,

3 SIR, STATE YOUR NAME AND SPELL IT FOR THE RECORD.

4        THE WITNESS:  PHILIP EDWIN BICKLER.

5 P-H-I-L-I-P, E-D-W-I-N, B-I-C-K-L-E-R.

6        THE COURT:  MR. ARCHEY, IS THERE AN ISSUE?

7        MR. ARCHEY:  NO, MA'AM, THERE IS NOT.  WHAT

8 I WAS WANTING TO LET EVERYONE KNOW IS IF WE CAN

9 EXPEDITE THINGS, WE'RE NOT GOING TO OBJECT TO THE

10 TENDER IF I CAN KNOW WHAT IT IS, AND MAYBE THAT WILL

11 MOVE US ALONG.

12        THE COURT:  MR. STRONSKI.

Second Transcript (rough)

13    MR. STRONSKI:  THANK YOU, SIR.  I'D LIKE TO

14 DO A LITTLE BACKGROUND THAT'S RELEVANT TO HIS

15 OPINION, BUT --

16    THE COURT:  YOU CAN GO --

17    MR. STRONSKI:  -- I WAS GOING TO MOVE --

18    THE COURT:  GO INTO SOME BACKGROUND WITH

19 HIM.  I'LL GIVE YOU THAT LATITUDE, BUT GIVE US THE

20 TENDER.

21    MR. STRONSKI:  YEAH.  THE TENDER IS THAT DR.

22 BICKLER BE QUALIFIED AS AN EXPERT TO TESTIFY IN THE

23 FIELD OF ANESTHESIOLOGY AND HUMAN HYPOXIA.

24    THE COURT:  HUMAN HYPOXIA?

25    MR. STRONSKI:  HUMAN HYPOXIA.

28

1    THE COURT:  ALL RIGHT.  IS THAT -- NO

2 OBJECTION TO THAT TENDER?

3    MR. ARCHEY:  YOUR HONOR, I'LL ACCEPT THAT.

4 I'LL HANDLE MY QUESTIONS ON CROSS.  I'LL ACCEPT THAT.

5    THE COURT:  OKAY.  HE MAY GIVE OPINION

6 TESTIMONY IN THE FIELD OF ANESTHESIOLOGY AND ALSO IN

7 THE AREA OF HUMAN HYPOXIA.  I'LL ALLOW YOU SOME

8 LATITUDE TO GO INTO HIS BACKGROUND FOR THE PURPOSES

9 OF THE RECORD.

10    MR. STRONSKI:  THANK YOU, YOUR HONOR.  CALL

11 UP 16 -- EXHIBIT 16, PLEASE.  AND TO PAGE 5.

12    YOUR HONOR, I THINK WE HAVE AGREEMENT.

Second Transcript (rough)

13 THIS IS HIS C.V.  NO OBJECTION TO ITS ADMISSION?

14    MR. ARCHEY:  NO OBJECTION, YOUR HONOR.

15    THE COURT:  P-16 IS ADMITTED.

16    MR. STRONSKI:  TO BE CLEAR, YOUR HONOR, I

17 THINK C.V. -- THAT 16 IS THE ENTIRE DECLARATION.  AND

18 I EXPECT WE'LL GET A HEARSAY OBJECTION ON THE

19 DECLARATION.  BUT THIS EXHIBIT, WHICH STARTS AT PAGE

20 5, WE WOULD SEEK ITS ADMISSION.

21    THE COURT:  SO WHAT YOU WANT ADMISSION OF IS

22 THE C.V.  HOW MANY PAGES IS IT?  I'VE LOOKED AT IT

23 BUT I DON'T RECALL IT.  HE'S GOT A LOT OF

24 PUBLICATIONS I THINK, SO IT WAS KIND OF LENGTHY.

25    MR. STRONSKI:  A TREMENDOUS NUMBER, YOUR

29

1 HONOR.  PAGE 5 TO --

2    THE COURT:  YOU WANT P-16 EVERYTHING BUT HIS

3 DECLARATION?

4    MR. STRONSKI:  CORRECT, YOUR HONOR.

5    THE COURT:  OKAY.

6    MR. ARCHEY:  YOUR HONOR, THERE IS A DOCUMENT

7 AT THE END OF P-16 AS WELL.  I THINK IT WILL LIKELY

8 COME IN AT SOME POINT, BUT IT'S -- THERE ARE THREE

9 THINGS THERE.  THERE IS THE DECLARATION, THE C.V. AND

10 ANOTHER DOCUMENT.

11    THE COURT:  OKAY.

12    MR. STRONSKI:  THANK YOU, YOUR HONOR.

13    THE COURT:  P-16 IS ADMITTED MINUS THE

Second Transcript (rough)

14 DECLARATION FOR REASONS OF HEARSAY.  IT HAS TO BE

15 FIXED ON JERS, SO YOU HAVE TO REUPLOAD IT MINUS THE

16 DECLARATION.

17       MR. STRONSKI:  THANK YOU, YOUR HONOR.

18             DIRECT EXAMINATION

19 BY MR. STRONSKI:

20    Q  GOOD AFTERNOON, DR. BICKLER.

21    A  GOOD AFTERNOON.

22    Q  WHAT IS YOUR EDUCATIONAL BACKGROUND?

23    A  WELL, I RECEIVED AN UNDERGRADUATE BIOLOGY

24 DEGREE, AND I WENT TO UCLA AND EARNED A PH.D. IN

25 BIOLOGY.  I THEN DID RESEARCH AT THE UNIVERSITY OF

30

1 CALIFORNIA AT SAN DIEGO FOR SEVERAL YEARS AT THE

2 PHYSIOLOGICAL RESEARCH LABORATORY.  I THEN ATTENDED

3 MEDICAL SCHOOL AT UC SAN DIEGO; CAME TO SAN FRANCISCO

4 TO DO MORE RESEARCH.  I DID A RESIDENCY IN

5 ANESTHESIOLOGY, AND I'VE HAD A RESEARCH CAREER IN

6 STUDYING HYPOXIA FOR OVER 40 YEARS NOW.

7    Q  SO IS THERE A LAB AT THE UNIVERSITY OF SAN

8 FRANCISCO THAT YOU RUN?

9    A  YES.  I RUN WHAT'S CALLED THE HYPOXIA

10 RESEARCH LABORATORY AT UCSF.  AND I'VE DONE THAT FOR

11 ABOUT 30 YEARS.  THAT LABORATORY WAS ORIGINALLY

12 STARTED IN 1958, AND I ASSUMED DIRECTORSHIP AROUND

13 1992 OR '93.

Second Transcript (rough)

14    Q  AND BECAUSE IT'S RELEVANT TO THIS, BRIEFLY

15  WHAT IS HYPOXIA?

16    A  WELL, HYPOXIA IS OXYGEN DEPRIVATION.  AND IN

17  MY 40-YEAR CAREER, I'VE STUDIED JUST ABOUT EVERY

18  ASPECT OF THAT THAT YOU CAN IMAGINE, EVERYTHING FROM

19  HOW CELLS AND GENES RESPOND TO HYPOXIA TO HOW HUMANS

20  PERFORM AT VERY HIGH ALTITUDES.  I DO A LOT OF WORK

21  WITH HUMAN SUBJECTS IN THE HYPOXIA RESEARCH LAB.  I

22  EXPOSE PEOPLE TO VERY LOW OXYGEN CONDITIONS, SO I

23  KNOW A LOT ABOUT WHAT OXYGEN DEPRIVATION DOES TO THE

24  BODY, WHAT THE RESPONSE IS, AND WHAT THE LIMITS OF

25  TOLERANCE ARE FOR HYPOXIC CONDITIONS.

31

1    Q  HAVE YOU BEEN HYPOXIC YOURSELF?

2    A  NUMEROUS TIMES.  EARLY IN MY CAREER I

3  FREQUENTLY VOLUNTEERED TO BE A SUBJECT.  THE HIGHEST

4  ELEVATION EQUIVALENT THAT I'VE EVER BEEN AT IS

5  PROBABLY AROUND 20,000 FEET.  IT WAS WHEN MY

6  SATURATION WAS ABOUT 48 PERCENT.

7      MORE ROUTINELY OUR STUDIES TAKE SUBJECTS

8  DOWN TO A SATURATION OF AROUND 70 PERCENT.  AND

9  THAT'S DONE TO PROVIDE A LABORATORY SETTING TO

10  EVALUATE MEDICAL DEVICES THAT CAN DETECT LOW OXYGEN

11  CONDITIONS IN HUMANS.  AND HERE I'M PREDOMINANTLY

12  TALKING ABOUT PULSE OXIMETERS.  SO THOSE ARE THE

13  LITTLE LIGHTS THAT GO ON YOUR FINGER WHEN YOU'RE

14  UNDER MEDICAL CARE, AND THEY MEASURE YOUR BLOOD

Second Transcript (rough)

15 OXYGEN.

16     AND MY LABORATORY DOES THE BULK OF THE

17 DEVELOPMENT AND TESTING WORK FOR PULSE OXIMETERS THAT

18 ARE USED ALL OVER THE WORLD AND THAT HAVE BECOME AN

19 ABSOLUTELY CRITICAL MEDICAL MONITOR.

20   Q  WHEN YOU TALK ABOUT OXYGEN SATURATION, ARE

21 YOU TALKING ABOUT THE PERCENTAGE OF OXYGEN IN THE

22 BLOOD?

23   A  THAT'S RIGHT.  WE TALK ABOUT SATURATION OF

24 HEMOGLOBIN AS AN INDEX OF THE OXYGEN AVAILABILITY.

25 SO WHEN WE'RE -- WHEN WE HAVE HEALTHY LUNGS AND WE'RE

32

1 BREATHING ROOM AIR, OUR SATURATION IS ABOUT 98

2 PERCENT.  IN ILLNESS LIKE PNEUMONIA, YOU'RE HYPOXIC

3 WHEN THAT SATURATION LEVEL DROPS BELOW 90 PERCENT.

4 AND AS THAT LEVEL DECREASES, YOU'RE IN INCREASING

5 TROUBLE FOR DAMAGE TO YOUR BRAIN AND OTHER ORGANS.

6   Q  OKAY.  I JUST WANT TO -- YOU'RE BEING PAID

7 FOR THIS -- TO APPEAR TODAY.  IS THAT CORRECT?

8   A  I AM.

9   Q  IS THAT AFFECTING YOUR TESTIMONY IN ANY WAY?

10   A  IT IS NOT.

11   Q  ARE YOU GIVING -- HAVE YOU GIVEN AND WILL

12 YOU GIVE YOUR OPINIONS TO AT LEAST A DEGREE OF -- A

13 REASONABLE DEGREE OF MEDICAL CERTAINTY?

14   A  I WILL.

Second Transcript (rough)

15    Q   DO YOU HAVE -- HAVE YOU LOOKED AT THE

16  PROTOCOL AND THE PHOTOGRAPHS OF THE EXECUTION CHAMBER

17  THAT LOUISIANA INTENDS TO USE FOR THE LOUISIANA

18  NITROGEN GASSING EXECUTION METHOD?

19    A   YES, I'VE SEEN THOSE DOCUMENTS.  I'M

20  FAMILIAR WITH WHAT'S BEING PROPOSED.

21    Q   OKAY.  AND DO YOU HAVE AN OPINION HOW AN

22  INMATE GENERALLY WOULD EXPERIENCE AND REACT TO BEING

23  EXPOSED TO THE PROTOCOL IMPLEMENTING THE LOUISIANA

24  NITROGEN GASSING EXECUTION METHOD?

25    A   YES.  I WOULD START BY SAYING WHAT THIS

33

1  REPRESENTS IS FORCED ASPHYXIATION, GASSING A SUBJECT

2  TO DEATH, EXPOSING HIM TO LACK OF OXYGEN SUCH THAT

3  BOTH EXTREME DISCOMFORT, DISTRESS, PAIN AND TERROR

4  WOULD BE FELT, ALL THE WAY UP TO THE POINT OF LOSING

5  CONSCIOUSNESS AND EVENTUALLY DYING.

6    Q   AND IS ASPHYXIATION ANALOGOUS TO DROWNING?

7    A   THE SENSATIONS ASSOCIATED WITH BEING EXPOSED

8  TO CONDITIONS WHERE THERE IS NO OXYGEN IN THE

9  ENVIRONMENT PRODUCES A FEELING OF SUFFOCATION, OF

10  EXTREME BREATHLESSNESS, ANXIETY, INCREASED HEART

11  RATE, THE FLIGHT-OR-FIGHT RESPONSE, ALL OF THAT.

12  VERY SIMILAR TO DROWNING.  IF YOU'VE HAD A NEAR

13  DROWNING EXPERIENCE, YOU KNOW WHAT I'M TALKING ABOUT.

14  IT'S PRETTY TERRIFYING.

15    Q   SO HERE INSTEAD OF DROWNING IN WATER, YOU'RE

Second Transcript (rough)

16 DROWNING IN NITROGEN.  IS THAT FAIR?

17    A  YOU'RE ABLE TO BREATHE BUT YOU DON'T HAVE

18 THE SENSATION THAT YOUR BREATHING IS EFFECTIVE.

19 YOU'RE SUFFOCATING.  IT FEELS LIKE YOU'RE

20 SUFFOCATING.  SUFFOCATION IS A LITTLE DIFFERENT.

21 THAT'S A OBSTRUCTION TO YOUR BREATHING.  ASPHYXIATION

22 IS WHEN YOU'RE NOT GETTING SUFFICIENT OXYGEN.

23    Q  OKAY.  AND DO YOU HAVE AN OPINION AS TO

24 SPECIFICALLY MR. HOFFMAN AND HOW HE IN PARTICULAR

25 MIGHT EXPERIENCE OR WOULD EXPERIENCE THE LOUISIANA

34

1 NITROGEN GASSING EXECUTION METHOD?

2    A  WELL, I THINK FOR SOMEONE LIKE MR. HOFFMAN,

3 NITROGEN ASPHYXIATION WOULD BE A PARTICULARLY

4 HORRIBLE METHOD, A REALLY INHUMANE CHOICE FOR AN

5 INDIVIDUAL WHO HAS A HISTORY OF PTSD --

6      MR. ARCHEY:  YOUR HONOR, I OBJECT.

7      THE COURT:  WHAT IS IT?

8      MR. ARCHEY:  THIS IS OUTSIDE THE SCOPE OF

9 HIS EXPERTISE, PTSD.

10      MR. STRONSKI:  YOUR HONOR, I CAN ESTABLISH

11 IT IS WITHIN THE SCOPE OF HIS EXPERTISE.

12      THE COURT:  CARRY ON.  HE DIDN'T ASK HIM TO

13 TALK ABOUT PTSD.  HE JUST SAID THAT THIS WOULD BE

14 PARTICULARLY BAD FOR THIS PARTICULAR PERSON, BUT --

15 SO I'M GOING TO OVERRULE THE OBJECTION.

Second Transcript (rough)

16 BY MR. STRONSKI:

17    Q  I'M GOING TO ASK YOU ABOUT YOUR PTSD

18 EXPERIENCES AFTER YOU FINISH THE ANSWER.  I THINK YOU

19 WERE INTERRUPTED.

20    A  WELL, THE EXPERIENCE WITH LOW OXYGEN FOR

21 ANYONE, ANY OF US IN THIS ROOM, WOULD BE VERY

22 PROFOUND.  OUR BODY IS DESIGNED TO MAINTAIN A NORMAL

23 OXYGEN LEVEL.  WHEN THAT OXYGEN LEVEL DROPS, IT SETS

24 OFF ALL OUR ALARM BELLS.  IT HYPERACTIVATES OUR

25 SYMPATHETIC NERVOUS SYSTEM, SO THERE IS AN INCREASE

35

1 IN HEART RATE, IN BLOOD PRESSURE.  YOU FEEL BLOOD

2 POUNDING IN YOUR HEAD.  YOU HAVE AN INCREASED DRIVE

3 TO BREATHE.  YOU FEEL LIKE YOU'RE GASPING FOR AIR.

4 AND IF THERE IS NO AIR IN YOUR ENVIRONMENT THAT

5 YOU'RE OBTAINING, YOU PROGRESSIVELY GET MORE SHORT OF

6 BREATH.  IT'S CALLED DYSPNEA.  VERY, VERY UNPLEASANT

7 EXPERIENCE.

8       I HAVE EXPERIENCED THIS MYSELF IN THE

9 EXPERIMENTS WHERE I WAS A VOLUNTEER.  I KNEW WHAT I

10 WAS GETTING INTO.  I HAD BEEN CONDUCTING THESE

11 EXPERIMENTS.  I KNEW THE PHYSIOLOGY, I KNEW HOW MY

12 BODY WOULD REACT; YET I RESPONDED WITH TERROR.  I SEE

13 THAT SAME TERROR IN THE SUBJECTS THAT WE STUDY

14 ROUTINELY.

15       NOW, WE LIMIT THE DEGREE OF HYPOXIA THAT WE

16 EXPOSE OUR SUBJECTS TO SO THAT THEY CAN TOLERATE IT.

Second Transcript (rough)

17 SO WE TAKE THEM DOWN JUST TO A LEVEL OF AROUND 70

18 PERCENT.  THAT IS SAFE AND TOLERABLE TO SUBJECTS WHO

19 KNOW WHAT'S GOING TO HAPPEN TO THEM.  MOST OF THEM

20 ARE MEDICAL STUDENTS.  THEY UNDERSTAND THE

21 PHYSIOLOGY.  THEY ALSO KNOW THAT THEY HAVE A WAY OUT.

22 IF IT'S TOO DIFFICULT FOR THEM, THEY CAN SPIT OUT THE

23 MOUTHPIECE THAT THEY'RE BREATHING THE LOW OXYGEN AIR

24 MIXTURE THROUGH, THEY CAN GET A BREATH OF FRESH AIR

25 AND BE RELIEVED OF THEIR SYMPTOMS.  THAT HAPPENS.  IT

36

1 HAPPENS PRETTY FREQUENTLY.  OUR SUBJECTS DO LEARN TO

2 TOLERATE IT.

3        ONE THING ABOUT LOW OXYGEN; FOR EXAMPLE,

4 PEOPLE WHO CLIMB MOUNTAINS, THEY CAN ADAPT OR

5 ACCLIMATIZE TO HIGH ALTITUDE.  YOU CAN GET USED TO

6 LOW OXYGEN TO SOME DEGREE.  NOT ENTIRELY BUT IT

7 OBVIOUSLY CAN HAPPEN IN HIGH ALTITUDE MOUNTAIN AIRS.

8    Q   THERE WAS A QUESTION ABOUT YOUR EXPERTISE IN

9 PTSD.  DO YOU HAVE EXPERIENCE COPING WITH PEOPLE WHO

10 HAVE PTSD AS A CLINICIAN?

11    A   ALL THE TIME.  SO I'M CHIEF OF THE DIVISION

12 OF NEUROANESTHESIA AT THE UNIVERSITY OF CALIFORNIA

13 SAN FRANCISCO.  SO I LEAD THE GROUP OF

14 ANESTHESIOLOGISTS THAT TAKE CARE OF PATIENTS WHO HAVE

15 NEUROSURGICAL PROBLEMS.  AND BEING A ACADEMIC MEDICAL

16 CENTER, WE DO A LOT OF SURGERIES AWAKE.  THESE ARE

Second Transcript (rough)

17 PATIENTS WHO HAVE BRAIN TUMORS WHOSE TUMORS ARE CLOSE

18 TO THE MOTOR AREA, THEY'RE CLOSE TO THE LANGUAGE

19 AREA.  SO TO DO THE OPERATION SAFELY AND NOT CAUSE

20 TOO MUCH BRAIN DAMAGE, THE PATIENT HAS TO BE AWAKE

21 DURING BRAIN SURGERY.  THAT IS A VERY CHALLENGING

22 SITUATION FOR THE MOST EMOTIONALLY STABLE AND

23 TOGETHER OF PEOPLE.

24      IF SOMEONE HAS AN ANXIETY DISORDER, THE

25 DEGREE OF DIFFICULTY GOES UP EXPONENTIALLY.  SOME

37

1 DAYS I LITERALLY HAVE TO HOLD MY PATIENT'S HAND FOR

2 EIGHT HOURS WHILE THE SURGERY IS GOING ON.  I KNOW

3 HOW TO TREAT ANXIETY, I KNOW HOW TO RECOGNIZE ANXIETY

4 BECAUSE IT IMPACTS WHAT I DO AS A CLINICAL

5 ANESTHESIOLOGIST SO MUCH.

6      AND, YOU KNOW, JUST FOR OTHER PATIENTS, TOO,

7 THE PERIOPERATIVE EXPERIENCE IS VERY STRESSFUL.  WHEN

8 SOMEONE BRINGS WITH THEM A DIAGNOSIS OF PTSD, IT

9 MAKES ALL OF THEIR CARE MORE DIFFICULT.  THEY HAVE AN

10 EMOTIONAL COMPONENT THAT CAN BE EASILY TRIGGERED.

11 AND SPECIFIC TO THE CASE OF THIS PROPOSED EXECUTION

12 METHOD --

13      MR. ARCHEY:  YOUR HONOR --

14 BY THE WITNESS:

15    A   -- IT'S GOING TO REALLY JACK THINGS UP.

16      MR. ARCHEY:  -- I'M GOING TO RENEW MY

17 OBJECTION.  I HEAR HIM SAYING ABOUT TREATING -- I'M

Second Transcript (rough)

18  SORRY.  I OBJECT TO LACK OF FOUNDATION STILL.

19      THE COURT:  DO YOU WANT TO RESPOND?

20      MR. STRONSKI:  YOUR HONOR, HE'S TESTIFYING

21  ABOUT THE EFFECT OF AN EXECUTION OF THIS KIND ON

22  SOMEBODY WITH PTSD, WHICH HE HAS -- HE HAS A LOT OF

23  EXPERIENCE WITH PEOPLE IN VERY -- IN COMPARABLY

24  STRESSFUL SITUATIONS, BRAIN SURGERY AND LIFE AND

25  DEATH SITUATIONS WHO HAVE PTSD.  IT'S QUITE

38

1  ANALOGOUS.  HE HAS A LOT OF EXPERIENCE IN THE AREA,

2  AND SO I THINK THERE IS A STRONG FOUNDATION FOR WHAT

3  HE'S SAYING.

4      THE COURT:  THE COURT IS GOING TO OVERRULE

5  THE OBJECTION.  DR. BICKLER HAS TESTIFIED AND THE

6  COURT IS SATISFIED THAT HE HAS EXTENSIVE EXPERIENCE

7  DEALING WITH PTSD AS AN OVERLAY IN HIS CLINICAL

8  PRACTICE DEALING -- AND WHAT IS THE EFFECT OF PTSD OR

9  OTHER ANXIETY DISORDERS IN HIS CLINICAL PRACTICE

10  WHERE A PATIENT IS UNDER AN EXTREME AMOUNT OF STRESS

11  OR -- YEAH, STRESS -- SUCH AS AWAKE BRAIN SURGERY.

12  THE OBJECTION IS OVERRULED.

13      MR. STRONSKI:  THANK YOU, YOUR HONOR.

14  BY MR. STRONSKI:

15    Q  IF WE GO BACK TO 6 -- PAGE 74 OF EXHIBIT 16,

16  WHICH IS ONE OF THE ATTACHMENTS TO YOUR DECLARATION.

17  I'M GOING TO SHOW YOU, DOCTOR, THE ARTICLE.

Second Transcript (rough)

18     THIS HAS BEEN ADMITTED.  I THINK YOU CAN

19  SHOW IT.  SO IT'S PAGE 74.  IT'S THE ARTICLE, JAMA

20  ARTICLE.

21     BEFORE IT COMES UP, LET ME JUST ASK YOU,

22  DOCTOR:  DID YOU WRITE AN ARTICLE IN JAMA?

23     A  YES, WE DID.

24     Q  WHAT IS JAMA?

25     A  JAMA IS THE JOURNAL OF THE AMERICAN MEDICAL

                            39

1  ASSOCIATION.  IT IS PROBABLY

2     THE PREMIER MEDICAL JOURNAL IN THE COUNTRY, IF

3  NOT THE WORLD.

4     Q  AND WHEN YOU SAY "WE," WHO IS WE?

5     A  MY COLLEAGUE, DR. MICHAEL LIPNICK.  HE IS

6  ASSOCIATE DIRECTOR OF THE HYPOXIA RESEARCH LABORATORY

7  IN SAN FRANCISCO.

8     Q  AND THIS ARTICLE APPEARED IN JUNE 25TH,

9  2024?

10     A  YES.

11     Q  AND WHY DID YOU WRITE THE ARTICLE?

12     A  WE WROTE THE ARTICLE BECAUSE WE HAD BECOME

13  AWARE OF THE EFFORTS OF SEVERAL STATES TO USE

14  NITROGEN IN THE EXECUTION PROCESS.  AND IT WAS OUR

15  CONCERN THAT THOSE EFFORTS WERE BEING ADVANCED

16  WITHOUT MEDICAL KNOWLEDGE ABOUT THE EFFECTS OF

17  NITROGEN ON THE HUMAN BODY.  WE COULDN'T DETECT ANY

18  SIGNIFICANT AMOUNT OF EXPERTISE MEDICALLY THAT WAS

Second Transcript (rough)

19 BEING USED TO ADVANCE THESE PROPOSALS.  AND WE WANTED

20 TO STATE AS CLEARLY AS WE COULD WHY THE USE OF

21 NITROGEN WOULD BE A BAD IDEA.

22    Q  AND IN THE ARTICLE, THIS IS WRITTEN AFTER

23 THE EXECUTION OF KENNETH SMITH.  CORRECT?

24    A  THAT IS CORRECT.

25    Q  IF YOU LOOK AT THE FIRST COLUMN, THERE IS

                              40

1 SOME INFORMATION ABOUT THAT EXECUTION THAT YOU'VE

2 INCLUDED.  DO YOU SEE THAT?

3    A  YES.

4    Q  HOW DOES THAT INFORM YOUR OPINIONS ABOUT

5 LOUISIANA'S NITROGEN GASSING EXECUTION METHOD?

6    A  WELL, I THINK IT'S IMPORTANT FOR ME TO SAY

7 THAT IT'S NOT JUST SMITH'S EXECUTION THAT HAS

8 REINFORCED MY OPINION ABOUT THE INADVISABILITY OF

9 NITROGEN, BUT IT'S ALL FOUR OF THE EXECUTIONS USING

10 NITROGEN THAT WERE DONE BY THE STATE OF ALABAMA.  IN

11 ALL FOUR CASES THE DEATHS BY NITROGEN ASPHYXIATION

12 WERE PROLONGED, APPARENTLY AGONIZING, EVIDENTLY

13 PAINFUL AND TRAUMATIC.  THEY WERE CLEARLY NOT WHAT WE

14 THOUGHT THE STATE INTENDED.

15       IN FACT, IT WAS OUR BELIEF THAT THE STATES

16 HAD PROBABLY BEEN MISLED INTO THINKING THAT NITROGEN

17 WOULD BE ALMOST LIKE GIVING AN ANESTHETIC.  INSTEAD

18 OF AN INTRAVENOUS ANESTHETIC IN THE CASE OF LETHAL

Second Transcript (rough)

19 INJECTION, THAT THE NITROGEN WOULD HAVE AN EFFECT IN

20 PRODUCING UNCONSCIOUSNESS IN A SMOOTH WAY WITH NO

21 STRUGGLING, NO VISUAL, YOU KNOW, STRUGGLING ON THE

22 PART OF THE PERSON BEING SUBJECTED TO THIS.

23    Q   AND DOES NITROGEN HAVE ANY ANESTHETIC

24 PROPERTIES?

25    A   NO.  IT'S NOT AN ANESTHETIC.

41

1    Q   SO IT DOESN'T RELIEVE ANY PAIN IN THE

2 PROCESS.  IS THAT CORRECT?

3    A   NO.  WHAT IT DOES IS IT ELICITS THIS MASSIVE

4 SYMPATHETIC NERVOUS SYSTEM RESPONSE, SO IT PRODUCES A

5 TERROR RESPONSE, IF YOU WILL.  SO IT'S QUITE THE

6 OPPOSITE OF WHAT I -- OF WHAT WE PERCEIVE THAT THE

7 STATES HAD INTENDED WITH THIS METHOD.

8    Q   DID YOU CONSIDER OTHER EYEWITNESS ACCOUNTS

9 IN YOUR WRITING THAT ARTICLE AND ALSO IN YOUR

10 ANALYSIS TODAY?

11    A   WELL, YES.  WE READ ACCOUNTS IN THE POPULAR

12 PRESS.  WE READ SOME TESTIMONY THAT WAS GIVEN IN THE

13 PROCESS OF VARIOUS -- OBTAINING VARIOUS DEPOSITIONS

14 AND SO ON.  WE WERE INTERESTED IN LEARNING AS MUCH AS

15 WE COULD FROM THE EYEWITNESS ACCOUNTS TO SEE IF THEY

16 FIT WITH OUR PREDICTIONS OF WHAT THE EXECUTIONS WOULD

17 BE LIKE.

18    Q   AND WHAT WERE YOUR PREDICTIONS AS TO WHAT

19 METHOD LIKE THE LOUISIANA NITROGEN GASSING EXECUTION

Second Transcript (rough)

20 METHOD WOULD SUBJECT AN INMATE TO?

21     A  WELL, OUR BELIEF WAS THAT IT WAS GOING TO BE

22 ANYTHING BUT PLEASANT AND RAPID.  WE KNEW THAT

23 INDIVIDUALS WOULD STRUGGLE WITH FEELINGS OF

24 ASPHYXIATION, WITH FEELING EXTREMELY SHORT OF BREATH.

25 WE PREDICTED THAT THEY WOULD PROBABLY ATTEMPT TO HOLD

42

1 THEIR BREATH AND TO RESIST, DESPITE MAYBE THEIR

2 CONSCIOUS PLANS TO AVOID THAT.

3       BUT WHEN FACED WITH BEING STRAPPED TO A BED,

4 HAVING A MASK STRAPPED TO THE FACE, AND THE

5 INEVITABILITY OF COMING DEATH, I CAN ONLY IMAGINE

6 THAT THEIR CAREFULLY LAID PLANS WENT OUT THE WINDOW

7 AND TERROR TOOK OVER.

8     Q  WHAT HAPPENS, DOCTOR, IF YOU HOLD YOUR

9 BREATH IN THAT SCENARIO?

10     A  WELL, MOST HUMANS CAN HOLD THEIR BREATH FOR

11 MAYBE A MINUTE.  SOME OF US ARE REALLY GOOD AT

12 HOLDING OUR BREATHS.  PEOPLE WHO LIKE TO DO

13 FREEDIVING CAN HOLD THEIR BREATH EIGHT TO TEN

14 MINUTES.  YOU CAN TRAIN YOURSELF TO HOLD YOUR BREATH.

15 I THINK I CAN HOLD MY BREATH FOR 45 SECONDS OR A

16 MINUTE.  I'M MAYBE NOT A VERY GOOD DIVER.

17     Q  WHAT DOES THAT DO TO THE BODY WHEN YOU'RE

18 HOLDING YOUR BREATH?

19     A  YOUR CO2 LEVEL BUILDS UP.  SO MOST OF THE

Second Transcript (rough)

20 TIME THE THING THAT CAUSES YOU TO BREAK OR HAVE TO

21 TAKE A BREATH IS THE CARBON DIOXIDE THAT BUILDS UP,

22 NOT THE DROP IN OXYGEN.  IF YOU HYPERVENTILATE BEFORE

23 YOU HOLD YOUR BREATH, YOU CAN OFTEN HOLD YOUR BREATH

24 LONG ENOUGH TO PASS OUT.  THAT'S BECAUSE YOU START

25 YOUR BREATH HOLD WITH A REDUCED AMOUNT OF CARBON

43

1 DIOXIDE IN YOUR BODY, SO THE C02 BUILD-UP IS SLOWER

2 AND THE OXYGEN DEPLETION IS LONGER SO YOU CAN GET TO

3 A POINT WHERE YOU MIGHT BE ABLE TO PASS OUT.

4     Q   BUT IN THAT SCENARIO ARE YOU SUFFERING THE

5 SAME TERROR?

6     A   WELL, YOU FEEL -- YES.  YES.  IT'S REALLY

7 HARD.  I MEAN, TRY HOLDING YOUR BREATH AND FEEL FELL

8 HOW YOU -- YOU CAN FEEL YOUR HEAR RATE INCREASE.

9 YOUR CATECHOLAMINES, YOUR SYMPATHETIC NERVOUS SYSTEM

10 STARTS TO REALLY RAMP UP.  AND AS YOU GET TO THE END,

11 IT'S PRETTY EXTREME AND YOU JUST CAN'T DO IT ANYMORE.

12 IT'S THAT FEELING OF UTTER LACK OF CONTROL.  YOUR

13 DRIVE TO BREATHE OVERCOMES YOUR CONSCIOUS WILL.

14      SO IF ONE TRIES TO HOLD YOUR BREATH, YOU CAN

15 IMAGINE A SITUATION WHERE YOU'RE COMPOUNDING THE

16 AGONY BECAUSE YOUR C02 LEVEL IS HIGHER, YOU PROLONG

17 THE WHOLE EXPERIENCE, IT'S DRAGGING OUT.  AND MAYBE

18 THAT'S WHY THE PREDICTIONS FOR PEOPLE BECOMING

19 UNCONSCIOUS IN 30 OR 40 SECONDS THAT WERE, YOU KNOW,

20 PUT FORWARD BY DR. ANTOGNINI AND SOME OF THE OTHERS,

Second Transcript (rough)

21 SOME OF THE PAPERS THAT HE CITED WERE WRONG, BECAUSE

22 PEOPLE WERE HOLDING THEIR BREATH; THEY WEREN'T

23 COOPERATING; THEY WERE RESISTING WITH EVERYTHING THEY

24 HAD.  SO THE TIME BEFORE THESE INDIVIDUALS WERE

25 LOSING CONSCIOUSNESS WAS NOT 30 OR 40 SECONDS.  IT

44

1 WAS TEN TIMES THAT LONG.  IT WAS THREE OR FOUR

2 MINUTES WHERE THERE WAS A STRUGGLING.

3    Q  WE'RE GOING TO TALK ABOUT DR. ANTOGNINI'S

4 DATA, THE DATA HE RELIES UPON FOR THESE 30- TO

5 40-SECOND CONCLUSIONS.

6      BUT WHAT DATA DO YOU RELY UPON FOR YOUR

7 CONCLUSIONS?

8    A  WELL, I RELY ON EXPERIENCE PRODUCING

9 CONTROLLED HYPOXEMIA IN AT LEAST 5,000 HUMAN

10 SUBJECTS.  SO I'VE PERSONALLY DONE AT LEAST 5,000

11 STUDIES ON HUMANS WHERE I'VE ADMINISTERED LOW OXYGEN

12 CONTAINING GAS TO THEM AND MONITORED THEIR RESPONSES.

13 THIS IS IN THE CONTEXT PRIMARILY OF TESTING THESE

14 PULSE OXIMETER DEVICES BUT IN LOTS OF OTHER STUDIES

15 THAT INVOLVE IMPROVING WAYS TO MONITOR LOW OXYGEN.

16    Q  AND YOU ALSO -- DID YOU RELY UPON A

17 TRANSCRIPT OF DR. MCALARY?

18    A  YES.  HIS TRANSCRIPT -- SO DR. MCALARY IS --

19 I UNDERSTAND HE'S AN ANESTHESIOLOGIST.

20      MR. ARCHEY:  YOUR HONOR, I OBJECT.  I'M NOT

Second Transcript (rough)

21 SURE -- I DON'T KNOW WHAT HE'S REFERRING TO.  IT'S

22 NOT IN HIS DECLARATION, SO I NEED SOME ASSISTANCE TO

23 KNOW EXACTLY HOW TO RESPOND TO THIS.  IT'S NOT

24 ANYTHING HE'S GOT IN HERE, SO I DON'T KNOW WHAT HE'S

25 TALKING ABOUT.

45

1        MR. STRONSKI:  I THINK IT'S ATTACHED.  I'M

2 HOPING IT'S ATTACHED TO.

3        MR. ARCHEY:  YOU'RE TALKING ABOUT THE

4 TRANSCRIPT?  I'M GOOD, YOUR HONOR.

5        MR. STRONSKI:  IT'S THE TRANSCRIPT.

6        MR. ARCHEY:  SORRY, YOUR HONOR.  THANK YOU.

7        THE COURT:  SO IT'S PART OF HIS RELIANCE

8 MATERIALS.  YOU MAY CARRY ON.

9        MR. STRONSKI:  IT'S IN EVIDENCE ALREADY,

10 YOUR HONOR.  IF WE GO TO PAGE 91 OF EXHIBIT 16.

11 BY MR. STRONSKI:

12    Q  IS IT YOUR UNDERSTANDING THAT DR. MCALARY,

13 THE ANESTHESIOLOGIST, ACTUALLY OBSERVED THE EXECUTION

14 OF MR. GRAYSON?

15    A  THAT'S MY UNDERSTANDING.

16    Q  IS THIS THE BEGINNING OF THE TRANSCRIPT THAT

17 YOU LOOKED AT?  CAN YOU SEE IT?

18    A  IT IS.

19    Q  OKAY.  THEN IF WE GO TO PAGE 92 OF HIS

20 ANSWER THERE, DOES THIS INFORM AT ALL ANY OF YOUR

21 OPINIONS?  THIS IS AN ANSWER OF DR. MCALARY TO A

Second Transcript (rough)

22  QUESTION DESCRIBING WHAT HE OBSERVED.

23      A   WELL, HE'S DESCRIBING WHAT HE SAW WHEN

24  THE -- AFTER THE NITROGEN WAS APPARENTLY STARTED.

25  AND IT DESCRIBES THE RELATIVELY PROLONGED PROCESS AND

46

1   DURATION OF TIME WHEN THE VICTIM SEEMED TO REMAIN

2   CONSCIOUS, MOVING IN PURPOSEFUL WAYS.

3       Q   IF YOU GO TO PAGE 96, PLEASE, THERE IS A

4   QUESTION BEFORE, AND THEN IF YOU LOOK -- GO TO 95.

5   I'M SORRY.  IT SAYS -- WELL, IT SAYS, "I'LL REPEAT

6   THE QUESTION, DR. MCALARY.  COULD YOU ESTIMATE, BASED

7   ON YOUR RECOLLECTION, APPROXIMATELY HOW MUCH TIME

8   ELAPSED BETWEEN WHEN YOU FIRST OBSERVED MR. GRAYSON

9   APPEARING AGITATED AND THE POINT IN TIME WHEN HE

10  RAISED AND LOWERED HIS LEGS?"  AND WHAT DOES HE SAY?

11      A   WELL, LET'S SEE.  HE SAYS HE HAD NOTES OF

12  THE CLOCK TIMES.  I DON'T KNOW THAT ON THIS

13  PARTICULAR PAGE THAT YOU'RE SHOWING IT GIVES A NUMBER

14  OF MINUTES, IF THAT'S WHAT YOU'RE LOOKING FOR.

15      Q   IT'S ON THE NEXT PAGE.

16      A   WELL, HE'S TALKING ABOUT, YOU KNOW, THREE

17  MINUTES AND AN ADDITIONAL TWO MINUTES.  SO THIS IS,

18  YOU KNOW, TALKING ABOUT THREE- TO FIVE-MINUTE PERIOD

19  HERE WHERE THERE IS EVIDENCE STRUGGLING AND

20  RESISTANCE AFTER THE NITROGEN WAS STARTED.

21      Q   OKAY.  LET'S CONTINUE TO GO TO THE

Second Transcript (rough)

22  ATTACHMENTS, AND WE'RE GOING TO LOOK AT A FEW

23  NEWSPAPER ARTICLES NOW.  IF WE GO TO PAGE 206, THERE

24  IS AN AP ARTICLE.

25      IS THIS AN ARTICLE THAT YOU CONSIDERED?

47

1    A   YES, I BELIEVE THIS WAS AN ARTICLE THAT

2  WE --

3    Q   IF WE CAN GO DOWN, PLEASE.

4    A   -- QUOTED IN OUR JAMA PIECE.

5    Q   SO IT SAYS HERE THE -- WELL, WHAT DOES THE

6  ALABAMA CORRECTIONS COMMISSIONER SAY NEAR THE BOTTOM?

7    A   LIKE TWO PREVIOUS -- LIKE THE OTHERS

8  PREVIOUSLY EXECUTED BY NITROGEN, GRAYSON SHOOK AT

9  TIMES BEFORE TAKING A PERIODIC SERIES OF GASPING

10  BREATHS, AND THE NITROGEN FLOWED FOR ABOUT 15 MINUTES

11  AND THAT THE ELECTROCARDIOGRAM SHOWED NO ELECTRICAL

12  ACTIVITY ABOUT TEN MINUTES AFTER THE GAS STARTED

13  FLOWING.

14    Q   DOES THAT TEND TO SUPPORT -- IS THAT

15  EVIDENCE THAT TENDS TO SUPPORT HOW LONG YOU THINK

16  MR. GRAYSON MAY HAVE BEEN SUFFERING?

17    A   YES.

18    Q   CAN YOU EXPLAIN?

19    A   YES.  SO IMAGINE A SITUATION WHERE SOMEONE'S

20  LUNG OXYGEN IS IMMEDIATELY REPLACED WITH NITROGEN.

21  UNDER THOSE CONDITIONS, WITH ENTIRE LUNG REPLACEMENT

22  OF AIR WITH NITROGEN, THE OXYGEN SATURATION IN THE

Second Transcript (rough)

23 BLOOD IS GOING TO FALL TO CLOSE TO ZERO IN A COUPLE

24 OF MINUTES.  IN THAT SCENARIO, THE SATURATION LEVEL

25 OF ABOUT 50 PERCENT IS GOING TO HAPPEN AT 30 TO 50

48

1 SECONDS, SOMETHING LIKE THAT, WHILE THE OXYGEN LEVEL

2 CONTINUES TO PLUMMET, BECAUSE THE BODY IS CONSUMING

3 OXYGEN.  THAT MEANS THAT THERE IS ALMOST NO OXYGEN IN

4 THE BLOOD IN ABOUT TWO MINUTES.

5      NOW, AT THAT POINT, ELECTRICAL ACTIVITY IN

6 THE HEART, WHAT'S CALLED PULSELESS ELECTRICAL

7 ACTIVITY -- THAT'S WHEN THE HEART MUSCLE NO LONGER

8 CAN BEAT BUT YOU CAN CONTINUE TO SEE THE

9 ELECTROCARDIOGRAM -- THAT IS GOING TO PERSIST FOR

10 ABOUT SEVEN MINUTES.  SO IF YOU'VE GOT PERSISTENT

11 ELECTRICAL ACTIVITY AT TEN MINUTES, THAT MEANS THAT

12 THE PROCESS WAS DELAYED FROM THE RAPID INCEPTION OF

13 THE ANOXIA AT THE BEGINNING.  SO IT SETS THE TIME

14 COURSE OF THE LOSS OF CONSCIOUSNESS, LOSS OF CARDIAC

15 ACTIVITY, AND ALL OF THAT IN A MUCH MORE DELAYED WAY.

16      SO THIS IS CONSISTENT WITH OUR BELIEF THAT

17 THE EXECUTIONS ARE NOT HAPPENING TERRIBLY QUICKLY.

18 THEY'RE CONSISTENT WITH WHAT THE EYEWITNESS REPORTS

19 ARE SAYING ABOUT CONTINUED PURPOSEFUL STRUGGLING FOR

20 SOME PERIOD OF TIME.

21   Q  OKAY.  IF -- DO YOU HAVE EXPERIENCE AS AN

22 ANESTHESIOLOGIST WITH WHAT HAPPENS TO A PATIENT WHO

Second Transcript (rough)

23 LOSES THEIR AIRWAY?

24     A   THAT'S RIGHT.  UNFORTUNATELY --

25     Q   HOW IS THAT RELEVANT TO THIS ANALYSIS?

49

1     A   WELL, IT HELPS ESTABLISH THE TIME FRAME FROM

2 THAT LOSS OF OXYGEN TO TERMINAL EVENTS, SPECIFICALLY

3 THE LOSS OF CARDIAC OUTPUT, WHEN YOU HAVE TO START

4 CARDIOPULMONARY RESUSCITATION WITH CHEST

5 COMPRESSIONS, SOME WAY OF AUGMENTING THE CIRCULATION,

6 TO THE POINT WHEN THE HEART IS GOING TO STOP ITS

7 ELECTRICAL ACTIVITY.

8         THE OTHER PLACE WHERE WE SEE THIS IS WHEN WE

9 ARE TERMINATING CARE IN TERMINALLY ILL PATIENTS.  SO

10 I TAKE CARE OF A LOT OF PATIENTS WHO HAVE BRAIN

11 HEMORRHAGES; THEY HAVE RUPTURED ANEURYSMS.  AND THAT

12 CAN PRODUCE A DEGREE OF BRAIN INJURY THAT MAKES THEM

13 ESSENTIALLY BRAIN DEAD, BUT THE REST OF THEIR BODY IS

14 STILL WORKING.

15         AND IN SOME OF THOSE UNFORTUNATE PATIENTS,

16 THERE COMES A TIME WHEN SUPPORT IS WITHDRAWN AND THE

17 PATIENT IS ALLOWED TO DIE.  SO THE VENTILATOR IS

18 TURNED OFF AT THAT POINT, AND SO THAT SETS THE CLOCK

19 TICKING THERE.  AND FROM THAT POINT TO WHEN THE

20 ELECTRIC -- THE ELECTRICAL ACTIVITY OF THE HEART

21 STOPS IS IN THAT SEVEN-MINUTE PERIOD, DEPENDING ON

22 HOW MUCH OXYGEN THEY HAVE IN THEIR LUNGS WHEN THEY'RE

23 STARTING.  BUT WHEN THEIR SATURATION ON THE PULSE

Second Transcript (rough)

24  OXIMETER GOES TO ZERO, IT'S ABOUT SEVEN MINUTES.

25  THIS IS A REALLY CRITICAL NUMBER BECAUSE THAT'S USED

50

1  IN EMERGENCY RESUSCITATION ENVIRONMENTS, SO IT HELPS

2  ESTABLISH WHETHER RESUSCITATION WILL BE FUTILE OR

3  NOT.

4      Q   AND BASED ON THIS ANALYSIS, WHAT -- HOW LONG

5  DO YOU THINK TYPICALLY YOU MIGHT EXPECT A -- AN

6  INMATE SUBJECT TO THE LOUISIANA NITROGEN GASSING

7  EXECUTION METHOD TO BE EXPERIENCING BEFORE THEY

8  BECOME UNCONSCIOUS?

9      A   WELL, I WOULD EXPECT THEY WOULD BE SUFFERING

10  FOR THREE TO FIVE MINUTES.  THEY PROBABLY LOSE

11  CONSCIOUSNESS IN THAT TIME FRAME.  SO THIS IS NOT THE

12  QUICK UNCONSCIOUSNESS THAT I THINK THE STATE INTENDS

13  WITH THIS METHOD.

14      Q   IS IT FAIR TO SAY THAT THIS IS ANALOGOUS TO

15  DROWNING IN NITROGEN -- THIS IS DROWNING IN NITROGEN

16  FOR A PERIOD OF THREE TO FIVE MINUTES?

17      A   I DON'T THINK THAT'S INACCURATE.  THE

18  FEELING THAT YOU HAVE OF EXTREME BREATHLESSNESS AND

19  PANIC WOULD BE PROBABLY WHAT YOU'D EXPERIENCE WHEN

20  YOU'RE DROWNING.

21      Q   LET'S CONTINUE TO ANOTHER ARTICLE, DOCTOR.

22  IF WE GO TO -- GO TO PAGE 211.  GO TO PAGE 210,

23  PLEASE.

Second Transcript (rough)

24      SO THIS IS AN ARTICLE THAT'S BEEN ADMITTED

25  AS EXHIBIT 16, AND IT CONCERNS THE GRAYSON EXECUTION.

51

1  IS THIS AN ARTICLE THAT YOU CONSIDERED?

2      A   YES.

3      Q   AND IF WE GO TO THE NEXT PAGE, 211, THERE IS

4  A TIMELINE HERE.  IF YOU COULD TELL US:  WHAT HERE IN

5  THIS TIMELINE OF OBSERVATIONS IS RELEVANT TO YOUR

6  CONCLUSIONS ABOUT THE LENGTH OF TIME A TYPICAL

7  PRISONER WOULD SUFFER IN THIS METHOD?

8      A   I DON'T SEE IT IN FRONT OF ME NOW.  BUT

9  IT --

10      Q   WELL, HOLD ON.  THE NEXT PAGE, PLEASE.

11      A   YEAH.  THIS CONTAINS A TIMELINE THAT I

12  BELIEVE THE STATE WOULD HAVE TO ADMIT IS LONGER THAN

13  THEY WOULD PREDICT FOR THE -- FOR THE STRUGGLING THAT

14  IS ELICITED BY THESE EXECUTIONS.

15      Q   SO IF YOU LOOK AT THIS, WHAT DOES IT SAY IS

16  HAPPENING AT 6:12?

17      A   AT 6:12, THAT'S WHEN THE NITROGEN APPEARED

18  TO BE FLOWING.

19      Q   AND THEN WHAT DOES IT SAY IS HAPPENING AT

20  6:18?

21      A   AND AT 6:18 HE FINALLY APPEARED TO LOSE

22  CONSCIOUSNESS; HIS LANDS RELAXED.  SO THAT'S SIX

23  MINUTES INTO IT.

24      Q   AND THEN BETWEEN THOSE TWO NUMBERS THERE ARE

Second Transcript (rough)

25  VARIOUS PHYSICAL ACTIVITIES THAT ARE DESCRIBED.  CAN

52

1  YOU JUST, BEGINNING WITH 6:12, DESCRIBE FOR THE

2  RECORD EACH OF THOSE AND WHETHER THEY ARE CONSISTENT

3  WITH BEING AWAKE?

4     A   YEAH.  SO HE'S CLENCHING HIS FISTS.  THAT'S

5  A -- THAT'S NOT AN INVOLUNTARY RESPONSE.  THAT'S A

6  VOLUNTARY RESPONSE, SO HE'S CLEARLY --

7     Q   JUST FOR THE RECORD, CAN YOU STATE THE TIME

8  AND THEN WHAT'S HAPPENING AND WHETHER THEN THAT IS

9  CONSISTENT WITH HIM BEING AWAKE?

10    A   YEAH.  SO 6:12 HE'S CLENCHING HIS FISTS.

11  HE'S SHAKING HIS HEAD VIGOROUSLY.  THIS IS CONSISTENT

12  WITH HIM BEING CONSCIOUS.  6:13 HE'S TAKING DEEP

13  GASPS, SHAKING HIS HEAD VIGOROUSLY.  HE'S STILL

14  CONSCIOUS THERE.  SHAKING YOUR HEAD VIGOROUSLY IS NOT

15  SOMETHING YOU DO IF YOU'RE UNCONSCIOUS.  6:14 HE

16  RAISES HIS LEGS OFF THE GURNEY AND HE TAKES DEEP

17  BREATHS.  HIS LEGS LOWERED ABOUT 30 SECONDS LATER.

18  AND BETWEEN 6:15 AND 6:17 --

19    Q   DOCTOR, JUST FOR THE RECORD TO BE CLEAR, AT

20  6:14 THE ACTIVITY YOU DESCRIBED, IS THAT CONSISTENT

21  WITH HIM BEING AWAKE?

22    A   WELL, HE RAISES HIS LEGS FROM THE GURNEY.

23  YES, THAT'S CONSISTENT WITH BEING AWAKE.  I'M NOT

24  SURE ABOUT THE DEEP BREATHS.  ONE CAN CONTINUE TO

Second Transcript (rough)

25 TAKE DEEP BREATHS AFTER YOU'RE UNCONSCIOUS. BUT

53

1 CERTAINLY THE COORDINATED MOVEMENTS TO LIFT HIS LEGS

2 OFF THE GURNEY WOULD BE AN INDICATION OF HIM BEING

3 AWAKE.

4     Q   CONTINUE, PLEASE.

5     A   BETWEEN 6:15 AND 6:17 GRAYSON TAKES SEVERAL

6 DEEP BREATHS, NOT DETERMINATIVE OF LEVEL OF

7 CONSCIOUSNESS. BUT HIS HANDS REMAIN TIGHTLY

8 CLENCHED. THAT WOULD BE SOMEONE WHO IS STILL

9 VOLITIONAL. THAT'S NOT SOMETHING THAT YOU SEE IN

10 PATIENTS THAT HAVE PASSED OUT FROM LACK OF OXYGEN.

11 AND THEN IT SAYS AT 6:17 A CORRECTIONS OFFICER

12 PERFORMED A CONSCIOUSNESS CHECK. IT'S NOT DESCRIBED

13 WHAT WAS FOUND OR WHAT THE EXPERTISE OF THE

14 CORRECTIONS OFFICER WAS. AND FINALLY AT 6:18 THERE

15 IS A NOTATION THAT GRAYSON APPEARED TO LOSE

16 CONSCIOUSNESS AND HE RELAXED. HIS HANDS RELAXED.

17     Q   IN THE FIELD OF ANESTHESIOLOGY, ARE

18 CONSCIOUSNESS CHECKS IMPORTANT?

19     A   YES. WE DO THAT ALL THE TIME. WE -- FOR

20 EXAMPLE, WHEN A PATIENT IS WAKING UP FROM AN

21 ANESTHETIC, WE WANT TO ASSESS THEIR LEVEL OF

22 CONSCIOUSNESS VERY QUICKLY, ESPECIALLY IN THE FIELD

23 OF NEUROSURGERY WHERE THE SURGERY MIGHT HAVE CAUSED A

24 NEW NEUROLOGIC INJURY. WE NEED TO BE AWARE OF IT, SO

25 WE'RE DOING DETAILED NEURO CHECKS RIGHT AWAY.

Second Transcript (rough)

54

1    Q   AND HOW IS THAT DONE?

2    A   WELL, FIRST THING YOU DO IS YOU SPEAK TO THE

3    INDIVIDUAL AND ASK THEM TO DO THINGS LIKE OPEN THEIR

4    EYES, SAY THEIR NAME, MOVE THEIR HANDS, GRIP YOUR

5    HANDS, RAISE THEIR LEGS, DO THINGS LIKE THAT.  SO

6    YOU'RE LOOKING FOR COORDINATED PURPOSEFUL MOVEMENTS

7    THAT ARE COMING FROM A COMMAND, LIKE DO A PARTICULAR

8    THINGS OR --

9    Q   ARE THERE PHYSICAL CONSCIOUSNESS CHECKS TOO;

10   STERNUM RUBS AND THINGS LIKE THAT?

11   A   PARDON ME?

12   Q   ARE THERE STERNUM RUBS AND OTHER PHYSICAL --

13   A   YES.  YOU CAN --

14   Q   -- CONSCIOUSNESS CHECKS?

15   A   YES.  YOU CAN STIMULATE SOMEONE TO SEE IF

16   THEY WILL AROUSE.  IT'S COMMON AFTER ANESTHESIA WHERE

17   THEY'RE STILL SLEEPY FROM THE EFFECTS OF THE

18   ANESTHETIC.  BUT IF YOU RUB THEIR STERNUM VIGOROUSLY

19   OR PINCH THEIR SHOULDER, THEY MAY WITHDRAW OR REACT

20   OR OPEN THEIR EYES OR OTHERWISE INDICATE THAT THEIR

21   BRAIN IS REGAINING CONSCIOUSNESS.

22   Q   TO DO THAT AND TO EVALUATE THE RESPONSE AS

23   EITHER CONSISTENT OR INCONSISTENT WITH BEING

24   CONSCIOUS, DOES THAT REQUIRE MEDICAL TRAINING?

25   A   WELL, TO DO A GOOD JOB OF IT, I WOULD SAY

Second Transcript (rough)

1 YES.  BUT, FOR EXAMPLE, EMTs ARE TRAINED TO DO THAT.

2 THEY ASSESS PATIENTS IN THE FIELD THAT THEY'VE BEEN

3 CALLED TO RESPOND TO.  SO I WOULD EXPECT SOMEONE WITH

4 LIKE AN EMT LEVEL TRAINING TO BE ABLE TO DO A MINIMAL

5 LEVEL OF A NEURO ASSESSMENT.

6    Q   THANK YOU.

7       LET'S GO TO PAGE 229, PLEASE, ALSO IN

8 EXHIBIT 16.  BUT ACTUALLY WE'LL GO TO 227 FIRST.

9 SORRY.

10        AND THIS IS ALSO AN ARTICLE CONCERNING --

11 THIS IS CONCERNING THE FRAZIER EXECUTION.  IS THIS AN

12 ARTICLE YOU CONSIDERED?

13    A   YES.

14    Q   AND THIS IS ANOTHER EXECUTION IN ALABAMA?

15    A   YES.

16    Q   AND IF WE GO TO PAGE 229, IT INDICATES

17 THAT -- WHAT DOES IT SAY UNDER "THE AFTERMATH" WAS

18 SAID BY THE COMMISSIONER HAMM THAT IS RELEVANT TO

19 YOUR ANALYSIS IN THE FIRST PARAGRAPH?

20    A   WELL, COMMISSIONER HAMM CONFIRMED THAT THE

21 GAS BEGAN FLOWING AT 6:13.  BUT HE SAID HE WAS USING

22 A DIFFERENT CLOCK, SO ONE CAN'T BE CERTAIN ABOUT HIS

23 TIME IN RELATION TO THE OTHER TIMES.  BUT THAT GIVES

24 US A ROUGH IDEA, I WOULD GUESS.

25    Q   OKAY.  AND THEN HE SAYS, "THE GAS FLOWED FOR

Second Transcript (rough)

1  18 MINUTES, WITH FIVE OF THOSE BEING PAST FLATLINE."

2     A   YES.

3     Q   IS THAT RIGHT?

4     A   CORRECT.

5     Q   SO WHEN DOES THAT MEAN THE HEART STOPPED?

6     A   WELL, LET'S SEE.  SO 18 MINUS FIVE, THAT'S

7  13 MINUTES.  YOU'VE GOT 13 MINUTE ELAPSE THERE.

8  IF -- AS I SAID EARLIER, IF THE NITROGEN WASH IN TO

9  THE BODY HAPPENS RAPIDLY AND ANOXIA AND PULSELESS

10  ELECTRICAL ACTIVITY WOULD THEN START ABOUT THREE TO

11  FOUR MINUTES, THEN YOU'VE GOT SEVEN MINUTES OF

12  ELECTRICAL ACTIVITY LEFT IN THE HEART.  SO YOU'VE GOT

13  A BIG GAP IN TIME IN THIS ONE, TOO, WHERE IT'S

14  INCONSISTENT WITH, YOU KNOW, THE RAPID LOSS OF

15  CONSCIOUSNESS AND CLINICAL DEATH.  SO YOU'VE GOT A

16  PROLONGED EXPERIENCE WITH THE NITROGEN HYPOXIA HERE

17  AS WELL.

18     Q   OKAY.  AND YOU REFERENCED EARLIER THAT DR.

19  ANTOGNINI ARGUES THAT AN INMATE, IF THEY'RE HOLDING

20  THEIR BREATH, AFTER THEY STOP HOLDING THEIR BREATH

21  AND IT'S A HUNDRED PERCENT NITROGEN, THEY'LL BE

22  UNCONSCIOUS IN 30 TO 40 SECONDS.  DO YOU AGREE WITH

23  THAT?

24     A   WELL, SO NOT -- NO, BECAUSE IT'S POSSIBLE TO

25  TAKE A FULL BREATH OF NITROGEN, TO HYPERVENTILATE

Second Transcript (rough)

1 PURE NITROGEN.  IF ONE DID THAT, IF YOU VOLUNTARILY

2 DID THAT, YOU MIGHT LOSE CONSCIOUSNESS IN 30 TO 40

3 SECONDS.

4       THERE IS A PAPER THAT I BELIEVE WE CITED --

5 THE AUTHOR IS ERNSTING.  IT'S FROM THE EARLY 1960s --

6 WHERE THEY WERE DOING VERY SIMILAR EXPERIMENTS.  THEY

7 WERE HAVING SUBJECTS EXHALE MAXIMALLY AND THEN TAKE

8 AS BIG A BREATH AS THEY COULD OF PURE NITROGEN.  AND

9 THEN THEY ASKED -- THEY ASSESSED HOW LONG

10 CONSCIOUSNESS PERSISTED.  IN SOME OF THE SUBJECTS THE

11 CONSCIOUSNESS WAS EITHER LOST OR FLUCTUATING, YOU

12 KNOW, 30 OR 40 SECONDS LATER.  SO IT'S POSSIBLE IN

13 THAT SCENARIO.

14       BUT IN THESE EXECUTION SCENARIOS, APPARENTLY

15 IT'S VERY, VERY DIFFERENT.  THEY'RE NOT ACHIEVING

16 THAT TYPE OF PHYSIOLOGIC STATE IN THE EXECUTIONS.

17    Q  OKAY.  AND AGAIN, JUST FOR THE RECORD, HOW

18 LONG DO YOU THINK A TYPICAL INMATE -- WELL, HOW LONG

19 DO YOU THINK MR. HOFFMAN IS LIKELY TO EXPERIENCE THE

20 NITROGEN HYPOXIA BEFORE HE BECOMES UNCONSCIOUS WITH

21 THIS METHOD?

22    A  I WOULD SAY THREE TO FIVE MINUTES.

23    Q  OKAY.

24    A  YOU KNOW, I DON'T KNOW HOW HE'S GOING TO DO.

25 BUT IT JUST SEEMS LIKE A CRUEL EXPERIMENT TO DO.

58

Second Transcript (rough)

1    Q   BUT TO A REASONABLE DEGREE OF MEDICAL

2   CERTAINTY, HOW LONG DO YOU THINK HE WILL EXPERIENCE

3   THE NITROGEN HYPOXIA OF THIS METHOD BEFORE BECOMING

4   UNCONSCIOUS?

5    A   AGAIN, I WOULD SAY POTENTIALLY THREE TO FIVE

6   MINUTES, BECAUSE I WOULD EXPECT THAT HE WOULD HOLD

7   HIS BREATH AND THEN PROBABLY ATTEMPT TO BREATHE

8   SHALLOWLY AND THEN ONLY SLOWLY GET HYPOXIC, ALL THE

9   WHILE EXPERIENCING THE EFFECTS OF THE PROGRESSING

10  HYPOXIA AND BUILD-UP OF CARBON DIOXIDE IN HIS BLOOD.

11      MR. STRONSKI:  YOUR HONOR -- I'M SORRY.

12  LET'S CALL UP EXHIBITS -- WE'RE GOING TO LOOK AT SOME

13  PHOTOGRAPHS, YOUR HONOR, OF THE EXECUTION CHAMBER AND

14  THE MASK.

15      THE COURT:  THEY'VE ALREADY BEEN ADMITTED?

16      MR. STRONSKI:  THEY'VE BEEN ADMITTED

17  ALREADY.

18      THE COURT:  SO JUST FOR THE RECORD, I WOULD

19  ENCOURAGE YOU TO CITE THE EXHIBIT NUMBER.

20      MR. STRONSKI:  I WILL.  ABSOLUTELY, YOUR

21  HONOR.  IF WE COULD LOOK AT EXHIBIT 84, PLEASE.

22  BY MR. STRONSKI:

23    Q   HAVE YOU SEEN EXHIBIT 84, DOCTOR?

24    A   YES.

25    Q   AND WHAT DO YOU UNDERSTAND IS THERE?

59

1    A   WELL, I'VE GOT A LEATHER RESTRAINT AND

Second Transcript (rough)

2  HANDCUFFS AND THEN A -- LOOKS LIKE AN INDUSTRIAL

3  RESPIRATOR MASK.  THAT'S AIR SUPPLIED FACE MASKS.

4     Q   LET'S LOOK AT EXHIBIT 85, PLEASE.

5     A   THAT'S THE FRONT OF THE MASK.

6     Q   OKAY.  LET'S LOOK AT EXHIBIT 88.

7     A   THE SIDE.

8     Q   AND LET'S LOOK AT EXHIBIT 90.  WHAT IS THIS,

9  DOCTOR?

10    A   THAT'S THE EXECUTION BED IN THE EXECUTION

11  ROOM OR CHAMBER.

12    Q   AND THEN LET'S LOOK AT EXHIBIT 79.

13    A   SAME BUT FROM ANOTHER ANGLE.

14    Q   OKAY.  AND HAVE YOU CONSIDERED THESE

15  PHOTOGRAPHS IN YOUR ANALYSIS?

16    A   WELL, YES.  I MEAN, I THINK ANYONE WITH A

17  HISTORY OF PTSD WHEN CONFRONTED WITH THIS KIND OF

18  ENVIRONMENT WOULD BE EXTREMELY UNCOMFORTABLE.

19    Q   AND HAVE YOU CONSIDERED THE PRIOR

20  TESTIMONY -- YOU'VE BEEN HERE TODAY.  RIGHT?

21    A   I HAVE.

22    Q   AND THE TESTIMONY OF MR. HOFFMAN, DID YOU

23  HEAR HIM?

24    A   YES.

25    Q   AND DR. SAUTER, DID YOU HEAR HIM?

60

1   A   YES.

Second Transcript (rough)

file:///FileServer/...th%20Penalty%20Matters%20-%2073802-24JKC/DOCUMENTS/ROUGH%20%232%2025CV169%20AFTERNOON.txt[3/9/2025 8:18:08 AM]

2    Q   AND REVEREND BONO, DID YOU HEAR HER?

3    A   YES.

4    Q   HOW DO THEY IMPACT YOUR OPINIONS HERE?

5    A   WELL, IT'S INCONCEIVABLE TO ME THAT

6  MR. FRAZIER WOULD BE ABLE TO EFFECTIVELY EXERCISE HIS

7  RELIGIOUS RELAXATION TECHNIQUES --

8    Q   DOCTOR, LET ME JUST CORRECT YOU.  IT'S MR.

9  HOFFMAN.

10    A   I'M SORRY.

11    Q   I CONFUSE NAMES ALL THE TIME.

12    A   SO MR. HOFFMAN -- IT WOULD BE INCONCEIVABLE

13  THAT MR. HOFFMAN WOULD BE ABLE TO FREELY EXERCISE HIS

14  RELIGIOUS BELIEFS.

15        MR. ARCHEY:  YOUR HONOR, I OBJECT.  IT'S

16  OUTSIDE THE SCOPE OF HIS EXPERTISE.  THERE IS NO

17  FOUNDATION FOR THIS.

18        MR. STRONSKI:  YOUR HONOR, WE'RE TRYING TO

19  ESTABLISH THE IMPACT ON THE EIGHTH AMENDMENT CLAIM,

20  NOT ON THE ABILITY TO -- OR A SUBSTANTIAL BURDEN ON

21  RELIGIOUS PRACTICES.  IT WILL AFFECT THE DEGREE --

22  WE'RE TALKING LARGELY HERE ABOUT TERROR AND EMOTIONAL

23  SUFFERING.

24        THE COURT:  WELL, THAT'S NOT -- BUT THAT'S

25  NOT WHAT DR. BICKLER SAID.  I WILL SUSTAIN THE

61

1  OBJECTION.  SEE IF YOU CAN GET AT IT WITH A DIFFERENT

2  QUESTION.

Second Transcript (rough)

3 BY MR. STRONSKI:

4     Q   DR. BICKLER, YOU HEARD THE TESTIMONY OF

5 THOSE INDIVIDUALS.  HOW DOES THAT TESTIMONY IMPACT

6 YOUR OPINION ABOUT THE EMOTIONAL -- THE TERROR AND

7 THE EMOTIONAL SUFFERING THAT MR. HOFFMAN CAN BE

8 EXPECTED TO ENDURE IN THIS PROCESS?

9     A   WELL, THE SETTING OF THE EXECUTION, THE

10 EQUIPMENT USED, IN MY OPINION, WOULD HAVE A HUGE

11 IMPACT ON HIS EMOTIONAL STATE AND ON HIS ABILITY TO

12 EXERCISE HIS RELIGIOUS PRACTICE AS HE'S CONFRONTING

13 DEATH.

14     Q   RIGHT.  AND I'M INTERESTED IN THE MASK.  HOW

15 DOES THE MASK AFFECT, IN YOUR OPINION, AND AS A

16 DOCTOR WHO DEALS WITH PEOPLE WITH PTSD -- HOW WILL

17 THAT IMPACT, IF AT ALL, MR. HOFFMAN'S EXPERIENCE WITH

18 THIS METHOD?

19     A   I THOUGHT MR. HOFFMAN'S SPIRITUAL ADVISORS

20 WERE VERY POWERFUL IN THEIR DESCRIPTION OF THE

21 BUDDHIST BELIEF, THAT IT IS THE AIR AND THE --

22       MR. ARCHEY:  YOUR HONOR, I HAVE TO OBJECT

23 AGAIN.  HE'S JUST SO FAR OUTSIDE OF THIS AREA.

24       THE COURT:  SUSTAINED.

25       MR. STRONSKI:  YOUR HONOR, IT GOES TO THE

62

1 PTSD.  THE PTSD IS ALLEVIATED BY HIS BREATHING

2 PRACTICES.  YOU CAN LABEL IT BUDDHISM, YOU CAN LABEL

Second Transcript (rough)

3 IT ANYTHING YOU WANT.  BUT IT'S A PRACTICE THAT HE'S

4 TAUGHT THROUGH HIS RELIGION, AND IT'S ONE OF HIS

5 COPING MECHANISMS.  AND IT'S BEING TAKEN AWAY AND

6 IT'S GOING TO AFFECT THE EIGHTH AMENDMENT SUFFERING.

7 AND THAT'S WHAT WE'RE LOOKING AT, THE EIGHTH

8 AMENDMENT SUFFERING.

9     THE COURT:  THEN YOU NEED TO ASK THAT

10 QUESTION:  IF A COPING MECHANISM IS REMOVED, WHAT

11 DOES THAT DO TO HIM.  BUT --

12     MR. STRONSKI:  THANK YOU, YOUR HONOR.  I CAN

13 DO THAT.

14     THE COURT:  -- I MEAN, WE NEED TO STAY AWAY

15 FROM EXERCISE OF RELIGION.

16     MR. STRONSKI:  RIGHT.  THAT WASN'T IN MY

17 QUESTION --

18     THE COURT:  I KNOW IT WASN'T.

19     MR. STRONSKI:  -- BUT I UNDERSTAND.

20 BY MR. STRONSKI:

21   Q  DOES THE ABILITY TO ENGAGE -- TO -- WELL, DO

22 YOU UNDERSTAND THAT MR. HOFFMAN HAS A COPING

23 MECHANISM THAT INVOLVES BREATHING?

24   A  YES.

25   Q  AND HOW IN YOUR OPINION -- AND YOU

63

1 UNDERSTAND THAT HE HAS REPORTED THAT HE'S

2 CLAUSTROPHOBIC?

3   A  YES.

Second Transcript (rough)

4    Q    HOW WOULD THOSE FACTS AFFECT YOUR OPINION OR

5  INFORM YOUR OPINION CONCERNING WHETHER THERE WOULD BE

6  SUPERADDED OR ADDITIONAL TERROR AND EMOTIONAL

7  SUFFERING IF -- FOR MR. HOFFMAN IN PARTICULAR --

8  SUBJECTED TO THIS METHOD?

9    A    WELL, MR. HOFFMAN WOULD SUFFER ADDITIONAL

10  STRESS IF THOSE COPING MECHANISMS WERE INTERFERED

11  WITH.  SO HE WOULD EXPERIENCE ADDITIONAL TERROR.

12    Q    DOCTOR, I WANT TO ASK YOU ABOUT THE SUICIDE

13  REPORTS THAT DR. ANTOGNINI RELIES UPON.  ARE YOU

14  FAMILIAR WITH THAT?

15    A    YES.

16    Q    AND SO DO YOU THINK THAT THEY ARE RELIABLE

17  EVIDENCE OF WHAT ONE WOULD LIKELY EXPERIENCE IN THIS

18  METHOD?

19    A    WELL, I THINK THEY'RE RELIABLE INSOFAR AS

20  THE NITROGEN METHOD WILL KILL SOMEBODY -- KILL

21  SOMEBODY.  BUT I'M NOT SURE THEY'RE VERY INFORMATIVE

22  AT ALL ABOUT THE DEGREE OF STRESS THAT AN INDIVIDUAL

23  WOULD EXPERIENCE.

24        YOU KNOW, WITH THE SUICIDE METHODS OR

25  MEDICAL AID IN DYING WITH INERT GASES, YOU HAVE A

64

1  READY AND WILLING PARTICIPANT WHO IS ENTERING INTO

2  THIS, YOU KNOW, OF THEIR DESIRE TO TERMINATE THEIR

3  LIFE.  COMPLETELY DIFFERENT SCENARIO WITH A PRISONER

Second Transcript (rough)

4  WHO IS BEING FORCED TO BREATHE NITROGEN TO BE

5  ASPHYXIATED BY IT.  SO THEY'RE NOT COMPARABLE TO ME

6  AT ALL.

7      Q   AND TO YOU AS A SCIENTIST, WHAT'S BETTER

8  EVIDENCE?  THOSE REPORTS OF SUICIDES OR THE REPORTS

9  OF THE ALABAMA EXECUTIONS?

10     A   WELL, THE ALABAMA EXECUTIONS BECAUSE THEY

11  COMPORT WITH WHAT WE KNOW ABOUT THE PHYSIOLOGY OF

12  OXYGEN DEPRIVATION IN HUMANS.

13     Q   IN THE SUICIDE REPORTS, WERE THEY SCIENTIFIC

14  STUDIES IN ANY WAY?

15     A   NO, THEY'RE ANECDOTAL.  THEY'RE

16  OBSERVATIONS.  THEY'RE -- IF I MAY, YOU KNOW,

17  CONJECTURE THAT THEY ARE REPORTS WRITTEN BY ADVOCATES

18  OF THOSE METHODS.  THEY'RE BASICALLY PROMOTING THESE

19  WAYS OF ASSISTING PEOPLE IN SUICIDE DECISIONS.

20     Q   ARE YOU ALSO FAMILIAR THAT DR. ANTOGNINI

21  RELIES UPON OSHA INJURY REPORTS?

22     A   YES.

23     Q   DO YOU BELIEVE THAT THE OSHA INJURY REPORTS

24  ARE RELIABLE EVIDENCE TO UNDERSTAND WHAT SOMEONE

25  WOULD EXPERIENCE IF EXPOSED TO THIS METHOD?

65

1      A   WELL, THEY'RE CLEAR EVIDENCE THAT NITROGEN

2  CAN KILL.  I MEAN, THAT'S WHAT THESE REPORTS ARE

3  PREDOMINANTLY CREATED TO DEFINE, ABOUT THE IMPORTANCE

4  OF PROPER AIR SUPPLY WHEN USING RESPIRATORS.

Second Transcript (rough)

5      I HAVE A COUPLE OF PROBLEMS WITH THIS TYPE

6 OF CASE REPORT.  FIRST OF ALL, ONE DOESN'T KNOW HOW

7 MANY SITUATIONS THERE WERE WHERE THE POTENTIAL VICTIM

8 RECOGNIZED THAT THEIR AIR SUPPLY WAS COMPROMISED AND

9 THEY WERE ABLE TO EXIT THE ROOM OR TEAR THE MASK OFF

10 IN TIME AND SELF-RESCUE.  THOSE ARE NOT REPORTED, SO

11 WE DON'T KNOW THE DENOMINATOR.  WE ONLY KNOW THE

12 FATALITIES.  AND SOMETIMES THESE FATALITIES WERE

13 DISCOVERED SOMETIME LATER.  NO ONE WITNESSED THESE

14 DEATHS.  IF THERE HAD BEEN A WITNESS, MAYBE THERE

15 WOULD HAVE BEEN A RESCUE.  SO WE DON'T KNOW HOW MUCH

16 THEY REALLY SUFFERED WHEN THEY DIED FROM NITROGEN

17 EXPOSURE.

18    Q   DO THESE AFTER-THE-FACT REPORTS OF DEATHS

19 TELL YOU HOW LONG UNTIL SOMEBODY DIED?

20    A   NO, NOT AT ALL.

21    Q   DO THEY TELL YOU HOW LONG UNTIL SOMEBODY WAS

22 UNCONSCIOUS?

23    A   NO.

24    Q   DO THEY TELL YOU -- IS THERE ANYONE

25 OBSERVING WHETHER SOMEBODY IS SUFFERING OR NOT?

66

1    A   NO.  THESE ARE LARGELY PEOPLE WHO WERE FOUND

2 DEAD WHO WERE -- WENT MISSING, DIDN'T CALL IN OR

3 REPORT OR SEEMED TO TAKE LONGER AT A JOB THAN THEY

4 SHOULD HAVE.

Second Transcript (rough)

5    Q   ARE YOU FAMILIAR WITH STUDIES THAT DR.

6  ANTOGNINI RELIES UPON CONCERNING MILITARY PILOTS?

7    A   YES.

8    Q   AND ARE THOSE STUDIES DESIGNED TO MAKE THE

9  PILOTS UNCONSCIOUS?

10    A   THEY'RE DESIGNED TO INFORM PILOTS OF WHAT IT

11  FEELS LIKE AS THEY APPROACH CONDITIONS WHERE

12  CONSCIOUSNESS MIGHT BE LOST; FOR EXAMPLE, IN A

13  DECOMPRESSION EVENT IN A HIGH ALTITUDE AIRCRAFT.

14    Q   DO YOU BELIEVE THAT THOSE STUDIES ARE

15  RELIABLE EVIDENCE TO UNDERSTAND WHAT A PERSON WOULD

16  EXPERIENCE WHEN SUBJECTED TO THIS METHOD?

17    A   WELL, THEY HAVE RELATIVELY LITTLE TO TEACH

18  US ABOUT IT.  I LEARNED QUITE A BIT IN SPEAKING WITH

19  A CLOSE COLLEAGUE OF MINE WHO IS A NAVAL AVIATOR.  HE

20  WAS A FLIGHT SURGEON.

21    MR. ARCHEY:  YOUR HONOR, I OBJECT.  SPEAKING

22  TO A FRIEND WHO'S A CLOSE -- THAT'S NOT VALID BASIS

23  FOR OPINIONS.

24    MR. STRONSKI:  YOUR HONOR --

25    THE COURT:  GO AHEAD.

67

1    MR. STRONSKI:  -- THE FRIEND IS ANOTHER

2  ANESTHESIOLOGIST THAT HE WORKS WITH, AND THIS WAS

3  DISCLOSED IN THE DEPOSITION.  IT'S NOT NEW.

4    THE COURT:  IT'S ANECDOTAL, JUST LIKE A LOT

5  OF THE ANECDOTAL INFORMATION THAT DR. ANTOGNINI

Second Transcript (rough)

6 RELIES UPON.  THE COURT'S GOING TO ALLOW IT.

7 BY THE WITNESS:

8    A  SO WHAT MY FRIEND DESCRIBED -- HE WAS A

9 PILOT IN THE FIRST GULF WAR.  AND AS PART OF HIS

10 FLIGHT TRAINING, HE DID THESE DECOMPRESSION EXERCISES

11 AND HE SAID THEY WERE PRETTY AWFUL.  THEY MADE

12 EVERYBODY FEEL REALLY BAD.

13      THE THING THAT HE IMPRESSED UPON ME WAS THAT

14 MILITARY AVIATORS WILL NOT COMPLAIN WHEN ASKED TO DO

15 EXERCISES LIKE THIS.  HE SAID HE WAS SURE THAT IF HE

16 DEFERRED OR SAID "I DON'T WANT TO DO THIS," THAT HE

17 WOULD HAVE BEEN GROUNDED.

18      SO THE REPORTS OF THE MINIMAL EFFECTS IN

19 THESE KINDS OF MILITARY STUDIES ARE TO BE TAKEN WITH

20 A GRAIN OF SALT, I THINK.  THEY'RE PRETTY -- IT'S

21 PRETTY TOUGH ON THESE GUYS.  IT'S NOT SOMETHING THAT

22 YOU TAKE -- UNDERTAKE LIGHTLY.

23    Q  SO DOES THE LOUISIANA PROTOCOL INCLUDE ANY

24 DRUG OR ANESTHETIC THAT WOULD RELIEVE PAIN OR

25 ANXIETY?

68

1    A  NOT TO MY KNOWLEDGE.

2    Q  NITROGEN DOES NOT DO THAT?

3    A  NITROGEN IS NOT AN ANESTHETIC.

4    Q  AND HOW DOES THAT COMPARE TO OTHER METHODS?

5    A  WELL, WITH LETHAL INJECTION, A SEDATIVE DRUG

Second Transcript (rough)

6 IS THE FIRST THING THAT'S GIVEN, SO THE INDIVIDUAL

7 ADMINISTERED THOSE DRUGS LOSES CONSCIOUSNESS VERY,

8 VERY QUICKLY, IN A MATTER OF SECONDS.

9     MR. STRONSKI:  ONE SECOND, YOUR HONOR.

10 BY MR. STRONSKI:

11    Q  DOCTOR, JUST TO BE CLEAR, THERE WERE FOUR

12 EXECUTIONS IN ALABAMA USING ESSENTIALLY THIS METHOD.

13 IS THAT RIGHT?

14    A  YES.

15    Q  AND YOU LOOKED AT DATA FOR ALL FOUR?

16    A  YES.

17    Q  AND WERE THEY LARGELY CONSISTENT?

18    A  YES.

19    Q  AND WHAT DID YOU CONCLUDE FROM THEM?

20    A  THAT THE DURATION OF THE SUFFERING WAS MUCH

21 LONGER THAN I WOULD CONSIDER HUMANE.

22    Q  THANK YOU.

23    A  AND THAT THE SUFFERING WAS LONGER THAN

24 APPARENTLY THE ADVOCATES FOR THE METHOD PREDICTED.

25    Q  THANK YOU, DOCTOR.

                            69

1     THE COURT:  OKAY.  WE'RE GOING TO TAKE A

2 BRIEF BREAK AND THEN WE'LL COME BACK FOR CROSS.

3 LET'S TAKE ABOUT TEN MINUTES.

4     THE LAW CLERK:  ALL RISE.

5       COURT IS NOW IN RECESS.

6     (WHEREUPON, A RECESS WAS TAKEN.)

                                    Second Transcript (rough)

7        THE LAW CLERK:  ALL RISE.

8           COURT IS NOW IN SESSION.

9        THE COURT:  BE SEATED.  YOU CAN BE SEATED,

10 DR. BICKLER.

11          GO AHEAD, MR. ARCHEY.

12          MR. ARCHEY:  THANK YOU, YOUR HONOR.

13             CROSS-EXAMINATION

14 BY MR. ARCHEY:

15    Q  DR. BICKLER, CAN YOU HEAR ME OKAY?

16    A  YES.

17    Q  GOOD.  GOOD TO SEE YOU TODAY.

18    A  LIKEWISE.

19    Q  DR. BICKLER, YOU'VE TALKED ABOUT DOING 5,000

20 STUDIES.  THOSE STUDIES INVOLVED DROPPING A PERSON'S

21 OXYGEN SATURATION LEVEL TO ABOUT 70 PERCENT AND

22 SOMETIMES LOWER, DOWN TO 50 PERCENT.  IS THAT

23 ACCURATE?

24    A  YES.

25    Q  AND YOU DO THAT ABOUT 15 MINUTES -- TEN TO

70

1 15 MINUTES AT A TIME.  RIGHT?

2    A  CORRECT.

3    Q  AND THEN YOU MEASURE, SEE WHAT'S GOING ON

4 AND YOU GO FROM THERE.  RIGHT?

5    A  THAT'S THE IDEA.

6    Q  OKAY.  YOU'VE NEVER STUDIED A SCENARIO OF

Second Transcript (rough)

7   ADMINISTERING NITROGEN AT 95 PERCENT OR HIGHER.

8   CORRECT?

9      A   NO.  WELL, THE 95 PERCENT NITROGEN IS USED

10  BRIEFLY TO GET THE INDIVIDUAL DOWN TO THE DESIRED

11  LEVEL.

12     Q   CORRECT.  BUT BRIEFLY AND THEN CUT IT OFF.

13  RIGHT?

14     A   WELL, ADD AIR BACK SO THAT WE DON'T TAKE THE

15  OXYGEN LEVEL DANGEROUSLY LOW.

16     Q   YOU'VE NEVER STUDIED ADMINISTERING NITROGEN

17  AT 95 PERCENT OR HIGHER BECAUSE IT WOULD BE UNETHICAL

18  TO DO SO.  CORRECT?

19     A   THAT IS CORRECT.

20     Q   ALL RIGHT.  THESE STUDIES THAT YOU DO DO

21  WHERE YOU TAKE THE OXYGEN SATURATIONS DOWN TO 70,

22  MAYBE SOMETIMES AS LOW AS 50 PERCENT, THOSE ARE THE

23  STUDIES YOU'RE TALKING ABOUT THAT YOU RELY UPON THIS

24  TERROR, FEAR, PANIC, ALL THOSE THINGS.  IS THAT

25  RIGHT?

71

1      A   YES.

2      Q   OKAY.

3         MR. ARCHEY:  BROOKEE, CAN YOU PULL UP

4   EXHIBIT NUMBER DEFENSE EXHIBIT 3-5.

5         THE COURT:  IT'S FOR THE WITNESS ONLY?

6         MR. ARCHEY:  IT'S HIS PAPER.  IT SHOULD BE

7   AVAILABLE FOR ALL, JUDGE.

Second Transcript (rough)

8        THE COURT:  OH.  WELL, YOU SAID DEFENSE

9 EXHIBIT, SO I WASN'T SURE IT WAS ADMITTED.

10       MR. ARCHEY:  I THINK THIS SHOULD BE

11 AVAILABLE FOR ALL, JUDGE.

12       MR. STRONSKI:  NO OBJECTION, YOUR HONOR.

13       THE COURT:  OKAY.  IT CAN BE ADMITTED.  IT'S

14 PART OF P-16.  RIGHT?

15       MR. ARCHEY:  NO.

16       THE COURT:  OH.  WELL, GO AHEAD.

17       THE COURTROOM DEPUTY:  WHAT IS IT?

18       MR. ARCHEY:  3-5 IN JERS.

19 BY MR. ARCHEY:

20    Q  OKAY, DOCTOR.  CAN YOU SEE THE PAPER I HAVE

21 THERE IN FRONT OF YOU?

22    A  YES.

23    Q  YOU'RE THE LEAD AUTHOR IN THIS PAPER.

24 RIGHT?

25    A  I AM.

72

1    Q  AND THIS PAPER IS FROM 2017.  RIGHT?

2    A  YES.

3    Q  AND THE TITLE IS "EFFECTS OF ACUTE, PROFOUND

4 HYPOXIA ON HEALTHY HUMANS: IMPLICATIONS FOR SAFETY OF

5 TESTS EVALUATING PULSE OXIMETRY OR TISSUE OXIMETRY

6 PERFORMANCE."  RIGHT?

7    A  YES.

Second Transcript (rough)

8   Q   BIG MOUTHFUL.  THAT'S WHAT YOU WERE TALKING

9   ABOUT ABOUT A LOT OF YOUR TESTING WAS FOR PULSE

10  OXIMETRY.  RIGHT?

11    A   THAT IS CORRECT.

12    Q   AND THIS IS ONE OF THE PAPERS.  RIGHT?

13    A   IT IS.

14    Q   I WANT TO READ RIGHT OUT THE GATE YOUR

15  OPENING SYNOPSIS, I GUESS THAT IS, AT THE BEGINNING.

16  THE PAPER READS:  "EXTENDED PERIODS OF OXYGEN

17  DEPRIVATION CAN PRODUCE ACIDOSIS, INFLAMMATION,

18  ENERGY FAILURE, CELL STRESS OR CELL DEATH.  HOWEVER,

19  BRIEF PROFOUND HYPOXIA HERE DEFINED AS" -- I'M GOING

20  TO CALL THAT THE SATURATION RATE, IF I MAY -- "OF 50

21  TO 70 PERCENT FOR APPROXIMATELY 10 MINUTES IS NOT

22  ASSOCIATED WITH CARDIOVASCULAR COMPROMISE AND IS

23  TOLERATED BY HEALTHY HUMANS WITHOUT APPARENT ILL

24  EFFECTS."  DID I READ THAT RIGHT?

25    A   YOU DID.

73

1   Q   ALL RIGHT.  SO NO ILL EFFECTS FROM DOING

2   THESE TESTS BECAUSE OTHERWISE IT WOULD BE UNETHICAL.

3   RIGHT?

4    A   THAT'S RIGHT.  AND MANY OF OUR SUBJECTS

5   RETURN TIME AND TIME AGAIN TO DO THE STUDIES OVER.

6       MR. ARCHEY:  BROOKEE, CAN YOU GO TO PAGE 5,

7   PLEASE, OF THE SAME DOCUMENT?

8   BY MR. ARCHEY:

Second Transcript (rough)

9    Q   NOW, DOCTOR, I'VE GOT SOME HIGHLIGHTING

10  HERE.  THE FIRST -- IN THE LEFT COLUMN, THE FIRST

11  COLUMN, THE FIRST PORTION I HAVE HIGHLIGHTED IS:

12  "AUTHORS OF THIS ARTICLE HAVE PERSONALLY EXPERIENCED

13  SATURATIONS OF 45 PERCENT DURING SUCH TESTING WITHOUT

14  APPARENT ILL EFFECTS ON BLOOD PRESSURE AND WITHOUT

15  LOSING CONSCIOUSNESS."  THAT INCLUDES YOU.  RIGHT?

16   A   THAT INCLUDES ME.

17   Q   I WANT TO GO BACK TO THE NEXT HIGHLIGHTED

18  PASSAGE JUST A LITTLE BIT FURTHER DOWN.  "ASIDE FROM

19  THE EXPECTED PHYSIOLOGICAL RESPONSES TO HYPOXIA IN

20  HEALTHY INDIVIDUALS, SUCH AS INCREASED RESPIRATORY

21  RATE OR TACHYCARDIA, THE INCIDENCE OF OTHER EFFECTS

22  SUCH AS HEADACHE, NAUSEA OR ANXIETY OCCUR AT RATES OF

23  LESS THAN ONE PERCENT."  RIGHT?

24   A   THAT'S RIGHT.

25   Q   NOTHING IN HERE ABOUT FEAR, PANIC OR TERROR

74

1  FROM THESE INDIVIDUALS WHO WERE STUDIED IN YOUR

2  PAPER.  RIGHT?

3   A   WELL, THAT'S -- THE METHODS ARE DESIGNED TO

4  AVERT THAT.

5   Q   THESE ARE INDIVIDUALS THAT ARE TAKEN TO THAT

6  RATE AND HELD THERE FOR TEN MINUTES -- TEN TO 15

7  MINUTES AT A TIME.  RIGHT?

8   A   WELL, TO BE A LITTLE MORE PRECISE ABOUT IT,

Second Transcript (rough)

9   WHAT WE DO IS WE DROP THE SATURATION IN GRADUAL

10  STEPS, SO THEY GO TO MAYBE 92 PERCENT FOR A COUPLE

11  MINUTES AND THEN DOWN INTO THE 80s.  AND ON THE FINAL

12  RUN THEY -- WE TAKE THEM DOWN TO THE LOW 70s.  AND

13  PROVIDED IT'S DONE THAT WAY AND WE CONTROL THE CARBON

14  DIOXIDE LEVEL, SUBJECTS TOLERATE IT WELL.  THEY --

15      Q  ALL RIGHT.  I'M SORRY.

16      A  THEY MAY FEEL QUITE ANXIOUS AND QUITE SHORT

17  OF BREATH, BUT IT CAN BE TOLERATED IN A SUBJECT WHO

18  KNOWS WHAT HIS -- WHAT THEY'RE EXPECTED.  AND ALSO

19  THEY HAVE A WAY OUT.  IF IT'S TOO UNCOMFORTABLE FOR

20  THEM, THEY CAN SPIT THE MOUTHPIECE OUT AND BREATHE

21  AIR.

22      Q  BUT THE ANXIETY RATE WAS LESS THAN ONE

23  PERCENT.  THAT'S YOUR PAPER.  RIGHT?

24      A  YES, SIR.

25      Q  NOW I WANT TO TALK ABOUT THE PILOT STUDY YOU

                                75

1   MENTIONED EARLIER.  THIS IS EXHIBIT NO. 3 -- DEFENSE

2   3-27.

3       MR. ARCHEY:  YOUR HONOR, I OFFER THE FIRST

4   ONE INTO EVIDENCE.  I THOUGHT I HEARD NO OBJECTION.

5   MAKE SURE THAT --

6       MR. STRONSKI:  NO OBJECTION, YOUR HONOR.

7       THE COURT:  D3-5?  IT'S ADMITTED.

8       MR. ARCHEY:  THANK YOU, YOUR HONOR.

9           THIS ONE IS 327.  YOUR HONOR, I'LL

Second Transcript (rough)

10  OFFER IT INTO EVIDENCE NOW IF I'M NOT GOING TO GET AN

11  OBJECTION.  THE SAUSEN --

12      THE COURT:  ANY OBJECTION?

13      MR. ARCHEY:  -- THE PILOT STUDY.

14      MR. STRONSKI:  YEAH, NO OBJECTIONS.

15      MR. ARCHEY:  YOUR HONOR, I OFFER 327 INTO

16  EVIDENCE.

17      THE COURT:  ADMITTED.

18  BY MR. ARCHEY:

19   Q  ALL RIGHT.  NOW, DOCTOR, DO YOU SEE THIS

20  PAPER UP ON THE SCREEN?

21   A  YES, I'M FAMILIAR WITH IT.

22   Q  IN THIS PAPER THEY TOOK THESE -- THESE

23  INDIVIDUALS FROM THE MILITARY, THEY TOOK THEIR LEVELS

24  WAY DOWN -- OR THE NITROGEN LEVEL THEY EXPOSED THEM

25  TO WAS VERY HIGH, WASN'T IT?

76

1   A  WELL, THEY -- I MEAN, IT DEPENDS WHAT YOU

2  MEAN BY "HIGH."  THEY DID MAKE THESE PEOPLE PRETTY

3  HYPOXIC, YES.

4   Q  GO TO PAGE 7 OF THE DOCUMENT, PLEASE, THE

5  LAST PAGE.

6      SO WHAT THEY DID ON THIS STUDY IS THESE

7  INDIVIDUALS WERE EXPOSED TO VARIOUS LEVELS OF

8  NITROGEN THAT WENT AS HIGH AS 93.8 PERCENT.  RIGHT?

9   A  YES.  SO THAT'S SEVEN PERCENT OXYGEN.

Second Transcript (rough)

10 THAT'S TOLERABLE FOR HUMANS FOR A SHORT PERIOD OF

11 TIME.

12     Q  AND WHAT THEY DID THEN WAS ASKED THESE

13 INDIVIDUALS TO ENDORSE SYMPTOMS THAT THEY MAY HAVE

14 BEEN HAVING.  RIGHT?

15     A  UH-HUH.

16     Q  AND THEY HAVE A WHOLE LIST OF SYMPTOMS.  ONE

17 MEANT THE SYMPTOM WAS NOT OBSERVED; TWO, THE SYMPTOM

18 WAS MILD; THREE, THE SYMPTOM WAS MODERATE; OR FOUR,

19 THE SYMPTOM WAS SEVERE.  RIGHT?

20     A  YES.

21     Q  ALL RIGHT.

22        MR. ARCHEY:  GO TO THE NEXT PAGE, BROOKEE,

23 PLEASE.  THERE WE ARE RIGHT THERE.  NO, THAT'S NOT

24 IT.  NEXT PAGE.  OKAY.  THANK YOU.

25 BY MR. ARCHEY:

77

1     Q  THE CHART AT THE TOP OF THAT PAGE THERE, DO

2 YOU SEE THIS?

3     A  YES.

4     Q  THEY'VE GOT A WHOLE NUMBER OF SYMPTOMS THAT

5 ARE LISTED.  THEY ASK THESE INDIVIDUALS TO ENDORSE

6 WHETHER THEY WERE FEELING THESE SYMPTOMS OR NOT.  DO

7 YOU SEE THAT?

8     A  YES.

9     Q  ALL RIGHT.  AND AS I GO DOWN, I GET DOWN TO

10 THE VERY BOTTOM IS APPREHENSION.

Second Transcript (rough)

11     A   YES.

12      Q   THE ENDORSEMENT RATE AT 93.8 PERCENT

13   NITROGEN IS 1.42.  THAT MEANS SOMEWHERE BETWEEN NOT

14   OBSERVED AND SOME HAD A MILD REPORT.  CORRECT?

15     A   CORRECT.

16      Q   IF I GO TO BREATHLESSNESS, WHICH IS A LITTLE

17   BIT FURTHER UP, I HAVE THE SAME 1.42 PERCENT, MEANING

18   MANY DIDN'T OBSERVE IT AT ALL; WE HAVE SOME THAT HAD

19   SOME MILD REPORTING.  RIGHT?

20     A   YES.

21      Q   ALL RIGHT.  AND THE HIGHEST SYMPTOM THAT'S

22   REPORTED IS EUPHORIA.  IT'S AT 2.58 PERCENT, MEANING

23   THAT IT WAS SOMEWHERE BETWEEN MILD AND MODERATE FOR

24   MANY OF THESE INDIVIDUALS.

25     A   YES.

78

1     Q   RIGHT?

2     A   YES.

3      Q   ALL RIGHT.  YOU TELL AN ANECDOTE OF TALKING

4   TO YOUR PILOT FRIEND IN THE NAVY TO TRY TO DISCOUNT

5   THIS REPORTED PAPER.  RIGHT?

6     A   YES.  AND LET ME TELL YOU WHY -- THERE IS

7   ADDITIONAL REASONS TO DISCOUNT THIS.

8      Q   LET ME ASK YOU ABOUT IT FIRST.

9     A   OKAY.

10      Q   DO YOU KNOW WHETHER THESE INDIVIDUALS WERE

Second Transcript (rough)

11 ANONYMOUS WHEN THEY DID THIS?

12    A   WHAT DO YOU MEAN BY "ANONYMOUS"?

13    Q   THAT THEIR CADRE PILOTS IN THE MILITARY

14 WOULD NOT KNOW WHO THE RESPONDENTS WERE.  THEY WERE

15 TOLD "YOU CAN RESPOND AND YOU WILL REMAIN ANONYMOUS."

16    A   OKAY.

17    Q   ARE YOU AWARE?

18    A   I'M AWARE OF THAT, YES.  BUT THEY WEREN'T

19 BLINDED TO WHAT THEY WERE DOING.

20    Q   DO YOU KNOW IF IT THERE WAS A CHINESE WALL

21 BETWEEN THE TESTERS, THE MEDICAL PEOPLE AND THE CADRE

22 AND ANY OF THE PEOPLE THAT COULD AFFECT THESE PILOTS'

23 CAREERS?  SO THEY TOLD THEM "WE WON'T KNOW.  YOU

24 UNDERGO THIS TESTING AND WE WON'T KNOW."  RIGHT?

25    A   RIGHT.

79

1    Q   THEN THE OTHER IS THESE INDIVIDUALS COULD

2 WELL BE TOLD "THIS IS FOR THE GOOD OF THE SERVICE.

3 YOU NEED TO ANSWER THESE QUESTIONS.  YOU NEED TO

4 ANSWER THEM HONESTLY SO THAT WE GET GOOD INFORMATION

5 TO PROTECT YOU AND OTHER PILOTS IN THE FUTURE."

6 RIGHT?

7    A   YES.

8    Q   OKAY.  AND THAT'S WHAT THIS REPORT FOUND.

9 RIGHT?

10    A   YES.  CAN I CRITICIZE THIS REPORT?

11    Q   YOU ALREADY HAVE, BUT IT'S A PUBLISHED

Second Transcript (rough)

12 REPORT.

13    A   THERE IS LOT MORE I COULD OFFER.

14    Q   YOU HAVE OFFERED ONE OPINION PIECE IN

15 SUPPORT OF YOUR OPINIONS HERE TODAY.  THAT'S IT.

16 RIGHT?

17    A   I'M TELLING YOU ABOUT MY EXPERIENCE WITH

18 DOING THESE STUDIES FIVE TO SEVEN THOUSAND TIMES.

19    Q   RIGHT.  WHICH IS THIS FIRST PAPER, THE --

20 WHICH WAS 3-5, REPORTS NO ILL EFFECTS.  RIGHT?

21    A   NO.  YOU'RE TAKING THINGS OUT OF CONTEXT.

22    Q   I'M READING THE PAPERS THAT YOU WROTE AND

23 I'M READING THE PAPERS THAT I'M PRESENTING TO YOU.

24    A   WELL, I'M SUGGESTING THAT YOU'RE NOT READING

25 THEM CORRECTLY.  YOU'RE NOT COMING AWAY WITH THE

80

1 RIGHT IMPRESSION.

2    Q   ALL RIGHT.  LET'S LOOK AT THE OSHA PAPER

3 NOW.  YOU MENTIONED THAT.

4    A   I'M SORRY.  WHICH PAPER?  OH, THE OSHA?

5    Q   THE OSHA GUIDANCE, THE BULLETIN.  AND IT'S

6 DEFENSE EXHIBIT 7-10.

7      MR. ARCHEY:  AND I'LL OFFER THIS INTO

8 EVIDENCE AT THIS TIME.

9      MR. STRONSKI:  NO OBJECTION, YOUR HONOR.

10      THE COURT:  ADMITTED.

11      MR. ARCHEY:

Second Transcript (rough)

12  BY MR. ARCHEY:

13     Q   NOW, THIS OSHA PAPER -- YOU'RE FAMILIAR WITH

14  THIS.  RIGHT?

15     A   YES.

16     Q   IT'S A BULLETIN AND THIS IS PUT OUT BY OSHA

17  TO WARN INDUSTRY, TO PROTECT WORKERS, THESE TYPES OF

18  THINGS.  RIGHT?

19     A   THAT'S RIGHT.

20        MR. ARCHEY:  BROOKE, IF YOU CAN GO TO THE

21  SECOND PAGE, PLEASE.

22  BY MR. ARCHEY:

23     Q   IN THE COLUMN TO THE LEFT THERE THAT SECOND

24  PARAGRAPH FOUR, FIVE -- ABOUT FIVE LINES DOWN.  I'M

25  GOING TO READ HERE.  IT SAYS, "WHEN A RESPIRATOR'S

                              81

1  AIR LINE IS CONNECTED TO A SOURCE OF INERT GAS RATHER

2  THAN TO BREATHABLE AIR, THE RESPIRATOR WEARER WHO

3  TRUSTS HIS/HER SENSE OF BREATHLESSNESS TO DETERMINE

4  WHETHER HE/SHE IS CONNECTED TO BREATHING AIR HAS

5  LITTLE WARNING BEFORE LOSING CONSCIOUSNESS.  THIS IS

6  BECAUSE THE BUILDUP OF CARBON DIOXIDE, NOT A LACK OF

7  OXYGEN, ORDINARILY CAUSES THE SENSATION OF

8  BREATHLESSNESS THAT MAY ALERT THE INDIVIDUAL WEARING

9  THE RESPIRATOR.  CONSEQUENTLY, THE VICTIM IS FOOLED

10  BECAUSE THERE IS NO CLEAR INDICATION THAT ANYTHING IS

11  AMISS.  BLACKOUT OCCURS QUICKLY, WITHOUT WARNING."

12     A   THAT MAY HAPPEN IN SOME INSTANCES.  IN OTHER

Second Transcript (rough)

13 INSTANCES THE LOW OXYGEN MAY PRODUCE A VERY STRONG

14 REACTION ALERTING THE INDIVIDUAL TO THE IMPENDING

15 ACCIDENT.

16     Q  LET'S KEEP READING WHAT OSHA ADVISES.

17 "VICTIMS WEARING RESPIRATORS CONNECTED TO INERT GAS

18 LINES ARE IN A ZERO PERCENT OXYGEN ATMOSPHERE, AND

19 UNCONSCIOUSNESS CAN OCCUR IN ABOUT 12 SECONDS AND

20 DEATH IN A MATTER OF MINUTES."

21     THAT'S OSHA'S GUIDANCE TO THE INDUSTRY.

22 RIGHT?

23     A  THAT'S RIGHT.

24     Q  YOU SAID THAT YOU'RE CRITICAL OR YOU WANT TO

25 SPECULATE THAT WE DON'T KNOW OF THESE OTHER CASES

82

1 WHERE SOMEBODY MIGHT HAVE RESCUED THEMSELVES.  ARE

2 YOU AWARE OF A SINGLE ANECDOTE INSTANCE?

3     A  NO.  I'M JUST SPEAKING FROM MY EXPERIENCE

4 WITH ANESTHESIA MISHAPS AND ACCIDENTS.  IN THAT FIELD

5 IT'S WELL RECOGNIZED THAT THE NUMBER OF ACCIDENTS

6 THAT ARE REPORTED ARE A TIP OF THE ICEBERG WITH THE

7 TOTAL NUMBER OF INCIDENTS.  IF YOU HAVE A FATAL

8 EVENT, THAT CATCHES A LOT OF ATTENTION.  WHAT YOU

9 DON'T KNOW IS HOW MANY NEAR-FATAL EVENTS THERE WERE.

10     Q  []OSHA HAS A REQUIREMENT TO REPORT NEAR

11 MISSES.  HAVE YOU PROVIDED THE COURT WITH ANY

12 EVIDENCE THAT WHAT OSHA IS ADVISING IS WRONG?

Second Transcript (rough)

13    A   NO.  I'M NOT SUGGESTING WHAT THEY'RE

14   ADVISING IS WRONG.  GOING INTO AN ANOXIC ENVIRONMENT

15   WEARING A RESPIRATOR THAT'S DEFECTIVE IS A VERY BAD

16   IDEA.

17    Q   IT'S NOT DEFECTIVE.  IT'S JUST CONNECTED TO

18   NITROGEN.  THAT'S ALL.

19    A   THAT'S A DEFECT.  IT'S A SYSTEM -- IT'S A

20   SYSTEM DEFECT.

21    Q   OKAY.  AND IN THAT INSTANCE THIS PERSON

22   DOESN'T EVEN REALIZE THEY'RE BREATHING ANYTHING OTHER

23   THAN NORMAL AIR AND THEY LOSE CONSCIOUSNESS QUICKLY

24   WITHOUT ANY SYMPTOMS?

25    A   THEY MIGHT.  THEY MAY OR MAY NOT.  WE DON'T

83

1   KNOW WHAT THEIR SYMPTOMS WERE.  THESE ARE PEOPLE WHO

2   WERE FOUND AFTER THE FACT DEAD.

3    Q   WHY DIDN'T OSHA PUT IT OUT THAT WAY?  THAT'S

4   EXACTLY WHAT THEY SAID.  AND IN FACT THEY PROVIDED A

5   REASON.  THEY SAID BECAUSE YOU'RE BREATHING THE AIR,

6   YOU DON'T HAVE THE BREATHLESSNESS TO REALIZE IT FOOLS

7   YOU.  YOU DON'T REALIZE YOU'RE NOT GETTING OXYGEN.

8    A   WELL, THAT'S NOT OUR EXPERIENCE WITH

9   BREATHING ANOXIC GAS.  YOU COULD EASILY TELL THAT --

10    Q   SO OSHA DOESN'T KNOW WHAT IT'S TALKING

11   ABOUT?

12    A   I DON'T KNOW WHAT THEY'RE TALKING ABOUT

13   THERE.  I'M TELLING YOU THAT THAT IS NOT AN ACCURATE

Second Transcript (rough)

14 REPRESENTATION OF WHAT ANOXIC GAS DOES TO YOU.

15    Q   THE AN INDIVIDUAL WHO IS ADMINISTERED 100

16 PERCENT NITROGEN AND IS BREATHING NORMAL WILL LOSE

17 CONSCIOUSNESS IN LESS THAN A MINUTE.  CORRECT?

18    A   THAT IS CORRECT.  PROVIDED THEY'RE --

19 PROVIDED THEY'RE BREATHING.

20    Q   A PERSON WHO IS TAKING DEEP BREATHS WILL

21 LOSE CONSCIOUSNESS EVEN QUICKER THAN THAT.  RIGHT?

22    A   IT'S POSSIBLE, YES.

23    Q   WELL, THE EVIDENCE IN THE LITERATURE

24 SUGGESTS THAT THEY WILL, WON'T -- DOESN'T IT?

25    A   YES.  THERE IS THIS PAPER BY ERNSTING THAT I

84

1 CITED.

2    Q   LET'S TALK ABOUT ERNSTING.  I HAVE IT RIGHT

3 HERE.  IT'S EXHIBIT 3-12.  AND YOUR HONOR I'LL OFFER

4 IT INTO EVIDENCE AT THIS TIME.

5      MR. STRONSKI:  NO OBJECTION, YOUR HONOR.

6      THE COURT:  DEFENSE EXHIBIT 3-12 IS

7 ADMITTED.

8 BY MR. ARCHEY:

9    Q   YOU STATED ON DIRECT ERNSTING STUDY SHOWED

10 LOSS OF CONSCIOUSNESS IN 30 TO 40 SECONDS.  RIGHT?

11    A   CORRECT.

12    Q   LET'S GO LOOK AND SEE WHAT THE PAPER

13 ACTUALLY SAYS ON PAGE 3.  ALL RIGHT.  ABOUT FOUR

Second Transcript (rough)

14  LINES DOWN BELOW RESULTS, IT BEGINS WHEN THE DURATION

15  OF OVER VENTILATION.  ARE YOU WITH ME, DOCTOR?

16    A   YES.

17    Q   WHEN THE DURATION OF OVER VENTILATION WITH

18  NITROGEN WAS GREATER THAN 8 TO 10 SECONDS, THE

19  SUBJECTS REPORTED A TRANSIENT DIMMING OF VISION.  IN

20  THE EXPERIMENT IN WHICH NITROGEN BREATHING WAS

21  CARRIED OUT FOR 15 TO 16 SECONDS, THE SUBJECT

22  EXPERIENCED SOME GENERAL CLOUDING OF CONSCIOUSNESS

23  AND IMPAIRMENT OF VISION.

24    A   UH-HUH.

25    Q   VISION WAS FREQUENTLY LOST IN THESE

85

1  EXPERIMENTS FOR A SHORT PERIOD.  IN THE FEW

2  EXPERIMENTS IN WHICH NITROGEN WAS BREATHED FOR 17 TO

3  20 SECONDS, UNCONSCIOUSNESS SUPERVENED AND WAS

4  ACCOMPANIED ON MOST OCCASIONS BY A GENERALIZED

5  CONVULSION.  UNCONSCIOUSNESS IN 17 TO 20 SECONDS.

6  RIGHT?

7    A   NO, THAT'S NOT WHAT THAT'S SAYING.  THEY

8  WERE BREATHING THE AIR FOR THAT PERIOD OF TIME.  IT

9  TAKES AN ADDITIONAL PERIOD OF TIME FOR THAT LACK OF

10  OXYGEN IN THE LUNGS TO BE MANIFESTED IN THE BRAIN AS

11  A DECREASE IN CONSCIOUSNESS.  THAT'S WHY I'M SAYING

12  IF YOU -- IF YOU EFFICIENTLY HYPERVENTILATE NITROGEN,

13  YOU'LL PROBABLY LOSE CONSCIOUSNESS IN MAYBE 30

14  SECONDS, 40 SECONDS.

Second Transcript (rough)

15   Q   WELL, THEY SAY --

16   A   17 SECONDS, THAT'S A PERIOD OF BREATHING.

17   Q   THEY SAY IN WHICH NITROGEN WAS BREATHED FOR

18  17 TO 20 SECONDS UNCONSCIOUSNESS SUPERVENED.

19   A   YES.

20   Q   THEY BECAME UNCONSCIOUS.

21   A   SUPERVENED.  THEY'RE NOT IMPLYING THAT THAT

22  WAS IMMEDIATE.  THAT CAME AFTERWARDS.

23   Q   AND THIS IS -- ERNSTING IS AN AGREED VALID

24  SCIENTIFIC PAPER.  RIGHT?

25   A   YES.  IN FACT ERNSTING'S WORK INFLUENCED US

86

1  AS WE WERE DESIGNING OUR EXPERIENCE -- EXPERIMENTS IN

2  HUMANS WITH CONTROLLED HYPOXIA.

3   Q   ALL RIGHT.  LET'S LOOK AT THE OGDEN ASSISTED

4  SUICIDE PAPER NOW.  THIS IS DEFENSE EXHIBIT 3-23.

5  ARE YOU FAMILIAR WITH THIS PAPER RIGHT?

6   A   YES.

7   Q   AND THIS IS A VALID PAPER.  RIGHT?

8   A   IT'S VALID ANECDOTAL REPORTS OF SUICIDE IN

9  TERMINALLY ILL PEOPLE.

10   Q   YOU KNOW OR KNEW DR. WILLIAM HAMILTON WELL.

11  RIGHT?

12   A   WELL, HE WAS A CHAIR OF MY DEPARTMENT WHEN I

13  WAS A RESIDENT, YES.

14   Q   HE WAS VERY WELL RESPECTED IN THE

Second Transcript (rough)

15 ANESTHESIOLOGY COMMUNITY?

16   A   YES.

17   Q   THAT YOU WERE IN RIGHT?

18   A   YES.

19   Q   HIS NAME IS ASSIGNED TO THIS PAPER.  RIGHT?

20   A   IT IS.

21   Q   ALL RIGHT.  IF I GO TO THE -- ON THE FIRST

22 PAGE IN THE CONCLUSION -- AND YOUR HONOR I'LL OFFER

23 THIS INTO EVIDENCE IF I DID NOT.

24      MR. STRONSKI:  YOU DID NOT.

25      MR. ARCHEY:  I OFFER THIS INTO EVIDENCE.

87

1      MR. STRONSKI:  NO OBJECTION, YOUR HONOR.

2      THE COURT:  ADMITTED 3.

3 BY MR. ARCHEY:

4   Q   CONCLUSION, THE FIRST SENTENCE, THE DYING

5 PROCESS OF OXYGEN DEPRIVATION WITH HELIUM IS

6 POTENTIALLY QUICK AND APPEARS PAINLESS.  THAT WAS THE

7 CONCLUSION OF THIS PAPER.  RIGHT?

8   A   YES.

9   Q   AND THESE FOUR INDIVIDUALS REPORTED LOSING

10 CONSCIOUSNESS BETWEEN 36 AND 55 SECONDS.  CORRECT?

11   A   YES.  THAT'S CONSISTENT WITH WHAT I SAID

12 ABOUT ERNSTING AND THE OTHER WORK THAT WE TALKED

13 ABOUT.

14   Q   ALL RIGHT.  LET'S GO TO A MANUFACTURER'S

15 GUIDANCE.  THIS IS EXHIBIT DEFENSE EXHIBIT 21.

Second Transcript (rough)

16 THAT'S WHAT I HAVE WRITTEN DOWN.  GIVE ME A SECOND

17 YOUR HONOR THIS MAY BE A USER ERROR ON MY PART.

18 LOOKS LIKE IT'S THE WRONG NUMBER.  YOUR HONOR, I'LL

19 USE THE ELMO WHILE I'M DOING THAT SHE'LL FIND THE

20 NUMBER FOR ME?

21     THE COURT:  WE'RE LOOKING AT D 21 BUT IT'S

22 NOT.

23     MR. ARCHEY:  I DON'T KNOW THAT IT'S 21.

24     THE COURT:  IT'S NOT BEEN ADMITTED, SO.

25     MR. ARCHEY:  UNDERSTOOD.  LET ME ASK MY

88

1 QUESTIONS AND THEN I'LL FIND THE NUMBER.  I'M SURE

2 SHE'LL FIND IT.

3     THE COURT:  OR SHOW IT TO HIM AND ASK HIM IF

4 HE OBJECTS.

5     MR. ARCHEY:  IT'S NO. 20 YOUR HONOR, NOT 21.

6     THE COURT:  IS THERE ANY OBJECTION TO D 20?

7     MR. ARCHEY:  SO I'LL OFFER IT INTO EVIDENCE.

8     MR. STRONSKI:  NO OBJECTION, YOUR HONOR.

9     THE COURT:  D 20 IS ADMITTED INTO EVIDENCE.

10     MR. ARCHEY:  DID 20.  CAN YOU PULL THAT UP

11 NOW I KNOW MY NUMBER.

12     MR. ARCHEY:

13     THE COURT:  YOU CAN PUBLISH IT, SUZIE.  IT'S

14 NOT BLOCKED.

15     MR. ARCHEY:

Second Transcript (rough)

16    Q  THERE IT IS.  ALL RIGHT DOCTOR.  YOU'RE

17  FAMILIAR WITH THIS MANUFACTURER'S GUIDANCE ON USING

18  NITROGEN SAFELY?

19    A  I'VE SEEN IT, YES.

20    Q  OKAY.  LET'S GO TO THE SECOND PAGE OF THIS

21  ARTICLE.  AND DOWN AT THE BOTTOM ON THE LEFT COLUMN

22  THERE IS THE TITLE OXYGEN DEFICIENCY.  NEXT PARAGRAPH

23  SAYS BEING ODORLESS, COLORLESS, TASTELESS AND

24  NON-IRRITATING NITROGEN HAS NO PROPERTIES THAT CAN

25  WARN PEOPLE OF ITS PRESENCE.  INHALATION OF EXCESSIVE

89

1  AMOUNTS OF NITROGEN CAN CAUSE DIZZINESS, NAUSEA,

2  VOMITING, LOSS OF CONSCIOUSNESS AND DEATH.  DID I

3  READ THAT RIGHT?

4    A  IN PART.

5    Q  DID I MISREAD SOMETHING?

6    A  WELL, THE PART ABOUT YOU NOT NOTICING IT IS

7  NOT REALLY ACCURATE.  I MEAN, YOU WOULD GET EXTREMELY

8  SHORT OF BREATH AND AGITATED IF YOU BREATHED

9  NITROGEN.

10    Q  WE'VE GOT ANOTHER PAPER HERE THAT'S WRONG

11  ACCORDING TO YOU?

12    A  YES.

13    Q  OKAY.  IF WE GO TO THE RIGHT AND THEY HAVE

14  THE EFFECTS AND THEY SAY THIS MANUFACTURER REPORTS

15  WHEN YOU HAVE OXYGEN CONCENTRATION LESS THAN 6

16  PERCENT, YOU CAN HAVE A COMA IN 40 SECONDS,

Second Transcript (rough)

17  CONVULSIONS, BREATHING STOPS AND DEATH?

18     A   YES.

19     Q   ALL RIGHT.  I WANT TO TALK ABOUT THE ONE

20  PAPER THAT YOU DID BRING BEFORE THE COURT, YOUR JAMA

21  ARTICLE.

22     A   YES.

23     Q   ALL RIGHT.  THIS IS AN OPINION PIECE.

24  RIGHT?

25     A   IT IS.

90

1     Q   ALL RIGHT.  SO YOU'RE ADVOCATING AGAINST THE

2  DEATH PENALTY?

3     A   AGAINST THE NITROGEN METHOD.

4     Q   LET'S GO TO THE SECOND PAGE OF THE ARTICLE

5  PLEASE.  IN THE LEFT HAND COLUMN ABOUT FIVE LINES

6  DOWN IT BEGINS WHILE SOME STUDIES?

7     A   YES.

8     Q   OKAY.  WHILE SOME STUDIES AND ANECDOTAL

9  REPORTS DO DESCRIBE RAPID LOSS OF CONSCIOUSNESS IN A

10  SUBSET OF PEOPLE, THESE ARE ALL VOLUNTARY RESPONSES

11  TO HYPOXIA.  YOU ACKNOWLEDGE THAT THE PAPERS IN THE

12  LITERATURE ARE SHOWING THAT THERE IS A RAPID LOSS OF

13  CONSCIOUSNESS.  RIGHT?

14     A   YES.

15     Q   DOCTOR, WHEN -- DURING THE EXECUTION

16  PROCESSES, WE GET THE INDIVIDUAL INTO THE CHAMBER,

Second Transcript (rough)

17  THAT INDIVIDUAL CAN RESIST WHILE OXYGEN OR BREATHING

18  AIR IS STILL FLOWING.  CORRECT?

19    A  YES.

20    Q  AND WHEN THE AIR SUPPLY GOES FROM BREATHING

21  AIR TO NITROGEN, THE INMATE WON'T KNOW, WILL IT?

22    A  I DON'T KNOW WHETHER THEY'D BE ABLE TO

23  DETECT IT OR NOT.

24    Q  BECAUSE NITROGEN IS ODORLESS, COLORLESS,

25  TASTELESS, AND NONIRRITATING.  CORRECT?

91

1    A  YEAH, PROVIDED THE FLOW RATE IS IDENTICAL,

2  THERE IS NO INTERRUPTION OF FLOW.  IT WOULDN'T BE

3  UNTIL THEY START TO FEEL THE PHYSIOLOGICAL EFFECTS OF

4  NITROGEN THAT THEY WOULD KNOW SOMETHING IS WRONG,

5  YEAH.

6    Q  SO WHEN WITNESSES OBSERVING THESE EVENTS --

7  IF YOU'VE GOT THE INMATE RESISTING, THEY DON'T KNOW

8  IF THE INMATE IS JUST RESISTING OR REACTING TO THE

9  EFFECTS OF NITROGEN IF YOU WILL.  CORRECT?

10    A  WELL, THERE MAY BE SOME OF THAT, YES.

11    Q  OKAY.  AND THEN AFTER THE INMATE LOSES

12  CONSCIOUSNESS, THERE ARE SOME INVOLUNTARY MOVEMENTS

13  ON THAT END.  RIGHT?

14    A  YES.

15    Q  AND AGAIN, WITNESSES DON'T KNOW WHEN THIS

16  INMATE MIGHT LOSE CONSCIOUSNESS.  RIGHT?

17    A  THAT'S CORRECT.

Second Transcript (rough)

18    Q   OKAY.  SO WHEN THEY SEE A THREE-MINUTE

19  PERIOD OF TIME AND THEY THINK WE'VE GOT A

20  THREE-MINUTE PERIOD OF EXECUTION, WE'VE GOT STRUGGLE

21  ON THE FRONT WHERE HE MIGHT BE RESISTING AND WE'VE

22  GOT INVOLUNTARY MOVEMENTS ON THE BACK.  RIGHT?

23    A   YES.

24    Q   ALL RIGHT.  AND A TYPICAL PERSON CAN HOLD

25  THEIR BREATH APPROXIMATELY 45 SECONDS TO A MINUTE.

92

1  FAIR?

2    A   I THINK THAT'S FAIR.

3    Q   OKAY.  THERE ARE OUTLIERS, OUR WORLD CLASS

4  DIVERS AND WHATEVER THAT CAN GO MUCH LONGER.  BUT

5  YOUR TYPICAL PERSON, YOU'RE TALKING 45 SECONDS TO A

6  MINUTE BREATH HOLDING.  RIGHT?

7    A   YEAH, JUST TAKING A DEEP BREATH, NOT

8  HYPERVENTILATING.

9    Q   AND IT'S DURING THAT PERIOD OF TIME AT LEAST

10  THAT THIS INMATE CAN BE ON THE GURNEY AND CAN BE

11  THRASHING HIS HEAD AND TRYING TO RESIST.  RIGHT?

12    A   IT'S VERY POSSIBLE.

13    Q   ONCE THE NITROGEN IS INTRODUCED, IT WILL

14  WASH OUT THAT OXYGEN OUT OF THE LUNGS WHEN THAT

15  INMATE BREATHES.  RIGHT?

16    A   WELL, DEPENDS HOW MUCH THEY BREATHE.  YOU

17  CAN IMAGINE THAT THE LUNGS ARE A FOUR TO FIVE QUART

Second Transcript (rough)

18 RESERVOIR OF AIR WHICH CONTAINS 20 PERCENT OXYGEN.

19 SO IT MAY TAKE A NUMBER OF MINUTES DEPENDING ON THE

20 BREATHING VOLUME TO WASH OUT ALL THE OXYGEN THAT IS

21 REMAINING IN THE LUNGS.

22     Q   YOU TOLD ME AT YOUR DEPOSITION THAT ONCE THE

23 NITROGEN IS INTRODUCED, THE NITROGEN WILL WASH OUT

24 THE OXYGEN AND WITHIN A RELATIVELY SHORT PERIOD OF

25 TIME THE INMATE IS GOING TO LOSE CONSCIOUSNESS.

93

1 RIGHT?

2     A   IF YOU'RE TALKING ABOUT THE LUNGS.  IF

3 YOU'RE TALKING ABOUT THE MASK, THE MASK OXYGEN IS

4 GOING TO DROP MUCH MORE RAPIDLY, AS DEMONSTRATED BY

5 YOUR OWN VIDEO OF THE OXYGEN.  BUT THE AMOUNT OF

6 OXYGEN IN THE INMATE'S BODY IS GOING TO VARY

7 DEPENDING ON HOW MUCH THEY'RE BREATHING, HOW LONG

8 THEY HELD THEIR BREATH, AND A NUMBER OF THINGS THAT

9 ARE VERY HARD TO PREDICT.

10     Q   LET'S TALK ABOUT THAT VIDEO.  YOU'VE SEEN

11 THE VIDEO THAT DR. ANTOGNINI PERFORMED WHERE HE

12 MEASURED HOW LONG IT WOULD TAKE FOR THE NITROGEN

13 LEVEL OR THE OXYGEN TO DECREASE I GUESS I SHOULD SAY

14 ONCE IT WAS INTRODUCED IN THAT MASK.  CORRECT?

15     A   YES.  IT'S CONSISTENT WITH A HIGH FLOW RATE

16 AT 70 LITERS PER MINUTE.  THAT'S EXACTLY WHAT I WOULD

17 PREDICT.

18     Q   IN 30 SECONDS YOU'RE UNDER 5 PERCENT.  4.4

Second Transcript (rough)

19 PERCENT.  RIGHT?

20    A  THAT'S RIGHT.

21    Q  60 PERCENT SECONDS YOU ARE AT ZERO POINT --

22 .08 PERCENT OF OXYGEN LEFT.  RIGHT?

23    A  NOT SURPRISING.

24    Q  OKAY.  AND THEN WITH THOSE LEVELS OF OXYGEN,

25 YOU HAVE TO WASH OUT THE LUNGS AND THEN VERY QUICKLY,

94

1 ACCORDING TO YOU, YOU'RE GOING TO LOSE -- THAT INMATE

2 SHOULD LOSE CONSCIOUSNESS?

3    A  DEPENDS HOW MUCH THE INMATE BREATHES AND HOW

4 LONG THEY'VE HELD THEIR BREATH.  THAT WILL DETERMINE

5 THE PERIOD OF SUFFERING BEFORE THEY LOSE

6 CONSCIOUSNESS.

7    Q  RIGHT.  BECAUSE ONCE HE LOSES CONSCIOUSNESS,

8 THE SUFFERING IS OVER AT THAT POINT?

9    A  I THINK WE CAN AGREE ON THAT.

10    Q  SO WHAT THESE WITNESSES ARE REPORTING

11 INCLUDES THIS BACK END BECAUSE THERE ARE SOME --

12 THERE CAN BE INVOLUNTARY MOVEMENTS AFTER LOSS OF

13 CONSCIOUSNESS?

14    A  YEAH, I THINK WHAT I WAS FOCUSING ON WITH

15 THESE MOVEMENTS WERE NOT THE MYOCLONIC TWITCHING THAT

16 YOU SEE WITH HYPOXIA INDUCED ALTERATIONS IN

17 CONSCIOUSNESS.  THERE ARE THINGS LIKE GRIPPING,

18 COORDINATED MOVEMENTS OF THE ARMS AND LEGS, THRASHING

Second Transcript (rough)

19 THE HEAD BACK AND FORTH.  THOSE ARE CONSCIOUS

20 MOVEMENTS.  THEY'RE NOT UNCONSCIOUS MOVEMENTS.  AND

21 THE TIME LINES WE WENT OVER IN SOME DETAIL ESTABLISH

22 THAT THOSE CONSCIOUS MOVEMENTS WERE CONTINUING IN

23 EVERY CASE BEYOND THE PERIOD WHEN THE NITROGEN WAS

24 STARTED.

25    Q  YOU RELIED UPON THOSE NEWSPAPER ARTICLES

95

1 THAT YOU SELECTED ARE FOUND IN THE PAPERS.  RIGHT?

2    A  WELL, I'M RELYING ON THE CUMULATIVE REPORTS

3 FROM DIFFERENT OBSERVERS IN EACH OF THESE FOUR

4 EXECUTIONS TO ARRIVE AT THAT CONCLUSION.  IT'S NOT

5 JUST ONE PERSON BUT POTENTIALLY WITH A BIAS.  I WILL

6 ADMIT THAT OBSERVERS ARE BIASED.  THERE ARE PEOPLE

7 THAT ARE AGAINST THE DEATH PENALTY THAT DON'T WANT

8 THIS TO GO FORWARD FOR WHATEVER REASONS.  I FREELY

9 ADMIT THAT.  BUT WHEN YOU PUT IT ALL TOGETHER, TO ME

10 IT'S COMPELLING.

11    Q  DID YOU READ WHAT THE FEDERAL JUDGES IN EACH

12 OF THOSE CASES SAID ABOUT THE WITNESS ACCOUNTS?

13    A  CAN YOU GIVE ME SPECIFICS?  I THINK I SAW

14 SOME OF THEM.  I MIGHT NOT HAVE SEEN ALL OF THEM.

15    Q  IN BOTH FRAZIER AND GRAYSON BOTH FEDERAL

16 JUDGES SAID THE WITNESSES ACCOUNTS WERE CONTRADICTORY

17 AND UNRELIABLE.

18    A  OKAY.

19    Q  ARE YOU AWARE OF THAT?

Second Transcript (rough)

20    A  I DO KNOW THAT THE WITNESSES ACCOUNTS WERE

21  DISPUTED.  I'M NOT SURE AS I SIT HERE TODAY THE

22  SOURCES OF THOSE.

23    Q  YOU DON'T THINK LOOKING AT WHAT THE FEDERAL

24  JUDGE FOUND AFTER TAKING EVIDENCE IN A HEARING LIKE

25  THIS WAS OF SIGNIFICANCE TO YOU TO CONSIDER YOUR

                          96

1  OPINIONS?

2    A  I'M NOT DISMISSING THAT.  I'M JUST SAYING

3  THAT IT WAS COMPELLING TO ME THAT THE EYEWITNESS

4  REPORTS WERE SO CONSISTENT AND SO IN-LINE WITH WHAT I

5  WOULD PREDICT BASED ON PHYSIOLOGY THAT I UNDERSTAND.

6    Q  YOU --

7      MR. STRONSKI:  YOUR HONOR I'VE LET THIS GO,

8  BUT HE'S BADGERING THE WITNESS WITH OPINIONS OF A

9  COURT IN ALABAMA THAT ARE NOT INTRODUCED, NOT BEFORE

10  HIM, AND THERE IS NO FOUNDATION FOR WHAT HE'S SAYING.

11  THE CHARACTERIZATIONS I THINK IT'S UNFAIR.  I THINK

12  HE'S BADGERING THE WITNESS.  I WOULD ASK HIM TO STOP

13  YOUR HONOR SO I OBJECT.

14      THE COURT:  MR. ARCHEY.

15      MR. ARCHEY:  YOUR HONOR, THE WITNESS IS

16  RELYING UPON NEWSPAPER ARTICLES AND WITNESS

17  STATEMENTS THAT HE PREFERS.  WE'VE GOT INDEPENDENT

18  UNBIASED JUDGES WHO --

19      THE COURT:  BUT YOU CAN ARGUE THAT.  YOU

Second Transcript (rough)

20 DON'T HAVE TO CROSS HIM ON THAT.  I'LL SUSTAIN THE

21 OBJECTION.  YOU'VE MADE YOUR POINT.

22    MR. ARCHEY:  THANK YOU, YOUR HONOR.

23    MR. ARCHEY:

24   Q   AFTER NITROGEN IS INTRODUCED INTO THE

25 SYSTEM, THE INMATE CAN CONTINUE TO BREATHE.  RIGHT?

                                97

1    A   YES.

2    Q   BECAUSE THAT'S JUST THE GAS JUST LIKE THE --

3 OSHA SAID WHERE DON'T EVEN KNOW THAT THEY'VE GOT THE

4 NITROGEN COMING INTO THEIR SYSTEM.  RIGHT?

5    A   WELL, WHAT STRIKES ME WITH THAT IS THAT

6 YOU'RE REQUIRING THE INMATE FOR A PEACEFUL DEATH TO

7 ASSIST YOU IN THE EXECUTION EFFORTS.

8    Q   BY BREATHING?

9    A   YES.

10   Q   OKAY.

11    A   THAT'S IN DISTINCTION TO THE OTHER METHODS

12 THAT I'VE HEARD DISCUSSED HERE TODAY.  IT DOESN'T

13 REQUIRE ANYTHING ON THE PART OF THE CONVICTED.

14   Q   LET'S BE CLEAR.  THE NITROGEN HYPOXIA

15 PROCESS DOES NOT CAUSE ANY PHYSICAL PAIN.  CORRECT?

16    A   IT DOES NOT CAUSE PHYSICAL PAIN IN TERMS OF

17 SOMATIC PAIN.  IT CAUSES EMOTIONAL TERROR.  AND I

18 SUPPOSE -- I MEAN THE DEFINITION OF PAIN ACCORDING TO

19 THE AMERICAN PAIN SOCIETY IS A NONPLEASANT SENSORY

20 EXPERIENCE, SO THAT'S EMOTIONAL AS WELL AS PHYSICAL.

Second Transcript (rough)

21   Q   HOLD ON.  I NEED TO TRY THIS AGAIN.

22   A   SO I WILL ADMIT THAT NITROGEN IN AND OF

23  ITSELF DOES NOT CAUSE PAIN.

24   Q   NITROGEN HYPOXIA PROCESS DOES NOT CAUSE ANY

25  PHYSICAL PAIN.  CORRECT?

                              98

1   A   NOT SOMATIC PAIN, THAT'S RIGHT.

2   Q   WHAT DO YOU MEAN SOMATIC PAIN?

3   A   LIKE A KNIFE CUTTING YOU.

4   Q   RIGHT.  SO WE'RE TALKING ABOUT PSYCHOLOGICAL

5  PAIN IS WHAT WE'RE TALKING ABOUT.  NO PHYSICAL PAIN?

6   A   YES, SIR.  THAT'S RIGHT.

7   Q   ALL RIGHT.  ARE YOU AWARE OF MEDIA REPORTS

8  THAT -- WELL, STRIKE THAT.

9      YOU NEVER TESTIFIED AS AN EXPERT BEFORE IN A

10  HYPOXIA -- NITROGEN HYPOXIA CASE.  CORRECT?

11   A   WELL, I GAVE A DEPOSITION IN THE STATE OF

12  ALABAMA'S ISSUES, BUT NOT IN A COURTROOM NO.

13   Q   RIGHT.  THAT WAS THE ALLAN MILLER CASE IN

14  ALABAMA.  RIGHT?

15   A   YES.

16   Q   AND YOU GAVE A DEPOSITION BUT YOU NEVER

17  TESTIFIED IN COURT.  RIGHT?

18   A   THAT'S RIGHT.  THE CASE WAS SOMEHOW SETTLED

19  BEFORE COURT.

20   Q   SO THIS IS THE FIRST TIME YOU'VE BEEN

Second Transcript (rough)

21 PRESENTED ACTUALLY IN COURT AS AN EXPERT FOR NITROGEN

22 HYPOXIA?

23    A   THAT'S RIGHT.

24    Q   THE ALLAN MILLER CASE SETTLED BECAUSE HE

25 CHOSE TO UNDERGO THE EXECUTION.  ARE YOU AWARE OF

99

1 THAT?

2    A   YES.  I'M ALSO AWARE THAT --

3       MR. STRONSKI:  OBJECTION, YOUR HONOR.  I

4 THINK THIS IS A CONFIDENTIAL SETTLEMENT IN THIS CASE

5 AND I THINK WITHOUT DISCLOSING THAT HE'S

6 MISCHARACTERIZING PERHAPS OR MISLEADING THE WITNESS

7 TO SAY IT WAS SETTLED WITHOUT EXPLAINING HOW IT WAS

8 SETTLED.

9       THE WITNESS:  YES, I THINK THERE WAS SOME

10 EXTENUATING ISSUES THERE.

11       THE COURT:  WAS IT A CONFIDENTIAL

12 SETTLEMENT?

13       MR. ARCHEY:  I'M NOT AWARE OF THAT.  I'M

14 GOING OFF OF MEDIA REPORTS.  IF I STEPPED INTO

15 SOMETHING I DIDN'T MEAN TO BUT I WAS UNAWARE.  I

16 KNOW -- I DON'T WANT TO GET MYSELF IN TROUBLE, BUT I

17 KNOW THAT THE SUIT WAS WITHDRAWN AND HE WAS EXECUTED

18 AND HE HAD SOME CONDITIONS WHICH I KNOW HAPPENED.

19       MR. STRONSKI:  I SAY IT'S CONFIDENTIAL

20 BECAUSE I DON'T KNOW THE EXACT TERMS BECAUSE I THINK

21 IT'S CONFIDENTIAL.  BUT I KNOW IT WAS SETTLED SO I

Second Transcript (rough)

22 THINK TO SAY IT WAS SETTLED WITHOUT US KNOWING

23 EXACTLY ON WHAT GROUNDS WOULD BE CONFUSING TO THE

24 WITNESS.

25      THE COURT:  ALL RIGHT.  LET'S MOVE ON.  IT'S

100

1 BEEN ASKED AND ANSWERED.  THE OBJECTION WAS

2 WITHDRAWN.  THE OBJECTION TO THE METHOD OF EXECUTION

3 WAS WITHDRAWN IN THE MILLER CASE AND MR. MILLER WAS

4 EXECUTED BY HIS OWN VOLITION.

5      MR. ARCHEY:

6    Q   MEDIA REPORTS ARE THAT HIS EXECUTION TOOK

7 TWO MINUTES.  ARE YOU AWARE OF THAT?

8    A   AMONG OTHER MEDIA REPORTS, YES.

9    Q   WE'VE HAD PLENTY OF TESTIMONY HERE TODAY

10 ABOUT MR. HOFFMAN'S BREATHING PRACTICES, PRACTICE IN

11 BUDDHISM AND THAT TYPE OF THING.  YOU'VE HEARD THAT

12 TODAY IN THE COURTROOM.  RIGHT?

13    A   YES.

14    Q   IF MR. HOFFMAN USES HIS -- WELL STRIKE THAT.

15      THERE IS NOTHING ABOUT THIS PROCESS THAT

16 WOULD PRECLUDE MR. HOFFMAN FROM ENGAGING IN THOSE

17 BREATHING PRACTICES WHILE THE OXYGEN AND EVEN THE

18 NITROGEN IS INTRODUCED.  ISN'T THAT RIGHT?

19    A   I DON'T THINK i WOULD CONCLUDE THAT.  HAVING

20 A MASK STRAPPED TO YOUR FACE WOULD INTERFERE I THINK.

21 I THINK A REASONABLE PERSON WOULD THINK THAT WOULD BE

Second Transcript (rough)

22 AN INTERFERENCE IN A RELAXED BREATHING PRACTICE.

23    Q   HAVE YOU EVER HAD ONE OF THESE MASKS ON

24 DOCTOR?

25    A   YES, I HAVE.

101

1    Q   I HAVE TO.  AND THEY'RE DESIGNED TO BE ABLE

2 TO WORK IN ENVIRONMENTS AND BREATHE.  RIGHT?

3    A   YES.

4    Q   OKAY.  SO IF MR. HOFFMAN DOES ENGAGE IN HIS

5 MEDITATIVE BREATHING THAT WOULD BE ONE WAY TO CALM

6 HIM DOWN LIKE HE'S TRAINED HIMSELF TO DO.  RIGHT?

7    A   THAT IS RIGHT.

8    Q   IT WOULD ALSO HAVE THE EFFECT MAYBE

9 INCIDENTALLY BUT OF MAKING THIS A QUICKER PROCESS FOR

10 HIM.  RIGHT?

11    A   I WOULD BE SPECULATING.

12    Q   IF THE OXYGEN WASHES OUT OF THE LUNGS

13 QUICKER BECAUSE HE'S NOT HOLDING HIS BREATH AND

14 FIGHTING IT, YOU'RE GOING TO HAVE A QUICKER PROCESS?

15    A   I'M SPECULATING ABOUT HIS ABILITY TO DO

16 THAT.

17    Q   BUT WHAT I JUST SAID, THOUGH, IF HE DOES

18 BREATHE, THEN WE'RE GOING TO HAVE A QUICKER PROCESS

19 BECAUSE THE NITROGEN IS GOING TO WASH OUT THE LUNGS

20 AND IT'S GOING TO GO QUICKER?

21    A   I THINK THAT'S RIGHT.

22    Q   DR. BICKLER, YOU HAVE NO CRITICISMS ON THE

Second Transcript (rough)

23  PROTOCOLS IN THIS CASE?  AND BY THAT MAKE SURE I'M

24  CLEAR, WE'RE TALKING ABOUT THE PROCEDURES.  I

25  UNDERSTAND YOU'RE NOT ENDORSING THE PROCESS OR THE

102

1  USE OF NITROGEN HYPOXIA.  BUT THE PROCEDURES YOU HAVE

2  NO CRITICISMS.  RIGHT?

3      A   THAT'S RIGHT.

4      Q   AN EXECUTION BY ANY MEANS IS GOING TO

5  INVOLVE SOME PSYCHOLOGICAL PAIN AND ANXIETY.

6  CORRECT?

7      A   YES.

8      Q   AND YOU AGREE THAT ALLOWING THE FREE FLOW OF

9  GAS INTO THE LUNGS WITH NO OXYGEN CAUSES A GENTLE

10  HYPOXIC DEATH.  RIGHT?

11      A   NO, I DON'T THINK I WOULD USE THE TERM

12  GENTLE.  I MEAN AS I DESCRIBED YOU KNOW THE EFFECTS

13  OF HYPOXIA ARE TRAUMATIC AND STRESSFUL AND THEY

14  ACTIVATE THE FIGHT OR FLIGHT RESPONSE.

15      Q   I WANT TO SHOW YOU YOUR TESTIMONY FROM THE

16  MILLER CASE IN ALABAMA.

17      A   OKAY.

18      Q   THIS IS ON PAGE 88.

19        MR. STRONSKI:  NO OBJECTION, YOUR HONOR.

20        MR. ARCHEY:  HOW DO I GET THE ELMO TO --

21  THERE WE GO.

22        THE COURT:  YOU HAVE TO HAVE A SECRET CODE.

Second Transcript (rough)

23      MR. ARCHEY:

24      Q   ALL RIGHT, DOCTOR.  HERE'S SOME TESTIMONY

25   YOUR TESTIMONY FROM THE MILLER CASE IN ALABAMA.  I

103

1   CAN SHOW YOU MORE OF THIS IF I NEED TO.  BUT THIS IS

2   QUOTING THAT DR. NITSCHKE.  DR. NITSCHKE WAS

3   PLAINTIFF'S EXPERT IN THE KENNETH SMITH MATTER.

4   RIGHT?

5      A   YES, I'M FAMILIAR WITH HIM AND HIS OPINIONS.

6      Q   SO HE SAYS MECHANICALLY BLOCKING THE AIRWAY

7   IS A TERRIFYING DEATH BUT ALLOWING THE FREE FLOW OF A

8   GAS INTO THE LUNGS BUT WITH NO OXYGEN CAUSES A GENTLE

9   HYPOXIC DEATH.  MY QUESTION WAS DO YOU SEE THAT.

10   YOUR ANSWER THAT'S HIS OPINION, YES.  QUESTION:  DO

11   YOU AGREE OR DISAGREE WITH THAT?  WELL, I AGREE THAT

12   IN THE CONTEXT OF A MEDICALLY ASSISTED SUICIDE, THAT

13   THE USE OF SUCH GAS CAN BE A -- CAN CREATE A PEACEFUL

14   DEATH.  CORRECT?

15      A   YES, THAT'S CORRECT.  I MEAN, THAT'S

16   CONSISTENT WITH THE MEDICALLY ASSISTED DYING

17   COMMUNITY AND THEIR APPROACH TO ASSISTING TERMINALLY

18   ILL PATIENTS.  BUT AS I'VE SAID ABOUT A HUNDRED

19   TIMES, THAT'S A VERY DIFFERENT CONTEXT THAN FORCED

20   ASPHYXIATION WITH NITROGEN IN A DEATH CHAMBER.

21      Q   BUT THE PROCESS OF NITROGEN CREATING THIS

22   SITUATION, IT CREATES A GENTLE DEATH?

23      A   WELL, THE DEVIL IS IN THE DETAILS.  BUT WITH

Second Transcript (rough)

24 THAT LIMITATION, YOU ARE CORRECT.

25    Q  ALL RIGHT.  LET ME GO AHEAD AND WHILE I'M AT

                                    104

1 YOUR HONOR I WOULD -- NO, STRIKE THAT.  LET ME SHOW

2 YOU TESTIMONY FROM THE DEPOSITION I TOOK OF YOU TWO

3 DAYS AGO.

4    A  OKAY.

5    Q  THIS IS ON PAGE 43.

6       MR. STRONSKI:  YOUR HONOR I OBJECT TO

7 PROCEEDING IN THIS WAY.  I MEAN YOU CAN IMPEACH HIM

8 WITH IT.  RIGHT?  YOU CAN ASK HIM A QUESTION.

9       THE COURT:  WHAT'S YOUR OBJECTION?  YOU

10 ADDRESS OBJECTIONS TO THE COURT.  I KNOW WE'VE BEEN

11 HERE A LONG TIME, BUT

12       MR. STRONSKI:  YOUR HONOR I'M SORRY.  I'D

13 OBJECT TO THE IMPROPER MEANS OF IMPEACHING THE

14 WITNESS.

15       THE COURT:  MR. ARCHEY.

16       MR. ARCHEY:  I'LL ASK MY FOUNDATION QUESTION

17 AND PROCEED YOUR HONOR.

18       MR. ARCHEY:

19    Q  DR. BICKLER, TWO DAYS AGO YOU AGREED THAT

20 ALLOWING THE FREE FLOW OF GAS INTO THE LUNGS WITH NO

21 OXYGEN CAUSES A GENTLE HYPNOTIC DEATH.  CORRECT?

22    A  THAT IS IN THE CONTEXT OF THIS MEDICAL AID

23 IN DYING, YES.

Second Transcript (rough)

24    Q  LET ME SHOW YOU YOUR FULL TESTIMONY THEN.

25  THIS IS ON PAGE 43 OF YOUR DEPOSITION.  QUESTION IS

105

1  YOU AGREE THAT ALLOWING THE FREE FLOW OF A GAS INTO

2  THE LUNGS WITH NO OXYGEN CAUSES A GENTLE HYPOXIC

3  DEATH.  CORRECT?

4    A  YES.

5    Q  THERE IS AN OBJECTION.  YOU CLARIFIED A

6  GENTLE HYPOXIC DEATH AND I SAID YES.  AND YOU SAID

7  WELL UNDER CIRCUMSTANCES OF MEDICAL AID IN DYING

8  APPARENTLY IT CAN.  AND I SAID THAT'S YOUR TESTIMONY

9  FROM THE MILLER CASE.  DO YOU REMEMBER SAYING THAT?

10  YES.

11    A  YES.  THAT'S WHAT I'M SAYING TODAY TOO.

12      MR. ARCHEY:  YOUR HONOR, IF I MIGHT HAVE A

13  MOMENT TO GO THROUGH MY NOTES?

14      THE COURT:  YOU MAY.

15      MR. ARCHEY:  THANK YOU.

16        YOUR HONOR I'M BASICALLY DONE WITH MY

17  QUESTIONS, BUT THERE IS ONE MORE EXERCISE I WANT TO

18  DO BECAUSE I THINK HE'S GOING TO BE ONE OF THE

19  APPROPRIATE PEOPLE TO DO IT WITH.  I'D LIKE TO PLAY

20  SOME VIDEOS TO SHOW THE CHAMBER AND THE SET UP AND

21  THE EQUIPMENT.  AND THESE ARE SOME OF THOSE VIDEOS

22  THAT I KNOW HAVE BEEN UPLOADED.  I WANT TO AT LEAST

23  PLAY THEM SO THE COURT HAS AN OPPORTUNITY TO SEE

24  THEM.  AND I'VE GOT THE NUMBERS HERE AND WE CAN RUN

Second Transcript (rough)

25 THROUGH THEM QUICKLY IF THAT'S AND HE'S HE RELIED

106

1 UPON THEM SO I THINK THAT'S GOING TO BE FINE.

2      THE COURT:  SO YOU WANT TO DO IT WITHIN THE

3 CONFINES OF THIS WITNESS'S TESTIMONY?

4      MR. ARCHEY:  MY CONCERN IS IF WE GO TO DR.

5 ANTOGNINI WHICH IS THE NEXT WITNESS LEFT THAT THESE

6 WERE PLAINTIFF'S VIDEOS AND SO THIS WITNESS RELIED

7 UPON THEM.  THEY SHOULD GET IN EITHER WAY BUT.

8      THE COURT:  THEY'VE BEEN ADMITTED.  I'M

9 GOING TO LOOK AT THEM.  IS IT IMPORTANT THAT I LOOK

10 AT THEM IN OPEN COURT OR CAN I JUST GIVE YOU MY WORD

11 THAT I'M GOING TO LOOK AT THE EXHIBITS?

12      MR. ARCHEY:  THE PROBLEM IS THESE WERE SOME

13 OF THE ONES THE VIDEOS THEY DIDN'T HAVE.

14      THE COURTROOM DEPUTY:  WE GOT THEM IN.

15 THEY'RE IN.

16      THE COURT:  THEY'RE ALL IN.

17      MR. ARCHEY:  THAT'S ALL I NEEDED.

18      MR. STRONSKI:  IT'S BEYOND THE SCOPE.

19      MR. ARCHEY:  I'M GOOD.

20      THE COURT:  YOU'RE FINISHED WITH YOUR CROSS?

21      MR. ARCHEY:  I AM.  THANK YOU YOUR HONOR.

22      THE COURT:  ANY REDIRECT SIR?

23      MR. STRONSKI:  YES YOUR HONOR.

24      MR. ARCHEY:  HOLD ON.  YOUR HONOR, I'LL DO

Second Transcript (rough)

25 ONE MORE THING IF I MAY AS I SIT DOWN.  THE VIDEOS

107

1 WE'RE INTERESTED IN WE THINK THIS WILL GIVE YOU A

2 CLEAR PICTURE I DON'T WANT TO MAKE TOO MUCH ARGUMENT

3 BUT IT'S PLAINTIFF'S 101, 108, 114, 117, AND 121.

4        THE COURT:  OKAY.  THE COURT WILL LOOK AT

5 ALL OF THE EVIDENCE BUT THE COURT WILL NOTE THAT YOU

6 ARE ADVANCING THOSE PARTICULAR EXHIBITS.

7        MR. ARCHEY:  THANK YOU, YOUR HONOR.

8        THE COURT:  REDIRECT PLEASE.

9            REDIRECT EXAMINATION

10        MR. STRONSKI:

11        Q   THANK YOU, YOUR HONOR.  I THINK YOU WERE

12 ASKED WHETHER THERE WAS SOME REPORT -- I DON'T THINK

13 YOU WERE SHOWN THE REPORT -- THAT THE FRAZIER

14 EXECUTION WAS OVER IN TWO MINUTES OR SOMETHING LIKE

15 THAT.  DO YOU REMEMBER THAT?

16        A   I THINK IT WAS THE MILLER EXECUTION.  THAT

17 WAS THE ONE WHERE THERE MAY HAVE BEEN UNDISCLOSED

18 FACTORS AT PLAY.

19        Q   BUT SINCE THE RECORD IS CLEAR, LET'S LOOK AT

20 EXHIBIT 16 AT PAGE 229, PLEASE.  WHILE WE'RE BRINGING

21 THAT UP DOCTOR IF -- THIS IS A HYPOTHETICAL.  I CAN

22 ASK YOU A HYPOTHETICAL OKAY?  IF AN INDIVIDUAL WAS

23 GIVEN A MEDICATION, ARE THERE MEDICATIONS THAT --

24        MR. ARCHEY:  I OBJECT.  THAT'S OUTSIDE THE

25 SCOPE.  I NEVER BROUGHT UP MEDICATIONS OR SEDATION OR

Second Transcript (rough)

1 ANYTHING LIKE THAT, JUDGE.

2      MR. STRONSKI:  IT'S HYPOTHETICAL, YOUR

3 HONOR.  AND WE DON'T KNOW WHAT THAT SETTLEMENT WAS,

4 SO I THINK HE'S MAKING A POINT OF AN EXECUTION BEING

5 RELATIVELY SHORT.  I DON'T THINK IT'S THAT SHORT, BUT

6 IT'S ALSO A -- I THINK I'D LIKE TO ESTABLISH IT'S

7 POTENTIALLY NOT COMPARABLE.

8      THE COURT:  YOU ASKED HIM ABOUT IT, MR.

9 ARCHEY.  I'M GOING TO LET HIM REDIRECT HIM ON IT.

10 AND WHY IS THE SCREEN ON?  OKAY.  THANK YOU SUZIE.

11      MR. ARCHEY:  I DIDN'T REALIZE HE WAS TYING

12 IT TO MILLER.  I JUST HEARD SEDATION.  I'M SORRY,

13 YOUR HONOR.

14      MR. STRONSKI:

15    Q  IF SOMEBODY HAD SOME SORT OF DRUG BEFORE THE

16 PROCESS, HOW WOULD THAT AFFECT -- HOW MIGHT THAT

17 AFFECT THE EXTENT TO WHICH THEY FOUGHT THE PROCESS?

18    A  IT COULD DRAMATICALLY BLUNT THEIR RESPONSE

19 TO THE HYPOXIA.

20    Q  AND HOW WOULD THAT AFFECT THE LENGTH OF THE

21 PROCESS IN TERMS OF HOW LONG IT WOULD TAKE TO BECOME

22 UNCONSCIOUS?

23    A  IT WOULD REDUCE THE STRUGGLING AND IT WOULD

24 ACCELERATE THE DEATH MORE THAN LIKELY.

25    Q  AND THAT IS NOT WHAT WE HAVE HERE.  CORRECT?

Second Transcript (rough)

1    A   THAT'S CORRECT.

2    Q   IF WE WERE TO GO TO EXHIBITS 16, PAGE 219--

3   228 PLEASE.  THIS IS THE FRAZIER EXECUTION TIMELINE.

4   AND I THINK THERE WAS SOME SUGGESTION THAT THERE

5   WAS -- IT WAS OVER IN TWO MINUTES.  I DON'T THINK I

6   MISHEARD THAT.  NO?

7       MR. ARCHEY:  THAT WAS MILLER.

8       THE COURT:  YES, YOU JUST TALKED ABOUT

9   MILLER.

10       MR. STRONSKI:  THEN I THINK WE WENT OVER

11   THIS.  THEN LET'S CLOSE THAT PLEASE.

12       MR. STRONSKI:

13    Q   DOCTOR, YOU WERE SHOWN YOUR OWN PAPER AND

14   YOUR OWN WORK FROM 2017 AND THE REPORT OF YOUR

15   DESCRIPTION OF THE REPORTED EXPERIENCES OF THE

16   SUBJECTS.  AND YOU WERE ALSO SHOWN THE SALSON PILOT

17   STUDY.  DO YOU REMEMBER THAT?

18    A   YES.

19    Q   AND WERE THEY ALL CONTROLLED STUDIES?

20    A   NO.  YOU KNOW THE PILOT STUDY -- I DIDN'T

21   GET A CHANCE TO FULLY EXPLAIN ABOUT THE PILOT STUDY.

22   SO THAT'S NOT STEADY STATE CONDITIONS.  THEY'RE BRIEF

23   DESATURATION EVENTS, SO ONE KNOWS VERY LITTLE ABOUT

24   THE PHYSIOLOGY OF THE SUBJECTS.  WE KNOW WHAT OXYGEN

25   THEY WERE EXPOSED TO.  WE DON'T SNOW WHAT THE OXYGEN

Second Transcript (rough)

1 WAS IN THEIR BODY.  THAT'S A MAJOR CRITICISM AND

2 WEAKNESS OF THAT PAPER.

3     Q   IS THAT A REASON WHY YOU CAN'T LOOK AT TIME

4 PERIODS FOR THAT PAPER AND BELIEVE THEY'RE

5 INSTRUCTIVE TO WHAT WOULD HAPPEN IN THIS PROCESS WITH

6 THIS METHOD?

7     A   YES.  IT'S ALSO WHY IT'S NOT PUBLISHED IN A

8 VERY GOOD JOURNAL.  THAT PAPER WOULD NOT HAVE BEEN

9 ACCEPTED BY A PAPERS TIER JOURNAL BECAUSE IT'S NOT

10 CONTROLLED.

11     Q   IN YOUR PAPER YOU'RE CONTROLLING THE

12 PARAMETERS TO LIMIT I THINK YOU SAID SEVERITY OF THE

13 EXPERIENCE.  IS THAT RIGHT?

14     A   WELL, THAT'S RIGHT.  AND IN FACT LIMITING

15 THE SEVERITY OF THE REACTION TO THE HYPOXIA IS A

16 CARDINAL REASON WHY WE'VE WORKED WITH THE U.S. FOOD

17 AND DRUG ADMINISTRATION TO DESIGN THESE STUDIES SO

18 THAT THEY'RE GENERALLY TOLERABLE FOR THE SUBJECTS.

19 UNPLEASANT BUT IT DOESN'T CROSS THE THRESHOLD TO

20 EXTREME DISCOMFORT THAT THE SUBJECTS WOULD EXPERIENCE

21 IF THEY DROPPED MUCH LOWER.  I MEAN, WE DON'T DO

22 THOSE EXPERIMENTS WHERE THE SATURATION GOES INTO 60S

23 AND 50S BECAUSE IT'S SO VERY HARD ON THE SUBJECTS.

24     Q   OKAY.  AND HOW IS THAT DIFFERENT THAN WHAT

25 AN INDIVIDUAL WOULD BE EXPOSED TO WITH THE LOUISIANA

111

Second Transcript (rough)
file:///FileServer/...th%20Penalty%20Matters%20-%2073802-24JKC/DOCUMENTS/ROUGH%20%232%2025CV169%20AFTERNOON.txt[3/9/2025 8:18:08 AM]

1  NITROGEN GASSING EXECUTION METHOD?

2     A   WELL, THE HYPOXIA IS NOT GOING TO BE LIMITED

3  TO THE TOLERABLE LEVELS.  IT'S GOING TO BE FORCED

4  LOWER INTO THE LEVELS WHERE EXTREME DISTRESS IS

5  ELICITED.

6     Q   OKAY.  YOU WERE READ SOME TESTIMONY FROM

7  ALABAMA FROM A DR. LUCCI.  DO YOU REMEMBER THAT?

8     A   NICCI?

9     Q   YES?

10    A   YES.  HE'S THE ADVOCATE FOR USING INERT

11  GASES IN END OF LIFE I BELIEVE.

12    Q   HE'S ACTUALLY HEADS SOMETHING CALLED THE

13  EXIT SOCIETY.  RIGHT?

14    A   THAT'S RIGHT.  THAT'S IN SWITZERLAND I

15  BELIEVE.

16    Q   OR MAYBE AUSTRALIA?

17    A   COULD BE.

18    Q   SO HE'S AN ADVOCATE FOR THE USE OF METHODS

19  FOR ASSISTED SUICIDE?

20    A   AND IN FACT HE HAS A COMPANY THAT SELLS

21  PRODUCTS THAT ASSISTS WITH THAT, YES.

22    Q   AND JUST TO CLOSE THIS UP, HOW IS SUICIDE --

23  THE SUICIDE CASES OR ASSISTED SUICIDE DIFFERENT THAN

24  THIS SITUATION?

25    A   WELL, IT'S VOLITIONAL.  AND THE OTHER THING

112

Second Transcript (rough)

1 TO REMEMBER ABOUT THESE SUICIDES IS THESE PATIENTS

2 OFTEN TAKE OTHER MEDICATIONS TO EASE THEIR ANXIETY

3 AND DISTRESS AS THEY'RE APPROACHING THIS.  SO THESE

4 ARE -- THEY'RE NOT GOING COLD TURKEY SO TO SPEAK.

5    Q   THANK YOU, DOCTOR.

6       MR. STRONSKI:  NO FURTHER QUESTIONS, YOUR

7 HONOR.

8       THE COURT:  YOU MAY STEP DOWN.

9        DO THE PLAINTIFFS HAVE ANY FURTHER

10 WITNESSES?

11       MR. STRONSKI:  DR. BICKLER WAS OUR LAST

12 WITNESS, YOUR HONOR.

13       THE COURT:  PLAINTIFFS REST?

14       MR. STRONSKI:  YES.

15       THE COURT:  ALL RIGHT.  THE PLAINTIFFS HAVE

16 RESTED.

17        HOW MANY WITNESSES DO THE DEFENDANTS

18 HAVE?

19       THE COURT:  ONE WITNESS.

20       MR. CODY:  JUST ONE, YOUR HONOR.

21       THE COURT:  OBVIOUSLY I KNOW WHO THAT IS,

22 DR. ANTOGNINI.  HOW LONG ARE WE GOING TO BE WITH DR.

23 ANTOGNINI.  WE HAVE UTILITIES UNTIL SEVEN.  IT WON'T

24 START GETTING STIFLING UNTIL 7:30.  WE WON'T HAVE TO

25 TAKE OFF ANY OUTER WEAR UNTIL 7:30.

113

1       MR. CODY:  YOUR HONOR, I THINK AS FAR AS MY

Second Transcript (rough)

2 DIRECT IT WOULD PROBABLY BE 30 MINUTES TO AN HOUR, I

3 WOULD EXPECT.

4        THE COURT:  AND YOUR CROSS, SIR?

5        MR. STRONSKI:  I'M PLANNING ON DOING A CROSS

6 THAT WOULD END TONIGHT, YOUR HONOR, IF AT ALL

7 POSSIBLE.

8        THE COURT:  WELL, LET'S DO IT THEN.

9            NEXT -- WILL THE DEFENDANTS PLEASE CALL

10 THEIR FIRST WITNESS.

11            I NEED TO ASK YOU IF YOU HAVE ANY

12 MOTIONS.  DO YOU HAVE ANY MOTIONS?

13       MR. CODY:  WE DO NOT, YOUR HONOR.

14       THE COURT:  THANK YOU.

15       MR. STRONSKI:  YOUR HONOR, WE WOULD LIKE TO

16 MOVE FOR RECONSIDERATION OF THE DISMISSAL OF THE

17 RLUIPA CLAIM IN VIEW OF THE ADDITIONAL NEW EVIDENCE

18 AT THE HEARING RELATING TO THE IMPORTANCE OF THE

19 BREATHING PRACTICES, THE ESSENTIAL NATURE OF THE

20 BREATHING PRACTICES TO THE BUDDHIST FAITH AND HOW

21 THIS PROCESS AND METHOD WILL INTERFERE WITH THEM.

22       THE COURT:  THE COURT WILL DEFER THAT UNTIL

23 THE CLOSE OF ALL THE EVIDENCE.

24       MR. STRONSKI:  THANK YOU, YOUR HONOR.

25       (WHEREUPON, JOSEPH FRANCIS ANTOGNINI, BEING

114

1 DULY SWORN, TESTIFIED AS FOLLOWS.)

Second Transcript (rough)

2     VOIR DIRE

3  BY MR. CODY:

4     Q  COULD YOU PLEASE STATE AND SPELL YOUR FULL

5  IN FOR THE RECORD?

6     A  JOSEPH FRANCIS ANTOGNINI.  J-O-S-E-P-H,

7  F-R-A-N-C-I-S, A-N-T-O-G-N-I-N-I.

8     Q  VERY GOOD.  THANK YOU.  WERE YOU RETAINED AS

9  AN EXPERT WITNESS FOR THE DEFENDANTS IN THIS CASE?

10     A  YES.

11     Q  AND COULD YOU GO AHEAD AND DESCRIBE YOUR

12  EDUCATIONAL BACKGROUND FOR THE COURT'S BENEFIT?

13     A  I WENT TO UC BERKELEY FOR MY UNDERGRADUATE

14  DEGREE.  I WENT TO THE UNIVERSITY OF SOUTHERN

15  CALIFORNIA FOR MY MEDICAL DEGREE.  I GRADUATED IN

16  1984.  I DID A RESIDENCY IN ANESTHESIOLOGY AT UC

17  DAVIS.  I WAS THERE FROM '84 TO 1987.  MY OTHER -- I

18  BECAME BOARD CERTIFIED IN ANESTHESIOLOGY AFTER THAT

19  AND I'M STILL BOARD CERTIFIED.  I DID RECEIVE A MBA

20  AS WELL IN 2010 FROM THE CALIFORNIA STATE UNIVERSITY

21  SACRAMENTO.

22     Q  OKAY.  AND WHERE ARE YOU CURRENTLY EMPLOYED?

23     A  I WORK AS A CLINICAL RESEARCHER AT SOME

24  CLINICAL RESEARCH OFFICES IN THE LOS ANGELES AREA.

25  I'M ALSO THE CHIEF SCIENTIFIC OFFICER FOR A START-UP

115

1  COMPANY TRYING TO DEVELOP NEW ANESTHETICS.

2     Q  AND THAT COMPANY YOU MENTIONED, DO YOU HAVE

Second Transcript (rough)

3 ANY INTEREST IN THAT COMPANY?

4    A   I AM A SHAREHOLDER IN THAT COMPANY AS WELL

5 AS BEING AN EMPLOYEE.

6    Q   AND ARE YOU CURRENTLY WORKING FOR ANY OTHER

7 BUSINESSES AT THE SAME TIME YOU'RE DOING THAT?

8    A   NO.

9    Q   NOW, GOING THROUGH SOME OF YOUR PROFESSIONAL

10 POSITIONS IN THE PAST, COULD YOU ELABORATE ON WORK

11 YOU DID FOR EXPENSE -- I'M JUST MISPRONOUNCE THIS

12 EXPANESTHETICS?

13    A   EXPANESTHETICS YES.  THAT'S --

14       THE COURT:  YOU'RE GOING TO NEED TO SPELL

15 THAT FOR THE COURT REPORTER FOR SURE AND ME.

16       THE WITNESS:  E-X-P-A-N-E-S-T-H-E-T-I-C-S.

17 BY MR. CODY:

18    Q   AND JUST FOR THE RECORD, IS THAT THE CURRENT

19 COMPANY?

20    A   YES.

21    Q   THAT --

22    A   THE -- DEVELOPING NEW ANESTHETICS.

23    Q   ALL RIGHT.  NOW, PRIOR TO THAT DID YOU DO

24 ANY TYPE OF INVESTIGATIVE WORK?

25    A   YES.  I WAS A PROFESSOR -- OR I WAS IN

116

1 THE -- A FACULTY MEMBER AT UC DAVIS FROM '91 UNTIL

2 2016.  AND I STARTED OUT AS AN ASSISTANT PROFESSOR

Second Transcript (rough)

3 AND THEN WENT THROUGH THE RANKS AND I BECAME A FULL

4 PROFESSOR IN 2000.  AND I WAS A FULL PROFESSOR

5 BASICALLY UNTIL I RETIRED.

6    Q   WHEN DID YOU RETIRE?

7    A   FROM THE UNIVERSITY IN 2016.

8    Q   AND CAN YOU KIND OF DESCRIBE THE -- LIKE AS

9 A PROFESSOR THERE, WHAT KIND OF SUBJECTS WOULD YOU

10 TEACH?

11    A   I -- OF COURSE AS A ANESTHESIOLOGIST IN THE

12 DEPARTMENT I WOULD TEACH ANESTHESIOLOGY TO RESIDENTS

13 AND MEDICAL STUDENTS.  I HAD -- AS PART OF

14 ANESTHESIOLOGY WE TEACH A LOT ABOUT OBVIOUSLY ALL

15 ASPECTS INCLUDING PHYSIOLOGY, RESPIRATORY PHYSIOLOGY,

16 CARDIOVASCULAR PHYSIOLOGY.  I WAS ALSO A -- HAD AN

17 APPOINTMENT IN THE SECTION OF NEURO BIOLOGY,

18 PHYSIOLOGY AND BEHAVIOR AT UC DAVIS, SO I ALSO TAUGHT

19 PHYSIOLOGY AT UC DAVIS.  AND THAT WAS A BROAD RANGE,

20 ALL OF PHYSIOLOGY BASICALLY, RESPIRATORY PHYSIOLOGY,

21 CARDIOVASCULAR PHYSIOLOGY, NEURO PHYSIOLOGY, THINGS

22 OF THAT NATURE.  AND THEN WITH MY RESEARCH I DID

23 RESEARCH ON ANESTHETIC MECHANISMS.  BUT PART OF THAT

24 OR A LARGE PART OF THAT RELATES TO NEURO PHYSIOLOGY,

25 SO I'VE HAD A VERY SIGNIFICANT BACKGROUND IN NEURO

117

1 PHYSIOLOGY BECAUSE OF MY RESEARCH.

2    Q   WHEN YOU MENTIONED UC DAVIS, DID YOU HAVE

3 ANY OCCASION TO WORK IN THE TRAUMA CENTER?

Second Transcript (rough)

4     A   YES.  SO UC DAVIS MEDICAL CENTER IS THE

5  MAJOR TRAUMA CENTER IN THE NORTHERN CALIFORNIA

6  REGION.  SO WE TOOK CARE OF A LOT OF PATIENTS WHO HAD

7  TRAUMA, BLUNT TRAUMA, PENETRATING TRAUMA.  BLUNT

8  TRAUMA BEING BASICALLY CAR ACCIDENTS.  PENETRATING

9  TRAUMA WOULD BE STAFF WOUNDS AND GUNSHOT WOUNDS.  I

10  TOOK CARE OF A LOT OF PEOPLE WITH GUNSHOT WOUNDS.

11     Q   OKAY.  AND YOU MENTIONED RESEARCH.  IS THAT

12  KIND OF EXHAUSTIVE AS FAR AS DESCRIBING YOUR

13  RESEARCH?  WERE THERE OTHER PROJECTS THAT YOU'VE BEEN

14  A PART OF?

15     A   I'VE BEEN DOING THE CLINICAL RESEARCH

16  LATELY.  BUT MOST OF MY WORK IS REALLY RELATED TO

17  THE -- IN TERMS OF RESEARCH -- TO MY ANESTHETIC

18  MECHANISMS WORK.

19        THE REPORTER:  ANESTHETIC MECCA?

20        THE WITNESS:  MECHANISMS.  I APOLOGIZE.  I'M

21  NOT BEING CLEAR.  I'LL TRY TO DO A BETTER JOB.

22     Q   AND I WANT TO ASK YOU ABOUT SOME OF YOUR

23  PUBLICATIONS.  AND IF I COULD ASK MS. YDARRAGA TO

24  PULL UP THAT PART OF THE C.V.

25     A   MAY I GET SOME WATER?  I SHOULD HAVE BROUGHT

118

1  SOME UP.

2        THE COURT:  YES, WE'LL GET YOU SOME, SIR.

3        THE WITNESS:  I FEEL MY MOUTH IS QUITE DRY.

Second Transcript (rough)

4      THE COURT:  WE'LL GET YOU SOME.

5         THE C.V. HAS NOT BEEN OFFERED YET.

6      MR. CODY:  I'M ABOUT TO YOUR HONOR.

7      THE COURT:  OKAY.

8  BY MR. CODY:

9     Q   YOUR HONOR -- I MEAN -- I'M SORRY -- DR.

10  ANTOGNINI, IS THAT YOUR C.V. BEFORE YOU?

11     A   YES IT IS.

12      MR. CODY:  OKAY.  YOUR HONOR, I WOULD GO

13  AHEAD AND MOVE TO ADMIT THE C.V. OF DR. ANTOGNINI

14  INTO EVIDENCE.

15      THE COURT:  WHAT'S THE EXHIBIT NUMBER?

16      MR. STRONSKI:  NO OBJECTION, YOUR HONOR.

17      MR. CODY:  3-1 YOUR HONOR.

18      THE COURT:  3-1 IS ADMITTED WITHOUT

19  OBJECTION.

20  BY MR. CODY:

21     Q   AND DO YOU SEE BEFORE YOU THE LIST OF

22  PUBLICATIONS?

23     A   YES.

24     Q   AND IS THIS A GOOD REPRESENTATION OF ALL OF

25  THE PUBLICATIONS YOU'VE HAD?

119

1     A   YES, IT IS.

2     Q   AND I WANTED TO ASK YOU -- YOU MENTIONED

3  THIS 1.5 PERCENT WORLDWIDE AS IT RELATES TO RESEARCH

4  PUBLICATIONS.  CAN YOU KIND OF ELABORATE ON WHAT THAT

Second Transcript (rough)

5  MEANS?

6      A   YES.  IF YOU CAN ACTUALLY GO TO THE FOOTNOTE

7  TO MY C.V. THAT ACTUALLY I CAN SHOW TO YOU.  ACTUALLY

8  I THINK YOU NEED TO GO TOWARDS THE -- MAYBE A LITTLE

9  BIT MORE.  THERE WE GO.  THAT'S IT.

10       SO THERE IS A -- IN OCTOBER 2023 ELSEVIER,

11  WHICH IS ONE OF THE PUBLISHERS FOR SCIENTIFIC

12  JOURNALS, PUBLISHED A DATABASE LOOKING AT ESSENTIALLY

13  SCIENTISTS WHO HAD BEEN CITED.  AND THEY JUST LOOK AT

14  A NUMBER OF CITATIONS AND OTHER FACTORS.  AND I

15  WAS -- IT'S BASICALLY JUST AN EXCEL SPREADSHEET WITH

16  OVER A HUNDRED THOUSAND SCIENTISTS ESSENTIALLY.  AND

17  I WAS ABOUT THE TOP 1.5 PERCENT OF SCIENTISTS IN

18  TERMS OF CITATIONS.

19      Q   OKAY.  AND I THINK YOU ALSO MENTIONED H

20  INDEX.  CAN YOU EXPLAIN WHAT THAT IS?

21      A   YES.  SO THE H INDEX IS A -- JUST A WAY OF

22  TRACKING HOW OFTEN SOMEONE'S RESEARCH IS REFERENCED

23  BY OTHER AUTHORS.  AND ESSENTIALLY WHAT IT MEANS IS

24  THAT IF YOU LOOK DOWN THE LIST OF THE PUBLICATIONS,

25  YOU START NO. 1 WITH THE MOST CITED PAPER THAT YOU --

                        120

1  THAT AUTHOR HAS AND YOU KEEP ON GOING.  AND THEN WHEN

2  THE NUMBER ON THAT LIST MATCHES THE NUMBER OF

3  CITATIONS, THAT'S H INDEX.  SO, FOR EXAMPLE, IN MY

4  CASE THE 42 PAPERS THAT I -- I HAVE OBVIOUSLY MORE

Second Transcript (rough)

5 THAN 42. BUT I HAVE 42 PAPERS THAT HAVE BEEN CITED

6 AT LEAST 42 TIMES BY OTHER AUTHORS. SOME OF MY

7 PAPERS HAVE BEEN CITED IN THE HUNDREDS RANGE. SO

8 THAT'S THE INDICATION OF THE H INDEX. AND THE H

9 INDEX WAS DEVELOPED TO HELP DETERMINE THE IMPACT OF A

10 SCIENTIST. AND THAT'S CONSIDERED TO BE ABOVE 40 IS

11 AN OUTSTANDING SCIENTIST FOR THE H INDEX.

12    Q  THANK YOU FOR THAT.

13       NOW ARE YOU ALSO A MEMBER OF ANY MEDICAL

14 SOCIETIES?

15    A  I AM A MEMBER OF THE AMERICAN SOCIETY OF

16 ANESTHESIOLOGISTS AND THE CALIFORNIA SOCIETY OF

17 ANESTHESIOLOGISTS.

18    Q  HAVE YOU TESTIFIED AS AN EXPERT PRIOR TO

19 THIS CASE?

20    A  YES, I HAVE.

21    Q  ALL RIGHT. AND ROUGHLY HOW MANY CASES?

22    A  15 TO 20 IS MY GUESS OVER A NINE-YEAR

23 PERIOD.

24       MR. CODY: AND MS. YDARRAGA IF YOU COULD

25 TAKE -- NEVER MIND.

121

1    A  MAY I -- I SHOULD PROBABLY CLARIFY THAT. IN

2 TERMS OF TESTIFYING, IT'S PROBABLY LESS THAN THAT.

3 I'VE BEEN INVOLVED IN MORE THAN -- OVERALL I THINK

4 AROUND 15 TO 20. BUT NOT ALL OF THOSE WERE ONES IN

5 WHICH I PROVIDED TESTIMONY. IT MIGHT HAVE BEEN A

Second Transcript (rough)

6 DEPOSITION OR JUST A REPORT.

7    Q   AND I THINK -- I BELIEVE IN YOUR REPORT YOU

8 DO CITE THE CASES IN WHICH YOU'VE TESTIFIED?

9    A   IN THE LAST FOUR YEARS.

10    Q   IN THE LAST FOUR YEARS?  OKAY.  AND I WANT

11 TO ASK YOU ABOUT -- SO WERE YOU RETAINED AS AN EXPERT

12 IN THE CASE OF KENNETH EUGENE SMITH VERSUS JOHN HAMM

13 IN THE U.S. DISTRICT COURT IN THE MIDDLE DISTRICT IN

14 ALABAMA?

15    A   YES.

16    Q   DID YOU SUBMIT A REPORT AND TESTIFY IN THAT

17 CASE?

18    A   YES.

19    Q   CAN YOU KIND OF TELL US GENERALLY WHAT

20 NATURE -- WHAT WAS THE NATURE OF YOUR TESTIMONY IN

21 THAT CASE?

22    A   THAT WAS A NITROGEN HYPOXIC LITIGATION.  AND

23 I WAS -- THE STATE REQUESTED ME TO BE AN EXPERT

24 WITNESS TO TALK ABOUT THE NITROGEN HYPOXIC SYSTEM AT

25 ALABAMA.

122

1    Q   AND DID YOU ALSO TESTIFY AS AN EXPERT FOR

2 THE DEFENDANTS OR THE STATE IN MILLER V MARSHAL?

3    A   YES.  I'M PRETTY SURE -- I THINK THAT WAS BY

4 VIDEO, BUT I'M PRETTY SURE I DID DO TESTIMONY.

5    Q   DO YOU RECALL SUBMITTING A REPORT IN THAT

Second Transcript (rough)

6 CASE?

7    A  I DID, YES.  I MIGHT HAVE GIVEN TESTIMONY IN

8 THIS CASE.  I CAN'T REMEMBER OFF THE TOP OF MY HEAD.

9    Q  WHAT ABOUT GRAYSON V HAMM ALSO IN THE U.S.

10 MIDDLE DISTRICT OF ALABAMA?

11    A  YES, I WAS INVOLVED WITH THAT WITH

12 TESTIMONY.

13    Q  AND WHAT WAS THE NATURE OF YOUR TESTIMONY IN

14 THAT CASE?

15    A  AGAIN, I WAS -- REPRESENTED THE STATE TO

16 PROVIDE THE OPINIONS RELATED TO THE NITROGEN HYPOXIA

17 SYSTEM.

18    Q  AND WHAT ABOUT FRAZIER V HAMM ALSO IN THE

19 U.S. DISTRICT COURT OF THE MIDDLE DISTRICT OF

20 ALABAMA?  WERE YOU AN EXPERT?

21    A  YES, I WAS.  YES.

22    Q  AND DID YOU ALSO TESTIFY IN THAT CASE?

23    A  I BELIEVE SO, YES.

24    Q  WAS THE REPRESENTATION OR THE -- I'M SORRY.

25 YOU WERE RETAINED FOR THE SAME PURPOSE I SUPPOSE AS

123

1 IN GRAYSON AND THE OTHERS?

2    A  YES.  AND IN MY -- WHEN I TALK ABOUT THE

3 EVALUATION OF A SYSTEM, IT WASN'T JUST THE EFFECTS IT

4 WOULD HAVE ON THE INMATE BUT ALSO THE SAFETY ISSUES

5 FOR PERSONNEL, TO SEE THAT THERE WOULD BE NO SAFETY

6 ISSUES FOR THE CORRECTIONAL OFFICERS THAT WOULD BE

Second Transcript (rough)

7 INVOLVED AND THE WITNESSES AS WELL.

8    Q   AND JUST FOR THE RECORD, ALABAMA HAS A

9 NITROGEN HYPOXIA SYSTEM.  IS THAT CORRECT?

10    A   YES, IT DOES.

11    Q   AND TO YOUR KNOWLEDGE -- SO THOSE WERE FOUR

12 CASES I THINK YOU LISTED ALL DEALING WITH NITROGEN

13 HYPOXIA?

14    A   CORRECT.

15    Q   AND TO YOUR KNOWLEDGE, HAVE YOU EVER BEEN

16 EXCLUDED AS AN EXPERT BEFORE?

17    A   NOT TO MY KNOWLEDGE, NO.

18    Q   NOW -- ALL RIGHT.  CAN YOU -- I WANTED TO

19 ASK YOU IF YOU COULD IDENTIFY THE OPINIONS YOU WERE

20 ENGAGED TO RENDER IN THIS CASE.  AND DO YOU HAVE YOUR

21 EXPERT REPORT BEFORE YOU?

22    A   I DO NOT.

23    Q   WELL --

24    A   I CAN GET IT.  I LEFT IT.  I DIDN'T KNOW

25 WHAT I COULD BRING UP.

124

1    MR. CODY:  YOUR HONOR, IF IT'S OKAY I'D LIKE

2 HIM TO HAVE IT IF HE CAN REFER TO IT FOR THE SAKE OF

3 CONVENIENCE OR BUT.

4    THE COURT:  IF THERE IS NO OBJECTION, I'LL

5 LET HIM REFER TO HIS EXPERT REPORT.

6    MR. STRONSKI:  OH.  NO OBJECTION, YOUR

Second Transcript (rough)

7 HONOR, AS LONG AS IT DOESN'T HAVE NOTES ON IT.

8     MR. CODY:  DO YOU HAVE ONE THAT IS NOTE

9 FREE?

10     THE WITNESS:  NO, I DON'T.  I HAVE --

11     MR. CODY:  WE WILL TRY TO GET YOU ONE THAT

12 IS NOTE FREE.

13     MR. CODY:  I APOLOGIZE, YOUR HONOR.

14      NOTE FREE, YOUR HONOR.

15     THE COURT:  THANK YOU.

16 BY MR. CODY:

17   Q  IF YOU COULD TURN TO THE SECOND PAGE DEALING

18 WITH SCOPE OF ENGAGEMENT.

19   A  YES, I HAVE IT HERE.

20   Q  OKAY.  I'M JUST GOING TO READ ALOUD.  YOU'VE

21 BEEN ASKED TO RENDER IN THE FIELDS OF GENERAL

22 MEDICINE AND ANESTHESIOLOGY, ESPECIALLY REGARDING THE

23 USE, ACTIONS AND EFFICACY OF NITROGEN IN RELATION TO

24 LOUISIANA'S NITROGEN HYPOXIA PROTOCOL, THE

25 EFFECTIVENESS OF THE PROCEDURES THEREIN, AND

125

1 PERSONNEL SAFETY.  OKAY?  DOES THAT ESSENTIALLY SUM

2 UP YOUR -- THE SCOPE OF YOUR ENGAGEMENT IN THIS CASE

3 AS YOU UNDERSTAND IT?

4   A  YES, IT DOES.

5     MR. CODY:  YOUR HONOR, AT THIS TIME I WOULD

6 GO AHEAD AND OFFER OR TENDER DR. ANTOGNINI AS AN

7 EXPERT IN THE FIELDS OF GENERAL MEDICINE AND

Second Transcript (rough)

8  ANESTHESIOLOGY ESPECIALLY REGARDING THE USE, ACTIONS

9  AND EFFICACY OF NITROGEN IN RELATION TO LOUISIANA'S

10  NITROGEN HYPOXIA PROTOCOL -- THE USE, ACTIONS AND

11  EFFICACY OF NITROGEN IN RELATION TO LOUISIANA'S

12  NITROGEN HYPOXIA PROTOCOL, THE EFFECTIVENESS OF THE

13  PROCEDURES THEREIN, AND PERSONNEL SAFETY.  I WOULD

14  OFFER A FURTHER AMENDMENT TO THAT AND OFFER -- AND

15  ALSO SAY THAT HE SHOULD BE ABLE TO TESTIFY AS TO

16  PHYSIOLOGY AS WELL BASED ON HIS EXTENSIVE EDUCATION

17  AND TRAINING AND WORK IN PHYSIOLOGY AS HE EXPLAINED

18  EARLIER.

19      THE COURT:  MR. STRONSKI.

20      MR. STRONSKI:  YOUR HONOR, I WAS READY TO

21  AGREE.  BUT I THINK WE WOULD CONSENT TO DR. ANTOGNINI

22  AS AN EXPERT IN ANESTHESIOLOGY.  AND I'M NOT SURE

23  WHAT GENERAL MEDICINE MEANS.  I'M NOT SURE WHAT

24  THEY'RE TRYING TO GET THERE.  BUT I THINK CERTAINLY

25  ANESTHESIOLOGY, NO OBJECTION AT ALL.  AND IT SOUNDS

126

1  LIKE THEY WERE SUGGESTING HE'S AN EXPERT IN A

2  SPECIFIC METHOD, WHICH I DON'T THINK IS APPROPRIATE.

3      THE COURT:  WELL, THE COURT'S CONCERN IS

4  THAT YOU'RE ATTEMPTING TO QUALIFY HIM AS AN EXPERT IN

5  THE SCOPE OF HIS ENGAGEMENT, NOT IN A PARTICULAR

6  FIELD OF STUDY.  UNDER 702, TO BE AN EXPERT AND TO BE

7  ABLE TO GIVE OPINION TESTIMONY, YOU HAVE TO BE ABLE

Second Transcript (rough)

8 TO SHOW THAT EITHER BY SKILL, EDUCATION, KNOWLEDGE,

9 TRAINING, EDUCATION, THEY CAN GIVE OPINION TESTIMONY

10 IN CERTAIN AREAS, IN CERTAIN FIELDS. THAT LONG THING

11 YOU READ IS NOT A FIELD OF STUDY. I WOULD CERTAINLY

12 ACCEPT HIM IN ANESTHESIOLOGY AND I WOULD PROBABLY

13 EVEN ACCEPT HIM IN GENERAL MEDICINE. BUT I FIND I'M

14 NOT SURE THAT IT'S PROPER TO TRY TO QUALIFY HIM IN

15 SOME REALLY HYPER NARROW SCOPE OF ENGAGEMENT FIELD.

16      MR. CODY: AND YOUR HONOR THAT'S FINE. I

17 WOULD AMEND MY TENDER THEN AND SAY GENERAL MEDICINE,

18 ANESTHESIOLOGY, BUT I WOULD ALSO STILL KEEP IN

19 PHYSIOLOGY, YOUR HONOR, BASED ON THE BACKGROUND,

20 EDUCATION, EXPERIENCE.

21      THE COURT: ANY OBJECTION TO PHYSIOLOGY? I

22 DON'T EVEN KNOW WHAT THAT IS EITHER, BUT IT DOESN'T

23 MATTER.

24      MR. STRONSKI: I'M NOT SURE HOW THAT DIFFERS

25 FROM GENERAL MEDICINE OR ANESTHESIOLOGY, SO I'M

127

1 RELUCTANT TO AGREE TO IT, YOUR HONOR.

2      THE COURT: OKAY. I'M GOING TO ACCEPT HIM

3 IN THOSE FIELDS. HE CAN TESTIFY TO THE INFORMATION

4 IN HIS REPORT, SO CARRY ON.

5      MR. CODY: THANK YOU, YOUR HONOR.

6          DIRECT EXAMINATION

7 BY MR. CODY:

8      Q  NOW, DR. ANTOGNINI, AS YOU SAID EARLIER I

Second Transcript (rough)

9  THINK, DID YOU ISSUE A DECLARATION OR -- IN THIS

10  CASE?

11     A   YES I DID.

12     Q   WERE YOU PAID ANY COMPENSATION FOR BEING

13  RETAINED AS AN EXPERT IN THIS CASE?

14     A   YES.

15     Q   ALL RIGHT.  AND THE FACT THAT YOU WERE PAID

16  COMPENSATION, DID THAT HAVE ANY IMPACT ON ULTIMATELY

17  THE OPINIONS -- YOU WERE RETAINED AS AN EXPERT --

18  YOUR OPINIONS YOU RENDERED IN THIS CASE?

19     A   NO.

20     Q   OKAY.  AND THE REPORT THAT YOU ISSUED, THE

21  DECLARATION ON THIS PROCEEDING, DID YOU COMPLETE THAT

22  WITH A HIGH DEGREE OF MEDICAL CERTAINTY?

23     A   YES.

24     Q   DOES YOUR REPORT LIST THE MATERIALS THAT YOU

25  REVIEWED IN PREPARATION FOR YOUR REPORT?

128

1     A   YES, IT DOES.

2     Q   AND DID YOU LOOK AT THE LOUISIANA'S PROTOCOL

3  AS PART OF YOUR MATERIALS?

4     A   YES, I DID.

5     Q   DID YOU ALSO HAVE OCCASION TO EXAMINE OR

6  INSPECTS LOUISIANA'S NITROGEN HYPOXIA SYSTEM?

7     A   YES, I DID.

8     Q   AND WHEN DID YOU DO THAT?

Second Transcript (rough)

9    A  MARCH 1ST OF THIS YEAR.

10    Q  MARCH 1ST BEING LAST SATURDAY I BELIEVE?

11    A  YES, THAT'S CORRECT.

12    Q  NOW I WANT TO TURN YOU TO PAGE 28, PARAGRAPH

13  54, CONCLUSION.  THE OPINIONS YOU SET FORTH THERE, IS

14  THAT THE OPINION THAT YOU HAVE RENDERED IN THIS CASE?

15    A  I APPEAR TO HAVE A COPY DIFFERENT FROM

16  YOURS.  MY CONCLUSION ON THIS IS PARAGRAPH 53.

17       MR. STRONSKI:  YOUR HONOR, IF HE'S GOING TO

18  BE ASKING THE WITNESS IF HE AGREES TO SOMETHING, IF I

19  COULD GET A COPY OF IT.

20       THE COURT:  YOU DON'T EVEN -- HE DOESN'T

21  EVEN HAVE THE RIGHT REPORT.  THIS REPORT --

22       MR. STRONSKI:  I DON'T KNOW WHAT REPORT

23  YOU'RE TALKING ABOUT.  YOU BOTH HAVE DIFFERENT ONES.

24       MR. CODY:  THAT WOULD BE -- MY APOLOGIES

25  YOUR HONOR.  THERE WAS AN EARLIER VERSION.

129

1       MR. CODY:  IF IT'S OKAY YOUR HONOR, MS.

2  YDARRAGA CAN PULL IT UP.

3       MR. STRONSKI:  CAN I GET A COPY OF WHAT HE

4  HAS UP THERE TOO IF IT'S A DIFFERENT ONE THAN WHAT

5  YOU AND I HAVE.

6       MR. CODY:  DID YOU GET IT BACK

7  CHRONOLOGICAL, CONNELL?

8       THE COURT:  JUST ASK THE QUESTION.  I MEAN,

9  HAVING HIM READ FROM HIS REPORT, IT MIGHT -- I DON'T

Second Transcript (rough)

10 KNOW THAT IT'S EVEN MORE EFFICIENT.  JUST ASK THE

11 QUESTION.  HE CAN TELL YOU WHAT HIS OPINION IS.  HE'S

12 A VERY SMART MAN.

13 BY MR. CODY:

14     Q  DR. ANTOGNINI, WHAT WERE YOU OPINIONS

15 RENDERED IN THIS CASE?

16     A  BASICALLY THAT THE SYSTEM THAT LOUISIANA

17 EXPECTS OR IS GOING TO USE WILL CAUSE UNCONSCIOUSNESS

18 WITHIN 35 TO 40 SECONDS OR PERHAPS SOONER ONCE THE

19 INMATE STARTS TO INHALE IN 90 TO A HUNDRED PERCENT

20 NITROGEN GAS AND THEN DEATH WILL OCCUR RAPIDLY, I

21 WOULD EXPECT WITHIN 10 TO 15 MINUTES.  THERE WOULDN'T

22 BE ANY CARBON DIOXIDE BREATHING AND THERE IS NOT

23 GOING TO BE ANY SIGNIFICANT LEAKAGE OF AIR ENTERING

24 THE MASK.  AND I DO NOT BELIEVE THE INMATE WOULD

25 SUFFER ANY PAIN -- HAS SUFFERING OR PAIN BASICALLY

130

1 WITH THAT SYSTEM.

2     Q  OKAY.  AND CAN YOU JUST KIND OF -- I'M

3 SORRY?

4     A  SORRY.  AND THEN AS FAR AS THE PROPOSED

5 ALTERNATIVES ARE CONCERNED, THERE ARE ISSUES AROUND

6 DRUG AVAILABILITY, THE ROUTE OF ADMINISTRATION, AND

7 THAT THE FIRING SQUAD CAUSES SIGNIFICANT PAIN PRIOR

8 TO UNCONSCIOUSNESS.

9     Q  AND CAN YOU DESCRIBE THE HYPOXIA SYSTEM THAT

Second Transcript (rough)

10 YOU SAW WHEN YOU WENT TO ANGOLA?

11     A   SO THE SYSTEM IS SET UP IN A WAY WHERE THERE

12 ARE TANKS OF THE BREATHING AIR AND THEN ALSO THE

13 NITROGEN THAT IS IN ONE ROOM WITH THE MANIFOLDS THAT

14 ARE USED TO REDUCE THE PRESSURE -- OR I SHOULDN'T SAY

15 REDUCE, BUT IT'S BASICALLY A PRESSURE REDUCER TYPE OF

16 MANIFOLD.  AND THAT PUTS THE PRESSURE, WHETHER IT'S

17 THE NITROGEN OR THE AIR, AT 50 PSI APPROXIMATELY.

18 AND THEN THOSE PIPES GO INTO ANOTHER AREA WHERE

19 THE -- THEY COME DOWN ALONG A WALL.  AND THERE THERE

20 ARE TWO HANDLES THAT ARE USED TO CONTROL THE FLOW OF

21 EITHER THE AIR OR THE NITROGEN.  AND THERE ARE

22 PRESSURE REGULATORS OR MEASUREMENT THERE TO MAKE SURE

23 THAT THEY'RE -- THE GAS IS STILL AT AROUND 50 PSI.

24 AND THEN THE GASES CAN GO INTO A FLOW METER THAT

25 ALLOWS THE AIR OR THE NITROGEN TO NOW GO INTO A TUBE

131

1 THAT GOES INTO THROUGH THE WALL INTO THE CHAMBER, THE

2 EXECUTION CHAMBER.  AND THEN THAT IS HOOKED UP TO THE

3 MASK.  SO THAT IS THE BASIC LAY-OUT OF HOW THE GASES

4 ARE FLOWED THROUGH FROM THE TANK TO THE MASK.

5     Q   YOU MENTIONED THE MASK.  I THINK EARLIER YOU

6 MAY HAVE SEEN THE PICTURE THAT WAS SHOWN ON THE

7 SCREEN OF A MASK.  IS THAT THE MASK THAT YOU'RE

8 REFERRING TO NOW?

9     A   YES, IT IS.

10    Q   OKAY.  CAN YOU KIND OF EXPLAIN THE FUNCTION

Second Transcript (rough)

11 OF THIS MASK?

12    A   WELL, THIS IS A -- WHAT'S CALLED A SUPPLIED

13 AIR RESPIRATOR MASK.  AND IT IS A MASK THAT FITS OVER

14 THE FULL FACE.  IT HAS A -- BASICALLY A INLET WHERE

15 THE GAS CAN FLOW INTO THE MASK.  THERE IS ACTUALLY A

16 ONE-WAY VALVE THERE SO THAT GAS CAN FLOW IN BUT IT

17 CAN'T COME OUT.  AND THEN THERE IS AN EXIT VALVE OR

18 AN EXHAUST VALVE ON THE OTHER SIDE WHERE EXCESS GAS

19 CAN NOW FLOW OUT BASICALLY INTO THE ROOM.

20       THE MASK FITS OVER THE FACE AND IT HAS A --

21 BASICALLY IT'S A FLANGE ALL AROUND THAT GOES ON TO

22 THE FACE AND GOES UP AGAINST THE SKIN TO CREATE

23 BASICALLY A VIRTUALLY AIRTIGHT SEAL.  AND THESE ARE

24 THE TYPES OF MASKS THAT ARE USED IN INDUSTRIAL

25 SETTINGS FOR -- TO PROTECT WORKERS WHO ARE -- THEY

132

1 MAY BE DOING SOMETHING WHERE THERE IS A CONTAMINANT

2 IN THE AIR OR THERE IS PARTICULATE MATTER IN THE AIR,

3 AND THIS HELPS TO PROTECT THEM.

4    Q   IN YOUR REPORT YOU TALK ABOUT A PROTECTION

5 FACTOR FOR THE MASK.  CAN YOU KIND OF ELABORATE ON

6 WHAT PROTECTION FACTOR MEANS?

7    A   SO THE OSHA GUIDELINES AND THE ENVISIRO

8 GUIDELINES ON THESE TYPES OF MASKS, WHAT THEY DO IS

9 THEY LOOK AT HOW MUCH PROTECTION A PERSON CAN HAVE

10 FROM IT.  AND THE TEST BASICALLY WORKS IN THE

Second Transcript (rough)

11 FOLLOWING WAY:  THEY PUT SOME SUBSTANCE IN THE AIR

12 AND THEN THEY -- SOMEONE IS WEARING THE MASK, AND

13 THEN THEY MEASURE THE CONCENTRATION OF THAT SUBSTANCE

14 IN THE AIR, IN THE ENVIRONMENT, AND THEN ALSO THE

15 CONCENTRATION THAT'S IN THE MASK.  SO FOR EXAMPLE, IF

16 THAT SUBSTANCE IS AT 1 PERCENT IN THE AIR AND THEY

17 MEASURE IT AT .1 PERCENT IN THE MASK, .1 PERCENT IS

18 ONE-TENTH OF ONE PERCENT.  SO ONE PERCENT IS TEN

19 TIMES .1 PERCENT.  THAT'S ANOTHER WAY OF LOOKING AT

20 IT.  ONE PERCENT DIVIDED BY .1 IS TEN.  THAT'S A

21 FACTOR OF TEN.  SO BASICALLY WHAT THAT FACTOR OF TEN

22 MEANS IS THAT YOU'RE ESSENTIALLY REMOVING ABOUT 90

23 PERCENT OF THAT CONTAMINANT.

24      IF YOU HAVE A PROTECTION FACTOR OF A

25 HUNDRED, THAT MEANS THAT IF IT WAS ONE PERCENT IN THE

133

1 AIR, IT'S .01 IN THE MASK, SO IT'S A BETTER

2 PROTECTION FACTOR.  AND THAT'S -- ONE DIVIDED BY .01,

3 THAT'S A HUNDRED.  AND THEN YOU COULD HAVE A

4 PROTECTION FACTOR OF A THOUSAND.  AND THAT WOULD BE

5 ONE WHERE YOU ONLY HAVE ONE THOUSANDTHS OF THE

6 CONTAMINANT IN THE MASK COMPARED TO THE ENVIRONMENT.

7 AND THAT'S WHAT THEY DO BASICALLY IN A SIMPLIFIED

8 EXPLANATION OF HOW THEY COME UP WITH THE PROTECTION

9 FACTOR.

10      AND THESE TYPES OF RESPIRATOR MASKS HAVE

11 PROTECTION FACTORS OF AROUND A THOUSAND, AND THAT'S

Second Transcript (rough)

12  THE WAY THAT THEY ARE INTENDED TO BE USED, TO HAVE

13  THAT MUCH OF A PROTECTION FACTOR.  NOW, IF -- IN SOME

14  CIRCUMSTANCES YOU MIGHT NEED TO ASSUME THAT IT'S NOT

15  A THOUSANDTHS, MAYBE 25.  IT'S STILL VERY SIGNIFICANT

16  PROTECTION.

17      AND IN THE SETTING OF THE EXECUTION HERE,

18  ONE WAY THAT YOU CAN LOOK AT THAT PROTECTION FACTOR

19  IS THAT THE CONTAMINANT IN THIS CASE -- IT'S KIND OF

20  HARD TO CALL IT THIS WAY, BUT THE OXYGEN IN THE AIR

21  IS THE CONTAMINANT.  THAT'S THE -- THE SUBSTANCE THAT

22  YOU DON'T WANT TO GET INTO THE MASK.  AND SO WITH THE

23  PROTECTION FACTOR OF TEN, FOR EXAMPLE, IF THE OXYGEN

24  IN THE AIR IS 21 PERCENT, THAT MEANS THAT THE MOST

25  THAT WOULD BE GETTING INTO THE MASK WOULD BE 2.1

134

1  PERCENT.  THAT'S -- YOU KNOW 21 DIVIDED BY 2.1 IS

2  TEN.  IF YOU HAVE A PROTECTION FACTOR OF 25, THAT

3  MEANS THAT THE CONCENTRATION OF AIR THAT'S GETTING IN

4  IS PROBABLY LESS THAN ONE PERCENT.

5      SO THIS MASK WILL PROVIDE A PROTECTION OR

6  PREVENT AIR FROM GETTING IN TO THE POINT WHERE IT

7  WOULDN'T BE MORE THAN ABOUT ONE PERCENT IF THERE WAS

8  A LEAK.  AND OF COURSE ONE PERCENT OXYGEN IS NOT

9  COMPATIBLE WITH LIFE.

10    Q  THANK YOU FOR THAT EXPLANATION.

11      SO THERE IS AIR COMING INTO THE MASK, AS I

Second Transcript (rough)

12 UNDERSTAND IT?

13    A  THERE IS AIR COMING INTO THE MASK WHEN THE

14 AIR IS FLOWING.  BUT ONCE THE NITROGEN IS STARTED, IF

15 THERE IS AIR SOMEHOW BEING LEAKED THROUGH THE MASK,

16 BECAUSE OF THAT PROTECTION FACTOR IT'S JUST NOT VERY

17 MUCH.

18       AND THE OTHER ISSUE TO CONSIDER IS THAT THE

19 MASK -- THE EXCESS DURING THE NITROGEN PART, THE

20 NITROGEN IS FLOWING OUT OF THE MASK BECAUSE THERE IS

21 A VALVE THERE WHERE THE EXCESS NITROGEN WOULD FLOW

22 OUT.  THE AREA IMMEDIATELY AROUND THE MASK IS GOING

23 TO BE -- FLOW BASICALLY A LOT OF NITROGEN THERE.

24 IT'S GOING TO BE 80 PERCENT LIKE IT IS WITH AIR.

25 IT'S GOING TO BE MAYBE 90 PERCENT.  SO THAT ANY AIR

135

1 THAT GETS IN IS GOING TO BE OXYGEN DEFICIENT.  SO

2 IT'S EVEN MORE OF A PROTECTION OR LESS OXYGEN GETTING

3 IN BECAUSE OF THAT FACTOR.

4    Q  AND AS I UNDERSTAND IT, AIR -- OXYGEN WOULD

5 BE THE CONTAMINANT IN THIS SCENARIO?

6    A  THAT IS CORRECT.

7    Q  DID YOU HAVE OCCASION TO WEAR THE MASK WHEN

8 YOU WERE AT ANGOLA?

9    A  I DID.  I DID WEAR THE MASK.

10    Q  CAN YOU KIND OF DESCRIBE HOW THAT WAS.

11    A  SURE.  YES.  SO SAFETY FIRST.  I ALWAYS

12 TEACH PEOPLE SAFETY FIRST.  I MADE SURE THAT THE

Second Transcript (rough)

13 NITROGEN TANKS WERE NOT EVEN HOOKED UP WHEN I PUT THE

14 MASK ON.  I DIDN'T WANT YOU KNOW TO HAVE NITROGEN

15 HOOKED UP AND THEN SOMEONE FLIPPING THE WRONG SWITCH

16 WHILE I'M HAVING THAT MASK ON.  SO I MADE SURE THAT

17 WHEN I HAD THE MASK ON THAT THERE WASN'T ANY NITROGEN

18 HOOKED UP.  BUT I -- THEY HAD THE AIR HOOKED UP AND

19 THEN I PUT THE MASK ON.  AND THEY HAD IT AT 70 LITERS

20 PER MINUTE.  AND I SHOULD SAY I ACTUALLY DID NOT PUT

21 THE MASK ON MYSELF.  THE INDIVIDUALS WHO ARE SUPPOSED

22 TO BE DOING THIS PUT THE MASK ON.  AND THEY PUT IT ON

23 AND THEN I LAID ON THE GURNEY OR THE TABLE.  AND THEN

24 EVEN BEFORE THE MASK WAS ON, 70 LITERS PER MINUTE OF

25 AIR WAS FLOWING.  AND THEN I WAS LYING THERE

136

1 BREATHING, AND I COULD BREATHE VERY COMFORTABLY WITH

2 THE MASK ON.  AND I HAD NO PROBLEMS WITH BREATHING.

3 AND I ACTUALLY WAS ABLE TO BREATHE SOME DEEP BREATHS

4 AND IT DIDN'T SEEM TO BE A PROBLEM AT ALL FOR ME.

5 SO -- THAT'S BECAUSE THESE MASKS ARE DESIGNED IN THAT

6 WAY SO THAT PEOPLE CAN BREATHE.  EXCUSE ME.  AND

7 THEY'RE USED IN INDUSTRIAL SETTINGS, THEY'RE USED ALL

8 THE TIME.  SO THEY'RE DESIGNED IN A WAY IN THE

9 INDUSTRIAL SETTING TO BE USED IN A SAFE WAY AND FOR

10 PEOPLE TO BE ABLE TO BREATHE.  AND IN FACT PEOPLE ARE

11 ABLE TO WORK, DO SOME MANUAL WORK WITH THAT MASK ON.

12 SO IT'S DESIGNED IN THAT WAY.

Second Transcript (rough)

13    Q   BESIDES THE 70 LITER PER MINUTE FLOW RATE,

14   DID YOU TRY ANY OTHER FLOW RATES?

15    A   I DID DECREASE -- OR I HAD THEM DECREASE THE

16   FLOW RATES I BELIEVE TO 15 AND 30 LITERS PER MINUTE.

17   AND I WAS STILL ABLE TO BREATHE, ALTHOUGH I -- AT 30

18   LITERS PER MINUTE I COULD START TO SENSE THAT THE

19   FLOW WASN'T COMING IN AS FAST AS IT WAS AT 70 LITERS

20   PER MINUTE.

21    Q   OKAY.  AND WHY DID YOU TAKE THE FLOW RATE

22   DOWN TO 30 LIKE YOU JUST DESCRIBED?

23    A   I JUST WANTED TO SEE THAT THE -- IF THERE

24   WAS A -- I WANTED TO SORT OF TEST THE LIMITS OF THE

25   SYSTEM I GUESS, EVEN THOUGH I KNOW IT'S DESIGNED OR

137

1   IT'S GOING TO BE USED AT 70, I STILL WANTED TO TEST

2   THE LIMITS OF THE SYSTEM TO SEE WHAT IT FELT, LIKE

3   MAYBE FOR MY OWN EDIFICATION THAN ANYTHING ELSE.

4    Q   WHEN YOU WERE OUT THERE, DID YOU SEE ANY

5   OXYGEN MONITORS?

6    A   YES, THEY WERE -- THERE WERE NUMEROUS OXYGEN

7   MONITORS.  THERE ARE OXYGEN MONITORS IN THE WITNESS

8   ROOM AND THE EXECUTION CHAMBER ITSELF.  THE AREA

9   WHERE THE PIPES THAT I TALKED ABOUT AND THE HANDLES

10   FOR THE SWITCHING OF AIR AND NITROGEN HAS THAT.  AND

11   THERE IS ALSO PORTABLE OXYGEN MONITORS AROUND THAT

12   FOR THE STAFF TO USE.

13    Q   DID YOU FEEL LIKE IT WAS A SUFFICIENT NUMBER

Second Transcript (rough)

14  OF OXYGEN MONITORS?

15      A   YES.  THEY HAVE ONE IN EACH OF THE ROOMS AS

16  I, RECALL AND THEN ALSO THERE WERE ONES -- THE

17  PORTABLE ONES.  I DIDN'T ACTUALLY COUNT THEM, BUT I

18  KNOW THAT THERE IS A PHOTO SOMEWHERE I SAW.  IT WAS

19  PROBABLY AROUND EIGHT MAYBE.  I'M NOT SURE BUT THERE

20  IS QUITE A NUMBER OF THOSE.

21      Q   THANK YOU.  AND AS AN ANESTHESIOLOGIST, ARE

22  YOU FAMILIAR WITH GAS SYSTEMS?

23      A   YES, ABSOLUTELY.  IT'S SOMETHING THAT WE

24  LEARN AS PART OF OUR RESIDENCY.  AND I -- ALSO I

25  DIDN'T INCLUDE THIS IN MY PREVIOUS EMPLOYMENT, BUT I

138

1  WAS A SURVEYOR FOR THE JOINT COMMISSION FOR A NUMBER

2  OF YEARS.  AND THAT'S WHERE WE GO OUT TO HOSPITALS

3  AND CHECK OUT HOSPITALS.  AND PART OF MY ROLE -- A

4  SMALL PART OF MY ROLE AT LEAST WAS TO LOOK AT THE

5  MEDICAL GASES AND THE MEDICAL GAS SYSTEMS TO SEE IF

6  THERE WERE ANY ISSUES THERE.

7      Q   AND THIS PARTICULAR TYPE OF SET UP WITH THE

8  NITROGEN HYPOXIA, DID YOU FEEL WHETHER -- DID YOU

9  KNOW WHETHER THAT WAS SIMILAR OR NOT TO SOME OF THE

10  GAS SYSTEMS USED IN ANESTHESIA?

11      A   SIMILAR, YES.  YES.  ABSOLUTELY VERY

12  SIMILAR.

13      Q   ALL RIGHT.  AND YOU'VE SAID THIS EARLIER I

Second Transcript (rough)

14 THINK, BUT YOU HAVE HAD OCCASION TO INSPECT THE

15 NITROGEN HYPOXIA SYSTEMS OF AT LEAST ONE OTHER STATE?

16    A   THAT'S CORRECT.  ALABAMA.

17    Q   AND HOW DID LOUISIANA'S SET UP, NITROGEN

18 HYPOXIA SYSTEM, HOW DID IT COMPARE TO THE ONE YOU SAW

19 IN ALABAMA?

20    A   VIRTUALLY IDENTICAL IN TERMS OF THE SET-UP.

21 OBVIOUSLY THE ROOM IS SET UP SLIGHTLY DIFFERENT AND

22 OBVIOUSLY THE PIPES ARE DIFFERENT IN THE SENSE OF

23 WHICH DIRECTION THEY HAVE TO GO BECAUSE OF THE

24 DIFFERENCE IN THE ROOM SET-UP.  BUT IT'S A VERY

25 SIMILAR SYSTEM.

139

1    Q   NOW, DID YOU CONDUCT ANY SORT OF TESTS OR

2 ANYTHING WHILE YOU WERE OUT THERE?

3    A   I DID.  I WANTED TO LOOK AT HOW FAST THE

4 MASK -- HOW FAST NITROGEN WOULD ENTER THE MASK.

5        MR. CODY:  OKAY.  SO AT THIS POINT, YOUR

6 HONOR, I'D LIKE TO PULL UP A VIDEO THAT WAS TAKEN

7 DURING DR. ANTOGNINI'S SITE VISIT.  MS. YDARRAGA,

8 COULD YOU CUE THE VIDEO PLEASE?

9        THE COURT:  IS IT ONE OF THE ONES THAT'S IN

10 EVIDENCE?

11        MR. CODY:  THIS IS NOT IN EVIDENCE YET.

12 THOSE WERE PLAINTIFF'S.  THIS IS ONE THAT OUR EXPERT

13 TOOK.  IT'S NOT IN EVIDENCE YET.  IT'S EXHIBIT 19.

14        MR. STRONSKI:  I HAVEN'T SEEN IT, BUT I

Second Transcript (rough)

15 DON'T OBJECT TO IT.

16     MR. CODY:  WE DID SEND IT TO PLAINTIFFS.

17     MR. STRONSKI:  I HAVEN'T SEEN IT, BUT I

18 DON'T OBJECT TO IT.

19     THE COURT:  SO YOU DON'T OBJECT TO IT GOING

20 INTO EVIDENCE OR -- WHAT ARE YOU NOT OBJECTING TO?

21 HE HADN'T OFFERED IT.

22     MR. STRONSKI:  IT GOING INTO EVIDENCE.

23     THE COURT:  OKAY.  WELL, LET'S JUST ADMIT

24 IT.  WHAT'S THE NUMBER?

25     MR. CODY:  EXHIBIT 19, YOUR HONOR.

140

1     THE COURT:  D 19.  D 19 IS ADMITTED.

2     MR. CODY:

3     Q  SO DR. ANTOGNINI, IF YOU COULD LOOK ON YOUR

4 SCREEN THERE AND KIND OF -- BEFORE WE PLAY THE VIDEO,

5 COULD YOU JUST KIND OF DESCRIBE WHAT WE'RE SEEING?

6     A  SO FORTUITOUSLY THERE WAS A MANEQUIN THERE

7 IN THE ROOM.  I ACTUALLY BROUGHT MY WIFE'S STYROFOAM

8 HEAD THAT SHE USES FOR PUTTING THINGS ON, AND I

9 BROUGHT THAT BECAUSE I WANTED TO ACTUALLY TEST THE

10 SYSTEM.  BUT THEY HAD A MANEQUIN HERE, WHICH I

11 THOUGHT WOULD BE MORE APPROPRIATE.  SO I PUT THE MASK

12 ON THIS MANEQUIN.  AND WHAT YOU CAN SEE THERE, THERE

13 IS A -- THE TWO YELLOW THINGS THAT YOU SEE THERE ARE

14 OXYGEN MONITORS.  THESE ARE THE PORTABLE OXYGEN

Second Transcript (rough)

15 MONITORS.  THE ONE THAT -- THERE IS ONE ON THE

16 SHOULDER OF THE MANEQUIN AND THERE IS A TUBE THAT

17 GOES FROM THE MONITOR THAT'S -- YOU CAN SEE IT GOING

18 INTO THE MASK ITSELF.  AND THAT MONITOR IS ACTUALLY

19 SAMPLING FROM THE ENVIRONMENT OR THE AIR OR WHATEVER

20 THE GAS BASICALLY THAT'S IN THE MASK.  THEN THERE IS

21 ANOTHER ONE DOWN ALONG THE SIDE OF THE MANEQUIN THAT

22 IS THERE TO LOOK TO SEE IF NITROGEN IS GETTING DOWN

23 THAT FAR, THE NITROGEN THAT'S COMING OUT OF THE --

24 OUT OF THE MASK BASICALLY.  SO YOU SEE THE MASK

25 THERE.  THE BLACK THING THERE ON THE LEFT OF THE

141

1 MASK -- AND I'M SORRY I CAN'T -- IF I COULD POINT I

2 THINK YOU COULD SEE WHAT I'M TALKING ABOUT.  THERE IS

3 A BLACK -- RIGHT -- YES, THAT'S IT.  THAT'S BASICALLY

4 THE EXHAUST VALVE FOR THE MASK.

5        THE COURT:  DOCTOR, YOU CAN -- IT'S A LIVE

6 SCREEN, SO YOU CAN CIRCLE ON IT WITH YOUR FINGER.

7        THE WITNESS:  OKAY.  MAYBE IT'S A VIDEO, SO

8 MAYBE THAT'S NOT GOING TO HAPPEN.  I'M NOT SURE.

9        THE COURTROOM DEPUTY:  YOU CAN NOW.

10    A  SORRY ABOUT THAT.  OKAY.  THE OXYGEN

11 MONITOR -- THERE IS AN OXYGEN MONITOR DOWN BY THE

12 SIDE OF THIS THAT I WANTED TO HAVE ONE -- A LITTLE

13 BIT FARTHER AWAY TO SEE WHAT THE NITROGEN LEVEL -- OR

14 THE OXYGEN LEVEL WOULD BE ONCE THE GAS STARTS TO

15 FLOW.  ACTUALLY BEFORE WE DID THIS VIDEO WE DID -- WE

Second Transcript (rough)

16  DID ANOTHER SIMILAR EXPERIMENT, AND I HAD THE

17  OXYGEN -- THE SECOND ONE CLOSER TO THE SHOULDER, AND

18  IT -- THE OXYGEN LEVEL DROPPED OFF QUITE A BIT AROUND

19  THE SHOULDER, BECAUSE THAT NITROGEN IS COMING AROUND

20  IN THAT AREA OF THE FACE BASICALLY OUTSIDE THAT MASK.

21  BUT IN THIS VIDEO IT'S -- THE SECOND ONE IS DOWN BY

22  THE SIDE OF THE MANEQUIN.

23       IN ANY CASE WHAT WE DID IS WE HAD AIR

24  FLOWING AT 70 LITERS PER MINUTE.  AND THEN AT ABOUT

25  TWO SECONDS IN THIS VIDEO THERE WAS A SWAP BASICALLY

142

1  WHERE THEY CHANGED FROM AIR TO NITROGEN.

2    Q   OKAY.  SO I BELIEVE HOPEFULLY THE VOLUME IS

3  TURNED UP SO THAT WE'LL BE ABLE TO HEAR.  OKAY.

4  LOOKS LIKE IT IS.

5    A   IF I JUST WOULD MAKE A COMMENT ABOUT THIS,

6  ANOTHER REASON WHY I WANTED A VIDEO OF THIS IS

7  BECAUSE THE DECREASE IN OXYGEN IS SO FAST, THAT WHEN

8  I WAS LOOKING AT MY IPHONE TO GET THE TIME AND THEN

9  LOOK AT THE MONITOR, I REALLY WASN'T VERY PHYSICALLY

10  ABLE TO LOOK AT MY PHONE AND GET THE OXYGEN.  AND

11  THEN I TURNED AND IT HAD ALREADY GONE DOWN EVEN FAST

12  -- YOU KNOW MORE.  SO I THOUGHT A VIDEO WOULD BE

13  OBVIOUSLY A GOOD WAY TO CAPTURE YOU KNOW TIME FIVE --

14  FIVE SECONDS AND SO FORTH, SO THAT'S WHY I WANTED TO

15  HAVE THE VIDEO.

Second Transcript (rough)

16     MR. CODY:  I GUESS WE'LL GO AHEAD AND PLAY

17 THE VIDEO NOW, MS. YDARRAGA.

18     (WHEREUPON, A PORTION OF D 19 WAS PLAYED.)

19     MR. CODY:

20     Q   ALL RIGHT.  SO DR. ANTOGNINI CAN YOU KIND OF

21 FIRST OFF -- I MEAN I GUESS YOU KIND OF WENT INTO IT.

22 BUT WHAT RESULTS DID YOU OBSERVE IN THE TEST JUST NOW

23 THAT WAS DISPLAYED?

24     A   WELL, THE OXYGEN DROPS OFF AFTER ABOUT -- I

25 DON'T HAVE THE CHART IN FRONT OF ME OR THE TABLE IN

143

1 FRONT OF ME.  BUT WHAT I DID IS I RAN THE VIDEO AND I

2 JUST WENT TO I THINK FIVE SECONDS AND TEN SECONDS AND

3 15 SECONDS AND I LOOKED TO SEE WHAT IS THE -- WHAT IS

4 THE OXYGEN AT THAT POINT.  AND I JUST RECORDED THAT

5 ONTO THAT TABLE THAT I HAVE THERE IN MY REPORT, WHICH

6 IS --

7     Q   PARAGRAPH 21 I BELIEVE IS WHAT YOU WANT TO

8 REFER TO?

9     A   YEAH.  SO THOSE NUMBERS THERE SIGNIFY WHAT

10 THE VALUES WERE AT ZERO AND TEN AND SO FORTH, 20

11 SECONDS.  SO AT ZERO TIME IT'S 20.9 WHICH IS OF

12 COURSE ROOM AIR, AND THEN AT TEN SECONDS IT'S 20

13 PERCENT, AND THEN AT 20 SECONDS IT'S 10.9.  30

14 SECONDS IT'S 4.4 AND SO FORTH.

15     AND THE -- YOU CAN JUST SEE THAT IT DOES

16 TAKE SOME TIME FOR THE NITROGEN -- ONCE YOU TURN THAT

Second Transcript (rough)

17  VALVE, THE SYSTEM HAS THIS TUBE THAT GOES FROM THAT

18  ROOM INTO THE MASK.  AND I DID NOT ACTUALLY MEASURE

19  THE LENGTH OF THAT TUBE, BUT IT WAS PRETTY LONG.  I'D

20  PROBABLY SAY IT'S AT LEAST SIX TO EIGHT FEET.  AND SO

21  IT'S GOING TO TAKE SOME TIME FOR THE NITROGEN TO COME

22  FROM THAT PIPE IN THAT OTHER ROOM THROUGH THE TUBE

23  AND THEN INTO THE MASK.  SO THERE IS A LITTLE BIT OF

24  A LAG FACTOR THERE BEFORE THAT NITROGEN GETS IN.  SO

25  THAT NITROGEN IS STARTING TO RUSH IN THROUGH THAT

144

1  TUBE, AND IT'S JUST PUSHING THE AIR THAT WAS IN FRONT

2  OF IT INTO THE MASK.  SO IT TAKES A LITTLE BIT OF A

3  TIME FOR THE NITROGEN TO ACTUALLY START GOING INTO

4  THE MASK.  BUT ONCE IT GOES INTO THE MASK, IT'S A

5  VERY, VERY RAPID DROP-OFF.

6       NOW, OBVIOUSLY THIS IS A MANEQUIN THAT'S NOT

7  BREATHING.  AND OF COURSE DR. BICKLER IS ABSOLUTELY

8  RIGHT THAT THE LUNGS WILL HAVE SOME OXYGEN IN IT AS

9  WELL.  SO YOU HAVE TO CONSIDER NOT JUST THE VOLUME OF

10  THE MASK BUT ALSO THE VOLUME OF THE LUNGS, THE --

11  WHAT'S CALLED THE FUNCTIONAL OR RESIDUAL CAPACITY

12  BASICALLY IN TERMS OF HOW QUICKLY THINGS WILL WASH

13  OUT.  SO THAT IS ALSO A FACTOR BECAUSE THERE IS SOME

14  OXYGEN LEFT IN THE LUNGS.  SO THAT'S SOMETHING ELSE

15  THAT NEEDS TO BE CONSIDERED.  BUT THIS IS JUST THE --

16  IT'S THE NITROGEN OR THE OXYGEN LEVELS THAT WOULD

Second Transcript (rough)

17 OCCUR WITH THAT -- AS I SAID, WITH THE MANEQUIN.

18     NOW, WHEN SOMEBODY IS ACTUALLY BREATHING OUT

19 OF THAT -- BREATHING OUT INTO THE MASK, THE FLOW OF

20 GAS THROUGH THAT MASK IS SO RAPID AT 70 LITERS PER

21 MINUTE, ANY EXCESS OXYGEN THAT IS BEING BREATHED OUT

22 FROM THE LUNGS IS GOING TO BE WASHED AWAY.  NOT ALL

23 OF IT BUT A LOT OF IT WILL BE WASHED AWAY, BECAUSE

24 THAT NITROGEN AT THAT POINT IS REALLY RUSHING IN, AND

25 IT'S GOING TO BASICALLY FLUSH OUT ANY OXYGEN THAT'S

145

1 COMING OUT.  SO THERE REALLY WOULDN'T BE VERY MUCH

2 OXYGEN LEFT FOR THE PERSON TO BREATHE BECAUSE OF

3 THAT.

4     Q  WHAT WAS THE WORD THAT WAS HEARD ON THE --

5 IN THE VIDEO I GUESS EARLY ON?

6     A  SWAP.

7     Q  WHAT WAS THAT?

8     A  THAT WAS THE WORD THAT THE PERSON USED WHEN

9 THEY TURNED FROM -- TURNED THE AIR OFF AND THE

10 NITROGEN ON.  SO SWAPPING IS WHAT OCCURRED.

11     THE COURT:  IS SWAP WHAT YOU INDICATE IS

12 TIMES ZERO?

13     THE WITNESS:  YES.

14     THE COURT:  SORRY.  GO AHEAD.

15     MR. CODY:

16     Q  AND SO OTHER THAN THE WORD SWAP, WAS THERE

17 ANY OTHER AUDIBLE INDICATION THAT THE GAS SWITCHING

Second Transcript (rough)

18 OVER FROM BREATHABLE AIR TO NITROGEN?

19    A  I DID NOT DETECT ANYTHING WHEN I LISTENED.

20 I DID NOT DETECT ANY CHANGE IN THE GAS FLOW.

21    Q  OKAY.  AND THE GAS FLOW IS THE SAME FOR BOTH

22 GASES?

23    A  70 LITERS PER MINUTE, YES.

24    Q  AND I THINK YOU'VE EXPLAINED THAT CHART ON

25 PARAGRAPH 21.  SO AT 5 PERCENT OXYGEN, WHAT CAN WE

146

1 EXPECT IN THE NORMAL SITUATION -- THE PLAINTIFF'S

2 SITUATION IN THE MASK I GUESS WHEN IT GUESTS BLOW 5

3 PERCENT OXYGEN?

4    A  IF SOMEBODY IS -- IF THE MASK IS ON

5 SOMEBODY?

6    Q  WHEN NITROGEN IN IS BEING INTRODUCED AS A --

7    A  WHEN THE MASK IS ON SOMEBODY?

8    Q  YES.

9    A  YES.

10    Q  YOU CAN LOOK AT PARAGRAPH 21 OF YOUR REPORT.

11 THAT'S WHERE YOU KIND OF --

12    A  CORRECT.  SO ONCE YOU GET THE OXYGEN

13 LEVEL -- THE INSPIRED OXYGEN LEVEL DOWN TO ABOUT 5

14 PERCENT AND THEN THE TIME FOR UNCONSCIOUSNESS IS

15 GOING TO BE AROUND 10 TO 12 SECONDS IF IT'S AT 5

16 PERCENT.  NOW, IN THIS SETTING OF COURSE THE OXYGEN

17 LEVEL IS NOT BEING KEPT AT 5 PERCENT.  IT'S ACTUALLY

Second Transcript (rough)

18 CONTINUING TO FURTHER DOWN AND DOWN.  SO FROM THAT

19 CHART YOU CAN SEE, FOR EXAMPLE, THAT AT 30 SECONDS

20 IT'S AT 4.4 PERCENT, AND THEN AT 40 SECONDS IT'S AT

21 1.8 PERCENT AND SO FORTH.  SO THAT IS A -- CLEARLY

22 WHAT YOU WOULD EXPECT.

23      AND THESE DATA FOLLOW VERY NICELY IN

24 ESSENTIALLY AN EXPONENTIAL CURVE WHERE IT'S A VERY

25 RAPID DROP OFF BUT THEN IT SORT OF STARTS TO BECOME A

147

1 LITTLE MORE SHALLOW.  SO YOU CAN SEE FOR EXAMPLE

2 BETWEEN 10 AND 20 SECONDS IT'S ABOUT A NINE PERCENT

3 DIFFERENCE, AND THEN BETWEEN 20 AND 30 IT'S ONLY

4 ABOUT A 6.5 PERCENT DIFFERENCE AND THEN SO FORTH.  SO

5 AS YOU GET YOU NOW LONGER IN TIME IT'S JUST THE A

6 CHANGE BECOMES LESS AND LESS BECAUSE IT'S JUST THIS

7 EXPONENTIAL CURVE.  VERY TYPICAL FOR A PROCESS LIKE

8 THIS.

9   Q   THANK YOU.  NOW, FOCUSING IN ON THAT

10 PARAGRAPH 21, SINCE RENDERING YOUR REPORT, IS THERE A

11 PART OF THIS THAT YOU WOULD LIKE TO AMEND BASED ON

12 THE SOURCES THAT YOU RELY ON?  AND LOOKING

13 SPECIFICALLY TO THAT LAST SENTENCE.

14   A   YES.  SO AFTER I REREAD THAT, I REALIZED

15 IT'S A LITTLE BIT UNCLEAR WHAT I WROTE THERE.  AND

16 I -- SO THE LAST SENTENCE OF PARAGRAPH 21 WHERE I SAY

17 THAT THE TIME TO UNCONSCIOUSNESS AT 5 PERCENT IS

18 ABOUT 10 TO 12 SECONDS AND I QUOTE A SOURCE FOR THAT,

Second Transcript (rough)

19 MILLER AND MAZUR.  I STATE SO I WOULD EXPECT

20 UNCONSCIOUSNESS TO OCCUR WITHIN 35 TO 40 SECONDS

21 AFTER THE INHALATION OF 95 TO A HUNDRED PERCENT

22 NITROGEN.  AND THAT I THINK IS THE VERY OUTER LIMIT.

23 WHEN I SAY WITHIN, I DON'T MEAN THAT IT'S GOING TO

24 OCCUR WITHIN THE 35-SECOND MARK TO THE 40-SECOND

25 MARK.  I MEANT THAT IT WILL PROBABLY BE BETWEEN THE

148

1 10 AND 12-SECOND MARK SHOWN IN THE FIRST PART OF THAT

2 SENTENCE AND THE 35 TO 40-SECOND MARK.  SO IT'S GOING

3 TO ACTUALLY BE IN BETWEEN THAT, IS MY ESTIMATION.

4 AND I'M SORRY THAT I DIDN'T WRITE THAT AS CLEARLY AS

5 I SHOULD HAVE.

6     THE COURT:  SO YOUR OPINION IS THAT AT 5

7 PERCENT -- AND I THINK YOUR TERMINOLOGY WAS INSPIRED

8 LEVELS.  THAT MEANS IN THE LUNGS?

9     THE WITNESS:  THAT WOULD BE THE AMOUNT THAT

10 IS INSPIRED INTO THE LUNGS.

11     THE COURT:  SO AT 5 PERCENT YOU WOULD EXPECT

12 UNCONSCIOUSNESS SOMEWHERE IN THE NEIGHBORHOOD OF 10

13 TO WHATEVER YOU SAID 35 TO 40 SECONDS.  SO TEN --

14 OUTER RANGE IS 10 TO 40 SECONDS?

15     THE WITNESS:  THAT IS CORRECT.  THAT'S MY

16 ESTIMATE, MY OPINION I SHOULD SAY.

17 BY MR. CODY:

18     Q   AND SO YOU INDICATED EARLIER MILLER AND

Second Transcript (rough)

19  MAZUR, WHICH IS CITED THERE IN THAT PARAGRAPH OF YOUR

20  REPORT.  BUT WHAT OTHER SOURCE ARE YOU RELYING ON TO

21  GET THAT RANGE?

22      A  I ALSO CONSIDERED, AS I DISCUSSED EARLIER OR

23  AT SOME POINT IN MY PAPER, THE OGDEN PAPERS.  THERE

24  ARE TWO.  AND I KNOW THAT WE'VE HEARD ABOUT THOSE

25  PAPERS EARLIER.  I USED THOSE TO CONFORM MY DECISION

149

1  OR MY OPINION I SHOULD SAY.  AND THEN I ALSO INCLUDED

2  A ANIMAL STUDY, DOG STUDY, AS PART OF MY -- FORMING

3  MY OPINION.

4      Q  NOW I WANT TO ASK YOU ABOUT -- SO IS THERE

5  ONE THAT YOU REFERRED TO AS OGDEN ET AL?

6      A  YES.

7      Q  AND WHAT SORT OF PROFESSION -- PROFESSIONAL

8  IS OGDEN OR SCIENCE SPECIALIST OR WHATEVER?

9      A  OGDEN IS A -- AS FAR AS I KNOW, IS A

10  SOCIOLOGIST.  AND HE'S THE SOLE CO-AUTHOR ON ONE OF

11  THE PAPERS THAT I CITED AND THEN THERE IS ANOTHER

12  PAPER, OGDEN ET ALL, THAT I REFERRED TO.  AND THEN

13  THE CO-AUTHORS ARE DR. BILL HAMILTON AND THEN CHARLES

14  WITCHER.  AND HAMILTON AND WITCHER WERE BOTH NOW

15  PASSED AWAY.  THEY ARE -- THEY WERE

16  ANESTHESIOLOGISTS.  ONE -- HAMILTON WAS AT UCSF AND

17  WITCHER WAS AT STANFORD.

18      Q  AND I THINK WE MAY HAVE HEARD EARLIER, DR.

19  BICKLER, REFERENCE AT LEAST ONE OF THESE GENTLEMEN,

Second Transcript (rough)

20  HAMILTON PERHAPS?

21    A  YES.  YES.

22    Q  SO --

23    A  SAME INSTITUTION BOTH DR. BICKLER AND

24  DR. HAMILTON.

25    Q  YOU WERE ASKED IN YOUR DEPOSITION DIFFERENT

150

1  QUESTIONS ABOUT HELIUM.  AND JUST FOR THE RECORD, THE

2  REPORT -- WHAT WE JUST -- WE'RE GOING TO OFFER THAT

3  PARTICULAR ARTICLE.  DOES THAT DEAL WITH HELIUM OR

4  NITROGEN GAS?

5    A  THE OGDEN ONE?

6    Q  OGDEN ET AL.

7    A  YES, HELIUM.

8    Q  IS THERE ANY APPRECIABLE DIFFERENCE IN THE

9  DATA RELATED TO HELIUM VERSUS NITROGEN AS FAR AS WHAT

10  YOU'RE RELYING ON TO FORM YOUR OPINIONS?

11    A  NO.  HELIUM MIXED WITH OXYGEN IS USED FOR

12  CERTAIN RESPIRATORY CONDITIONS WHERE THERE IS

13  BASICALLY CONSTRICTION OF AIRWAYS.  AND NOT TO GET

14  INTO TOO MANY PHYSICS AREAS HERE, BUT THE HELIUM

15  ACTUALLY IS LESS DENSE AND SO THE -- YOU GET BETTER

16  FLOW BASICALLY.  SO THE OXYGEN THAT'S IN THERE CAN

17  GET TO THE ALVEOLI OR THE AIR SACS OF THE LUNG

18  BETTER.

19      BUT IN TERMS OF SORT OF WHAT I WOULD CALL

Second Transcript (rough)

20  BULK DISPLACEMENT OF AIR SUCH AS IN THE MASK OR A

21  BAG, I DON'T THINK HELIUM MAKES ANY DIFFERENCE REALLY

22  AT ALL AS FAR AS GETTING RID OF THE AIR THAT'S IN A

23  BAG OR IN THE MASK.

24    Q   AND I THINK DURING YOUR DEPOSITION IT WAS

25  BROUGHT OUT THAT IT WAS A LOWER MOLECULAR WEIGHT.

151

1  WOULD THAT HAVE ANY IMPACT AT ALL ON YOUR RESEARCH?

2    A   NO.  THE -- ESSENTIALLY A LOWER MOLECULAR

3  WEIGHT GIVES US THE PROPERTY, THIS HAVING LOWER

4  DENSITY OR -- IN TERMS OF THE ABILITY TO GET INTO THE

5  SMALL AIRWAY.  SO THAT'S BASICALLY HOW THAT FACTORS

6  IN.  BUT IT DOESN'T HAVE ANY EFFECT IN TERMS OF BULK

7  DISPLACEMENT ISSUE AS FAR AS I'M CONCERNED.

8    Q   THANK YOU.  ALL RIGHT.  AND LET'S SEE.  HOW

9  DOES THAT -- THE OGDEN AND MILLER AND MAZUR -- I MEAN

10  I THINK YOU ALREADY WENT OVER.  WOULD YOU SAY THAT

11  SUPPORTS WHAT YOU FOUND IN PARAGRAPH 21 WITH THIS

12  AMENDMENT THAT YOU'VE MADE ON THE RECORD TODAY?

13    A   YES.

14    Q   AS WELL YOU'VE CITED ANOTHER STUDY, I THINK

15  YOU SAID AN ANIMAL STUDY?

16    A   YES, THERE WAS AN ANIMAL STUDY.  HERON IS

17  THE FIRST AUTHOR.  AND THEY EUTHANIZED DOGS WITH

18  NITROGEN AND THEY LOOKED AT THE ELECTROENCEPHALOGRAM

19  OR EEG AND THEY LOOKED AT THE HEART RATE WITH THE EKG

20  AS FAR AS MONITORS ARE CONCERNED.

Second Transcript (rough)

21    Q   AND IN ADDITION TO THE SOURCES WE JUST

22  MENTIONED, DID YOU -- YOU ALSO LOOK AT INDUSTRIAL

23  ACCIDENTS INVOLVING INERT GASES?

24    A   YES.  THERE WERE A FAIR NUMBER OF INDUSTRIAL

25  ACCIDENTS THAT HAD BEEN REPORTED THAT I OBVIOUSLY HAD

152

1  HEARD SOME DISCUSSION OF EARLIER, INDUSTRIAL

2  ACCIDENTS WHERE PEOPLE, FOR EXAMPLE, WERE USING THESE

3  TYPES OF MASKS THAT ARE BEING PROPOSED HERE.  AND THE

4  INDIVIDUAL HOOKED IT UP TO A GAS SOURCE OF NITROGEN

5  INSTEAD OF AIR AND BASICALLY ASPHYXIATED OR DIED

6  BECAUSE OF THAT.  AND THE MAZUR -- THE MILLER MAZUR

7  PAPER THE -- THERE IS A CHART THERE AND THERE IS THE

8  TEN TO 12 SECONDS THAT THEY QUOTE -- ACTUALLY IT WAS

9  THE -- THERE WAS A SPACE SHUTTLE MISHAP, IS WHAT THEY

10  CALLED IT, FROM 1981 WHERE THREE WORKERS FOR NASA

11  WENT INTO THE SHUTTLE TO DO SOME MAINTENANCE AND THEY

12  DID NOT KNOW THAT NITROGEN HAD BEEN FLUSHED INTO THIS

13  SMALL AREA.  AND IT WAS BASICALLY 100 PERCENT

14  NITROGEN.  AND THEY WENT IN THERE AND THEY ALL

15  COLLAPSED WITHIN THAT AMOUNT OF TIME.  AND SADLY ONE

16  OF THEM DIED IMMEDIATELY.  I THINK THE OTHER TWO DIED

17  SOMETIME LATER.  I DON'T REMEMBER.  THEY WERE -- AND

18  I THINK ONE PERSON TRIED TO RESCUE THEM AND --

19  ANYWAY.  BUT THAT'S PART OF HOW THEY CAME UP WITH

20  THEIR TEN TO 12 SECOND ESTIMATE OR THE VALUE.

Second Transcript (rough)

21    Q   IN ADDITION TO THOSE THAT YOU JUST

22 MENTIONED, DID YOU ALSO LOOK AT ANY SITUATIONS OR

23 CASE STUDIES INVOLVING EUTHANASIA ON DOGS?

24    A   YES.  THAT WAS THE HERON PAPER THAT I

25 DISCUSSED AND -- OR MENTIONED I SHOULD SAY.

153

1    Q   AND I THINK IN YOUR DEPOSITION YOU WERE

2 ASKED ABOUT CARDIAC OUTPUT AND HOW IT WOULD DIFFER

3 BETWEEN DOGS AND HUMANS.  DO YOU RECALL?

4    A   YES, I RECALL THAT.

5    Q   AND SITTING HERE TODAY, I MEAN, DOES ANY

6 DIFFERENT -- WELL IS THERE A DIFFERENT BETWEEN THE

7 CARDIAC OUTPUT, FIRST OF ALL?

8    A   THERE IS SOME DIFFERENCE IN THE -- WHEN YOU

9 LOOK AT CARDIAC OUTPUT AND YOU'RE COMPARING LET'S SAY

10 HUMANS TO ANIMALS, IN GENERAL THE CARDIAC -- WHAT YOU

11 DO IS YOU LOOK AT THE CARDIAC OUTPUT BASED ON THE

12 WEIGHT.  SO JUST IF YOU JUST TOOK A SMALL CAT, FOR

13 EXAMPLE, AND COMPARED THE CARDIAC OUTPUT TO A HUMAN,

14 OF COURSE THE CARDIAC OUTPUT, THE AMOUNT OF BLOOD

15 THAT'S BASICALLY BEING PUMPED BY THE HEART PER MINUTE

16 IS OBVIOUSLY ON AN ABSOLUTE SCALE GOING TO BE A LOT

17 LESS THAN A CAT BECAUSE IT'S A SMALL ANIMAL.  BUT IF

18 YOU CALCULATE IT BASED ON THE BODY WEIGHT PER

19 KILOGRAM, THEN IT'S A BETTER EASIER WAY TO MAKE A

20 COMPARISON.

21       IN DOGS THEY DO HAVE HIGHER CARDIAC OUTPUTS

Second Transcript (rough)

22 BASED ON BODY WEIGHT IN COMPARISON, BUT IT'S NOT

23 SUBSTANTIALLY DIFFERENT.  AND A CARDIAC OUTPUT IS

24 PROBABLY NOT AS IMPORTANT AS THE MINUTE VENTILATION,

25 THE AMOUNT OF BREATHING.  AND IT'S TRUE THAT DOGS

154

1 HAVE SLIGHTLY HIGHER -- HAVE A LITTLE BIT HIGHER

2 MINUTE VENTILATION COMPARED TO HUMANS.  SO IT'S

3 NOT -- THEY'RE NOT DIRECTLY COMPARABLE, I WILL ADMIT

4 THAT; THAT THE DOG IS NOT DIRECTLY COMPARABLE TO THE

5 HUMAN IN THAT REGARD, BUT THEY'RE PRETTY CLOSE, I

6 WOULD SAY.

7    Q  SO WOULD THAT CHANGE YOUR OPINION AS FAR AS

8 THE TIMING THAT IT WOULD TAKE?

9    A  WELL, I THINK THAT THE TIMING I TOOK THERE

10 IS CONSIDERING ALL OF THOSE FACTORS.  THAT'S WHY I

11 EXTENDED OUT TO ABOUT 35 TO 40 SECONDS BECAUSE OF

12 THE -- FOR EXAMPLE, THE OGDEN STUDY AND THEN ALSO THE

13 DOG STUDY, I'M PROVIDING I THINK WHAT IS A REASONABLE

14 RANGE BASED ON ALL THE DATA THAT I WAS ABLE TO LOOK

15 AT.

16    Q  AND JUST FOR TO CLARIFICATION, IS THIS THE

17 HERON ET AL STUDY?

18    A  YES.  I'M PRETTY SURE THAT WAS THE FIRST

19 AUTHOR.

20    Q  ARE YOU AWARE OF ANY OF THE EXPERTS IN THIS

21 CASE ALSO MAKING REFERENCE TO THE HERON ET AL STUDY?

Second Transcript (rough)

22    A  I DON'T REMEMBER IF DR. BICKLER DID THAT.  I

23 KNOW -- I KNOW DOCTOR -- I'M SORRY.  I THINK IT'S

24 BEEN MENTIONED.  I DON'T REMEMBER WHICH -- IN WHAT

25 CONTEXT.

155

1    Q  DID YOU HAPPEN TO LOOK AT A DECLARATION BY

2 DR. MCALARY?

3    A  YES, I DID.

4    Q  AND DOES THAT HELP YOU RECOLLECT IF THAT WAS

5 A SOURCE THAT WAS CITED?

6    A  WELL, HE CITED A PAPER THAT CITED --

7       MR. STRONSKI:  OBJECTION, YOUR HONOR.  WE

8 HAVEN'T INTRODUCED ANY --

9       THE COURT:  IT'S NOT -- THERE IS NOTHING IN

10 THE RECORD FROM DR. MCALARY EXCEPT FOR DR. BICKLER'S

11 RELIANCE ON HIS OBSERVATION IN ONE OF THE ALABAMA

12 EXECUTIONS.

13       MR. CODY:  THAT'S FAIR, YOUR HONOR.

14       THE COURT:  THE OBJECTION IS SUSTAINED.

15 BY MR. CODY:

16    Q  SO MOVING ON, LET'S TALK ABOUT MOVEMENTS.  I

17 THINK WE HEARD EARLIER DR. BICKLER TALK ABOUT SOME

18 MOVEMENTS THAT HAPPENED IN HYPOXIC SITUATIONS.  AND I

19 JUST WANT TO SEE WHAT DO YOU THINK ABOUT MOVEMENTS.

20 YOU HEARD HIS TESTIMONY.  WHAT SORT OF MOVEMENTS DO

21 WE SEE IN THE BODY AFTER HYPOXIA?

22    A  WELL, THE HUMAN -- OR HUMANS CAN HAVE

Second Transcript (rough)

23  MOVEMENTS WHILE THEY'RE UNCONSCIOUS.  IT COULD BE

24  INVOLUNTARY MOVEMENTS BASICALLY DURING

25  UNCONSCIOUSNESS, SO -- FOR A VARIETY OF DIFFERENT

156

1  CAUSES.  AND THAT CERTAINLY WAS DOCUMENTED, FOR

2  EXAMPLE, WITH THE OGDEN STUDIES OR THE OGDEN PAPERS

3  WHERE -- ESPECIALLY WITH THE PAPER WHERE DR. HAMILTON

4  AND DR. WITCHER WERE THE ANESTHESIOLOGISTS THAT WERE

5  INVOLVED IN THAT PAPER -- IN REVIEWING THAT -- THOSE

6  DATA.

7       AND CLEARLY THEY DOCUMENTED THAT

8  UNCONSCIOUSNESS OCCURRED WITHIN -- I FORGET HOW

9  MANY -- 35 TO 40 SECONDS OR 50 SECONDS.  I FORGET THE

10  EXACT NUMBERS OFF THE TOP OF MY HEAD.  BUT THEY

11  LOOKED AND THEY SAW MOVEMENT -- WHEN REVIEWING THE

12  VIDEOS THEY SAW MOVEMENTS OCCURRING THAT APPEARED TO

13  BE -- THAT I WOULD SAY MAYBE A LAYPERSON MIGHT

14  CONSIDER TO BE PURPOSEFUL.  FOR EXAMPLE, THEY SAW THE

15  INDIVIDUAL MOVING THEIR ARM UP A LITTLE BIT OR

16  TWITCHING.  AND THOSE ALL OCCURRED AFTER

17  UNCONSCIOUSNESS BASED ON WHAT THEY REPORTED.  SO THAT

18  IS NOT UNEXPECTED AS FAR AS I'M CONCERNED.

19       THE DOG STUDY, FOR EXAMPLE, SHOWED THE

20  CONVULSIONS AND MOVEMENTS.  THE ERNSTING PAPER THAT I

21  CITED AND WAS ALSO DISCUSSED EARLIER TODAY SHOWED --

22  OR THEY REPORTED THAT AT THE ONSET OF UNCONSCIOUSNESS

Second Transcript (rough)

23 THERE WERE CONVULSIONS. SO MANY OF THESE MOVEMENTS

24 THAT HAVE BEEN DESCRIBED IN THE NEWSPAPER REPORTS --

25 OR THE NEWS REPORTS HAVE -- COULD VERY LIKELY I THINK

157

1 BE INVOLUNTARY CONVULSIVE MOVEMENTS OR THINGS OF THAT

2 NATURE.

3        AND THE CENTRAL NERVOUS SYSTEM, OUR BRAIN

4 AND OUR SPINAL CORD, HAVE NEURONS. THESE ARE THE

5 CELLS THAT HELP GOVERN HOW WE THINK AND HOW WE MOVE.

6 AND THEY HAVE TO ACT TOGETHER. AND YOU NEED OXYGEN

7 FOR THEM TO BEHAVE PROPERLY OR TO WORK NORMALLY. IF

8 YOU DON'T HAVE ENOUGH OXYGEN, THEY START TO FIRE OFF

9 ON THEIR OWN AND THEY'RE NOT COORDINATED. AND SO YOU

10 CAN SEE THESE MOVEMENTS BECAUSE THE MOTOR NEURONS OR

11 THE NEURONS IN OUR SPINAL CORD THAT GOVERN --

12 BASICALLY SEND SIGNALS TO MUSCLE, THOSE START TO FIRE

13 ON THEIR OWN AND ALL OF A SUDDEN YOU HAVE THIS

14 TWITCHING OCCURRING AND MOVEMENTS. AND SO THAT'S

15 BEEN ENTIRELY CONSISTENT I THINK WITH INVOLUNTARY

16 MOVEMENTS DUE TO HYPOXIA.

17    Q  JUST TO BE CLEAR, SO THE CENTRAL NERVOUS

18 SYSTEM, CAN IT EXPERIENCE HYPOXIA?

19    A  ABSOLUTELY. THE CENTRAL NERVOUS SYSTEM --

20 IN THE SETTING OF HYPOXIA, THE BRAIN AND SPINAL CORD

21 ARE GOING TO BE ORGANS THAT ARE VERY DEPENDENT ON

22 GETTING ENOUGH OXYGEN. AND IT'S -- THEY'RE GOING TO

23 DIE BASICALLY IF THEY DON'T GET ENOUGH OXYGEN. JUST

Second Transcript (rough)

24  AS AN EXAMPLE, IN THE OPERATING ROOM IF WE'RE DOING

25  ORTHOPEDIC SURGERY ON -- MAYBE THE ORTHOPEDIC SURGEON

158

1  IS DOING SOME SURGERY ON SOMEONE'S LEG, THEY'LL PUT A

2  TOURNIQUET AROUND THE LEG AND THEY'LL ACTUALLY

3  OCCLUDE THE BLOOD FLOW TO THE LEG UP TO TWO HOURS.

4  AND THEY DO THAT SO THERE IS NOT ANY BLOOD IN THE

5  FIELD.  THEN AFTER TWO HOURS THEY'LL RELEASE THE

6  TOURNIQUET AND THEN LET THE BLOOD FLOW FOR ABOUT TEN

7  OR 15 MINUTES AND THEN THEY'LL PUT THE TOURNIQUET

8  BACK UP.  SO THE LEG CAN GO TWO HOURS WITHOUT ANY

9  BLOOD FLOW.  OBVIOUSLY THE BRAIN AFTER FOUR OR FIVE

10  MINUTES YOU'RE BRAIN DEAD.  SO THE BRAIN AND THE

11  SPINAL CORD NEEDS THE BLOOD AND THE OXYGEN AND THE

12  NUTRIENTS TO BE ABLE TO WORK PROPERLY.  IT WON'T

13  SURVIVE VERY LONG WITHOUT THAT.

14      Q   IN YOUR DEPOSITION YOU WERE ASKED ABOUT

15  ASPHYXIATION.  CAN YOU GIVE KIND OF A TEXTBOOK

16  DEFINITION OF ASPHYXIATION?

17      A   IT'S ESSENTIALLY THE PREVENTION OR THE LACK

18  OF OXYGEN.  AND THAT COULD BE FROM NOT DELIVERING THE

19  OXYGEN, IT COULD BE, FOR EXAMPLE CYANIDE POISONING,

20  THINGS OF THAT NATURE.  IT COULD BE STRANGULATION

21  WHERE YOU'RE NOT ABLE TO DELIVER OXYGEN BECAUSE

22  YOU'RE BEING STRANGLED OR CHOKED.  THOSE WOULD BE

23  SOME OF THE WAYS.  SMOTHERING WOULD ALSO BE

Second Transcript (rough)

24 CONSIDERED ASPHYXIATION UNDER THAT LARGE UMBRELLA I

25 GUESS.

159

1    Q   SUFFOCATION?

2    A   YES.

3    Q   SO IS HYPOXIA DIFFERENT FROM SUFFOCATION?

4    A   HYPOXIA IS BASICALLY -- HYPO MEANS BASICALLY

5 LOW OXYGEN.  IT'S LOW OXYGEN.  HYPOXIA, LOW OXYGEN

6 BEING DELIVERED.  WE TALK ABOUT HYPOXIA IN THE

7 TISSUES.  IF WE'RE TALKING ABOUT LOW OXYGEN IN THE

8 BLOOD, WE OFTEN USE THE WORD HYPOXEMIA WITH THE EMIA

9 BEING -- REFERRING TO THE BLOOD, THINGS OF THAT

10 NATURE.  THOSE ARE THE TERMS THAT WE WOULD USE.

11    Q   SO WITH HYPOXIA DOES ONE HAVE THE SENSATION

12 OF NOT BEING ABLE TO BREATHE?

13    A   THERE HAVE BEEN -- CERTAINLY PEOPLE DO GET

14 THE SENSE OF BREATHLESSNESS.  THEY CAN I SHOULD SAY.

15 BASED ON WHAT I'VE SEEN IN MY REVIEW, I THINK THAT'S

16 LIMITED AND THAT IT'S NOT A ACROSS THE BOARD HAPPENS

17 TO EVERYBODY AND THEN IT'S SEVERE.  I SHOULD SAY IT'S

18 NOT SEVERE BASED ON WHAT I HAVE SEEN IN THE REPORTS

19 THAT I REVIEWED.

20    Q   AND WITH HYPOXIA, CARBON DIOXIDE, DOES IT

21 BUILD UP?

22    A   IF IT'S JUST HYPOXIA, IF YOU JUST -- IF

23 YOU'RE BREATHING A INERT GAS AND YOU DON'T HAVE ANY

24 OXYGEN BEING DELIVERED, YOU'RE STILL ABLE TO BREATHE

Second Transcript (rough)

25 IN AND OUT, YOU'RE ABLE TO GET -- EXHALE THE CARBON

160

1 DIOXIDE, THEN YOU DON'T NECESSARILY HAVE A BUILD-UP

2 OF CARBON DIOXIDE.  IF YOU HAVE A STRANGULATION OR A

3 SMOTHERING TYPE OF EVENT AND YOU CAN'T BREATHE OR YOU

4 CAN'T MOVE THE AIR IN AND OUT OR GET RID OF THE

5 CARBON DIOXIDE, THEN YOU WOULD HAVE A BUILD-UP OF

6 CARBON DIOXIDE IN THAT SETTING.

7    Q   COULD A PERSON EXPERIENCE HYPOXIA WITHOUT

8 EVEN REALIZING IT?

9    A   YES, THEY COULD.  SOME PEOPLE WILL HAVE SOME

10 SYMPTOMS I SUPPOSE.  AND I THINK THAT'S PRETTY CLEAR

11 FROM THE -- EVEN SOME OF THE REPORTS THAT I REVIEWED.

12 BUT I THINK A NUMBER OF INDIVIDUALS MAY NOT NOTICE

13 THAT THEY HAVE HYPOXIA.  BUT MOST OF THEM MIGHT FEEL

14 SOMETHING IN TERMS OF TUNNEL VISION OR -- I KNOW

15 WE'VE ALREADY DISCUSSED THAT ONE SAWSON PAPER WHERE

16 YOU COULD HAVE TUNNEL VISION, LIGHTHEADEDNESS,

17 DIZZINESS, THINGS LIKE THAT.

18    Q   WOULD LOUISIANA'S NITROGEN HYPOXIA SYSTEM

19 CAUSE ANYONE TO SUFFER PAIN, IN YOUR OPINION?

20    A   NO.

21    Q   WHO IS DR. PHILIP NUCCI?  I THINK WE HEARD

22 HIS NAME BEFORE, BUT WHO IS THAT TO YOU?

23    A   HE IS A -- HE WAS THE -- ONE OF THE EXPERT

24 WITNESSES ON BEHALF OF KENNY SMITH, AND HE IS AN

Second Transcript (rough)

25 ADVOCATE FOR ASSISTED SUICIDE.  I'M NOT SURE IF

161

1 THAT'S EXACTLY HOW HE WOULD SAY HE IS.  BUT HE

2 ADVOCATES FOR USING NITROGEN ESSENTIALLY FOR

3 EUTHANASIA FOR BASICALLY ASSISTED SUICIDE.

4    Q   AND DO YOU QUOTE HIM IN YOUR REPORT?

5    A   YES, I DO.  HE -- AFTER THE KENNY SMITH

6 EXECUTION, HE BASICALLY SAID THAT HE THOUGHT KENNY

7 WAS HOLDING HIS BREATH AND THAT'S WHY ALL THAT

8 STRUGGLING WAS OCCURRING, BECAUSE KENNY SMITH WAS

9 HOLDING HIS BREATH.

10    Q   DO YOU KNOW IF THERE WAS AN AUTOPSY DONE ON

11 MR. SMITH?

12    A   YES, THERE WAS.

13    Q   WHAT IS PULMONARY EDEMA?

14    A   PULMONARY EDEMA IS COLLECTION OF BLOOD.

15       MR. STRONSKI:  OBJECTION, YOUR HONOR.  NEVER

16 MIND.  I'LL WITHDRAW IT.

17       THE COURT:  OBJECTION WITHDRAWN.  CARRY ON.

18       THE WITNESS:  PULMONARY EDEMA IS A

19 COLLECTION OF ESSENTIALLY BLOOD AND FLUID IN THE

20 LUNGS, MORE THAN THERE SHOULD BE.  OBVIOUSLY LUNGS --

21 EVEN NORMAL LUNGS ARE GOING TO HAVE SOME BLOOD AND

22 SOME SMALL AMOUNT OF FLUID IN IT.  BUT THIS IS A -- A

23 LOT OF FLUID BEING COLLECTED IN THE LUNGS AND A LOT

24 OF BLOOD.

25       SO THE LUNGS ARE EDEMATOUS, THEY'RE

Second Transcript (rough)

162

1 HEAVY AND THEY'RE SORT OF FEEL A LOT MORE DENSE

2 BECAUSE OF ALL THAT BLOOD AND FLUID.  MOST -- PEOPLE

3 USE THE TERM PULMONARY CONGESTION, WHICH IS REALLY

4 ABOUT THE BLOOD.  PULMONARY EDEMA IS MORE ABOUT THE

5 FLUID THAT'S COLLECTED IN THE AIR SACS OF THE LUNGS

6 BUT ALSO AROUND THOSE AIR SACS.

7    Q  DO YOU KNOW WHETHER MR. SMITH SUFFERED WITH

8 PULMONARY EDEMA RELATED TO THE HYPOXIA?

9    A  WELL, HE HAD PULMONARY EDEMA.

10     MR. STRONSKI:  OBJECTION, YOUR HONOR.  HIS

11 MEDICAL EXPERTISE DOESN'T EXTEND TO BEING A MEDIAL

12 EXAMINER ON AUTOPSIES.

13     MR. CODY:  I'LL MOVE ON, YOUR HONOR.

14     THE COURT:  CARRY ON.

15     MR. CODY:

16    Q  SO TURNING BACK TO THE -- YOU'VE SEEN

17 LOUISIANA'S PROTOCOL.  IS THAT CORRECT?

18    A  YES.

19    Q  AND AS FAR AS THE AMOUNT OF TIME THAT GAS IS

20 TO BE ADMINISTERED, YOU'VE REVIEWED THAT AS WELL, I

21 SUPPOSE?  NITROGEN GAS, I SHOULD SAY.

22    A  YES.  AS FAR AS THE -- YES, THE 15 MINUTES

23 OR FIVE MINUTES AFTER THE LAST READING OR BASICALLY

24 THE LAST BLIP ON THE ECG, WHICHEVER IS LONGER.

25    Q  IS THIS CONSISTENT ALSO WITH THE ALABAMA

Second Transcript (rough)

1 PROTOCOL?

2     A   IF YOU JUST GIVE ME A MOMENT TO PAUSE.

3     Q   YES.

4     A   I'M ONLY PAUSING BECAUSE THERE ARE

5 COMPONENTS OF THE ALABAMA PROTOCOL THAT ARE REDACTED

6 AND I HAVE SEEN THE UNREDACTED VERSION.  SO I WILL

7 ANSWER BY SAYING IT'S CONSISTENT.

8     Q   AND I'M JUST SPEAKING AS TO THE TIME FRAME I

9 GUESS IF THAT HELPS.

10         THE COURT:  I THINK HE'S WORRIED ABOUT

11 BREACHING SOME KIND OF CONFIDENTIALITY FROM THE

12 ALABAMA PROTOCOL.  WHY DON'T YOU ASK HIM A DIRECT

13 QUESTION.  WHAT'S YOUR QUESTION ABOUT THE TIME FRAME?

14     Q   SO THE TIME FRAME OF LOUISIANA'S PROTOCOL,

15 IS THAT SUFFICIENT TO ENSURE DEATH?

16     A   YES.

17     Q   AND A PAINLESS DEATH?

18     A   YES.

19     Q   CAN YOU EXPLAIN THE DIFFERENCES IN THE TYPE

20 OF HYPOXIA STUDIES THAT DR. BICKLER DOES VERSUS THE

21 LOUISIANA NITROGEN HYPOXIA SYSTEM?

22     A   YES.  SO I THINK THAT WAS ADDRESSED WITH

23 THE -- DR. BICKLER.  SO BASICALLY WHAT DR. BICKLER IS

24 DESCRIBING AS HE DESCRIBES IN HIS PAPER -- PAPERS IS

25 THAT THEY GO SLOWLY DOWN WITH THE OXYGEN THAT'S BEING

Second Transcript (rough)

1  INSPIRED SO THAT THEY ACHIEVE A CERTAIN O2 SATURATION

2  ON THE PULSE OXIMETER.  AND I'M JUST SORT OF

3  DESCRIBING A TYPICAL OF THE STUDY THAT HE HAS WRITTEN

4  ABOUT AND HAS STUDIED.  AND THEY GO DOWN AND THEY

5  MAINTAIN AN OXYGEN SATURATION AT A CERTAIN LEVEL,

6  LET'S SAY, MAYBE 85 PERCENT, AND THEN THEY GO DOWN

7  EVEN FURTHER, DOWN TO MAYBE 75 PERCENT AND KEEP THAT

8  THERE FOR PERHAPS FIVE MINUTES, I THINK IN THAT

9  RANGE.  AND THEN THEY MAYBE GO DOWN A LITTLE BIT

10  LOWER TO -- SOUNDS LIKE 70 PERCENT IS THEIR LOWER

11  LIMIT.

12        SO THEY TAKE THESE SLOW DECLINES BASICALLY

13  RELATIVE TO WHAT HAPPENS IN THE LOUISIANA PROTOCOL AS

14  THE -- THE WAY IT'S DESCRIBED, IT'S A VERY RAPID

15  ONSET, A VERY RAPID DECLINE IN OXYGEN.  SO AS FAR AS

16  SYMPTOMS ARE CONCERNED, IT'S CLEAR THAT IF YOU'RE

17  TAKING SOMEBODY DOWN TO THESE LEVELS AS DR. BICKLER

18  IS DOING, THERE IS TIME FOR SOME OF THESE SYMPTOMS TO

19  OCCUR THAT HE HAS DESCRIBED.  BUT WITH A RAPID

20  DECLINE, WE'RE GETTING DOWN -- WITH THE NITROGEN

21  HYPOXIA SYSTEM, WE'RE GETTING DOWN TO OXYGEN LEVELS

22  THAT ARE VERY, VERY LOW, MUCH LOWER THAN WHAT DR.

23  BICKLER DOES IN HIS STUDIES.  AND THEY'RE BEING

24  ACHIEVED VERY RAPIDLY.  SO FOR EXAMPLE, MY GUESS IS

25  PROBABLY AT THE 30 OR 40-SECOND LEVEL IN THE NITROGEN

Second Transcript (rough)

1 HYPOXIA SYSTEM, YOU'VE ALREADY GONE PAST THE LOWER

2 LEVEL OF WHAT DR. BICKLER WOULD BE NORMALLY

3 STUDIED -- WOULD NORMALLY STUDY.  SO THERE ISN'T

4 REALLY A LOT OF TIME FOR SOMEBODY TO DEVELOP SYMPTOMS

5 BEFORE THEY BECOME UNCONSCIOUS.

6    Q  SO BASED ON YOUR RESEARCH AND TESTING, WHAT

7 IS YOUR OVERALL OPINION OF THE EFFECTIVENESS AND

8 HUMANENESS OF THE NITROGEN HYPOXIA SYSTEM AS A METHOD

9 OF EXECUTION?

10    A  WELL, I THINK THAT THE -- FROM THE

11 EFFECTIVENESS PERSPECTIVE, IT'S CLEAR TO ME THAT

12 YOU -- SOMEONE WILL DIE IF THEY BREATHE 95 TO A

13 HUNDRED PERCENT NITROGEN.  AND EVEN DR. BICKLER I

14 THINK'S SAID THAT, AS I RECALL.  SO THAT'S NOT, YOU

15 KNOW -- THAT'S NOT DEBATABLE.  NO QUESTION, IF YOU

16 GET IT DOWN TO THAT LEVEL AND KEEP IT THERE, SOMEBODY

17 WILL DIE.  THAT PERSON WOULD DIE.

18      AS FAR AS THE HUMANENESS OR THE -- OR FROM A

19 PAIN PERSPECTIVE, I DON'T BELIEVE THAT SOMEONE IS

20 GOING TO HAVE PAIN AS A RESULT OF THAT.  IT WILL

21 HAPPEN VERY RAPIDLY.  AND EVEN I THINK DR. BICKLER

22 SAID THERE IS NOT ANY PHYSICAL PAIN.  AND I WOULD

23 AGREE THERE IS NOT REALLY ANY PHYSICAL PAIN.  ANY

24 CHANCE OF THE SHORTNESS OF BREATH, YES, I SUPPOSE

25 PEOPLE COULD GET THAT SENSATION.  BUT AGAIN, THAT'S

166

Second Transcript (rough)

1 HAPPENING VERY RAPIDLY.  AND JUST FOR CONTEXT -- AND

2 I THINK I MENTIONED THIS IN MY REPORT -- WE PUT

3 PEOPLE -- WELL, ALL OF US OR HOPEFULLY ALL OF US

4 EXERCISE.  AND MAYBE AT SOME POINT IN OUR LIVES WE

5 EXERCISE QUITE VIGOROUSLY AND WE GET SHORT OF BREATH.

6 AND STUDIES HAVE BEEN DONE THAT I QUOTED WHERE YOU

7 GET VERY SHORT OF BREATH WITH EXERCISE.  IF YOU'VE

8 EVER BEEN ON A TREADMILL, AN EXERCISE TREADMILL, EVEN

9 FOR A MEDICAL PURPOSE -- I'VE DONE THAT -- AND YOU

10 CAN GET REALLY SHORT OF BREATH FROM THAT.

11      WELL, PEOPLE GET SHORT OF BREATH FROM

12 EXERCISE AND BEING ON A TREADMILL THOUSANDS OF TIMES

13 A DAY ACROSS THE UNITED STATES.  EVEN AT THAT

14 LEVEL -- I'M NOT SAYING THAT WITH NITROGEN HYPOXIA

15 THAT WE'RE GETTING THAT AMOUNT OF SHORTNESS OF

16 BREATH.  BUT IT IS THAT TYPE OF SHORTNESS OF BREATH

17 BEYOND A SEVERE EXERCISE LIKE THAT HAS BEEN REPORTED

18 TO BE AMONG THE MOST INTENSE AIR HUNGER, IF YOU WANT

19 TO CALL IT THAT.  AND I DON'T THINK THE AMOUNT OF AIR

20 HUNGER THAT PEOPLE DESCRIBE OR HAS BEEN DESCRIBED IN

21 THE LITERATURE RELATED TO NITROGEN TO LOW LEVELS OF

22 OXYGEN GETS EVEN CLOSE TO THE AMOUNT OF SHORTNESS OF

23 BREATH THAT PEOPLE HAVE FROM EXERCISE.  SO I THINK

24 THAT'S SORT OF AN IMPORTANT CONTEXT ABOUT, YOU KNOW,

25 WHAT ARE WE TALKING ABOUT IN TERMS OF THE SHORTNESS

167

1 OF BREATH.

Second Transcript (rough)

2       NOW, YOU ASKED ABOUT HUMANENESS.  I NEVER --

3  I'M SORRY, I NEVER ADDRESS WHETHER A PROTOCOL IS

4  HUMANE OR NOT.  I DON'T THINK THAT'S MY ROLE AS AN

5  EXPERT WITNESS.  WITH ALL DUE RESPECT, I THINK THAT'S

6  FOR THE COURT TO DECIDE, NOT FOR ME, SO I'M NOT GOING

7  TO -- I CAN'T REALLY ANSWER THAT.

8     Q  AND THAT'S FAIR AND I WENT TOO FAR IN MY

9  QUESTIONING.  I APOLOGIZE.

10      SO YOU SAW THE ALTERNATIVE METHODS THAT THE

11  PLAINTIFF HAS PUT FORTH AS ALTERNATIVES TO THE

12  NITROGEN HYPOXIA SYSTEM.  IS THAT CORRECT?

13    A  YES.

14    Q  SO AS FAR AS THOSE, WHAT IS YOUR EVALUATION

15  OF THE MAID METHOD?

16    A  WELL, AS WAS DISCUSSED EARLIER, THE DATA ARE

17  VERY CLEAR THAT THE MEDIAN TIME TO DEATH WITH THAT

18  PROTOCOL WAS AROUND 48 MINUTES I BELIEVE.  AND THEN

19  DR. BLANKE SAID THAT HE WAS USING A HIGH DOSE AND

20  THERE IS NO DATA THERE ON THE HIGH DOSE ABOUT WHAT

21  TIME OF DEATH IS.  BUT HE SAID THAT'S SHORTER.  BUT

22  REMEMBER THESE ARE INDIVIDUALS WHO ARE -- BASICALLY

23  HAVE SEVERE LIFE-ENDING DISEASE.  THEY HAVE SEVERE --

24  YOU KNOW THEY HAVE CANCER OR THEY MAY HAVE SOME TYPE

25  OF MUSCULAR DISEASE OR SOMETHING OF THAT NATURE AND

168

1  THEY'RE OLD.  I THINK THE AVERAGE AGE IS AROUND 70

Second Transcript (rough)

2  YEARS OR MORE.  SO THEY'RE OLD AND DEBILITATED.

3      AND THOSE -- AND I CAN TELL YOU FROM JUST MY

4  EXPERIENCE AS AN ANESTHESIOLOGIST -- AND I'VE WRITTEN

5  ABOUT THIS WITH ELDERLY -- THE LITERATURE IS VERY

6  CLEAR ABOUT IF YOU ARE OLD AND DEBILITATED, YOU'RE

7  VERY SENSITIVE TO DRUGS.  AND EVEN IN THAT SETTING

8  THE TIME TO DEATH IS AROUND 48 -- THE MEDIAN I

9  THINK -- I WOULD HAVE TO REVIEW THE PAPER, BUT I

10  THINK IT WAS THE MEDIAN -- AND SOMETIMES EXTENDED FOR

11  HOURS.

12      NOW, THE INMATE HERE IS, I UNDERSTAND, 46

13  YEARS OLD.  I DON'T KNOW ANYTHING ABOUT HIS MEDICAL

14  HISTORY, WHETHER HE HAS ANY TYPE OF DISEASE OR NOT,

15  SO I DON'T KNOW WHAT'S GOING ON IN TERMS OF THAT.

16  BUT JUST BASED ON THE AGE FACTOR, HE WOULD BE

17  RELATIVELY RESISTANT, BASED ON MY EXPERIENCE WITH

18  GIVING DRUGS TO PEOPLE, INCLUDING BARBITURATES.  THAT

19  IS ONE OF THE PROTOCOL IN THE PROTOCOL, INCLUDING

20  BENZODIAZEPINES, BECAUSE THAT'S PART OF THAT MAID

21  PROTOCOL.  AND SO I THINK THAT IS AN ISSUE THAT HAS

22  TO BE THOUGHT ABOUT, IS HOW LONG IT TAKES FOR SOMEONE

23  TO DIE FROM THAT, ESPECIALLY SOMEONE WHO'S YOUNG AND

24  MAYBE -- I DON'T KNOW WHETHER HE'S HEALTHY OR NOT,

25  BUT HE'S CERTAINLY YOUNG RELATIVELY SPEAKING.

169

1  ANYBODY YOUNGER THAN ME IS YOUNG, I GUESS.

2      Q  THANK YOU.  SO AS FAR AS DO YOU HAVE ANY --

Second Transcript (rough)

3 DO YOU HAVE ANY KNOWLEDGE ABOUT ACCESS TO DRUGS?  DO

4 ANY STATES -- DO STATES GENERALLY HAVE DIFFICULTY, DO

5 YOU KNOW, IN GETTING ACCESS TO SOME OF THE DRUGS

6 NEEDED FOR THIS COCKTAIL?

7      MR. STRONSKI:  OBJECTION, YOUR HONOR.  I

8 THINK THAT IS NOT WITHIN HIS AREA OF EXPERTISE.

9      MR. CODY:  YOUR HONOR, IF I CAN --

10      THE COURT:  YOU'RE GOING TO WITHDRAW THE

11 QUESTION?

12      MR. CODY:  CAN I GO AHEAD AND LAY A

13 FOUNDATION, I MEAN, AS FAR AS -- I'LL WITHDRAW THE

14 QUESTION, YOUR HONOR.

15      THE COURT:  OKAY.

16      MR. CODY:

17   Q   NOW, THERE IS ANOTHER METHOD THAT THE

18 PLAINTIFF ADVANCED.  DID YOU LOOK INTO THAT AS WELL?

19   A   I'M SORRY.  I DIDN'T FULLY ANSWER YOUR FIRST

20 QUESTION, THOUGH, THE MAID QUESTION.  I'M SORRY, I

21 DIDN'T GET -- THERE WERE SOME OTHER POINTS I WANTED

22 TO MAKE.

23      THE RECTAL ADMINISTRATION OF DRUGS I HAVE --

24 AS AN ANESTHESIOLOGIST, WE'RE VERY FAMILIAR WITH

25 DIFFERENT ROUTES OF ADMINISTRATION.  SO SOMETIMES,

170

1 ESPECIALLY IN PEDIATRICS AND OTHER CASES, WE HAVE TO

2 GIVE RECTAL DRUGS, SO WE'RE VERY FAMILIAR WITH

Second Transcript (rough)

3  DIFFERENT ROUTES OF ADMINISTRATION, AND THE RECTAL

4  ADMINISTRATION OF DRUGS IS -- COULD BE A PROBLEM IN

5  TERMS OF ABSORPTION.  AND SO ACTUALLY EVEN IN THE

6  PAPER THAT DR. BLANKE CITED AND I ALSO CITED, THEY

7  COMMENT ON THE RECTAL ADMINISTRATION OF DRUGS AND

8  THAT BEING A POTENTIAL ISSUE IN TERMS OF DELAYED

9  ONSET.

10      AND THEN THE -- A TUBE WILL BE PLACED,

11  REFLECT TUBE, AND A BALLOON IS BLOWN UP WOULD CAUSE

12  THE URGE TO DEFECATE EVEN IN SOMEBODY THAT'S NOT --

13  YOU KNOW, DIDN'T WANT TO TRY TO EXPEL IT WILL GIVE

14  THE URGE TO DEFECATE.  IT'S LIKE AN ENEMA IN A WAY.

15  AND SO THERE WILL BE AN URGE TO DEFECATE.  AND IF

16  YOU'RE ACTIVE --

17      MR. STRONSKI:  OBJECTION, YOUR HONOR.  I

18  OBJECT FIRST, AGAIN HE IS NOT -- HAS NO EXPERTISE IN

19  MAID AND PROCEDURES.  SECONDLY, THIS IS ALL NEW STUFF

20  THAT JUST -- WE TOOK HIS DEPOSITION A COUPLE OF DAYS

21  AGO IN WHICH HE SAID HE'S NOT AN EXPERT IN MAID.  SO

22  I THINK THIS IS ALL NEW AND IT'S OUTSIDE OF HIS AREA

23  OF EXPERTISE.

24      MR. CODY:  YOUR HONOR, HE'S ALSO A EXPERT IN

25  PHYSIOLOGY.  I DON'T THINK THE FACT THAT SOMETHING IN

171

1  A CERTAIN PLACE MIGHT CAUSE SOMEONE TO FEEL THE

2  SENSATION OF NEEDING TO DEFECATE IS SOMETHING THAT IS

3  PARTICULAR TO MAID.

Second Transcript (rough)

4      THE COURT:  AND THAT MAY BE.  BUT WHAT'S

5  FINE FOR THE GOOSE IS FINE FOR THE GANDER.  DID THE

6  DEFENDANT'S HAVE NOTICE THAT HE WAS GOING TO TALK

7  ABOUT THAT?  IT'S NOT IN HIS DECLARATION.

8      MR. STRONSKI:  NO, YOUR HONOR.

9      MR. CODY:  THE MAID IS IN HIS DECLARATION

10  YOUR HONOR AND HE TALKS ABOUT THE --

11      THE COURT:  THE EFFECTS OF THE TUBE AND THE

12  BALLOON, THOSE ARE NOT IN HIS DEPOSITION.  I WILL

13  SUSTAIN THE OBJECTION.  OR IN HIS DEPOSITION OR IN

14  HIS --

15      MR. STRONSKI:  YOUR HONOR I MOVE TO STRIKE

16  THE ANSWER ALSO BEFORE.

17      THE COURT:  YES.  WELL, STRIKE THE ANSWER

18  FROM THE RECORD.  ACTUALLY, I DON'T KNOW THAT THAT

19  ACTUALLY -- GO AHEAD.  KEEP GOING.

20      MR. CODY:  YES, YOUR HONOR.

21   Q  IS THAT ALL YOU HAD TO SAY ON THAT TOPIC?

22   A  YES.

23   Q  ALL RIGHT.  AND DID YOU LOOK AT THE OTHER

24  ALTERNATIVE TO NITROGEN HYPOXIA ADVANCED BY THE

25  PLAINTIFFS?

172

1   A  YES.  FIRING SQUAD.  I DID.

2   Q  WITHOUT SOLICITING ANY TYPE OF OPINION FROM

3  YOU REGARDING BALLISTICS OR THE PROPER HANDLING OF

Second Transcript (rough)

4 FIREARMS, WHAT -- DO YOU HAVE ANY OPINION CONCERNING

5 PAIN REGARDING TISSUE DAMAGE RELATED TO A FIRING

6 SQUAD?

7    A   RIGHT.  SO AS I MENTIONED EARLIER, WE TOOK

8 CARE OF A LOT OF PATIENTS WITH GUNSHOT WOUNDS SO --

9 AND OTHER INJURIES, BONY INJURIES.  SO BONE CAN BE

10 VERY PAINFUL WHEN IT GETS BROKEN.  THE BONE IS

11 SURROUNDED BY SOMETHING CALLED THE PERIOSTEUM, AND

12 THAT'S WHERE THE NERVE FIBERS ARE.  SO IF YOU SHATTER

13 BONE, THAT'S GOING TO BE VERY PAINFUL.  THAT'S VERY

14 WELL-DOCUMENTED.

15      SO WHEN SOMEONE IS SHOT THROUGH THE CHEST

16 AND THOSE BULLETS END UP EXITING THE BACK AND GOING

17 THROUGH THE SPINE, YOU'VE -- OBVIOUSLY YOU'VE DAMAGED

18 THE STERNUM, WHICH IS IN THE FRONT, SOME OF THE RIBS,

19 AND THEN THE SPINE IN THE BACK.  AND THEN YOU'VE ALSO

20 DAMAGED THE SPINAL CORD POTENTIALLY.  AND THE SPINAL

21 CORD -- WE'VE ALL HAD THE SENSATION OF HITTING OUR

22 FUNNY BONE, WHICH IS THE ULNAR NERVE IN OUR ELBOW.

23 AND WHEN YOU TOUCH THE SPINE -- THE SPINAL CORD --

24 AND THIS HAPPENS IN SURGERY WHEN SPINE SURGEONS ARE

25 DOING SPINAL SURGERY AND THE PATIENT DOESN'T HAVE A

173

1 MUSCLE RELAXANT ON BOARD -- AND THEY TOUCH THE

2 SPINAL -- THE SPINAL COLUMN, YOU'LL SEE THE LEG

3 TWITCH.  AND EVEN THOUGH THEY'RE ANESTHETIZED, THAT'S

4 THE SAME TYPE OF THING THAT HAPPENS ESSENTIALLY WHEN

Second Transcript (rough)

5  YOU BASICALLY HIT YOUR FUNNY BONE; YOU CAN GET THAT

6  TYPE OF SENSATION.

7       SO WHEN YOU DESTROY THE SPINAL CORD,

8  BASICALLY ALL THOSE RAW ENDINGS BASICALLY WHERE THERE

9  ARE NEURONS ESSENTIALLY IN THE SPINAL CORD WILL BE

10  FIRING.  AND THAT COULD BE QUITE PAINFUL OR SENSATION

11  OF PAIN RELATED TO THAT.  SO DURING THE PERIOD WHERE

12  SOMEONE IS STILL CONSCIOUS AFTER A GUNSHOT WOUND LIKE

13  THAT, THEN THAT WOULD BE, IN MY OPINION, QUITE

14  PAINFUL.

15    Q  SO IN YOUR OPINION, WOULD THE FIRING SQUAD

16  METHOD SIGNIFICANTLY REDUCE THE RISK OF SEVERE PAIN

17  FROM -- COMPARED TO NITROGEN HYPOXIA AS A METHOD OF

18  EXECUTION?

19    A  NO.  I THINK THAT THE PAIN WOULD BE MORE

20  BECAUSE IT'S -- AGAIN, IT'S NOT PAIN -- IN MY

21  OPINION, IT'S NOT PAINFUL TO HAVE THE NITROGEN

22  HYPOXIA.  I THINK IT'S PAINFUL -- IT WOULD BE PAINFUL

23  TO HAVE THE GUNSHOT WOUND.

24    Q  AND REGARDING THE MAID -- NOT GETTING INTO

25  ANY SPECIFICS BEYOND WHAT YOU TALKED ABOUT IN YOUR

174

1  REPORT.  BUT YOU DID TALK ABOUT THE PROLONGED TIME

2  FRAME FOR MAID TO ACHIEVE DEATH.  CORRECT?

3    A  YES.

4    Q  NOW, AS FAR AS THE PROLONGED TIME FRAME, HOW

Second Transcript (rough)

5 DOES THAT COMPARE TO NITROGEN HYPOXIA?

6     A   THE DATA THAT WAS IN THE PAPER THAT DR.

7 BLANKE ALSO REFERENCED, THE MEDIAN TIME AS I RECALL

8 WAS AROUND 48 MINUTES.  I THINK IT WAS AROUND .8

9 HOURS AS I RECALL.  SO THAT'S -- THAT MEANS THAT HALF

10 OF THE INDIVIDUALS DIED WITHIN 48 MINUTES, BUT THE

11 OTHER HALF TOOK LONGER.  AND EVEN DR. BLANKE I THINK

12 QUOTED AROUND 78 PERCENT OR 80 PERCENT APPROXIMATELY

13 TOOK 96 MINUTES TO DIE.  SO THAT'S A LOT LONGER THAN

14 THE TIME TO DEATH WITH NITROGEN HYPOXIA.

15     Q   THANK YOU.

16     A   AND THE TIME TO DEATH IN AN EXECUTION

17 SETTING IS ALWAYS GOING TO BE -- THE OFFICIAL VALUE

18 IS ALWAYS A BIT PROLONGED.  SO LET ME WALK YOU

19 THROUGH A SCENARIO HERE.  IN THIS PROTOCOL -- JUST IN

20 THIS PROTOCOL, THEY WAIT AT LEAST FIVE MINUTES AFTER

21 THE LAST BLIP ON THE HEART BEAT ON THE ECG.  AND IT

22 COULD BE LONGER THAN THAT.  IF THE HEART STOPS AND

23 IT'S SAY A MINUTE EIGHT, THE PROTOCOL SAYS YOU WAIT

24 TILL 15 MINUTES.  ALL RIGHT.  SO THAT'S ANOTHER SEVEN

25 MINUTES AFTER THE LAST HEART BEAT.  AND THEN THEY

175

1 TURN THE EXHAUST FAN ON I BELIEVE, AND THEN THE

2 PERSON GOES IN TO DECLARE THE INMATE DEAD.  THAT

3 MAYBE TAKES ANOTHER TWO OR THREE MINUTES.

4     SO BASICALLY EVEN THOUGH THE LAST HEART BEAT

5 MIGHT HAVE BEEN AT MINUTE EIGHT, THE TIME OF DEATH

Second Transcript (rough)

6 MAY BE POTENTIALLY ANOTHER TEN MINUTES.  IT KIND OF

7 DEPENDS, BUT -- SO IT LOOKS LIKE WHILE THAT PERSON

8 EIGHT PLUS TEN -- 18 MINUTES TO DIE WHEN IN FACT THE

9 LAST HEART BEAT WAS AT EIGHT MINUTES.  NOW, I'M NOT

10 SAYING THAT'S OCCURRED IN THESE EXECUTIONS BECAUSE I

11 HAVE NOT BEEN THERE TO SEE THE ECG.  BUT IF YOU JUST

12 THINK IN TERMS OF A PRACTICAL MATTER, THAT HAS TO BE

13 OCCURRING.  BECAUSE AS A PHYSICIAN WHEN YOU DECLARE

14 DEATH, THAT'S THE POINT IN WHICH YOU'RE EXAMINING THE

15 PATIENT OR THE INMATE IN THIS CASE.  I GUESS THE

16 INMATE.  BUT THEY'RE EXAMINING SOMEONE.  EVEN THOUGH

17 THE HEART MAY HAVE STOPPED, YOU KNOW, EIGHT MINUTES

18 AGO -- YOU SEE A TIME TO DEATH IS HERE, SO IT LOOKS

19 LIKE A LONG TIME TO DEATH, BUT IN FACT THEY MAY HAVE

20 DIED QUITE BEFORE THAT.

21     Q  THANK YOU, DR. ANTOGNINI.  I JUST WANT TO

22 SHOW YOU NOW SOME OF THE ARTICLES THAT YOU DISCUSSED

23 EARLIER.

24       MR. CODY:  MS. YDARRAGA, IF YOU COULD PULL

25 UP 321.

176

1     THE COURT:  HAS IT ALREADY BEEN ADMITTED?

2     MR. CODY:  I'M ABOUT TO ASK IT BE ADMITTED,

3 YOUR HONOR.

4     MR. STRONSKI:  YOUR HONOR, I'M GOING TO

5 OBJECT TO THESE ADMISSIONS.  THIS IS TECHNICALLY

Second Transcript (rough)

6  HEARSAY AND HE'S ALREADY TESTIFIED ABOUT THEM, SO HIS

7  TESTIMONY IS IN EVIDENCE.  SO WE'RE GOING TO OBJECT.

8        THE COURT:  ALL RIGHT.  SO WHAT IS 321?

9        MR. CODY:  321, YOUR HONOR, IS MILLER AND

10  MAZUR.  THAT IS ONE OF THE ARTICLES THAT HE CITES IN

11  HIS REPORT.

12        THE COURT:  SO THESE ARE HIS RELIANCE

13  MATERIALS?

14        MR. CODY:  YES, YOUR HONOR.

15        THE COURT:  AND YOU CONTEND THAT HIS

16  RELIANCE TERMS ARE INADMISSIBLE?

17        MR. STRONSKI:  YES, YOUR HONOR, THEY'RE

18  HEARSAY.  I MEAN EVEN IF HE WROTE THEM IT WOULD BE

19  HEARSAY.  HE TESTIFIED ABOUT THEM.  THAT IS THE

20  TESTIMONY.  IT'S AN OUT OF -- IT'S THE STATEMENTS OF

21  AN OUT OF COURT PERSON.  HE'S READS A COUPLE OF LINES

22  OR PARAPHRASED THEM AND THEY WANT TO PUT THE WHOLE

23  ARTICLE IN.  THAT PERSON IS NOT IN COURT.  IT'S

24  STANDARD HEARSAY.

25        THE WAY IT CAN BE INTRODUCED, THE

177

1  TESTIMONY, HE CAN READ A PORTION AND COMMENT ON IT

2  AND THAT GOES IN THE RECORD.  BUT TO PUT THE WHOLE

3  ARTICLE IN WHEN HE'S TESTIFIED OR EVEN JUST TALKED

4  ABOUT IT IS NOT APPROPRIATE FOR THE RECORD, YOUR

5  HONOR.  IT'S HEARSAY.

6        THE COURT:  WHY IS IT NOT HEARSAY?

Second Transcript (rough)

7    MR. CODY:  WELL, YOUR HONOR, I MEAN, HE

8  TALKED ABOUT IT, HE RELIES ON IT AND HE TALKED ABOUT

9  IT IN DEPTH I THINK IN EXPLAINING WHY -- HOW HE

10  REACHED THE RANGE THAT HE DID EARLIER.

11    THE COURT:  DOESN'T MAKE IT NOT AN OUT OF

12  COURT STATEMENT NOT SUBJECT TO CROSS-EXAMINATION.

13    MR. CODY:  NO, YOU'RE RIGHT, YOUR HONOR.

14    THE COURT:  SO IS IT NONHEARSAY OR IS IT --

15  IS THERE AN EXCEPTION OR IS THERE SOME OTHER

16  INDICATION OF RELIABILITY THAT THE COURT CAN RELY?  I

17  MEAN, GIVE ME SOMETHING.

18    MR. CODY:  NO, YOUR HONOR.  I'LL WITHDRAW.

19  IT'S FINE.

20    THE COURT:  OKAY.

21    MR. CODY:  ALL RIGHT.  AND IF I MAY HAVE

22  SOME TIME TO CONFER WITH MY COUNSEL.

23    THE COURT:  YES.

24    MS. CRAIG:  NO FURTHER QUESTIONS, YOUR

25  HONOR.

178

1    THE COURT:  OKAY.  CROSS, PLEASE.

2      CROSS-EXAMINATION

3  BY MR. STRONSKI:

4    Q  GOOD EVENING, DR. ANTOGNINI.

5    A  GOOD EVENING.

6    Q  YOU EXPRESSED AN OPINION I THINK THAT A

Second Transcript (rough)

7  PERSON SUBJECTED TO THE LOUISIANA NITROGEN GASSING

8  EXECUTION METHOD WOULD NOT EXPERIENCE PAIN AND

9  SUFFERING.  IS THAT RIGHT?

10    A   YES.

11    Q   OKAY.  AND THAT IT WOULD BE HUMANE.  IS THAT

12 RIGHT?

13    A   I DID NOT SAY HUMANE.  I SPECIFICALLY SAID I

14 DIDN'T WANT TO COMMENT ON WHETHER IT'S HUMANE OR NOT.

15    Q   BUT IT WOULD NOT INVOLVE PAIN AND SUFFERING?

16    A   CORRECT.

17    Q   BUT YOU'RE EXPRESSING NO OPINION ON HOW A

18 PERSON SUFFERING FROM PTSD AND/OR CLAUSTROPHOBIA

19 WOULD TOLERATE THE NITROGEN EXECUTION UNDER THE

20 PROTOCOL THAT LOUISIANA WILL USE.  ISN'T THAT

21 CORRECT, DOCTOR?

22    A   THAT'S CORRECT.  I HAVE NOT SAID ANYTHING

23 ABOUT PTSD.

24    Q   OR CLAUSTROPHOBIA.  CORRECT?

25    A   CORRECT.

179

1    Q   YOU HAVEN'T TAKEN THAT INTO CONSIDERATION.

2 CORRECT?

3    A   I HAVE NOT, NO.

4    Q   AND, DOCTOR, HOW MANY YEARS AGO DID YOU STOP

5 BEING A PRACTICING ANESTHESIOLOGIST?

6    A   I BELIEVE -- YOU JUST ASKED THAT QUESTION A

7 COUPLE OF DAYS AGO.  I THINK IT WAS 2019.  RIGHT

Second Transcript (rough)

8 BEFORE THE PANDEMIC I THINK MIGHT HAVE BEEN THE LAST

9 TIME I WAS IN THE O.R. TAKING CARE OF PATIENTS.

10    Q   AND YOU'VE PUBLISHED NO ARTICLE OR STUDY ON

11 NITROGEN HYPOXIA.  CORRECT?

12    A   THAT IS CORRECT.

13    Q   SO WHEN YOU TALK ABOUT -- YOU'VE HAD A LONG

14 CAREER AND WRITTEN A LOT AND YOU'VE BEEN CITED A LOT,

15 BUT NOT ONCE HAVE YOU BEEN CITED ON SOMETHING THAT

16 RELATES TO NITROGEN HYPOXIA.  CORRECT?

17    A   THAT'S CORRECT.

18    Q   AND YOU'VE GIVEN NO MEDICAL PRESENTATIONS ON

19 NITROGEN HYPOXIA.  CORRECT?

20    A   NO, I HAVE NOT.

21    Q   HAVE YOU EVER WITNESSED A PERSON DYING

22 OF NITROGEN -- HAVE YOU EVER WITNESSED A NITROGEN

23 GASSING EXECUTION?

24    A   NO.

25    Q   DO YOU HAVE ANY EXPERIENCE WITH MEDICAL AID

180

1 IN DYING?

2    A   NO.

3    Q   DO YOU HAVE ANY EXPERTISE IN THE

4 AVAILABILITY OF THE MATERIALS NEEDED TO HAVE A FIRING

5 SQUAD IN LOUISIANA AS A MEANS OF EXECUTING

6 INDIVIDUALS?

7    A   NO.

Second Transcript (rough)

8    Q   AND SO YOU WERE CLEAR TO SAY THAT YOU WERE

9   UNCOMFORTABLE OR UNWILLING TO SAY THAT LOUISIANA'S

10   PROPOSED EXECUTION METHOD IS HUMANE.  CORRECT?

11    A   THAT IS CORRECT.  I DID NOT EXPRESS AN

12   OPINION.

13    Q   AND, IN FACT, YOU'RE NEITHER ENDORSING NOR

14   APPROVING WHAT LOUISIANA IS DOING HERE.  CORRECT?

15    A   THAT'S CORRECT.  I'M NOT ENDORSING OR

16   APPROVING OR DISAPPROVING.  I'M NOT PASSING JUDGMENT

17   IN THAT WAY.

18    Q   YOU HAVE AN OPINION, DOCTOR, THAT A PERSON

19   SUBJECTED TO THE LOUISIANA NITROGEN GASSING EXECUTION

20   METHOD, ONCE THEY START BREATHING, WOULD BE

21   UNCONSCIOUS IN 30 TO 40 SECONDS.  IS THAT RIGHT?

22    A   YES, MORE OR LESS.  SO I KNOW -- IF I MAY

23   JUST SAY, I KNOW DURING THE DEPOSITION WE TALKED

24   ABOUT THESE TIMES.  SO IF -- SUPPOSE -- IF I MAY JUST

25   GIVE YOU A HYPOTHETICAL.  SUPPOSE SOMEBODY HELD THEIR

181

1   BREATH RIGHT WHEN THE NITROGEN STARTED AND THEY HELD

2   THEIR BREATH FOR A MINUTE OR MAYBE EVEN A MINUTE AND

3   A HALF, AT THAT POINT THE NITROGEN IN THE MASK, BASED

4   ON WHAT I REPORTED, WOULD BE LESS THAN ONE PERCENT.

5   SO IF THEY HAVE HELD THEIR BREATH --

6       THE COURT:  THE NITROGEN OR THE OXYGEN?

7       THE WITNESS:  I'M SORRY.  I APOLOGIZE.  THE

8   OXYGEN WOULD BE 1 PERCENT OR LESS.

Second Transcript (rough)

9    A   WHEN THEY TAKE THAT BREATH, THEY'RE NOW

10  BREATHING IN 100 PERCENT NITROGEN.  AND BASED ON SOME

11  OF THE SOME DATA THAT I CITED, THEY ACTUALLY WOULD BE

12  UNCONSCIOUS WITHIN 10 TO 12 SECONDS.  SO THAT'S WHY I

13  THINK I WANT TO CLARIFY, IF I MAY.  YOU'RE ASKING

14  ABOUT THE 30 TO 40 SECONDS.  THAT KIND OF DEPENDS ON

15  HOW LONG THEY'RE HOLDING THEIR BREATH.

16    Q   AND DIVERS CAN HOLD THEIR BREATH FOR 15

17  MINUTES, I THINK YOU TOLD ME.  CORRECT?

18    A   I THINK THE LIMIT'S UP TO THERE.  I'M NOT

19  SURE.  I ACTUALLY WOULD DEFER TO DR. BICKLER.  HE

20  PROBABLY KNOWS THAT LITERATURE BETTER THAN I DO, BUT

21  I THOUGHT IT WAS AROUND 15 MINUTES, BUT I'M NOT SURE.

22    Q   WOULD YOU AGREE WITH ME THAT IF BREATHING

23  WOULD CAUSE YOU TO DIE, YOU'RE MOTIVATED TO HOLD YOUR

24  BREATH?

25    A   THAT WOULD BE A -- THERE WOULD BE SOME

182

1  PEOPLE THAT WOULD BE MOTIVATED TO HOLD THEIR BREATH.

2  I WOULD AGREE WITH THAT.

3    Q   IN TERMS OF A MEASURE OF BREATH-HOLDING

4  PERFORMANCE FOR ANY INDIVIDUAL, THAT MAY BE AS GOOD

5  AS THEY CAN DO.  CORRECT?  IN TERMS OF THE LENGTH.

6  YOU'RE GOING TO BE ABLE TO HOLD -- YOU'RE GOING TO

7  HOLD YOUR BREATH AS LONG AS POSSIBLE?

8    A   YES.

Second Transcript (rough)

9    Q   IN THAT?

10    A   YES.  AND THAT'S OBVIOUSLY GOING TO VARY

11 FROM INDIVIDUAL TO INDIVIDUAL, BUT YES.

12    Q   AND HEALTHIER AND YOUNGER INDIVIDUALS CAN

13 HOLD THEIR BREATH LONGER?

14    A   IN GENERAL I WOULD SAY THAT, IF THAT'S --

15 YES.

16    Q   WHEN YOU HOLD YOUR BREATH, YOU DEVELOP A

17 CONDITION CALLED HYPERCAPNIA.  CORRECT?

18    A   YES.

19    Q   AND WHAT IS HYPERCAPNIA?

20    A   THAT IS INCREASED CARBON DIOXIDE IN THE BODY

21 BASICALLY.

22    Q   WHAT DOES THAT DO TO THE BODY?

23    A   WELL, IN THIS CONTEXT IT WOULD -- IT IS THE

24 MAIN -- ONE OF THE MOST POTENT DRIVERS FOR BREATHING.

25 SO IF IT BECOMES ELEVATED, IT IS REALLY PUSHING YOU

183

1 TO TRY TO BREATHE AND IT BECOMES UNCOMFORTABLE.

2    Q   SO WHEN YOU SAY A POTENT DRIVER, WHAT DO YOU

3 MEAN BY THAT?

4    A   IT'S BASICALLY -- WE HAVE RESPIRATORY

5 SENSORS IN OUR BRAIN AND THEY ARE SENSING THE CARBON

6 DIOXIDE AND THEY ARE REGULATING OUR BREATHING

7 BASICALLY BY LOOKING AT THE CARBON DIOXIDE.  AND THE

8 HIGHER THE CARBON DIOXIDE GETS UP, THEY'RE SAYING

9 BREATHE, BREATHE.  YOU'VE GOT TO BREATHE, YOU KNOW,

Second Transcript (rough)

10 THAT KIND OF THING.  AND THEY'RE PUSHING AND YOU'RE

11 HOLDING YOU'RE BREATH TRYING TO RESIST THAT.  BUT YOU

12 GET TO THE POINT WHERE YOU JUST CAN'T HOLD IT ANY

13 LONGER.

14     Q   IF YOUR BODY IS FORCING YOU AND TELLING YOU

15 YOU HAVE TO BREATHE AND YOUR MIND KNOWS BREATHING

16 WILL KILL YOU, DOESN'T THAT CREATE A CONDITION OF

17 SEVERE EMOTIONAL SUFFERING?

18     A   I GUESS IF YOU ARE HOLDING YOUR BREATH,

19 YOU -- YOU KNOW THAT THAT BREATH -- THAT YOUR NEXT

20 BREATH THAT YOU TAKE WILL PROBABLY KILL YOU, THEN I

21 THINK THAT IS A FAIR STATEMENT.  BUT IF YOU'RE NOT

22 HOLDING YOUR BREATH AND YOU KNOW THAT THE NITROGEN IS

23 COMING IN, YOU KNOW IT'S GOING TO KILL YOU, SO I'M

24 NOT SURE IN TERMS OF SUFFERING OR ANYTHING LIKE THAT,

25 THIS EMOTIONAL PART OF IT, I DON'T KNOW THAT -- IT'S

184

1 GOING TO BE PRESENT EITHER WAY, I WOULD THINK.

2     Q   YOU HAVE ZERO EXPERIENCE WORKING WITH OR

3 STUDYING PEOPLE WHO ARE PUT IN A HYPOXIC STATE.

4 CORRECT?

5     A   I DO NOT DO -- HAVE NOT DONE STUDIES LIKE

6 DR. BICKLER.  OF COURSE AS A CLINICIAN I'VE TAKEN

7 CARE OF A LOT OF HYPOXIC PATIENTS BUT NOT IN A

8 RESEARCH STUDY LIKE DR. BICKLER HAS.

9     Q   SO ONE OF -- I THINK I -- ISN'T IT TRUE THAT

Second Transcript (rough)

10 YOU BELIEVE THAT YOUR BASIS FOR THE 30 TO 40 SECONDS

11 OF CONSCIOUSNESS ONCE ONE'S BREATHING NITROGEN IN

12 THIS METHOD IS THE ERNSTING PAPER?

13    A   YES, THAT'S -- THAT'S ONE OF THEM THAT I

14 REFERENCED.

15    Q   OKAY.  AND THEN THE OGDEN PAPERS.  CORRECT?

16    A   OTHERS, YES.  THOSE TWO OTHERS, YES.

17    Q   THAT'S YOUR -- THAT'S YOUR BEST STUFF.

18 RIGHT?

19    A   WELL, I ALSO DID THE MILLER AND MAZUR PAPER

20 THAT I REFERENCED.  AND THEN I ALSO REFERENCED THE

21 DOG STUDY AS A REFERENCE.

22    Q   BUT IF WE'RE MEASURING TIMES, WE ALREADY

23 ESTABLISHED THAT DOGS ARE A DIFFERENT SPECIES,

24 OBVIOUSLY.  BUT THAT AS A RESULT THEY HAVE DIFFERENT

25 VENTILATION AND DIFFERENT CARDIAC OUTPUT AND

185

1 DIFFERENT METABOLISMS.  CORRECT?

2    A   YES.

3    Q   AND DOGS ARE NOT LIKELY HOLDING THEIR BREATH

4 IN THOSE SCENARIOS.  CORRECT?

5    A   THAT IS CORRECT.

6    Q   OKAY.  AREN'T THOSE HUGE DIFFERENCES?

7    A   I WOULDN'T SAY THEY'RE HUGE DIFFERENCES.

8 THERE ARE DIFFERENCES.  BUT I BELIEVE IN THE SETTING

9 OF -- IN THIS SETTING OBVIOUSLY WE DO NOT -- AND WHEN

10 I SAY WE, THE MEDICAL COMMUNITY.  WE DO NOT HAVE DATA

Second Transcript (rough)

11 WHERE WE'VE TAKEN HUMANS AND WE'VE SUBJECTED THEM TO

12 100 PERCENT NITROGEN TO SEE HOW LONG THEY BECOME

13 UNCONSCIOUS.  I KNOW THE ERNSTING PEOPLE DID THAT,

14 BUT THEN --

15    Q  LET'S TALK ABOUT THE ERNSTING PAPER.

16    A  I HAVEN'T FINISHED MY ANSWER YET.

17    Q  I JUST -- IT'S GETTING LATE, BUT OKAY, YOU

18 KEEP GOING.

19      THE COURT:  LET HIM FINISH.

20    Q  I'M ON CROSS.  I COULD STOP YOU, BUT

21 WHATEVER YOU WANT TO SAY, DOCTOR.  ARE YOU DONE?

22    A  I THOUGHT I HEARD THE JUDGE SAY LET HIM

23 FINISH.

24      THE COURT:  YES, I DID SAY LET YOU FINISH.

25    A  SO WE HAVEN'T DONE STUDIES WHERE WE'VE TAKEN

186

1 THE HUMANS AND WE'VE DROPPED THEM -- YOU KNOW, GAVE

2 THEM A HUNDRED PERCENT NITROGEN AND STUDIED THEM TO

3 SEE WHEN THEY BECOME UNCONSCIOUS, WHEN DOES THE HEART

4 STOP AND ALL THAT KIND OF STUFF, FOR OBVIOUS REASONS.

5 SO WE HAVE TO COLLECT DATA -- AS AN EXPERT I HAVE TO

6 COLLECT DATA FROM OTHER SOURCES, I HAVE TO LOOK AT

7 THESE OTHER SOURCES.  AND ANIMAL STUDIES HELP INFORM

8 OPINIONS AND CERTAINLY INFORMS MY OPINION HERE.

9    Q  I UNDERSTAND EXACTLY WHAT YOU'RE DOING HERE,

10 DOCTOR.  AND ONE IS TO LOOK AT THE ANIMAL STUDIES.

Second Transcript (rough)

11 THE OTHER IS TO LOOK AT ERNSTING. RIGHT?

12   A  UH-HUH.

13   Q  SO LET'S TALK ABOUT THAT. YOU LIKE TO

14 MENTION THAT. WOULD YOU AGREE WITH ME THAT THE

15 RESULTS THAT ARE OBSERVED IN AN EXPERIMENT DEPEND IN

16 A SIGNIFICANT WAY ON WHAT THE METHOD IS?

17   A  ABSOLUTELY, YES.

18   Q  OKAY. SO YOU CAN'T COMPARE EXPERIMENTAL

19 RESULTS AND DRAW CONCLUSIONS ABOUT THEIR DIFFERENCES

20 UNLESS THE METHODS ARE COMPARABLE WHERE YOU CAN DRAW

21 ANALOGIES TO THE METHODS THAT MAKE THEM USEFUL TO

22 COMPARE. CORRECT?

23   A  THAT'S CORRECT. YOU HAVE TO HAVE SOME WAY

24 OF COMPARING THEM, YES.

25   Q  OKAY. SO ISN'T IT TRUE THAT IN ERNSTING THE

187

1 SUBJECTS WERE INSTRUCTED FIRST TO EXPIRE MAXIMALLY AT

2 THE END OF A NORMAL EXPIRATION? WHAT EXACTLY DOES

3 THAT MEAN, DOCTOR?

4   A  ARE YOU READING THAT WORD FOR WORD FROM

5 ERNSTING?

6   Q  YEAH. I COULD PUT IT ON THE ELMO.

7   A  YEAH, WOULD YOU, PLEASE.

8   Q  YEAH. DO YOU SEE THE METHODS SECTION,

9 DOCTOR?

10   A  YES.

11   Q  AND I UNDERLINED --

Second Transcript (rough)

12      THE COURT:  YOU CAN PUT IT ON.

13    Q   I UNDERLINED -- AND IT SAYS NITROGEN -- IT

14  SAYS THAT NITROGEN WAS ADMINISTERED BY INSTRUCTING

15  THE SUBJECT TO EXPIRE MAXIMALLY AT THE END OF A

16  NORMAL EXPIRATION.  DO YOU SEE THAT?

17    A   YES.

18    Q   DO YOU THINK -- THERE IS ANY REASON TO THINK

19  THEY DIDN'T DO THAT?

20    A   NO, THAT SOUNDS -- THAT'S WHAT THEY WROTE,

21  SO I THINK THAT'S WHAT THEY DID.

22    Q   OKAY.  SO THEY'RE MORE THAN -- THEY'RE MORE

23  THAN COOPERATING.  THEY'RE ACTUALLY FORCING THE

24  OXYGEN OUT OF THE THEIR LUNGS BEFORE THE EXPERIMENT.

25  CORRECT?

188

1    A   THAT'S CORRECT.  THEY'RE GETTING RID OF THE

2  EXCESS AIR THAT'S IN THEIR LUNGS.

3    Q   AND THAT'S DIFFERENT THAN THE PROTOCOL HERE.

4  CORRECT?

5    A   YES.

6    Q   THERE IS NO REQUIREMENT OF THE -- OR

7  EXPECTATION OF THE INMATE TO DO THAT.  CORRECT?

8    A   THAT'S CORRECT.

9    Q   OKAY.  IF WE GO TO THE NEXT PAGE, IT SAYS

10  THAT DURING THE PERIOD OF BREATHING NITROGEN, THE

11  SUBJECT WAS INSTRUCTED TO BREATHE AS DEEPLY AS

Second Transcript (rough)

12 POSSIBLE AT A RATE OF 20 BREATHS PER MINUTE. DOCTOR,

13 STATED SIMPLY, THAT'S HYPERVENTILATING. CORRECT?

14    A  IF YOU COULD MOVE THE DOCUMENT SO I COULD

15 SEE WHAT YOU'VE READ.

16    Q  SORRY.

17    A  THAT'S ALL RIGHT. YES, THAT'S CORRECT,

18 HYPERVENTILATION.

19    Q  IN THIS EXPERIMENT, WHAT YOU RELY UPON IS

20 THE -- YOU KNOW, THE NO. 1 REFERENCE YOU USE I THINK

21 FOR THE 30 TO 40 SECONDS, YOU'RE DOING TWO VERY

22 DIFFERENT THINGS. YOU'RE REMOVING THE OXYGEN FROM

23 YOUR LUNGS AND YOU'RE HYPERVENTILATING THE NITROGEN.

24 CORRECT?

25    A  YES, THAT'S TRUE.

189

1    Q  OKAY. SO, DOCTOR, YOU MARKED -- OR YOU

2 LOOKED AT THIS FERMILAB REPORT. RIGHT?

3    A  YES.

4    Q  AND THE FERMILAB IS A PHYSICS LABORATORY.

5 RIGHT?

6    A  YES.

7    Q  AND SO THIS IS SORT OF -- AND THEY USE

8 LIQUID GASES THERE. RIGHT?

9    A  CORRECT.

10    Q  OKAY. AND SO THIS IS NOT AN EXPERIMENT, IS

11 IT?

12    A  THIS IS -- CORRECT, IT'S NOT AN EXPERIMENT.

Second Transcript (rough)

13  IT'S A WHITE PAPER, I GUESS YOU WOULD CALL IT,

14  ESSENTIALLY WHERE THEY'VE COLLECTED DATA FROM OTHER

15  SOURCES.

16    Q  THEY'RE JUST COLLECTING DATA FROM OTHER

17  SOURCES?

18    A  CORRECT.

19    Q  OKAY.  IN TERMS OF THE OTHER SOURCES THEY'RE

20  COLLECTING FROM, WE DON'T HAVE IN FRONT OF US WHAT

21  THAT DATA WAS, WHAT THE METHODS WERE IN THOSE

22  EXPERIMENTS, HOW RELIABLE THE METHODS WERE, HOW

23  RELIABLE THE WORK WAS, HOW STATISTICALLY MEANINGFUL

24  ANYTHING WAS.  WE DON'T KNOW ANYTHING LIKE THAT, DO

25  WE?

190

1    A  NO.

2    Q  OKAY.  YOU HAVE THE TWO OGDEN PAPERS --

3  RIGHT, DOCTOR -- THAT YOU TALKED ABOUT?

4    A  YEAH, I REFERENCED THEM.  I DON'T HAVE THEM

5  IN FRONT OF ME, BUT YES.  RIGHT.

6    Q  RIGHT.  I JUST WANT TO ASK YOU ABOUT THEM.

7  YOU ADMITTED ON DIRECT THAT OGDEN IS A SOCIOLOGIST,

8  RIGHT?  NOT A MEDICAL DOCTOR OR SOMEBODY WHO IS A

9  BIOLOGIST.  CORRECT?

10    A  YES.

11    Q  AND OGDEN IS SOMEBODY WHO ADVOCATES AND

12  SUPPORTS FOR ASSISTED SUICIDE.  CORRECT?

Second Transcript (rough)

13    A  I DON'T KNOW WHETHER HE DOES OR NOT,

14  ACTUALLY.

15    Q  AND THERE IS THIS ONE PAPER BY OGDEN ONLY,

16  AND THAT PAPER INVOLVES HIM BEING PRESENT AND

17  DOCUMENTING THE SUICIDE OF TWO WOMEN.  CORRECT?

18    A  YES.

19    Q  OKAY.  AND AGAIN, THE DOCTORS FROM OTHER

20  PLACES WHO HAVE MEDICAL DEGREES WEREN'T THERE.

21  CORRECT?

22    A  THAT IS CORRECT.

23    Q  AND THEY DIDN'T EVEN SIGN ON ON THAT PAPER,

24  DID THEY?

25    A  THEY'RE NOT AUTHORS, SO I GUESS NO, THEY

191

1  DIDN'T, NO.

2    Q  AND WE HAVE NO REASON TO THINK THAT ANY

3  NUMBERS IN THERE IN TERMS OF CONSCIOUSNESS TIMES THAT

4  WERE DETERMINED BY THIS SOCIOLOGIST ARE NUMBERS THAT

5  ARE RELIABLE AND DETERMINED BY SOMEBODY WHO WAS

6  QUALIFIED TO DO A CONSCIOUSNESS CHECK.  CORRECT?

7    A  I HAVE NO WAY OF KNOWING -- WELL, HE'S NOT

8  QUALIFIED FROM A MEDICAL PERSPECTIVE OF DOING A

9  CONSCIOUSNESS CHECK, AND I GUESS YES THAT WOULD GO

10  INTO THE RELIABILITY ISSUE.  BUT BEYOND THAT, I CAN'T

11  MAKE ANY FURTHER COMMENT.

12    Q  YOU JUST DON'T KNOW ANYTHING ABOUT HIM SO

13  YOU DON'T KNOW WHAT HE DID, HOW HE DID IT.  CORRECT?

Second Transcript (rough)

14    A   I DON'T KNOW THAT HE DESCRIBED IN HIS

15  METHODS SECTION WHAT -- HOW HE DETERMINED

16  UNCONSCIOUSNESS.  HE MAY NOT HAVE DESCRIBED IN THAT,

17  SO I DON'T KNOW.

18    Q   LET'S TALK ABOUT THE OTHER OGDEN PAPER THAT

19  THE OTHER TWO MEDICAL DOCTORS SIGNED ON.  THEY WERE

20  NOT THE PRIMARY RESEARCHERS OR THE FIRST AUTHORS ON

21  THE PAPER.  CORRECT?

22    A   THAT IS CORRECT.

23    Q   SO THIS IS MOSTLY SOMETHING OGDEN DID.  IS

24  THAT WHAT YOU WOULD UNDERSTAND?

25    A   IT'S VERY DIFFICULT TO KNOW, WHEN YOU HAVE

192

1  MORE THAN ONE AUTHOR, WHO DID WHAT AND HOW MUCH EACH

2  AUTHOR CONTRIBUTED, SO -- AND IT'S NOT DESCRIBED IN

3  THE -- IN THAT PAPER, SO IT'S REALLY HARD TO KNOW WHO

4  DID WHAT IN THAT PAPER.

5    Q   SO THE DOCTORS WHO WERE ALSO AUTHORS ON THE

6  PAPER ARE -- OR AT LEAST THEY PASSED AWAY, YOU TOLD

7  ME.  BUT THEY WERE REASONABLY PROMINENT PEOPLE IN

8  THEIR FIELDS.  CORRECT?

9    A   YES.  ESPECIALLY DR. HAMILTON, VERY

10  PROMINENT.

11    Q   AND DR. BICKLER KNEW HIM.  RIGHT?

12    A   YES.

13    Q   WOULD YOU EXPECT THAT PROMINENT MEDICAL

Second Transcript (rough)

14 DOCTORS WOULD BE THE SECOND OR THIRD AUTHORS ON A

15 PAPER AFTER THE SOCIOLOGIST IF THEY DID MOST OF THE

16 WORK?

17    A   OH, ABSOLUTELY.  WHEN IT COMES TO THE LIST

18 OF AUTHORS ON A PAPER, OFTEN A JUNIOR PERSON IS THE

19 FIRST AUTHOR, AND SENIOR PEOPLE WHO MAY HAVE

20 CONTRIBUTED SUBSTANTIALLY TO THE WORK ARE SECOND OR

21 THIRD AUTHORS.  I'VE DONE THAT MANY TIMES IN MY

22 CAREER.  AND THAT'S VERY COMMON FOR THE SENIOR AUTHOR

23 AND THE -- EVEN THE PERSON THAT THOUGHT OF THE STUDY

24 CAN BE A -- EVEN THE LAST AUTHOR.  AND I -- MAYBE

25 IT'S TOO LATE TO GO OVER SORT OF THE ACADEMIC -- THE

193

1 RULES AROUND THAT, THE INFORMAL RULES.  BUT JUST

2 BECAUSE HE WAS THE FIRST AUTHOR SAYS NOTHING ABOUT

3 THE CONTRIBUTIONS OF THE SECOND AND THIRD AUTHOR.

4 THAT'S -- YOU KNOW, THERE IS NOTHING -- NOTHING THERE

5 AS FAR AS THAT'S CONCERNED.

6    Q   SO WE DON'T KNOW -- YOUR POSITION IS YOU

7 DON'T KNOW WHAT EACH OF THEM DID.

8    A   THAT'S CORRECT.

9    Q   IS THAT FAIR?

10    A   YES.

11    Q   LET'S TALK ABOUT WHAT WAS DONE.  THIS

12 INVOLVED THE SUICIDES OR THE SUICIDES, THE DEATHS OF

13 FOUR PEOPLE.  RIGHT?

14    A   YES.

Second Transcript (rough)

15    Q   AND NONE OF THESE AUTHORS -- NOBODY WAS

16  PRESENT AT THE SUICIDES THAT ARE ON THIS PAPER.

17  CORRECT?

18    A   THAT IS CORRECT, YES.

19    Q   AND SO A SUICIDE WAS LEGAL IN CANTON AND

20  SWITZERLAND, AND IT WAS A CLINIC THAT PEOPLE WENT TO

21  TO COMMIT SUICIDE.  ISN'T THAT RIGHT?

22    A   THAT'S MY UNDERSTANDING, YES.

23    Q   AND THIS IS SOMETHING THAT OGDEN WAS

24  INTERESTED AND WROTE ABOUT.  AND OGDEN WENT TO THE

25  POLICE DEPARTMENT AT THE -- AT THAT CANTON AND GOT

194

1  VIDEOS THAT WERE TAKEN OF THOSE SUICIDES.  CORRECT?

2    A   YES.

3    Q   AND THOSE VIDEOS WERE NOT TAKEN FOR

4  SCIENTIFIC PURPOSES.  CORRECT?

5    A   THAT'S CORRECT.

6    Q   IN FACT, THEY WERE TAKEN BECAUSE THERE WAS A

7  LEGAL REQUIREMENT THERE THAT ALTHOUGH SUICIDE WAS

8  LAWFUL AND CLINICS COULD ALLOW PEOPLE TO DO IT, THEY

9  COULDN'T HELP THEM.  CORRECT?

10    A   THAT'S MY UNDERSTANDING, YES.

11    Q   SO A VIDEO IS TAKEN OF EACH PERSON WHO

12  COMMITS SUICIDE TO SHOW THAT THEY DRANK THE MEDICINE

13  THEMSELVES AND THAT'S WHAT THEY DID.  CORRECT?

14    A   WELL, THIS WAS NOT DRINKING MEDICINE.  IT

Second Transcript (rough)

15 WAS THE --

16    Q   RIGHT.  WHATEVER IT WAS?

17    A   YES.  IT WOULD HAVE BEEN --

18    Q   IT WAS HELIUM GAS.  HELIUM GAS.

19    A   HELIUM GAS, RIGHT.

20    Q   BUT AGAIN, NOBODY WAS THERE TO OBSERVE IT.

21 AND THEY ALSO, LIKE IN THAT ERNSTING STUDY, WERE

22 COOPERATING?

23    A   THE SUBJECTS WERE, YES.

24    Q   THEY WEREN'T HOLDING THEIR BREATH.  CORRECT?

25    A   I DON'T THINK SO.  I DON'T -- SOUNDS LIKE

195

1 FROM THE DESCRIPTION THEY WERE BREATHING NORMALLY, SO

2 THEY WERE, FROM WHAT I COULD TELL, NOT HOLDING THEIR

3 BREATH.

4    Q   JUST SO THE RECORD IS CLEAR, YOU HAD

5 MENTIONED THAT THE AUTHORITY YOU RELIED UPON FOR YOUR

6 POSITION THAT A PERSON WHEN THEY START BREATHING

7 NITROGEN UNDER THIS METHOD WILL BE UNCONSCIOUS IN 30

8 TO 40 SECONDS, WE HAD ERNSTING.  RIGHT?

9    A   YES.

10    Q   WE HAD THE TWO OGDENS AND WE HAD MILLER AND

11 MAZUR.  RIGHT?

12    A   CORRECT.

13    Q   AND THAT'S IT.  RIGHT?

14    A   WELL, I -- DID YOU MENTION THE DOG STUDY?  I

15 DID USE THE DOG STUDY AS WELL.

Second Transcript (rough)

16    Q   OKAY.  AND A DOG STUDY?

17    A   YEAH.  THE HERON STUDY, I USED THAT AS WELL.

18    Q   SO I ASKED YOU ABOUT DOG STUDIES AND CERTAIN

19 DIFFERENCES.  BUT I WANT -- FOR THE RECORD, I WANT TO

20 BE CLEAR THAT I ALREADY ASKED YOU ABOUT MILLER AND

21 MAZUR.  I CALLED IT THE FERMILAB WHITE PAPER, BUT

22 IT'S ACTUALLY WHAT YOU CALL MILLER AND MAZUR.

23 CORRECT?

24    A   YES.

25       THE COURT:  WE CAN'T HEAR YOU, SIR.

196

1    Q   I CALLED IT THE FERMILAB WHITE PAPER, BUT

2 IT'S WHAT YOU CALL MILLER AND MAZUR.  CORRECT?

3    A   CORRECT.  I DID ALSO RELY ON SOME OF THESE

4 REPORTS FROM OSHA AND SO FORTH.

5    Q   LET'S TALK ABOUT OSHA.  HAVING A CONVULSION

6 DOESN'T MEAN YOU'RE UNCONSCIOUS.  CORRECT?

7    A   IF IT IS A GENERALIZED CONVULSION, YOU ARE

8 GOING TO BE UNCONSCIOUS.  IF IT'S A -- A PETITE MAL

9 KIND OF CONVULSION YOU CAN STILL MAINTAIN

10 CONSCIOUSNESS, SO IT DEPENDS ON THE TYPE OF

11 CONVULSION.

12    Q   SO YOU DIDN'T SEE ANY OF THESE EXECUTIONS.

13 CORRECT?

14    A   I DID NOT.

15    Q   AND SO ALL YOU HAVE IS THE REPORTS THAT

Second Transcript (rough)

16 WE'VE BEEN LOOKING AT.  CORRECT?

17    A  CORRECT.

18    Q  DO ANY OF THEM DISTINGUISH BETWEEN PETIT MAL

19 OR GRAND MALL SEIZURES OR CONVULSIONS?

20    A  NO, THEY DON'T.  THEY TALK ABOUT CONVULSIVE

21 MOVEMENTS.  BUT THESE ARE LAY PEOPLE DESCRIBING THEM,

22 SO I'M NOT SURE IF THEY KNOW WHAT THEY'RE DESCRIBING.

23    Q  RIGHT.  YOU'RE NOT SURE.  OKAY.

24       I THINK YOU EVEN TRIED TO MAKE AN ANALOGY TO

25 BEING BREATHLESS FROM EXERCISING TO WHAT A PRISONER

197

1 WOULD EXPERIENCE IN THIS METHOD.  WAS I RIGHT IN

2 HEARING THAT?

3    A  YES.  I WAS SORT OF PUTTING A CONTEXT AROUND

4 THE BREATHLESSNESS ISSUE AND -- YES.

5    Q  WOULDN'T YOU AGREE WITH ME THAT IN THE

6 EXERCISE SCENARIO YOU DON'T HAVE A MASK OVER YOUR

7 HEAD FORCING YOU TO BREATHE NITROGEN AND YOU'RE NOT

8 TRYING TO HOLD YOUR BREATH.  CORRECT?

9    A  THAT'S TRUE.  THEY ARE DIFFERENT IN THAT

10 WAY.

11    Q  THEY'RE DIFFERENT IN A LOT OF WAYS, AREN'T

12 THEY?

13    A  I GUESS SO, YES.

14    Q  DOCTOR, YOU HAVE TESTIFIED -- OR YOU HAVE

15 BEEN AN EXPERT ON BEHALF OF GOVERNMENT, STATE OR

16 FEDERAL, YOU'VE ESTIMATED TO US, AT LEAST 15 TO 20

Second Transcript (rough)

17 TIMES WHERE THE GOVERNMENT IS SEEKING A COURT'S

18 APPROVAL FOR A METHOD OF EXECUTION.  ISN'T THAT

19 RIGHT?

20    A   YES, THAT'S CORRECT.

21    Q   AND YOU'VE MADE -- YOU'VE ADMITTED TO HAVE

22 MADE AT LEAST $350,000 DOING THAT.  CORRECT?

23    A   OVER THE NINE YEARS THAT I'VE BEEN DOING

24 THIS, YEAH, THAT'S ABOUT RIGHT.

25    Q   YOU ADMIT TO MAKING AT LEAST FIFTY TO A

                              198

1 HUNDRED THOUSAND DOLLARS ADVOCATING OR BEING A

2 WITNESS FOR STATES THAT ARE SEEKING A COURT'S

3 APPROVAL FOR NITROGEN GASSING EXECUTIONS.  CORRECT?

4    A   THAT'S MY -- MY ESTIMATE WAS, YEAH, ABOUT

5 THAT, FIFTY TO A HUNDRED THOUSAND.

6    Q   AND YOU HAVE NEVER TURNED DOWN A STATE OR

7 FEDERAL GOVERNMENT THAT CAME TO YOU ASKING YOU TO BE

8 AN EXPERT TO SUPPORT A METHOD OF EXECUTION THEY WERE

9 SEEKING A COURT TO APPROVE.  CORRECT?

10    A   THERE WAS ONE -- AND THIS CAME UP IN THE

11 DEPOSITION.  THERE WAS ONE STATE WHERE I -- MY

12 RECOLLECTION IS I DIDN'T GET INVOLVED WITH THAT.

13    Q   BUT IT WASN'T BECAUSE YOU HAD A PROBLEM WITH

14 WHAT THEY WERE DOING.  CORRECT?

15    A   THAT'S CORRECT.  I DON'T -- I THINK MAYBE

16 MORE OF A PERSONAL ISSUE FOR SOME RAISING IT, YEAH.

Second Transcript (rough)

17   Q   DR. BICKLER IS FAR MORE EXPERT IN HUMAN

18  HYPOXIA THAN YOU.  CORRECT?

19   A   HE HAS DONE A LOT OF WORK THAT I HAVEN'T

20  DONE.  AND TO THE LEVEL OF HYPOXIA THAT HE GOES TO, I

21  HAVE NOT DONE THAT.  BUT I DON'T -- FROM WHAT HE

22  SAID, NEITHER OF US HAVE TAKEN PATIENTS OR SUBJECTS

23  DOWN TO BELOW 5 PERCENT OR SO.

24   Q   SO, DOCTOR, YOU'VE BEEN AN EXPERT IN 15 TO

25  20 CASES AND YOU HAVE BEEN AN EXPERT NOW IN FIVE --

                              199

1  FIVE OF THOSE 15 TO 20 ARE CASES WHERE A STATE IS

2  ADVOCATING FOR NITROGEN GASSING.  CORRECT?

3   A   YES.  THIS WOULD BE THE FIFTH ONE.

4   Q   THIS IS THE FIFTH ONE.  AND SO THAT LEAVES

5  15 TO TEN OTHERS.  CORRECT?

6   A   CORRECT.

7   Q   AND HOW MANY OF THOSE ARE LETHAL INJECTION?

8   A   I THINK ALL OF THEM WOULD BE.

9   Q   AND, DOCTOR, YOU BELIEVE LETHAL INJECTION AS

10  ADVOCATED BY STATES IN THOSE 15 -- TEN TO 15 CASES

11  WOULD BE HUMANE.  CORRECT?

12   A   AGAIN, I DON'T COMMENT ON WHETHER IT'S

13  HUMANE OR NOT.  I MAY HAVE DONE THAT IN THE PAST AND

14  PROBABLY I SHOULDN'T HAVE.  I TRY NOT TO SAY WHETHER

15  IT'S HUMANE OR NOT.  THAT'S NOT WITHIN MY -- I FEEL

16  IT'S NOT WITHIN MY ROLE AS A PHYSICIAN EXPERT WITNESS

17  IN THIS SETTING TO SAY WHETHER IT'S HUMANE OR NOT.  I

Second Transcript (rough)

18 JUST DON'T THINK THAT'S WHAT I SHOULD BE DOING.  SO I

19 DON'T SAY THAT USUALLY.

20    Q  I'M NOT SURE I UNDERSTAND THE DISTINCTION,

21 BUT LET ME ASK IT THIS WAY.  YOU IN THOSE TEN TO 15

22 CASES BELIEVE THAT LETHAL INJECTION -- AND THOSE ARE

23 IN MANY STATES IN THE COUNTRY -- DOESN'T SUBJECT THE

24 INMATE TO PAIN AND SUFFERING.  CORRECT?

25    A  CORRECT.

                                200

1    Q  AND WHAT STATES?  LET'S TALK ABOUT THE

2 STATES.  WHAT STATES DO YOU THINK ARE ABLE TO DO

3 LETHAL INJECTION AND NOT SUBJECT AN INDIVIDUAL TO

4 PAIN AND SUFFERING?  IT WOULD BE OKLAHOMA.  RIGHT?

5    A  YES.

6    Q  OKAY.  OHIO?

7    A  YES.

8    Q  WHERE ELSE?

9    A  YOU KNOW, WHEN I HAVE TO RECALL THIS ON THE

10 TOP OF MY HEAD, I HAVE TO LOOK AT A MAP OF THE UNITED

11 STATES, SO GIVE ME A MOMENT TO LOOK AT A MAP OF THE

12 UNITED STATES.  I MAY NOT GET ALL OF THEM, BUT -- SO

13 WE'VE DONE OKLAHOMA, SOUTH DAKOTA, OHIO, MISSOURI,

14 ARKANSAS, TENNESSEE I THINK.  MAYBE NOT TENNESSEE.

15 I'M NOT SURE ABOUT TENNESSEE.  I FORGET ABOUT

16 TENNESSEE.  SOUTH CAROLINA, GEORGIA, ALABAMA NO.

17 ALABAMA IS NOT -- IT'S ONLY BEEN NITROGEN HYPOXIA.

Second Transcript (rough)

18  MISSISSIPPI.  THAT WAS THE FIRST ONE THAT I EVER DID.

19  BUT THAT WAS A -- JUST A REPORT.  I NEVER TESTIFIED

20  OR WAS DEPOSED ON THAT.  AND THEN THE FEDERAL

21  GOVERNMENT.  I MIGHT BE MISSING SOMETHING THERE.

22  AGAIN, I -- THE LAST COUNT I DID, I THINK IT WAS

23  AROUND 10 OR 11 STATES.  AND I MAY NOT HAVE GOTTEN

24  THEM ALL THERE.

25      Q   THANK YOU, DOCTOR.

201

1      A   SURE.

2          MR. STRONSKI:  NO FURTHER QUESTIONS, YOUR

3  HONOR.

4          THE COURT:  THANK YOU.  ANY REDIRECT?

5          MR. CODY:  YES, YOUR HONOR.

6              REDIRECT EXAMINATION

7  BY MR. CODY:

8      Q   DR. ANTOGNINI, YOU'RE NOT BEING -- YOU'RE

9  NOT BEING RETAINED IN THIS CASE AS AN EXPERT IN HUMAN

10  HYPOXIA.  CORRECT?

11      A   I'M SORRY.  COULD YOU SAY THAT AGAIN?

12      Q   WELL, LET ME WITHDRAW THE QUESTION.

13          YOU WERE ASKED EARLIER ABOUT DR. BICKLER

14  BEING MORE OF AN EXPERT IN HUMAN HYPOXIA THAN

15  YOURSELF.

16      A   I AGREE WITH THAT QUESTION, YES.

17      Q   IS IT FAIR TO SAY THAT DR. BICKLER DOES NOT

18  BRING SUBJECTS, PATIENTS DOWN TO THE SAME CONDITIONS

Second Transcript (rough)

19 THAT LOUISIANA'S NITROGEN HYPOXIA SYSTEM IS INTENDED

20 TO DO?

21    A   THAT'S MY UNDERSTANDING BASED ON WHAT HE'S

22 PUBLISHED AND WHAT HE STATED HERE; THAT HE -- THEY

23 SPECIFICALLY AVOID GOING BELOW I THINK HE SAID AROUND

24 5 PERCENT OF OXYGEN, SO.

25    Q   WHEN HE GOES DOWN TO 5 PERCENT, DOES HE DO

202

1 IT QUICKLY, GRADUALLY?  WHAT DOES HE DO?

2    A   BASED ON HIS DESCRIPTION BOTH IN WHAT HE'S

3 WRITTEN AND THEN WHAT HE DESCRIBED HERE, HE GOES

4 SLOWLY.  HE GOES IN STAGES.

5    Q   BUT YOUR UNDERSTANDING OF LOUISIANA'S

6 NITROGEN HYPOXIA SYSTEM, IS THAT A QUICK DECLINE OR A

7 GRADUAL DECLINE?

8    A   THAT IS A VERY FAST DECLINE.

9    Q   YOU WERE ASKED EARLIER ABOUT THE RANGE, AND

10 I THINK MR. STRONSKI KEPT -- HE REPRESENTED IT WAS 30

11 TO 40 SECONDS.  BUT I JUST WANT TO MAKE SURE THAT

12 WE'RE -- SO YOUR EARLIER TESTIMONY TODAY I THINK YOU

13 AMENDED THAT RANGE.  IS THAT CORRECT?

14    A   YES, I DID.

15    Q   SO I JUST WANT TO MAKE SURE, BECAUSE I THINK

16 MANY TIMES WE REFERRED TO 30 TO 40.  BUT WHAT WAS THE

17 RANGE AS AMENDED EARLIER?

18    A   10 TO 12 ON THE LOWER END AND THEN 35 TO 40

Second Transcript (rough)

19  ON THE UPPER END.

20    Q  WOULD THAT BE 10 TO 40?

21    A  CORRECT.

22    Q  I KNOW HE WENT AT LENGTH THROUGH VARIOUS

23  ARTICLES, SOURCES THAT YOU CITE TO ACHIEVE THAT

24  RANGE.  AND YOU WENT THROUGH THOSE.  BUT TODAY DO YOU

25  STILL FEEL THAT THE RESEARCH YOU LOOKED AT,

203

1  ESPECIALLY THE OSHA REPORTS -- ALL THOSE ITEMS YOU

2  LOOKED AT, DOES IT SUPPORT THE RANGE THAT YOU'RE

3  ADVISING THE COURT ON TODAY?

4    A  YES, THEY DO.  THESE ARE THE TYPICAL TYPES

5  OF PAPERS DESCRIPTIONS, FOR THIS AREA THAT I THINK

6  SOMEBODY WOULD RELY UPON.  SO AGAIN, WITH ALL DUE

7  RESPECT TO DR. BICKLER, HE HAS PUBLISHED A LOT, BUT

8  HE ADMITTED THAT HE HAS NEVER -- I THINK HE SAID

9  NEVER TAKEN A PATIENT OR SUBJECT BELOW 5 PERCENT OR

10  VERY RARELY HAS HE DONE THAT.  SO THERE JUST REALLY

11  ISN'T MUCH OUT THERE EXCEPT FOR SOME OF THE WORK THAT

12  HE AND I BOTH MUTUALLY DISCUSSED, ERNSTING AND SO

13  FORTH.

14    Q  YOU WERE ASKED A LOT OF QUESTIONS REGARDING

15  BREATH HOLDING.  DO YOU RECALL THAT?

16    A  YES.

17    Q  SO DID YOU HEAR THE PLAINTIFF TESTIFY

18  EARLIER TODAY?

19    A  I DID.

Second Transcript (rough)

20    Q   DID YOU HEAR HOW HE WAS GOING TO DO

21  BREATHING TECHNIQUES AT THE TIME OF EXECUTION?

22    A   YES.  HE WAS, AS I UNDERSTAND IT, GOING TO

23  BE TAKING DEEP BREATHS AS PART OF SOUNDS LIKE THE

24  MEDITATION THAT THEY DO, IF I UNDERSTOOD HIM

25  CORRECTLY.

204

1    Q   DID YOU EVER HEAR HIM SAY HE WAS GOING TO DO

2  ANY SORT OF BREATH HOLDING?

3    A   I DID NOT HEAR HIM SAY THAT.

4    Q   ASSUMING THAT HE'S NOT GOING TO DO ANY

5  BREATH HOLDING, HOW DO YOU EXPECT THE RESULTS -- DO

6  YOU EXPECT THE RESULTS TO BE IN LINE WITH YOUR DATA,

7  YOUR PROJECTED RANGE IN THIS CASE?

8    A   I DO.

9    Q   ALL RIGHT.

10       MR. CODY:  I HAVE NO FURTHER QUESTIONS, YOUR

11  HONOR.

12       THE COURT:  ARE THERE ANY FURTHER WITNESSES

13  BY THE DEFENSE?

14       MR. STRONSKI:  YOUR HONOR, I THINK THE

15  EXPERT MISHEARD OUR CLIENT AND -- BUT WE'LL LEAVE

16  THAT TO SUBMISSIONS.  THE RECORD SHOULD BE CLEAR.

17       THE COURT:  IT'S NOT FIVE PERCENT.  IT'S 70

18  PERCENT.  IS THAT WHAT YOU'RE TALKING ABOUT?

19       MR. STRONSKI:  NO.  THAT HE INTENDS TO AND

Second Transcript (rough)

20 IS ABLE TO BREATHE.

21     THE COURT:  YES, I UNDERSTAND.  THE RECORD

22 WILL REVEAL WHATEVER MR. HOFFMAN SAID.

23        ARE THERE ANY OTHER WITNESSES FOR THE

24 DEFENDANTS?

25     MR. CODY:  NO, YOUR HONOR.

                          205

1     THE COURT:  THE DEFENDANTS REST?

2     MR. CODY:  YES, YOUR HONOR.

3     THE COURT:  IS THERE ANY REBUTTAL?

4     MR. STRONSKI:  ONE SECOND, YOUR HONOR.

5     THE WITNESS:  MAY I STEP DOWN?

6     THE COURT:  YES, YOU MAY STEP DOWN.  I'M

7 SORRY.  THANK YOU, DR. ANGOLINO -- ANTOGNINI.

8     THE WITNESS:  YOU'RE NOT THE FIRST.

9     MS. KAPPEL:  YOUR HONOR, MAY WE HAVE ONE

10 MOMENT?

11     THE COURT:  YES.

12     MS. KAPPEL:  THANK YOU.

13     MR. STRONSKI:  NO, YOUR HONOR.  BUT WE --

14        YOUR HONOR, I HAVE ONE QUESTION, IF I

15 MAY.  I HAVE ONE QUESTION, YOUR HONOR.

16     THE COURT:  ON REBUTTAL?

17     MR. STRONSKI:  IF I MAY.  YES, ON REBUTTAL.

18     THE COURT:  AND YOU'RE CALLING WHAT WITNESS

19 FOR REBUTTAL?

20     MR. STRONSKI:  I'M CALLING DR. PHILIP

Second Transcript (rough)

21  BICKLER.

22      THE COURT:  GO AHEAD.

23          REBUTTAL EXAMINATION

24      MR. STRONSKI:

25   Q   HOW DOES LOW OXYGEN -- WHAT DOES LOW OXYGEN

206

1  DO, DOCTOR?

2     A   IT STRONGLY DRIVES BREATHING.

3     Q   AND HOW DOES IT DO THAT?  THAT'S THE SECOND

4  QUESTION.  I'M SORRY.

5     A   LOW OXYGEN STRONGLY DRIVES BREATHING.

6     Q   HOW DOES IT DO THAT?

7     A    IN TERMS OF IT'S POTENCY AS A DRIVE TO

8  BREATHING IS ESSENTIALLY EQUAL WITH CARBON DIOXIDE.

9  THESE ARE MEASURED IN THE LABORATORY WITH

10  MEASUREMENTS CALLED THE HYPOXIC VENTILATORY RESPONSE

11  AND THE HYPERCAPNIC VENTILATORY RESPONSE.  THEY'RE

12  STANDARDIZED PROTOCOLS FOR DOING THAT.  AND WHEN

13  THOSE TWO RESPIRATORY DRIVERS ARE ISOLATED, ONE FINDS

14  THAT THE DRIVE TO BREATHE IN RESPONSE TO LOW OXYGEN

15  IS ABOUT THE SAME AS THE DRIVE FROM HIGH CARBON

16  DIOXIDE.

17      SO IT'S NOT ACCURATE TO SAY THAT LOW OXYGEN

18  IS NOT SENSED IN TERMS OF FEELING EXTREMELY SHORT OF

19  BREATH AND DYPSNEIC.  I JUST WANTED TO MAKE SURE

20  THAT'S VERY, VERY CLEAR; THAT THE LOW OXYGEN

Second Transcript (rough)

21 EXPERIENCED IN THE LOUISIANA PROTOCOL WILL MAKE ONE

22 VERY, VERY SHORT OF BREATH.

23     MR. STRONSKI:  THANK YOU, YOUR HONOR.

24    A  EXTREMELY UNCOMFORTABLE.

25     MR. STRONSKI:  NO FURTHER QUESTIONS.

207

1     THE COURT:  ANY CROSS ON THE REBUTTAL?

2     MR. ARCHEY:  ONE QUESTION.

3     THE COURT:  FAMOUS LAST WORDS.  GO AHEAD.

4          CROSS-EXAMINATION

5 BY MR. ARCHEY:

6    Q  DOCTOR, YOU WERE SHOWN AUTHORITIES TODAY

7 THAT WHEN YOU'RE BREATHING INERT GAS, THE VICTIM GETS

8 FOOLED AND DOESN'T REALIZE THEY'RE NOT GETTING OXYGEN

9 INTO THEIR SYSTEM.  CORRECT?

10    A  YOU'LL HAVE TO DESCRIBE THAT SCENARIO A

11 LITTLE MORE CLEARLY.

12    Q  OSHA, FOR INSTANCE, SAID WHEN THEY HOOK UP

13 THEIR LINE TO THE NITROGEN TANK INADVERTENTLY,

14 THEY'RE GETTING THAT INERT GAS INTO THEIR SYSTEM,

15 THEY DON'T REALIZE THEY'RE NOT GETTING OXYGEN IF

16 THEY'RE SYSTEM IS FOOLED AND THEY PASS OUT?

17    A  THAT CAN HAPPEN.

18     MR. ARCHEY:  THAT'S ALL I HAVE, YOUR HONOR.

19    A  BUT THEY WILL ALSO SENSE THE LOW OXYGEN AND

20 FEEL VERY SHORT OF BREATH.  THAT SENSE VARIES PERSON

21 TO PERSON.  BUT TYPICALLY THE AVERAGE HUMAN BEING

Second Transcript (rough)

22 WILL RESPOND VERY VIGOROUSLY TO THAT.

23    Q  AGAIN, YOU HAVE NO CASE, NO ANECDOTE, NO

24 STUDY AT ALL SHOWING THAT WHAT YOU'VE SAID ABOUT

25 SOMEBODY HOOKS UP WRONG AND THEN THEY COME BACK?

208

1    A  I'M TALKING ABOUT CONTROLLED LABORATORY

2 STUDIES ON THE CONTROLLED BREATHING.  A STUDY -- I

3 CAN DETAIL A STUDY THAT WE PUBLISHED IN 1991 ON THIS

4 TOPIC WHERE WE QUANTIFIED THE AMOUNT OF BREATHING

5 THAT OCCURS WITH LOW OXYGEN VERSUS LOW CARBON

6 DIOXIDE.  IT'S A PAPER BY FINER BICKLER AND

7 SEVERINGHOUSE IN RESPIRATION PHYSIOLOGY IN 1991.

8    Q  YOU DIDN'T ATTACH THAT TO YOUR REPORT OR

9 BRING IT TO THE COURT'S ATTENTION, DID YOU?

10    A  SIR, I'VE PUBLISHED ABOUT 150 PAPERS ON

11 THESE TOPICS.  I'M NOT GOING TO INCLUDE EVERY SINGLE

12 ONE IN MY REPORT.

13    Q  THE ONLY PAPER YOU BROUGHT TO YOUR REPORT

14 WAS YOUR OPINION PIECE FROM JAMA.  CORRECT?

15    A  I THINK THAT'S A HIGHLY IMPACTFUL PIECE OF

16 WORK THAT WE DID THERE.

17    Q  BUT THAT'S THE ONLY ONE.  RIGHT?

18    A  I THINK THAT SHOULD BE SUFFICIENT.

19       MR. ARCHEY:  THAT'S ALL MY QUESTIONS, YOUR

20 HONOR.

21       THE COURT:  WE ARE CONCLUDED.  YOU MAY STEP

Second Transcript (rough)

22 DOWN.  THANK YOU, DR. BICKLER.

23      OKAY.  I UNDERSTAND THAT MS. NORTON,

24 THE FIRST COURT REPORTER, HAS INDICATED THAT SHE WILL

25 HAVE SOMETHING CLOSE TO FINAL TO YOU BY TOMORROW AT

                          209

1 NOON.  IS THAT CORRECT?  IS THAT WHAT YOU-ALL

2 UNDERSTAND?

3      MR. ARCHEY:  THAT'S WHAT I HEARD, YOUR

4 HONOR, YES.

5      MR. STRONSKI:  I HEARD THE SAME THING, YOUR

6 HONOR.

7      THE COURT:  AND THE COURT REPORTER TELLS ME

8 THAT SHE CAN HAVE A ROUGH TO YOU BY ABOUT THE SAME

9 TIME.  SO OBVIOUSLY THE PAGE NUMBERS MAY NOT BE RIGHT

10 IN TERMS OF THE ROUGH, BUT I'M GOING TO REQUEST -- OR

11 I'M GOING TO ORDER THAT YOU FILE YOUR FINDINGS OF

12 FACTS AND CONCLUSIONS OF LAW BY MIDNIGHT TOMORROW

13 NIGHT, WHATEVER THAT DAY IS.  MARCH 8TH.  THAT'S 12

14 HOURS AFTER YOU GET YOUR TRANSCRIPTS.  YOU HAVE --

15 THE CONCLUSIONS OF LAW AREN'T GOING TO CHANGE AND

16 YOUR FINDINGS OF FACT -- EVERYBODY IN HERE HAS BEEN

17 TAKING REALTIME NOTES PRACTICALLY, SO ALL YOU'RE

18 REALLY LOOKING FOR FROM THE TRANSCRIPTS ARE

19 PAGINATIONS AND VERIFICATION THAT YOU'VE GOT THE

20 QUOTES DOWN RIGHT.  I THINK YOU CAN DO THAT IN 12

21 HOURS.

22      MR. STRONSKI:  YOUR HONOR, I'VE BEEN ASKED

Second Transcript (rough)

23  BY OTHERS TO ASK FOR, IF POSSIBLE, AN EXTENSION TO

24  SUNDAY.

25      THE COURT:  SUNDAY AT WHAT TIME?

210

1       TELL ME WHY.  I MEAN, I'M NOT TRYING TO

2  GO MAKE Y'ALL WORK UNTIL MIDNIGHT.  BUT REALLY, YOU

3  HAVE ABOUT -- I DON'T KNOW -- TEN PEOPLE IN HERE

4  TAKING NOTES VOCIFEROUSLY.  I REALIZE THAT YOU'RE NOT

5  GOING TO HAVE A PAGE AND LINE CITE NECESSARILY, BUT

6  YOU OUGHT TO BE ABLE TO POINT TO A WITNESS'S

7  TESTIMONY AND SAY THAT THE COURT SHOULD BE ABLE TO

8  CONCLUDE IS FACT THIS FROM THAT WITNESS TESTIMONY.

9      MR. STRONSKI:  YOUR HONOR, WE'LL GET IT DONE

10  WHENEVER YOU NEED IT.  MY CONCERN IS THAT I THINK

11  THAT THIS RECORD IS DIFFERENT SIGNIFICANTLY THAN THE

12  RECORD THAT WE COULD HAVE PREPARED TO DO -- WE'VE

13  BEEN WORKING ON THE FINDINGS OF FACT BECAUSE WE KNOW

14  YOU WANT IT RIGHT AWAY.  BUT I THINK WE'LL NEED A

15  SIGNIFICANT AMOUNT OR SOME TIME BEFORE WE GET THE

16  TRANSCRIPTS.  AND SO EVEN IF WE COULD HAVE TILL

17  SUNDAY MORNING I THINK AT, YOU KNOW -- BUT IF YOUR

18  HONOR WANTS IT AT MIDNIGHT SATURDAY, WE'LL DO IT.  I

19  JUST THINK WE MAY BET A MORE USEFUL PRODUCT ON

20  SUNDAY.

21      THE COURT:  SUNDAY MORNING 9 A.M.

22      MR. STRONSKI:  THANK YOU.

Second Transcript (rough)

23    THE COURT:  SO THAT'S SUNDAY, MARCH 9TH AT 9

24 A.M.

25    MR. STRONSKI:  YOUR HONOR, WE MADE A MOTION

211

1 TO RECONSIDER.  I DON'T KNOW IF THAT'S -- YOU SAID

2 YOU WOULD CONSIDER THAT LATER OR NOW?

3    THE COURT:  NO.  THE COURT WILL TAKE THAT UP

4 IN ITS WRITTEN REASONS.

5    MR. STRONSKI:  THANK YOU.

6    THE COURT:  OKAY.  IS THERE ANYTHING

7 FURTHER?

8    THE COURTROOM DEPUTY:  I'M GOING TO GET THE

9 EXHIBIT LIST.  I MADE A COPY JUST FOR THEM TO LOOK AT

10 AND MAKE SURE THAT I GOT EVERYTHING.

11    THE COURT:  OKAY.  THE COURTROOM HAS THE

12 EXHIBIT LIST.  SHE'S GOING TO TELL YOU WHAT SHE SHOWS

13 AS HAVING BEEN ADMITTED AND ACCEPTED FOR ADMISSION.

14 YOU NEED TO VERIFY THAT IT'S CORRECT AND MAKE SURE

15 THAT YOUR JERS EXHIBITS HAVE BEEN MODIFIED IN

16 WHATEVER WAYS WERE REQUIRED -- WERE INDICATED DURING

17 THE TRIAL.

18    OKAY.  SO THANK YOU-ALL BOTH.  YOU

19 WORKED REALLY HARD AND I APPRECIATE YOUR

20 PROFESSIONALISM.

21    MR. CODY:  YOUR HONOR, AT THIS POINT FOR

22 CLARIFICATION, DO THE CONCLUSIONS OF LAW NEED TO

23 ADDRESS THE RELIGION CLAIMS AT ALL SINCE THEY'RE

Second Transcript (rough)

24 ASKING FOR IT TO BE RECONSIDERED? WE JUST -- YOU

25 SAID YOU WERE GOING TO ADDRESS IT IN YOUR RULING. SO

212

1 WE DON'T KNOW IF WE NEED TO BRIEF THAT. I GUESS WE

2 JUST WANT CLARIFICATION.

3     MR. STRONSKI: WE'RE PREPARED TO BRIEF IT,

4 YOUR HONOR. WE'VE BEEN WORKING ON IT.

5     THE COURT: WELL, THE COURT IS NOT PREPARED

6 TO RULE ON RECONSIDERATION RIGHT NOW, SO Y'ALL JUST

7 DO WHAT YOU THINK YOU NEED TO DO.

8     MR. CODY: YES, YOUR HONOR.

9     MR. STRONSKI: IF WE INCLUDE IT YOUR HONOR,

10 IS THAT ACCEPTABLE?

11     THE COURT: IF YOU EXCLUDE IT?

12     MR. STRONSKI: IF WE INCLUDE IT.

13     THE COURT: YES. DO WHAT YOU NEED TO DO.

14     MR. STRONSKI: THANK YOU.

15     THE COURT: OKAY. THANK YOU FOR YOUR

16 PATIENCE, THANK YOU FOR YOUR COOPERATION, THANK YOU

17 FOR YOUR PROFESSIONALISM. WELL DONE, EVERYBODY.

18        WE ARE IN RECESS.

19     THE LAW CLERK: ALL RISE.

20        COURT IS NOW IN RECESS.

21     (WHEREUPON, THE PROCEEDINGS WERE ADJOURNED.)

22

23

Second Transcript (rough)

24

25

Second Transcript (rough)