# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
MARCH 7, 2025
CHIEF DISTRICT JUDGE SHELLY D. DICK

JESSIE HOFFMAN

VERSUS

GARY WESTCOTT, ET AL.

CIVIL ACTION

25-169-SDD-SDJ

This matter came on this day for a hearing on *Motion for Preliminary Injunction.*[1]

PRESENT:  James Stronski, Esq.
Cecilia Trenticosta Kappel, Esq.
Samantha Bosalavage Pourciau, Esq.
April Barnard, Esq.
Ellen M. Halstead, Esq.
Hughman Chan, Esq.
Counsel for Petitioner

Jeffrey K. Cody, Esq.
Caroline Tomeny, Esq.
Connell Lee Archey, Esq.
J. Benjamin Aguinaga, Esq.
Randal J. Robert, Esq.
Counsel for Gary Westcott, et al.

Counsel make appearances.

Court reads oral reasons for judgment into the record on Defendants' Motion to Dismiss.[2]

Plaintiff, Jessie Hoffman, is sworn and testifies. Exhibit filed.

Michaela Bono is sworn, tendered, accepted as an expert in the field of Buddhist practices and Buddhism, and testifies.

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 55.

Frederic Sautter, Jr., is sworn, tendered, accepted as an expert in the field of Clinical Psychology with specialization in PTSD and trauma disorders, and testifies. Exhibit filed.

Lawrence Capone, DVM, is sworn and testifies by video conference.

Reimoku Gregory Smith, is sworn and testifies.

James S. Williams, M.D., is sworn, tendered, accepted as an expert in firearms and emergency medicine, and testifies.

Charles Blanke, M.D., is sworn, tendered, accepted as an expert in medical aid in dying and drugs and methods in the field, and testifies.

Seth Henry Smith, Jr., is sworn and testifies. Exhibits filed.

Warden Darrel Vannoy is sworn and testifies. Exhibits filed.

Gary Edwards Westcott is sworn and testifies.

Philip E. Bickler, M.D., sworn, tendered, accepted as an expert in anesthesiology and human hypoxia, and testifies. Exhibits filed.

Plaintiff moves for Motion to Reconsider the Court's dismissal of Plaintiff's Religious Land Use and Institutionalized Persons Act ("RLUIPA"") claim (Count VI). Court takes under advisement.

Plaintiff rests.

Joseph F. Antognini, M.D., sworn, tendered, accepted as an expert in general medicine, anesthesiology and physiology, and testifies. Exhibits filed.

Defendants rest.

Philip E. Bickler, M.D., having been previously sworn, testifies on rebuttal.

Parties shall file Findings of Fact and Conclusions of Law by Sunday, March 9, 2025, at 9:00 a.m.

Court takes this matter under advisement.

\* \* \* \* \*

CV 13b; 11.5 hrs.
Teri Norton/Reporter
Natalie Breaux/Reporter