## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

JESSIE HOFFMAN

VERSUS

GARY WESTCOTT, et al.

CIVIL ACTION

NO. 25-169-SDD-SDJ

## ORDER

The Court having made findings of fact and conclusions of law and for the written reasons specified by the Court in its Ruling [Rec. Doc. 89],

IT IS HEREBY ORDERED that the Defendants, GARY WESTCOTT, Secretary, Louisiana Department of Public Safety and Corrections; DARREL VANNOY, Warden, Louisiana State Penitentiary; and JOHN DOES, unknown executioners, and all persons working on their behalf, be and are hereby ENJOINED from executing JESSIE HOFFMAN, until the Plaintiff's claims are decided after a trial on the merits and a final judgment issued.

SIGNED in Baton Rouge, Louisiana, this 11th day of March, 2025.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**