# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GARY WESTCOTT, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION No. 25-169-SDD-SDJ<br>CHIEF JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE<br>SCOTT D. JOHNSON |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), Defendants Gary Westcott, Secretary for the Louisiana Department of Public Safety; Darrel Vannoy, Warden of the Louisiana State Penitentiary; and John Does ("Defendants") hereby appeal to the United States Court of Appeals for the Fifth Circuit the Court's March 11, 2025 Ruling (ECF No. 89) and Order (ECF No. 90) granting in part Plaintiffs' Motion for Preliminary Injunction (ECF No. 4).

Dated: March 11, 2025

Respectfully submitted,

 /s/ J. Benjamin Aguiñaga
J. BENJAMIN AGUIÑAGA
 Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:  (225) 326-6795
aguinagab@ag.louisiana.gov

*Counsel for Defendants Gary Westcott, Secretary for the Louisiana Department of Public Safety; Darrel Vannoy, Warden of the Louisiana State Penitentiary; and John Does*