IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY WESTCOTT, Secretary, Louisiana Department of Public Safety and Corrections; DARREL VANNOY, Warden, Louisiana State Penitentiary; and JOHN DOES, unknown executioners,<br><br>　　　　　Defendants. | Civil Action No. 25-169-SDD-SDJ |

## NOTICE OF CROSS APPEAL

Defendants have noticed their appeal of this Court's March 11, 2025 Ruling (ECF No. 89). (ECF 91). Pursuant to Federal Rule of Appellate Procedure 3(a), Plaintiff Jessie Hoffman hereby cross appeals to the United States Court of Appeals for the Fifth Circuit the Court's March 11, 2025 Ruling (ECF No. 89) and Order (ECF No. 90) denying in part his Motion for Preliminary Injunction (ECF No. 4), granting in part Defendants' Motion to Dismiss (ECF No. 55), and denying Plaintiff's Motion for Reconsideration of the Courts' Motion to Dismiss Order (ECF 89 at 6-7).

| | |
|---|---|
| Dated: March 11, 2025 | Respectfully submitted,<br><br>/s/ *Samantha Bosalavage Pourciau*<br>Samantha Bosalavage Pourciau, La. Bar No. 39808<br>Promise of Justice Initiative<br>1024 Elysian Fields Avenue<br>New Orleans, LA 70117<br>Tel: (504) 529-5955<br>Sbosalavage@defendla.org |

Cecelia Trenticosta Kappel, La. Bar No. 32736
Loyola Center for Social Justice
7214 St. Charles Ave. Box 907
New Orleans, Louisiana 70118
Tel: 504-861-5735
Email: ckappel@defendla.org

Rebecca L. Hudsmith
Office of the Federal Public Defender
For the Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Tel: 337-262-6336
Rebecca_Hudsmith@fd.org

James K. Stronski
Ellen M. Halstead
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 223-4000
JStronski@crowell.com
EHalstead@crowell.com

William H. Frankel
David Lindner
Crowell & Moring LLP
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611
Tel: (312) 321-4200
WFrankel@crowell.com
DLindner@crowell.com

-2-

        Adam J. Singer
        Hugham Chan
        April Barnard
        Crowell & Moring LLP
        1001 Pennsylvania Avenue, NW
        Washington, DC 20004
        Tel: (202) 624-2500
        ASinger@crowell.com
        HChan@crowell.com
        ABarnard@crowell.com

        ***Counsel for Plaintiff Jessie Hoffman***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using CM/ECF on this 11th day of March, 2025. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel of record for Defendants.

          /s/ *Samantha Bosalavage Pourciau*
          Samantha Bosalavage Pourciau