IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN,<br><br>                Plaintiff,<br><br>     v.<br><br>GARY WESTCOTT, Secretary, Louisiana Department of Public Safety and Corrections; DARREL VANNOY, Warden, Louisiana State Penitentiary; and JOHN DOES, unknown executioners,<br><br>                Defendants. | Civil Action No. 25-169-SDD-SDJ |

## MOTION TO ENROLL ADDITIONAL ATTORNEY

**NOW INTO COURT**, through undersigned counsel, come Plaintiff who, pursuant to Local Rule 83(b)(14), wish to enroll Mr. Quigley as additional counsel to represent him in this matter along with the undersigned. Mr. Quigley is a member of the Louisiana State Bar and is admitted to practice before this Court. Mr. Quigley's contact information is as follows:

    William Patrick Quigley
    La. Bar No. 07769
    LOYOLA NEW ORLEANS COLLEGE OF LAW
    7214 St. Charles Ave.
    New Orleans, LA 70118
    P: 504-710-3074
    E: quigley77@gmail.com

Plaintiff further suggests that the addition of Mr. Quigley as additional counsel will neither hinder nor delay the progress of this matter.

Plaintiff therefore requests the entry of an Order permitting the enrollment of Mr. Quigley as additional counsel of record and further request that this Court add Mr. Quigley to its list of e-noticing recipients so that he may hereinafter receive notice of all action in the referenced matter, through inclusion of the email address of quigley77@gmail.com.

Dated: March 14, 2025

                Respectfully submitted,

/s/ *Samantha Bosalavage Pourciau*
Samantha Bosalavage Pourciau, La. Bar No. 39808
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
Sbosalavage@defendla.org

Cecelia Trenticosta Kappel, La. Bar No. 32736
Loyola Center for Social Justice
7214 St. Charles Ave. Box 907
New Orleans, Louisiana 70118
Tel: 504-861-5735
Email: ckappel@defendla.org

Rebecca L. Hudsmith
Office of the Federal Public Defender
For the Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Tel: 337-262-6336
Rebecca_Hudsmith@fd.org

James K. Stronski
Ellen M. Halstead
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 223-4000
JStronski@crowell.com
EHalstead@crowell.com

William H. Frankel
David Lindner
Crowell & Moring LLP
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611
Tel: (312) 321-4200
WFrankel@crowell.com
DLindner@crowell.com

Adam J. Singer
Hugham Chan
April Barnard
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
ASinger@crowell.com
HChan@crowell.com
ABarnard@crowell.com

***Counsel for Plaintiff Jessie Hoffman***

-4-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using CM/ECF on this 14th day of March, 2025. Notice of this filing as generated by the electronic filing system constitutes service of the filed document on counsel of record for Defendants.

                                               /s/ *Samantha Bosalavage Pourciau*
                                              Samantha Bosalavage Pourciau