# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 17, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-70006   Hoffman v. Westcott
                      USDC No. 3:25-CV-169

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Jorge Benjamin Aguinaga
Mr. Hugham Chan
Ms. Rebecca Louise Hudsmith
Ms. Cecelia Trenticosta Kappel
Mr. Edmund Gerard LaCour Jr.
Mr. Michael L. McConnell
Ms. Samantha Bosalavage Pourciau

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 17, 2025
Lyle W. Cayce
Clerk

No. 25-70006

Jessie Hoffman,

      *Plaintiff—Appellee/Cross-Appellant*,

*versus*

Gary Westcott, *Secretary, Louisiana Department of Public Safety and Corrections*; Darrel Vannoy, *Warden, Louisiana State Penitentiary, In His Official Capacity*; John Does, unknown executioners,

      *Defendants—Appellants/Cross-Appellees*.

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:25-CV-169

UNPUBLISHED ORDER

Before Haynes, Ho, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellants' motion for stay of district court's March 11, 2025 preliminary injunction is DENIED AS MOOT.

    IT IS FURTHER ORDERED that Appellants' motion to file motion in excess of the word count limitation is GRANTED.

A True Copy
Certified order issued Mar 17, 2025

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit